# Exhibit 1

Avanti Financial Group, Inc -

# Federal Reserve Bank
## Operating Circular 1, Appendix 1
## Master Account Agreement

Servicing FRB Office: _____

Effective Date: _____

## Section 1 – Master Account Agreement

The Institution named below agrees to the provisions of Operating Circular 1, Account Relationships, of the Federal Reserve Bank named above, and to the provisions of all operating circulars of each Federal Reserve Bank from which the Institution obtains services, as the circulars may be amended from time to time. The transactions and fees for services obtained will be settled in the Master Account unless the Institution requests otherwise by submitting a Transaction and Service Fee Settlement Authorization (Operating Circular 1, Appendix 2) and/or a Letter of Agreement for Obtaining Advances Through a Correspondent (Operating Circular 10).

**All Fields Are Required**

| Field | Value |
|---|---|
| Routing (ABA) Number | TBD |
| Financial Institution Name | Avanti Financial Group, Inc |
| Street Address | 2120 Carey Street, 3rd Floor |
| City | Cheyenne |
| State & Zip Code | State: Wyoming / Zip Code: 82001 |
| Official Signature* | Britney Reddy (signed) |
| Name | First: Britney / Middle Initial: D / Last: Reddy |
| Title | Chief Financial Officer and Chief Banking Officer |
| Date | 10/29/2020 |
| Anticipated Account Opening Date | January 2021 |

## Section 2 – Questions Regarding the Account Should be Directed to:

| Field | Value |
|---|---|
| Name | First: Britney / Middle Initial: D / Last: Reddy |
| Title | Chief Financial Officer and Chief Banking Officer |
| Telephone Number | Phone: [redacted] / Extension: |
| E-mail | [redacted] |

## Section 3 – Questions Regarding the Account Should be Directed to Alternate:

| Field | Value |
|---|---|
| Name | First: Charles / Middle Initial: D / Last: Thompson |
| Title | Chief Legal Officer and Chief Compliance Officer |
| Telephone Number | Phone: [redacted] / Extension: |
| E-mail | [redacted] |

* Official signature must be a signer designated on your institution's Official Authorization List.
Processing may take 5-7 business days. Please contact the Federal Reserve Bank to confirm the date that the master account will be established.

Revised September 2011

Page 1 of 1