Scott E. Ortiz   WSB 5-2550
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper WY 82602
Phone: 307-265-0700
Fax:    307-266-2306
Email:  sortiz@wpdn.net

WILLIAMS & CONNOLLY LLP
John K. Villa (*pro hac vice* admission pending)
Ryan Scareborough (*pro hac vice* admission pending)
Whitney D. Hermandorfer (*pro hac vice* admission pending)
Jamie Wolf (*pro hac vice* admission pending)
680 Maine Avenue SW
Washington DC 20024
Phone: 202-434-5000
Email:  jvilla@wc.com
        rscarborough@wc.com
        whermandorfer@wc.com
        jwolfe@wc.com

*Attorneys for Plaintiff Custodia Bank*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., 2120 Carey Avenue, Suite 300 Cheyenne, WY 82001<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS, Constitution Ave NW & 20th St NW Washington, DC 20551<br><br>FEDERAL RESERVE BANK OF KANSAS CITY, | Civil Case No.: _____ |

1 Memorial Drive
Kansas City, MO 64108,

    *Defendants.*

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Custodia Bank, Inc. ("Custodia") (f/k/a Avanti) hereby submits its Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1. Custodia is a bank headquartered in and chartered by the state of Wyoming. It has no parent corporation and no subsidiaries. Therefore, there is no parent corporation and no publicly held corporation owning 10% or more of Custodia's stock.

    DATED June 7, 2022.

        /s/ **SCOTT E. ORTIZ**
        **SCOTT E. ORTIZ   WSB 5-2550**
        WILLIAMS PORTER DAY NEVILLE PC
        159 N. Wolcott Street   Suite 400
        Casper, WY 82601
        sortiz@wpdn.net

        WILLIAMS & CONNOLLY LLP
        John K. Villa (*pro hac vice* admission pending)
        Ryan Scarborough (*pro hac vice* admission pending)
        Whitney D. Hermandorfer (*pro hac vice* admission pending)
        Jamie Wolfe (*pro hac vice* admission pending)
        680 Maine Avenue SW
        Washington, DC 20024
        (202) 434-5000
        jvilla@wc.com
        rscarborough@wc.com
        whermandorfer@wc.com
        jwolfe@wc.com

        *Attorneys for Plaintiff Custodia Bank, Inc,*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, the foregoing CORPORATE DISCLOSURE was served on the following via email:

Mark E. Van Der Weide
General Counsel, Board of Governors of the Federal Reserve System
mark.vanderweide@frb.gov
(202) 452-2263
20th Street and Constitution Avenue NW
Washington, DC 20551

Craig Zahnd
General Counsel, Federal Reserve Bank of Kansas City
craig.zahnd@kc.frb.org
(816) 881-2533
1 Memorial Drive
Kansas City, MO 64108

DATED: June 7, 2022

/s/ SCOTT E. ORTIZ
SCOTT E. ORTIZ