Scott E. Ortiz   WSB 5-2550
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper WY 82602
Phone: 307-265-0700
Fax:    307-266-2306
Email:  sortiz@wpdn.net

WILLIAMS & CONNOLLY LLP
John K. Villa (*pro hac vice* admission pending)
Ryan Scarborough (*pro hac vice* admission pending)
Whitney D. Hermandorfer (*pro hac vice* admission pending)
Jamie Wolf (*pro hac vice* admission pending)
680 Maine Avenue SW
Washington DC 20024
Phone: 202-434-5000
Email:  jvilla@wc.com
        rscarborough@wc.com
        whermandorfer@wc.com
        jwolfe@wc.com

*Attorneys for Plaintiff Custodia Bank*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS,<br>Constitution Ave NW & 20th St NW<br>Washington, DC 20551 | Civil Case No.: _____ |

FEDERAL RESERVE BANK
OF KANSAS CITY,
1 Memorial Drive
Kansas City, MO 64108,

    *Defendants.*

## ENTRY OF APPEARANCE FOR SCOTT E. ORTIZ

COMES NOW Scott E. Ortiz, of WILLIAMS PORTER DAY NEVILLE PC, and enters his appearance on behalf of Plaintiff Custodia Bank, Inc., regarding the above captioned matter.

DATED this 7th day of June, 2022.

                                         /s/ **SCOTT E. ORTIZ**
                                         WILLIAMS PORTER DAY NEVILLE PC
                                         PO Box 10700
                                         Casper WY 82602

CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, the foregoing ENTRY OF APPEARANCE OF SCOTT E. ORTIZ was served on the following via email:

Mark E. Van Der Weide
General Counsel, Board of Governors of the Federal Reserve System
mark.vanderweide@frb.gov
(202) 452-2263
20th Street and Constitution Avenue NW
Washington, DC 20551

Craig Zahnd
General Counsel, Federal Reserve Bank of Kansas City
craig.zahnd@kc.frb.org
(816) 881-2533
1 Memorial Drive
Kansas City, MO 64108

DATED: June 7, 2022.

/s/   SCOTT E. ORTIZ
SCOTT E. ORTIZ