Scott E. Ortiz   WSB 5-2550
WILLIAMS PORTER DAY NEVILLE  PC
PO Box 10700
Casper  WY 82602
Phone: 307-265-0700
Fax:     307-266-2306
Email:   sortiz@wpdn.net

WILLIAMS & CONNOLLY  LLP
John K. Villa (*pro hac vice* admission pending)
Ryan Scarborough (*pro hac vice* admission pending)
Whitney D. Hermandorfer (*pro hac vice* admission pending)
Jamie Wolf (*pro hac vice* admission pending)
680 Maine Avenue SW
Washington  DC 20024
Phone: 202-434-5000
Email:   jvilla@wc.com
         rscarborough@wc.com
         whermandorfer@wc.com
         jwolfe@wc.com

*Attorneys for Plaintiff Custodia Bank*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CUSTODIA BANK, INC.,**<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>*Plaintiff,*<br><br>v.<br><br>**FEDERAL RESERVE BOARD OF GOVERNORS,**<br>Constitution Ave NW & 20th St NW<br>Washington, DC 20551 | Civil Case No.: _____ |

FEDERAL RESERVE BANK
OF KANSAS CITY,
1 Memorial Drive
Kansas City, MO 64108,

    *Defendants.*

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN K. VILLA

I, Scott E. Ortiz, Wyoming State Bar #5-2550, hereby petition the Court, under U.S.D.C.L.R. 84.2, for the admission of John K. Villa for the limited purpose of representing plaintiff in the above-captioned matter.

I am a member of the Wyoming State Bar, in good standing, admitted to practice before the Court.

I hereby agree to serve as designated local counsel for the above-captioned matter.

I vouch, to the best of my knowledge and belief, for the good moral character and veracity of the applicant, whose contact information is as follows:

    John K. Villa
    WILLIAMS CONNOLLY LLP
    680 Maine Avenue SW
    Washington DC 20024
    jvilla@wc.com

As required by U.S.D.C.L.R. 84.2, John K. Villa's AFFIDAVIT is attached hereto and incorporated herein by reference as **Exhibit 1**.

I agree to be fully prepared to represent the above described plaintiff at any time and in any capacity.

I agree to accept papers when served and recognize my responsibility and full authority to act for, and on behalf of, plaintiff in all case-related proceedings, including hearings, pretrial conference, and trials.

WHEREFORE, the undersigned respectfully requests the Court approve the attached proposed order, admitting John K. Villa, for the limited purpose of representing plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED this 7th day of June, 2022.

CUSTODIA BANK, INC., Plaintiff,

/s/ **SCOTT E. ORTIZ**
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602

John K. Villa
WILLIAMS CONNOLLY LLP
680 Maine Avenue SW
Washington DC 20024
*Admission Pending*

## CERTIFICATE OF SERVICE

I hereby certify on June 7, 2022, the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN K. VILLA was served on the following via email:

Mark E. Van Der Weide
General Counsel, Board of Governors of the Federal Reserve System
mark.vanderweide@frb.gov
(202) 452-2263
20th Street and Constitution Avenue NW
Washington, DC 20551

Craig Zahnd
General Counsel, Federal Reserve Bank of Kansas City
craig.zahnd@kc.frb.org
(816) 881-2533
1 Memorial Drive
Kansas City, MO 64108

DATED: June 7, 2022

/s/ SCOTT E. ORTIZ
SCOTT E. ORTIZ

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>*Plaintiff,*<br>v.<br><br>FEDERAL RESERVE BOARD OF<br>GOVERNORS,<br>Constitution Ave NW & 20th St NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK<br>OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108,<br><br>*Defendants.* | Civil Case No.: _____ |

## AFFIDAVIT OF JOHN K. VILLA IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to District of Wyoming Local Rule 84.2(b), I, John K. Villa, declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: John K. Villa. I am a partner at Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024; (202) 434-5000 (office – main); jvilla@wc.com (email).

2. I am a member of the bar of the following:

| | |
|---|---|
| Michigan (Inactive) (Bar No. P23428) | December 21, 1973 |
| District of Columbia (Bar No. 220392) | November 6, 1975 |

I have been admitted to practice law in the following jurisdictions:

| | |
|---|---|
| Supreme Court of the United States | October 9, 2007 |
| United States Court of Appeals for the First Circuit | October 6, 1976 |
| United States Court of Appeals for the Second Circuit | December 27, 1979 |
| United States Court of Appeals for the Third Circuit | January 23, 2013 |
| United States Court of Appeals for the Fourth Circuit | April 4, 1974 |
| United States Court of Appeals for the Fifth Circuit | October 3, 1996 |
| United States Court of Appeals for the Sixth Circuit | January 28, 2002 |
| United States Court of Appeals for the Seventh Circuit | April 2, 1975 |
| United States Court of Appeals for the Eighth Circuit | May 13, 1974 |
| United States Court of Appeals for the Ninth Circuit | September 4, 1974 |
| United States Court of Appeals for the Tenth Circuit | July 11, 1974 |
| United States Court of Appeals for the Federal Circuit | August 25, 2006 |
| U.S. District Court for the District of Columbia | November 6, 1975 |
| U.S. District Court for the Northern District of Oklahoma | May 3 2001 |
| U.S. District Court for the Southern District of Texas | April 25, 2007 |
| U.S. Court of Federal Claims | May 10, 1991 |
| U. S. District Court for the District of Maryland | June 1, 1984 |

3. I am subject to no pending disciplinary proceedings, and have never received any past public sanctions.

4. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel is required to be fully prepared to represent our client, Plaintiff Custodia Bank, Inc., at any time and in any capacity.

6. I acknowledge that I will be subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings and submit to jurisdiction of the same.

[SIGNATURE NEXT PAGE]

Dated: June 6, 2022

_____
John K. Villa