# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

CUSTODIA BANK, INC.,
2120 Carey Avenue, Suite 300
Cheyenne, WY 82001

    *Plaintiff*,

    v.

FEDERAL RESERVE BOARD OF
GOVERNORS,
Constitution Ave NW & 20th St NW
Washington, DC 20551

FEDERAL RESERVE BANK
OF KANSAS CITY,
1 Memorial Drive
Kansas City, MO 64108,

    *Defendants*.

Civil Case No.: _____

## ORDER GRANTING ADMISSION OF JOHN K. VILLA

THIS MATTER having come before the Court upon the motion of counsel for John K. Villa, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting John K. Villa as *pro hac vice* counsel in the District of Wyoming, the Court reviewed this matter and finds the motion should be granted.

THEREFORE, IT IS HEREBY ORDERED John K. Villa is hereby admitted to practice before this Court for all purposes in this matter.

IT IS FURTHER ORDERED local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full

authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this \_\_\_\_ day of June, 2022.

_____
United States District Court Judge /
United States Magistrate Judge