Scott E. Ortiz   WSB 5-2550
WILLIAMS PORTER DAY NEVILLE  PC
PO Box 10700
Casper  WY 82602
Phone: 307-265-0700
Fax:    307-266-2306
Email:  sortiz@wpdn.net

WILLIAMS & CONNOLLY  LLP
John K. Villa (*pro hac vice* admission pending)
Ryan Scarborough (*pro hac vice* admission pending)
Whitney D. Hermandorfer (*pro hac vice* admission pending)
Jamie Wolf (*pro hac vice* admission pending)
680 Maine Avenue SW
Washington  DC 20024
Phone: 202-434-5000
Email:  jvilla@wc.com
        rscarborough@wc.com
        whermandorfer@wc.com
        jwolfe@wc.com

*Attorneys for Plaintiff Custodia Bank*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS,<br>Constitution Ave NW & 20th St NW<br>Washington, DC 20551 | Civil Case No.: _____ |

FEDERAL RESERVE BANK
OF KANSAS CITY,
1 Memorial Drive
Kansas City, MO 64108,

*Defendants.*

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMIE WOLFE

I, Scott E. Ortiz, Wyoming State Bar #5-2550, hereby petition the Court, under U.S.D.C.L.R. 84.2, for the admission of Jamie Wolfe for the limited purpose of representing plaintiff in the above-captioned matter.

I am a member of the Wyoming State Bar, in good standing, admitted to practice before the Court.

I hereby agree to serve as designated local counsel for the above-captioned matter.

I vouch,to the best of my knowledge and belief, for the good moral character and veracity of the applicant, whose contact information is as follows:

> Jamie Wolfe
> WILLIAMS CONNOLLY LLP
> 680 Maine Avenue SW
> Washington DC 20024
> jwolfe@wc.com

As required by U.S.D.C.L.R. 84.2, Jamie Wolfe's AFFIDAVIT is attached hereto and incorporated herein by reference as **Exhibit 1**.

I agree to be fully prepared to represent the above described plaintiff at any time and in any capacity.

I agree to accept papers when served and recognize my responsibility and full authority to act for, and on behalf of, plaintiff in all case-related proceedings, including hearings, pretrial conference, and trials.

WHEREFORE, the undersigned respectfully requests the Court approve the attached proposed order, admitting Jamie Wolfe, for the limited purpose of representing plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED this 2nd day of June, 2022.

CUSTODIA BANK, INC., Plaintiff,

/s/ **SCOTT E. ORTIZ**
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602

Jamie Wolfe
WILLIAMS CONNOLLY LLP
680 Maine Avenue SW
Washington DC 20024
*Admission Pending*

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

CUSTODIA BANK, INC.,
2120 Carey Avenue, Suite 300
Cheyenne, WY 82001

    *Plaintiff,*

v.

FEDERAL RESERVE BOARD OF
GOVERNORS,
Constitution Ave NW & 20th St NW
Washington, DC 20551

FEDERAL RESERVE BANK
OF KANSAS CITY,
1 Memorial Drive
Kansas City, MO 64108,

    *Defendants.*

Civil Case No.: _____

## AFFIDAVIT OF JAMIE WOLFE IN SUPPORT OF MOTION
## FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to District of Wyoming Local Rule 84.2(b), I, Jamie Wolfe, declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Jamie Wolfe. I am an associate at Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024; (202) 434-5000 (office – main); jwolfe@wc.com (email).

2. I am a member of the bar of the following:

1

| | |
|---|---|
| District of Columbia (Bar No. 17398961) | June 13, 2021 |
| New York (Bar No. 5635297) | September 17, 2018 |

I have been admitted to practice law in the following jurisdictions:

| | |
|---|---|
| United States Court of Appeals, Ninth Circuit | December 7, 2020 |
| United States District Court for the District of Columbia | January 12, 2022 |
| United States District Court for the District of Rhode Island | March 14, 2022 |
| Mississippi State Court | September 22, 2021 |

3. I am subject to no pending disciplinary proceedings, and have never received any past public sanctions.

4. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel is required to be fully prepared to represent our client, Plaintiff Custodia Bank, Inc., at any time and in any capacity.

6. I acknowledge that I will be subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings and submit to jurisdiction of the same.

Dated: June 5, 2022

_/s/ Jamie Wolfe_
Jamie Wolfe