AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00125-SWS |
| Federal Reserve Board of Governors et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Custodia Bank, Inc.

Date: 06/08/2022

/s/ Whitney D. Hermandorfer
*Attorney's signature*

Whitney Hermandorfer - PHV; DC Bar #888314222
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

*Address*

whermandorfer@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*