AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank, Inc. *Plaintiff* | ) ) ) | |
| v. | ) | Case No.  1:22-cv-00125-SWS |
| Federal Reserve Board of Governors et al. *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Custodia Bank, Inc.

Date:  06/09/2022

/s/ John K. Villa
*Attorney's signature*

John K. Villa - pro hac vice (DC Bar #220392)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
*Address*

jvilla@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*