AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| Custodia Bank, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00125-SWS |
| Federal Reserve Board of Governors et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Custodia Bank, Inc.                                                                                       .

Date:     6/13/2022                                       /s/ Jamie Wolfe
                                                                        *Attorney's signature*

                                                    Jamie Wolfe - PHV; DC Bar #17398961
                                                                *Printed name and bar number*

                                                                Williams & Connolly LLP
                                                                680 Maine Avenue SW
                                                                Washington, DC 20024

                                                                        *Address*

                                                                jwolfe@wc.com
                                                                *E-mail address*

                                                                (202) 434-5000
                                                                *Telephone number*

                                                                (202) 434-5029
                                                                *FAX number*