# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

Custodia Bank, Inc.

V.

Federal Reserve Board of Governors, et al

Case Number: 1:22-cv-00125

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a <u>Summons</u>

in the above-entitled cause for:

<u>Federal Reserve Board of Governors, et al</u>

/s/ Scott E. Ortiz, Attorney for Plaintiff
Attorney for

**13 June 2022**
Date