# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

Custodia Bank, Inc.

V.

Federal Reserve Board of Governors, et al

Case Number: 1:22-cv-00125

---

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

    Please issue a <u>Summons</u>

in the above-entitled cause for:

<u>Robert L. Murray</u>

---
---
---

Scott E. Ortiz - Attorney for Plaintiff Custodia Bank, Inc.
Attorney for

**15 June 2022**
Date