# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

Custodia Bank, Inc.

            V.　　　　　　　　　　　Case Number: 1:22-cv-00125
Federal Reserve Board of Governors,
et al

---

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

    Please issue a  Summons

in the above-entitled cause for:

Merrick B. Garland

 

 

Scott E. Ortiz - Attorney for Plaintiff Custodia Bank, Inc.
Attorney for

**15 June 2022**
Date