# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

Custodia Bank, Inc.

            V.                            Case Number: 1:22-cv-00125

Federal Reserve Board of Governors, et al

## AMENDED PRAECIPE

TO THE CLERK OF THIS SAID COURT:

      Please issue a __Summons__

in the above-entitled cause for:

__L. Robert Murray__

Scott E. Ortiz, Attorney for Plaintiff Custodia Bank, Inc.

Attorney for

**16 June 2022**

Date