AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank, Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:22-cv-00125-SWS |
| Federal Reserve Board of Governors | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Custodia Bank, Inc., 2120 Carey Avenue, Suite 300, Cheyenne, WY 82001                    .

Date:     06/21/2022

/s/ Angela Tarasi
*Attorney's signature*

Angela Tarasi -  7-5024
*Printed name and bar number*
1401 Lawrence Street, Suite 1900
Denver, CO 80202

*Address*

atarasi@kslaw.com
*E-mail address*

(720) 535-2300
*Telephone number*

(720) 535-2400
*FAX number*