AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | ) | |
| | ) | |
| FEDERAL RESERVE BOARD OF GOVERNORS, and | ) | Case No.  1:22-cv-00125-SWS |
| FEDERAL RESERVE BANK OF KANSAS CITY | ) | |
| *Defendant* | ) | |

## AMENDED APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Reserve Bank of Kansas City - 1 Memorial Drive, Kansas City, MO 64108   .

Date:   06/23/2022

/s/ Angela C. Tarasi
*Attorney's signature*

Angela C. Tarasi - 7-5024
*Printed name and bar number*
King & Spalding LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202

*Address*

atarasi@kslaw.com
*E-mail address*

(720) 535-2300
*Telephone number*

(720) 535-2400
*FAX number*