# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br> 2120 Carey Avenue, Suite 300 <br> Cheyenne, WY 82001 <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS, <br> Constitution Ave NW & 20th St NW <br> Washington, DC 20551 <br><br> FEDERAL RESERVE BANK <br> OF KANSAS CITY, <br> 1 Memorial Drive <br> Kansas City, MO 64108, <br><br> *Defendants.* | Civil Case No.: 1:22-cv-00125 SWS |

# RULE 4 WAIVER OF SERVICE

COME NOW Defendants Federal Reserve Bank of Kansas City, by and through undersigned counsel, and hereby waive service of the complaint and summons in the above captioned matter.

Pursuant to Rules 4 and 12 of the FRCP, this defendant will file an answer or otherwise respond within sixty (60) days of the date of this WAIVER OF SERVICE.

DATED this 9TH day of June. 2022.

FEDERAL RESERVE BANK OF KANSAS CITY,
Defendants,

By _____

Title _Nick Billman, Asst Vice President &
Asst. General Counsel,
Federal Reserve Bank of KC_

## CERTIFICATE OF SERVICE

I hereby certify on the 9TH day of June, 2022, I served the foregoing WAIVER OF SERVICE via email and by depositing a copy thereof in the US mail, addressed to:

Craig Zahnd
General Counsel, Federal Reserve Bank of Kansas City
craig.zahnd@kc.frb.org
(816) 881-2533
1 Memorial Drive
Kansas City, MO 64108

Ryan Scarborough (pro hac vice; DC Bar #466956)
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
rscarborough@wc.com

Whitney Hermandorfer - PHV; DC Bar #888314222
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
whermandorfer@wc.com

_____
FEDERAL RESERVE BANK OF KANSAS CITY