# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.<br>Plaintiff<br><br>vs<br><br>FEDERAL RESERVE BOARD OF GOVERNORS and<br>FEDERAL RESERVE BANK OF KANSAS CITY<br>Defendant | REGISTERED/CERTIFIED MAILING<br>AFFIDAVIT<br><br>Case Number: 1:22-cv-00125-SWS |

## AFFIDAVIT OF CERTIFIED MAIL UPON UNITED STATES ATTORNEY GENERAL

The undersigned, Torri Schaffer, having been duly authorized to make service of the **Summons and Complaint** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036.

(XX) CERTIFIED MAILING SERVICE: Service was mailed to United States Attorney General by mailing the documents by Certified Mail, Tracking Number 9414 8118 9876 5878 0610 10.

Service was delivered to U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530 on 06/21/2022 4:51 AM. See attached USPS Website Page for delivery information. (Exhibit A)

Sworn to and subscribed before me on
06/23/2022

_E. Torri Schaffer, Notary Public_
Commission Expires 11/29/2024

E. TORRI SCHAFFER
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 11/29/2024

58807

_Rita Berzins_
**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9414811898765878061010

Remove ✕

Your item has been delivered and is available at a PO Box at 4:51 am on June 21, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, PO Box

June 21, 2022 at 4:51 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Return Receipt Electronic ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**EXHIBIT A**


UNITED STATES POSTAL SERVICE

June 21, 2022

Dear Reference 58563:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5878 0610 10**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | June 21, 2022, 4:51 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | MERRICK GARLAND US ATTORNEY GENERAL US DEPARTMEN |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

Signature of Recipient: *Eddie L. Anderson*

Address of Recipient: *Justice 20530*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

FOLD OVER TOP OF ENVELOPE

USPS CERTIFIED MAIL™

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

58563

9414 8118 9876 5878 0610 10

USPS CERTIFIED MAIL

US DEPARTMENT OF JUSTICE
MERRICK GARLAND, US ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

$8.56   US POSTAGE
FIRST-CLASS
Jun 16 2022
Mailed from ZIP 20879
10 oz First-Class Mail Flats Rate

11923275

062S0012913542

stamps.endicia

FOLD OVER TOP OF ENVELOPE