# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CUSTODIA BANK, INC.**<br>**Plaintiff**<br><br>vs<br><br>**FEDERAL RESERVE BOARD OF GOVERNORS and**<br>**FEDERAL RESERVE BANK OF KANSAS CITY**<br>**Defendant** | )<br>)<br>)  **REGISTERED/CERTIFIED MAILING**<br>)  **AFFIDAVIT**<br>)<br>)  Case Number: 1:22-cv-00125-SWS<br>) |

## AFFIDAVIT OF CERTIFIED MAIL UPON FEDERAL RESERVE BOARD OF GOVERNORS

The undersigned, Torri Schaffer, having been duly authorized to make service of the **Summons and Complaint** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036.

(XX) CERTIFIED MAILING SERVICE: Service was mailed to Federal Reserve Board of Governors by mailing the documents by Certified Mail, Tracking Number 9414 8118 9876 5878 0619 35.

Service was mailed to Constitution Ave. NW & 20th Street NW (aka 20th St & C Street NW), Washington, DC 20551 on 06/21/2022 9:09 AM. See attached USPS Website Page for delivery information. Per the USPS Tracking Website the package was made available for pickup and package was picked up on June 21, 2022. (Exhibit A)

Sworn to and subscribed before me on
06/23/2022

_____
E. Torri Schaffer, Notary Public
Commission Expires 11/29/2024
E. TORRI SCHAFFER
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 11/29/2024

58804

_____
**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 9414811898765878061935

Your item was picked up at a postal facility at 9:09 am on June 21, 2022 in WASHINGTON, DC 20551.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Individual Picked Up at Postal Facility

June 21, 2022 at 9:09 am
WASHINGTON, DC 20551

Get Updates ∨

---

Text & Email Updates                                          ∨

---

Return Receipt Electronic                                     ∨

---

Tracking History                                              ∨

---

USPS Tracking Plus®                                           ∨

---

Product Information                                           ∨

---

See Less ∧



# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



FOLD OVER TOP OF ENVELOPE

**USPS CERTIFIED MAIL™**

Torris Legal Services
18403 WOODFIELD RD STE A
GAITHERSBURG MD 20879-4794

9414 8118 9876 5878 0619 35

USPS CERTIFIED MAIL

FEDERAL RESERVE BOARD OF GOVERNORS
CONSTITUTION AVE NW & 20TH ST NW
WASHINGTON DC 20551-0001

$8.56  US POSTAGE
FIRST-CLASS
Jun 16 2022
Mailed from ZIP 20879
10 oz First-Class Mail Flats Rate

11923275

062S0012913542

stamps endicia

58560

FOLD OVER TOP OF ENVELOPE


UNITED STATES POSTAL SERVICE

June 21, 2022

Dear Reference  58560:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5878 0619 35**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | June 21, 2022, 9:09 am |
| Location: | WASHINGTON, DC 20551 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | FEDERAL RESERVE BOARD OF GOVERNORS |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

**Recipient Signature**

Signature of Recipient: [signature]
Address of Recipient: [FRB 20551]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004