**BILLIE LM ADDLEMAN, #6-3690**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | }<br>}<br>} |
| Plaintiff, | }<br>} |
| vs. | }<br>}   Civil No. 1:22-cv-00125-SWS<br>} |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | }<br>}<br>}<br>} |
| Defendants. | } |

# ENTRY OF APPEARANCE

Please enter my appearance as attorney for Defendant, Federal Reserve Bank of Kansas City, in the above-captioned matter.

Dated:  15 July 2022.

HIRST APPLEGATE, LLP


BY:  /s *Billie LM Addleman*
     BILLIE LM ADDLEMAN, #6-3690
     OF HIRST APPLEGATE, LLP
     Attorneys for Defendant FRBKC
     P. O. Box 1083
     Cheyenne, WY 82003-1083
     (307) 632-0541

## CERTIFICATE OF SERVICE

      I certify the foregoing **Entry of Appearance** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 15 July 2022, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Scarborough<br>Whitney D. Hermandorfer<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Angela Tarasi<br>KING & SPAULDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>*Attorney for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

      *s/ Shannon M. Ward*
      OF HIRST APPLEGATE, LLP
      Attorneys for Defendant FRBKC