**BILLIE LM ADDLEMAN, #6-3690**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } | |
| Defendants. | } | |

# *UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT*

Defendant, Federal Reserve Bank of Kansas City, (hereinafter "Defendant" or "FRBKC"), respectfully requests that this Court enter an Order granting Defendant an extension of time to respond to Plaintiff's *Complaint* in this action to and including August 16, 2022, which will align the Defendant's response date with that of the other defendant in this action, the Federal Reserve Board of Governors.  In support of this Motion, Defendant states as follows:

1. Plaintiff filed its *Complaint* on June 7, 2022.

2. Pursuant to the June 27, 2022, *Rule 4 Waiver of Service* (Doc. 24), Defendant FRBKC's response is due August 8, 2022.

3. In this case, the other Defendant, the Federal Reserve Board of Governors, must serve its response to the same *Complaint* on or before August 16, 2022. Doc. 25.

4. On July 15, 2022, Defendant FRBKC's counsel conferred with Plaintiff's counsel, Scott Ortiz, about an extension of time for Defendant FRBKC to respond to the *Complaint.* Plaintiff's counsel agreed to an extension of Defendant's time to answer or otherwise respond to August 16, 2022, the same date that has been set for a response by the Federal Reserve Board of Governors.

For these reasons, Defendant FRBKC respectfully requests the Court grant this Motion and enter an Order granting it an extension of time, to and including August 16, 2022, to align the date on which all Defendants must respond to Plaintiff's *Complaint* in this action.

Dated: 26 July 2022.

HIRST APPLEGATE, LLP

BY: /s *Billie LM Addleman*
BILLIE LM ADDLEMAN, #6-3690
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

– 3 –

## CERTIFICATE OF SERVICE

I certify the foregoing *Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 26 July 2022, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Scarborough<br>Whitney D. Hermandorfer<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Angela Tarasi<br>KING & SPAULDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>*Attorney for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

    s/ *Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC