FILED



10:44 am, 7/27/22

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | }<br>} |
| Plaintiff, | }<br>} |
| vs. | }    Civil No. 1:22-cv-00125-SWS |
| | } |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | }<br>}<br>} |
| | } |
| Defendants. | } |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** having come before the Court on Defendant Federal Reserve Bank of Kansas City's *Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint,* and being fully informed on the matter, finds that the Motion should be granted.

***IT IS HEREBY ORDERED*** that Defendant's *Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint* be, and hereby is, **GRANTED** and that both Defendants shall have to and including August 16, 2022 to answer or otherwise respond to Plaintiff's *Complaint*.

Dated:    July 27    2022.

_____
KELLY H. RANKIN
United State Magistrate Judge