NICHOLAS VASSALLO
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2124
christopher.martin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-00125-SWS |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, | ) |
| Defendants. | ) |

**MOTION FOR *PRO HAC VICE* ADMISSIONS OF JOSHUA P. CHADWICK, YVONNE F. MIZUSAWA, YONATAN GELBLUM, AND KATHERINE POMEROY AS COUNSEL FOR THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM AND REQUEST FOR THE ASSISTANT UNITED STATES ATTORNEY TO BE EXCUSED THEREAFTER**

The undersigned attorney, C. Levi Martin, an Assistant United States Attorney for the District of Wyoming, hereby moves this Court, pursuant to Local Rule 84.2(b) and (d), for an Order admitting Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy to appear and participate as attorneys for the Board of Governors of the Federal Reserve System in the above-captioned action.

In support of this motion, counsel submits the attached copies of the original declarations of Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy, which

1

reflect that they are admitted to practice before the highest court in a state or the District of Columbia.

The contact information for Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy is as follows:

Joshua P. Chadwick, Senior Special Counsel
Board of Governors of the
Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Telephone: (202) 263-4835
Email: joshua.p.chadwick@frb.gov

Yvonne F. Mizusawa, Senior Counsel
Board of Governors of the
Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Telephone: (202) 469-1007
Email: yvonne.f.mizusawa@frb.gov

Yonatan Gelblum, Senior Counsel
Board of Governors of the
Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Telephone: (202) 452-2046
Email: yonatan.gelblum@frb.gov

Katherine Pomeroy, Senior Counsel
Board of Governors of the
Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Telephone: (202) 912-4329
Email: katherine.pomeroy@frb.gov

The undersigned Assistant United States Attorney is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and, to the best of his knowledge and belief, vouches for Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy's good moral character and veracity.

The undersigned further requests, under Local Rule 84.2(d), that after admission of Messrs. Chadwick and Gelblum and Mmes. Mizusawa and Pomeroy, the Assistant United States Attorney be excused from further participation in the case, including the signing of pleadings and appearance requirements. The Board has independent litigation authority by statute, 12 U.S.C. § 248(p).

WHEREFORE, the undersigned respectfully requests that this Motion for Admissions *Pro Hac Vice* be granted and that the undersigned be excused from further participation in the case.

Dated this 1st day of August, 2022.

                                                         Respectfully submitted,

                                                         NICHOLAS VASSALLO
                                                         Acting United States Attorney

                       By:     /s/ *C. Levi Martin*
                                         C. LEVI MARTIN
                                         Assistant United States Attorney