UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| CUSTODIA BANK, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF GOVERNORS OF <br> THE FEDERAL RESERVE SYSTEM & <br> FEDERAL RESERVE BANK <br> OF KANSAS CITY, <br><br> Defendants. | Case No. 1:22-cv-00125-SWS |

**ORDER GRANTING ADMISSIONS *PRO HAC VICE* OF JOSHUA P. CHADWICK, YVONNE F. MIZUSAWA, YONATAN GELBLUM, AND KATHERINE POMEROY AND EXCUSING ASSISTANT UNITED STATES ATTORNEY FROM FURTHER PARTICIPATION**

**THIS MATTER** having come before the Court upon the motion of Assistant United States Attorney, C. Levi Martin, for the purpose of admitting Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy as *pro hac vice* counsel for the Board of Governors of the Federal Reserve System and requesting that he be excused from participating thereafter. (Doc. 31). The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy are admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that the Assistant United States Attorney, C. Levi Martin, is hereby excused from further participation in this case and from any further responsibilities under Local Rule 84.2.

DATED this __ day of _____ 2022.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE