IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br>Plaintiff, <br><br>v. <br><br>BOARD OF GOVERNORS OF <br>THE FEDERAL RESERVE SYSTEM & <br>FEDERAL RESERVE BANK <br>OF KANSAS CITY, <br><br>Defendants. | Case No. 1:22-cv-00125-SWS |

**DECLARATION OF JOSHUA P. CHADWICK IN SUPPORT OF MOTION FOR
*PRO HAC VICE* ADMISSION AS COUNSEL FOR THE
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM**

I, Joshua P. Chadwick, hereby declare as follows:

1. I am a Senior Special Counsel for the Board of Governors of the Federal Reserve System (the "Board"), a U.S. government agency and a defendant in this action.

2. My office is located at 20th Street and Constitution Avenue, N.W., Washington, D.C. 20551. My telephone number is (202) 263-4835 and my email address is joshua.p.chadwick@frb.gov.

3. I am a member in good standing of the bars of the District of Columbia and New York State, D.C. #502279 and NY #4407110, and I have been admitted to practice law in these jurisdictions since 2006. No disciplinary or grievance proceedings have been filed or are pending against me.

4. I am not admitted to practice law in the State of Wyoming.

5. I agree to comply with the Local Rules of the United States District Court for the District of Wyoming and understand that I am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising from these proceedings.

6. I understand that local counsel has, simultaneously with the motion to admit me as *pro hac vice*, requested to be excused from further participating in this case because the Board has independent litigation authority by statute, 12 U.S.C. § 248(p). I am prepared to defend this matter without the participation of the Assistant United States Attorney, C. Levi Martin.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July 2022.

By: _____
Joshua P. Chadwick, Senior Special Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Telephone: (202) 263-4835
Email: joshua.p.chadwick@frb.gov