IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-00125-SWS |
| v. ) | |
| ) | |
| BOARD OF GOVERNORS OF ) | |
| THE FEDERAL RESERVE SYSTEM & ) | |
| FEDERAL RESERVE BANK ) | |
| OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF YONATAN GELBLUM IN SUPPORT OF MOTION FOR**
***PRO HAC VICE* ADMISSION AS COUNSEL FOR THE**
**BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM**

I, Yonatan Gelblum, hereby declare as follows:

1. I am a Senior Counsel for the Board of Governors of the Federal Reserve System (the "Board"), a U.S. government agency and a defendant in this action.

2. My office is located at 20th Street and Constitution Avenue, N.W., Washington, D.C. 20551.  My telephone number is (202) 452-2046 and my email address is yonatan.gelblum@frb.gov.

3. I am a member in good standing of the Bar of California, Cal. Bar #254297, and have been admitted to practice law in California since 2007.  No disciplinary or grievance proceedings have been filed or are pending against me.

4. I am not admitted to practice law in the State of Wyoming.

5. I agree to comply with the Local Rules of the United States District Court for the District of Wyoming and understand that I am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising from these proceedings.

6. I understand that local counsel has, simultaneously with the motion to admit me as *pro hac vice*, requested to be excused from further participating in this case because the Board has independent litigation authority by statute, 12 U.S.C. § 248(p). I am prepared to defend this matter without the participation of the Assistant United States Attorney, C. Levi Martin.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July 2022.

By: _____
Yonatan Gelblum, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Telephone: (202) 452-2046
Email: yonatan.gelblum@frb.gov