IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, <br><br> Defendants. | Case No. 1:22-cv-00125-SWS |

**DECLARATION OF YVONNE F. MIZUSAWA IN SUPPORT OF MOTION FOR
*PRO HAC VICE* ADMISSION AS COUNSEL FOR THE
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM**

I, Yvonne F. Mizusawa, hereby declare as follows:

1. I am a Senior Counsel for the Board of Governors of the Federal Reserve System (the "Board"), a U.S. government agency and a defendant in this action.

2. My office is located at 20th Street and Constitution Avenue, N.W., Washington, D.C. 20551. My telephone number is (202) 469-1007 and my email address is yvonne.f.mizusawa@frb.gov.

3. I am a member in good standing of the Bar of the District of Columbia, D.C. Bar # 416459, and have been admitted to practice law in the District of Columbia since 1988. No disciplinary or grievance proceedings have been filed or are pending against me.

1

4. I am not admitted to practice law in the State of Wyoming.

5. I agree to comply with the Local Rules of the United States District Court for the District of Wyoming and understand that I am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising from these proceedings.

6. I understand that local counsel has, simultaneously with the motion to admit me as *pro hac vice*, requested to be excused from further participating in this case because the Board has independent litigation authority by statute, 12 U.S.C. § 248(p). I am prepared to defend this matter without the participation of the Assistant United States Attorney, C. Levi Martin.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of July 2022.

By: *Yvonne Mizusawa*
Yvonne F. Mizusawa, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Telephone: (202) 469-1007
Email: yvonne.f.mizusawa@frb.gov

2