NICHOLAS VASSALLO
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-CV-125-S |
| | ) |
| BOARD OF GOVERNORS OF THE | ) |
| FEDERAL RESERVE SYSTEM & | ) |
| FEDERAL RESERVE BANK | ) |
| OF KANSAS CITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## ENTRY OF APPEARANCE – C. LEVI MARTIN

Undersigned counsel, Assistant United States Attorney C. Levi Martin, hereby enters his

appearance as an attorney in this case for the Board of Governors of the Federal Reserve System.

Dated this 1st day of August, 2022.

Respectfully Submitted,

NICHOLAS VASSALLO
Acting United States Attorney

By:  /s/ C. Levi Martin
C. LEVI MARTIN
Assistant United States Attorney