FILED

2:44 pm, 8/1/22

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 22-CV-125-SWS |
| | ) |
| BOARD OF GOVERNORS OF | ) |
| THE FEDERAL RESERVE SYSTEM and | ) |
| FEDERAL RESERVE BANK | ) |
| OF KANSAS CITY, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF JOSHUA P. CHADWICK, YVONNE F. MIZUSAWA, YONTAN GELBLUM, AND KATHERINE POMEROY AND EXCUSING ASSISTANT UNITED STATES ATTORNEY FROM FURTHER PARTICIPATION

**THIS MATTER** having come before the Court upon the motion of Assistant United States Attorney, C. Levi Martin, for the purpose of admitting Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy as counsel for Defendant Board of Governors of the Federal Reserve System pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, and requesting that he be excused from participating thereafter.  The Court reviewed this matter and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Joshua P. Chadwick, Yvonne F. Mizusawa, Yonatan Gelblum, and Katherine Pomeroy are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Assistant United States Attorney, C. Levi Martin, is hereby excused from further participation in this case and from any further responsibilities under Local Rule 84.2.

**DATED** this 1st day of August, 2022.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE