**BILLIE LM ADDLEMAN, #6-3690**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } } } | |
| vs. | } } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } } } | |
| Defendants. | } | |

## *UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES*

Defendant, Federal Reserve Bank of Kansas City, (hereinafter "Defendant" or "FRBKC"), respectfully requests the Court enter an Order granting both Defendants leave to file briefs no longer than forty-five (45) pages. In support of this Motion, Defendant FRBKC states as follows:

1. Plaintiff filed its *Complaint* on June 7, 2022.

2. Both Defendants' response to the *Complaint* is due August 16, 2022 [Doc. No. 30].

3. Pursuant to Rule 7.1(b)(2)(B) of the United States District Court Local Rules, briefs in support of and in opposition to all dispositive motions should not exceed 25 pages.

However, the same Rule contemplates briefs in excess of twenty-five (25) pages when complex or numerous legal issues justify such relief.

       4.      The *Complaint* includes a variety of complex legal claims, including claims arising under the Due Process, Separation of Power and Appointments Clause allegations, as well as administrative law issues arising under the Administrative Procedure Act.

       5.      On August 4 and 5, 2022, Defendant FRBKC's counsel conferred with Plaintiff's counsel, Scott Ortiz, about an extension of the page limit for both Defendants to respond to the *Complaint.* Plaintiff's counsel agreed to an extension of no more than forty-five (45) pages for each Defendant to file their brief in support of a motion to dismiss.

       6.      For these reasons, Defendant FRBKC respectfully requests the Court grant this Motion and enter an Order granting both Defendants up to and including forty-five (45) pages for their respective brief in support of their motion to dismiss.

Dated:  8 August 2022.

                HIRST APPLEGATE, LLP

                BY:  /s *Billie LM Addleman*
                     BILLIE LM ADDLEMAN, #6-3690
                     OF HIRST APPLEGATE, LLP
                     Attorneys for Defendant FRBKC
                     P. O. Box 1083
                     Cheyenne, WY 82003-1083
                     (307) 632-0541

# CERTIFICATE OF SERVICE

I certify the foregoing *UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 8 August 2022, and that copies were served as follows:

John K. Villa
Ryan Scarborough
Whitney D. Hermandorfer
Jamie Wolfe
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

Scott E Ortiz
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

Angela Tarasi
KING & SPAULDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
*Attorney for Defendant Federal Reserve Bank of Kansas City*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

    s/ *Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC