UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | Civil No. 1:22-cv-00125-SWS |
| } | |
| FEDERAL RESERVE BOARD OF } | |
| GOVERNORS and FEDERAL RESERVE } | |
| BANK OF KANSAS CITY, } | |
| } | |
| Defendants. } | |

## *ORDER PERMITTING BRIEFS IN EXCESS OF 25 PAGES*

**THIS MATTER**, having come before the Court upon the *Unopposed Motion for Leave of Court to File Briefs In Excess of Twenty-Five Pages*, and good cause having been shown, WHEREFORE:

**IT IS HEREBY ORDERED** that both Defendants may file briefs in support of their respective motions to dismiss not to exceed 45 pages.

Dated _____, 2022.

_____
KELLY H. RANKIN
United States Magistrate Judge