UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

U.S. FILED
DISTRICT COURT
DISTRICT OF WYOMING
2022 AUG -9  PM 2:58
MARGARET BOTKINS, CLERK
CASPER

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## ORDER PERMITTING BRIEFS IN EXCESS OF 25 PAGES

**THIS MATTER**, having come before the Court upon the *Unopposed Motion for Leave of Court to File Briefs In Excess of Twenty-Five Pages*, and good cause having been shown, WHEREFORE:

**IT IS HEREBY ORDERED** that both Defendants may file briefs in support of their respective motions to dismiss not to exceed 45 pages.

Dated _____Aug. 9th_____, 2022.


_____
Scott W. Skavdahl
United States District Judge