AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00125-SWS |
| Federal Reserve Board of Governors et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Board of Governors of the Federal Reserve System.

Date: 08/11/2022

/s/ Joshua P. Chadwick
*Attorney's signature*

Joshua P. Chadwick (DC 502279)
*Printed name and bar number*

20th Street and Constitution Avenue, NW
Washington, DC 20551
*Address*

joshua.p.chadwick@frb.gov
*E-mail address*

(202) 263-4835
*Telephone number*

*FAX number*