AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Custodia Bank, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00125-SWS |
| Federal Reserve Board of Governors et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Board of Governors of the Federal Reserve System.

Date: 08/11/2022

/s/ Yonatan Gelblum
*Attorney's signature*

Yonatan Gelblum (CA 254297)
*Printed name and bar number*

20th Street and Constitution Avenue NW
Washington, D.C. 20551

*Address*

yonatan.gelblum@frb.gov
*E-mail address*

(202) 452-2046
*Telephone number*

(202) 736-5615
*FAX number*