UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## *AFFIDAVIT OF LAURA HARRIS*

STATE OF NEW YORK        }
                         } ss
COUNTY OF NEW YORK}

Laura Harris, being first duly sworn, on her oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney at the law firm of King & Spalding, LLP, 1185 Avenue of the Americas, 34th Floor, New York, NY 10036, telephone 212-790-5360, and email address lharris@kslaw.com.

2. I have been and I am presently a member in good standing of the Bar and am admitted to practice in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| New York State | 4/302012 |
| District Court of the Southern District of New York | 5/15/2012 |

3. No disciplinary proceedings are pending against me and I have not incurred in the past any public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5.      I acknowledge that local counsel, Billie LM Addleman, is required to be fully prepared to represent the client at any time, in any capacity.

6.      I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: August 11, 2022

_____
LAURA HARRIS

Subscribed, sworn to, and acknowledged before me by Laura Harris this 16 day of August 2022. Witness my hand and official seal. My commission expires: February 12, 2026.

S E A L

_____
NOTARY PUBLIC

MITSY GONZALEZ
Notary Public, State of New York
No. 01GO5069716
Qualified in Queens County
Commission Expires 2/12/2026