**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## MOTION FOR ADMISSION OF ANDREW MICHAELSON, PRO HAC VICE

Billie LM Addleman of HIRST APPLEGATE, LLP, counsel for Defendant Federal Reserve Bank of Kansas City ("FRBKC"), moves this Court for the admission of Andrew Michaelson, *pro hac vice,* for the purpose of representing FRBKC herein and in support thereof, states the following:

1.     Billie LM Addleman is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court, and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

HIRST APPLEGATE, LLP
LAW OFFICES
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083

2.      Billie LM Addleman or some other attorney of Hirst Applegate will assist Andrew Michaelson in the representation of FRBKC herein.

3.      Andrew Michaelson is an attorney in the law firm of King & Spalding, LLP, 1185 Avenue of the Americas, 34th Floor, New York, NY 10036, telephone 212-790-5358, and email address amichaelson@kslaw.com.

4.      Andrew Michaelson is an attorney licensed to practice law in the state of New York.  He is a member in good standing of the bar of the State of New York, and was admitted on June 28, 2004.  He is a member in good standing of the Southern District of New York, and was admitted on November 16, 2004.  He is a member in good standing of the Eastern District of New York, and was admitted on December 7, 2004.  He is a member in good standing of the United States Court of Appeals for the Second Circuit, and was admitted on February 6, 2014.  He is a member in good standing of the New York State Appellate Division, Second Department, and was admitted on June 28, 2004.

5.      Based on available information and belief, Billie LM Addleman vouches for the good moral character and veracity of Andrew Michaelson.

6.      Billie LM Addleman or some other attorney with Hirst Applegate, LLP will continue to act as counsel for FRBKC herein and will be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act for and on behalf of the client on all matters, including pretrial conferences, as well as trial and other hearings.

7.      Andrew Michaelson understands that upon his admission for purposes of this proceeding, he is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

8.      Pursuant to U.S.D.C.L.R. 84.2(b), attached hereto is the Affidavit of Andrew Michaelson in support of his request for admission.

9.      The requisite fee for admission of attorney *pro hac vice* will be provided to the Court.

Dated:  16 August 2022.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY:  /s Billie LM Addleman
**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

**CERTIFICATE OF SERVICE**

I certify the foregoing **MOTION FOR ADMISSION OF ANDREW MICHAELSON, PRO HAC VICE** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 16 August 2022, and that copies were served as follows:

John K. Villa
Ryan Thomas Scarborough
Whitney D Hermandorfer
Jamie Wolfe
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
jvilla@wc.com
rscarborough@wc.com
whermandorfer@wc.com
jwolfe@wc.com
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Scott E Ortiz
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
sortiz@wpdn.net
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Angela Tarasi
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
atarasi@kslaw.com
*Attorneys for Defendant Federal Reserve Bank of Kansas City*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Joshua P. Chadwick, Senior Special Counsel
Yvonne F. Mizusawa, Senior Counsel
Yonatan Gelblum, Senior Counsel
Katherine Pomeroy, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
joshua.p.chadwick@frb.gov
yvonne.f.mizusawa@frb.gov
yonatan.gelblum@frb.gov
katherine.pomeroy@frb.gov
*Attorneys for Defendant Federal Reserve Board of Governors*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

/s  Shannon M. Ward
OF HIRST APPLEGATE, LLP
Attorneys for Defendant