UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | Civil No. 1:22-cv-00125-SWS |
| } | |
| FEDERAL RESERVE BOARD OF } | |
| GOVERNORS and FEDERAL RESERVE } | |
| BANK OF KANSAS CITY, } | |
| } | |
| Defendants. } | |

## *AFFIDAVIT OF ANDREW MICHAELSON*

STATE OF NEW YORK }
} ss
COUNTY OF NEW YORK }

Andrew Michaelson, being first duly sworn, on his oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney at the law firm of King & Spalding, LLP, 1185 Avenue of the Americas, 34th Floor, New York, NY 10036, telephone 212-790-5358, and email address amichaelson@kslaw.com.

2. I have been and I am presently a member in good standing of the Bar and am admitted to practice in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| New York State | 06/28/2004 |
| New York State, Appellate Division, Second Department | 6/28/2004 |
| Southern District of New York | 11/16/2004 |
| Eastern District of New York | 12/7/2004 |
| U.S. Court of Appeals for the Second Circuit | 2/16/2014 |

3. No disciplinary proceedings are pending against me and I have not incurred in the past any public sanctions.

4.  I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5.  I acknowledge that local counsel, Billie LM Addleman, is required to be fully prepared to represent the client at any time, in any capacity.

6.  I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: August 15, 2022

_____
ANDREW MICHAELSON

Subscribed, sworn to, and acknowledged before me by Andrew Michaelson this 15 day of August 2022. Witness my hand and official seal. My commission expires: February 12, 2026.

SEAL

_____
NOTARY PUBLIC

MITSY GONZALEZ
Notary Public, State of New York
No. 01GO5069716
Qualified in Queens County
Commission Expires 2/12/2026

2