**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } | |
| | } | |
| Defendants. | } | |

# *MOTION FOR ADMISSION OF CHRISTINE CARLETTA, PRO HAC VICE*

Billie LM Addleman of HIRST APPLEGATE, LLP, counsel for Defendant Federal Reserve Bank of Kansas City ("FRBKC"), moves this Court for the admission of Christine Carletta, *pro hac vice,* for the purpose of representing FRBKC herein and in support thereof, states the following:

1. Billie LM Addleman is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court, and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

– 2 –

  2. Billie LM Addleman or some other attorney of Hirst Applegate will assist Christine Carletta in the representation of FRBKC herein.

  3. Christine Carletta is an attorney in the law firm of King & Spalding, LLP, 1700 Pennsylvania Avenue NW, Suite 900, Washington, D.C. 20006, telephone 202-626-2997, and email address ccarletta@kslaw.com.

  4. Christine Carletta is an attorney licensed to practice law in the District of Columbia and the State of New York.  She is a member in good standing of the bar of the District of Columbia, and was admitted on 02/28/2022.  She is a member in good standing of the State of New York (admitted on 01/25/2016).  She is a member in good standing of the U.S. Court of Appeals for the Second Circuit (2018), U.S. Court of Appeals for the Sixth Circuit (2019), U.S. Court of Appeals for the District of Columbia Circuit (2021), U.S. District Court for the Southern District of New York (2018), U.S. District Court for the Northern District of New York (2017), U.S. District for the Eastern District of New York (2018), and the U.S. District Court for the Northern District of Illinois (2020).

  5. Based on available information and belief, Billie LM Addleman vouches for the good moral character and veracity of Christine Carletta.

  6. Billie LM Addleman or some other attorney with Hirst Applegate, LLP will continue to act as counsel for FRBKC herein and will be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act for and on behalf of the client on all matters, including pretrial conferences, as well as trial and other hearings.

7. Christine Carletta understands that upon her admission for purposes of this proceeding, she is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

8. Pursuant to U.S.D.C.L.R. 84.2(b), attached hereto is the Affidavit of Christine Carletta in support of her request for admission.

9. The requisite fee for admission of attorney *pro hac vice* will be provided to the Court.

Dated: 16 August 2022.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY: /s Billie LM Addleman
**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing **MOTION FOR ADMISSION OF CHRISTINE CARLETTA, PRO HAC VICE** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 16 August 2022, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Thomas Scarborough<br>Whitney D Hermandorfer<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>jvilla@wc.com<br>rscarborough@wc.com<br>whermandorfer@wc.com<br>jwolfe@wc.com<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>sortiz@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Angela Tarasi<br>KING & SPALDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>atarasi@kslaw.com<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

| | |
|---|---|
| Joshua P. Chadwick, Senior Special Counsel<br>Yvonne F. Mizusawa, Senior Counsel<br>Yonatan Gelblum, Senior Counsel<br>Katherine Pomeroy, Senior Counsel<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Washington, D.C.  20551<br>joshua.p.chadwick@frb.gov<br>yvonne.f.mizusawa@frb.gov<br>yonatan.gelblum@frb.gov<br>katherine.pomeroy@frb.gov<br>*Attorneys for Defendant Federal Reserve Board of Governors* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

v

/s  Shannon M. Ward
OF HIRST APPLEGATE, LLP
Attorneys for Defendant