UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } | |
| | } | |
| Defendants. | } | |

## *AFFIDAVIT OF CHRISTINE CARLETTA*

DISTRICT OF COLUMBIA    }

Christine M. Carletta, being first duly sworn, on her oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney at the law firm of King & Spalding, LLP, 1700 Pennsylvania Avenue NW, Suite 900, Washington, D.C., telephone 202-626-2997, and email address ccarletta@kslaw.com.

2. I have been, and I am presently a member in good standing of the Bar and am admitted to practice in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| New York State Bar | 1/25/2016 |
| District of Columbia Bar | 2/28/2022 |
| U.S. Court of Appeals for the Second Circuit | 10/22/2018 |
| U.S. Court of Appeals for the Sixth Circuit | 12/11/2019 |
| U.S. Court of Appeals for the District of Columbia Circuit | 10/20/2021 |
| U.S. District Court for the Southern District of New York | 7/10/2018 |
| U.S. District Court for the Northern District of New York | 9/2/2017 |
| U.S. District Court for the Eastern District of New York | 7/10/2018 |
| U.S. District Court for the Northern District of Illinois | 1/18/2020 |

3. No disciplinary proceedings are pending against me and I have not incurred in the past any public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Billie LM Addleman, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 11 August 2022.

*Christine M. Carletta*
_____
CHRISTINE M. CARLETTA

State of Texas, County of Dallas

Subscribed, sworn to, and acknowledged before me by Christine M. Carletta this 11th day of August 2022. Witness my hand and official seal.

My commission expires: _____06/08/2024_____.

SEAL                                    _____
                                        NOTARY PUBLIC

ASIA GIBSON
ID NUMBER
13251012-0
COMMISSION EXPIRES
June 8, 2024

Notarized online using audio-video communication

2