UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } | |
| | } | |
| Defendants. | } | |

## *AFFIDAVIT OF JOSHUA N. MITCHELL*

DISTRICT OF COLUMBIA    }

Joshua N. Mitchell, being first duly sworn, on his oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney at the law firm of King & Spalding, LLP, 1700 Pennsylvania Avenue NW, Suite 900, Washington, D.C. 20006, telephone 202-626-5571, and email address jmitchell@kslaw.com.

2. I have been, and I am presently a member in good standing of the Bar and am admitted to practice in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| District of Columbia Bar | 3/8/2013 |
| Colorado Bar | 11/18/2011 (Inactive) |
| Supreme Court of the United States | 8/2/2021 |
| U.S. Court of Appeals for the Second Circuit | 7/27/2020 |
| U.S. Court of Appeals for the Third Circuit | 7/5/2018 |
| U.S. Court of Appeals for the Fourth Circuit | 2/26/2020 |
| U.S. Court of Appeals for the Sixth Circuit | 4/20/2016 |
| U.S. Court of Appeals for the Seventh Circuit | 4/3/2020 |

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| U.S. Court of Appeals for the Eighth Circuit | 11/24/2015 |
| U.S. Court of Appeals for the Ninth Circuit | 5/20/2020 |
| U.S. Court of Appeals for the Tenth Circuit | 5/28/2020 |
| U.S. Court of Appeals for the Eleventh Circuit | 6/28/2017 |
| U.S. Court of Appeals for the Federal Circuit | 4/25/2016 |
| U.S. Court of Appeals for the District of Columbia Circuit | 5/2/2016 |

3. No disciplinary proceedings are pending against me and I have not incurred in the past any public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Billie LM Addleman, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 9th August 2022.

_____
JOSHUA N. MITCHELL

Subscribed, sworn to, and acknowledged before me by Joshua N. Mitchell this 9 day of August 2022. Witness my hand and official seal.

My commission expires: 1/14/2027.

_____
NOTARY PUBLIC

2