UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## *AFFIDAVIT OF JEFFREY S. BUCHOLTZ*

DISTRICT OF COLUMBIA        }

Jeffrey S. Bucholtz, being first duly sworn, on his oath deposes and states as follows:

1.      I am over 18 years of age.  I am an attorney at the law firm of King & Spalding, LLP, 1700 Pennsylvania Avenue NW, Suite 900, Washington, D.C. 20006, telephone 202-626-2907, and email address jbucholtz@kslaw.com.

2.      I have been, and I am presently a member in good standing of the Bar and am admitted to practice in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| District of Columbia Bar | 10/7/1996 |
| Virginia Bar | 10/11/1995 (Inactive) |
| Supreme Court of the United States | 11/13/2000 |
| U.S. Court of Appeals for the First Circuit | 1/30/2004 |
| U.S. Court of Appeals for the Second Circuit | 11/2/2007 |
| U.S. Court of Appeals for the Third Circuit | 8/12/1997 |
| U.S. Court of Appeals for the Fourth Circuit | 1/5/2001 |
| U.S. Court of Appeals for the Fifth Circuit | 3/18/2014 |
| U.S. Court of Appeals for the Sixth Circuit | 5/2/2011 |

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| U.S. Court of Appeals for the Seventh Circuit | 1/9/2001 |
| U.S. Court of Appeals for the Eighth Circuit | 6/8/2011 |
| U.S. Court of Appeals for the Ninth Circuit | 6/6/2003 |
| U.S. Court of Appeals for the Tenth Circuit | 3/22/2000 |
| U.S. Court of Appeals for the Eleventh Circuit | 5/25/2010 |
| U.S. Court of Appeals for the Federal Circuit | 4/19/2000 |
| U.S. Court of Appeals for the District of Columbia Circuit | 3/27/2002 |
| U.S. District Court for the District of Columbia | 4/2/2012 |

3.      No disciplinary proceedings are pending against me and I have not incurred in the past any public sanctions.

4.      I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5.      I acknowledge that local counsel, Billie LM Addleman, is required to be fully prepared to represent the client at any time, in any capacity.

6.      I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 9th August 2022.

_____
JEFFREY S. BUCHOLTZ

Subscribed, sworn to, and acknowledged before me by Jeffrey S. Bucholtz this 9 day of August 2022.  Witness my hand and official seal.

My commission expires: ___1/14/2027___.



Joyce H. Kelly
_____
NOTARY PUBLIC

2