AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Custodia Bank, Inc. <br> *Plaintiff* <br> v. <br> Federal Reserve Board of Governors et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:22-cv-00125-SWS <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, the Board of Governors of the Federal Reserve System.

Date:   08/16/2022

/s/ Yvonne F. Mizusawa
*Attorney's signature*

Yvonne F. Mizusawa (D.C. Bar No. 416459)
*Printed name and bar number*
20th Street and Constitution Ave., N.W.
Washington, D.C. 20551

*Address*

yvonne.f.mizusawa@frb.gov
*E-mail address*

(202) 469-1007
*Telephone number*

*FAX number*