**FILED**

3:18 pm, 8/16/22

**Margaret Botkins**
**Clerk of Court**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Custodia Bank Inc.,** | ) |
| | ) |
|  **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 22-cv-125-SWS |
| | ) |
| **Federal Reserve Board of Governors, et al** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF LAURA HARRIS, ANDREW MICHAELSON, CHRISTINE CARLETTA, JOSHUA N. MITCHELL AND JEFFREY S. BUCHOLTZ AS COUNSEL FOR THE DEFENDANT FEDERAL RESERVE BANK OF KANSAS CITY.**

_____

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendant Federal Reserve Bank of Kansas City pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Laura Harris, Andrew Michaelson, Christine Carletta, Joshua N. Mitchell and Jeffrey S. Bucholtz Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Laura Harris, Andrew Michaelson, Christine Carletta, Joshua N. Mitchell and Jeffrey S. Bucholtz are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 16th day of August, 2022.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE