AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank Inc. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:22-cv-125-SWS |
| Federal Reserve Board of Governors, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Reserve Bank of Kansas City / Defendant    .

Date:   08/18/2022

/s/Joshua N. Mitchell
*Attorney's signature*

Joshua N. Mitchell (DC Bar No. 1012854)
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
*Address*

jmitchell@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-3737
*FAX number*