AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-125-SWS |
| Federal Reserve Board of Governors, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Reserve Bank of Kansas City / Defendant.

Date: 08/18/2022

/s/Christine M. Carletta
*Attorney's signature*

Christine M. Carletta (DC Bar No. 90001239)
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006

*Address*

ccarletta@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-3737
*FAX number*