IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Number: 22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | ) |
| Defendants. | ) |

**ORDER GRANTING EXTENSION AND LEAVE FOR EXCESS PAGES**

THIS MATTER came before the Court on *Custodia Bank, Inc.'s Unopposed Motion for Extension of Time and for Leave to File Excess Pages*. The Court, being fully advised, FINDS good cause to grant the *Unopposed Motion*.

IT IS HEREBY ORDERED that *Custodia Bank, Inc.'s Unopposed Motion for Extension of Time and for Leave to File Excess Pages* is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file its omnibus response brief to Defendants' motions to dismiss on or by September 13, 2022.

IT IS FURTHER ORDERED that Plaintiff shall have up to and including 60 pages for its omnibus response brief to Defendants' motions to dismiss.

DATED this 30th day of August 2022.

_____
Kelly H. Rankin
U.S. Magistrate Judge