IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>    *Plaintiff*,<br>v.<br><br>FEDERAL RESERVE BOARD OF<br>GOVERNORS,<br>Constitution Ave NW & 20th St NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK<br>OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108,<br><br>    *Defendants*. | Civil Case No.: 1:22-cv-00125-SWS |

### AFFIDAVIT OF SARAH M. HARRIS IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to District of Wyoming Local Rule 84.2(b), I, Sarah M. Harris, declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Sarah Michelle Harris. I am a partner at Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024; (202) 434-5000 (office – main); sharris@wc.com (email).

2. I am a member of the bar of the following:

1

| | |
|---|---|
| Massachusetts (Bar No. 679624) | November 30, 2010 |
| District of Columbia (Bar No. 1004964) | December 5, 2011 |

I have been admitted to practice law in the following jurisdictions:

| | |
|---|---|
| Supreme Court of the United States | February 24, 2014 |
| United States Court of Appeals, First Circuit | April 2, 2013 |
| United States Court of Appeals, Second Circuit | December 18, 2014 |
| United States Court of Appeals, Third Circuit | November 21, 2012 |
| United States Court of Appeals, Fourth Circuit | September 30, 2013 |
| United States Court of Appeals, Fifth Circuit | May 6, 2014 |
| United States Court of Appeals, Sixth Circuit | July 24, 2013 |
| United States Court of Appeals, Seventh Circuit | March 15, 2019 |
| United States Court of Appeals, Eighth Circuit | November 25, 2020 |
| United States Court of Appeals, Ninth Circuit | August 16, 2013 |
| United States Court of Appeals, District of Columbia Circuit | January 31, 2013 |
| United States Court of Appeals, Federal Circuit | October 27, 2016 |
| United States District Court for the District of Columbia | May 6, 2013 |

3. I am subject to no pending disciplinary proceedings, and have never received any past public sanctions.

4. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel is required to be fully prepared to represent our client, Plaintiff Custodia Bank, Inc., at any time and in any capacity.

6. I acknowledge that I will be subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings and submit to jurisdiction of the same.

Dated: September 13, 2022

_Sarah M. Harris_
Sarah M. Harris