IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Number: 22-cv-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD OF | ) |
| GOVERNORS and FEDERAL RESERVE | ) |
| BANK OF KANSAS CITY, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING ADMISSION OF SARAH M. HARRIS

**THIS MATTER** having come before the Court upon the motion of counsel for Sarah M. Harris, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Sarah M. Harris as *pro hac vice* counsel in the District of Wyoming, the Court reviewed this matter and finds the motion should be granted.

**THEREFORE, IT IS HEREBY ORDERED** Sarah M. Harris is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this _____ day of September, 2022.

_____
United States District Court Judge /
United States Magistrate Judge