# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Number: 22-cv-00125-SWS |
| | ) | |
| FEDERAL RESERVE BOARD OF | ) | |
| GOVERNORS and FEDERAL RESERVE | ) | |
| BANK OF KANSAS CITY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Request for Hearing*. The Court, being fully advised, FINDS a hearing and oral arguments on *Defendant Board of Governors of the Federal Reserve System's Motion to Dismiss*, ECF No. 48, and the *Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss*, ECF No. 50 is necessary, and thus FINDS good cause to grant the *Motion*.

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Request for Hearing* is GRANTED.

IT IS FURTHER ORDERED that a hearing on *Defendant Board of Governors of the Federal Reserve System's Motion to Dismiss*, ECF No. 48, and the *Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss*, ECF No. 50, is hereby set for the ___ day of _____, 2022, at __ :_____ __ .m. The hearing shall be in-person and be held at the United States District Court for the District of Wyoming's courtroom located in the Ewing T. Kerr Federal Building in Casper, Wyoming.

IT IS FURTHER ORDERED that during the hearing, the Court shall hear oral arguments on the pending motions to dismiss. The hearing shall last one (1) hour with Plaintiff being allocated 30 minutes and Defendants jointly being allocated 30 minutes for their oral arguments.

DATED this ___ day of September 2022.

                                             _____
                                             HONORABLE SCOTT W. SKAVDAHL
                                             UNITED STATES DISTRICT COURT JUDGE