IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RESERVE BOARD OF )<br>GOVERNORS and FEDERAL RESERVE )<br>BANK OF KANSAS CITY, )<br>)<br>Defendants. ) | Civil Number: 22-cv-00125-SWS |

## ORDER SETTING HEARING

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Request for Hearing*. The Court, being fully advised, FINDS a hearing and oral arguments on *Defendant Board of Governors of the Federal Reserve System's Motion to Dismiss*, ECF No. 48, and the *Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss*, ECF No. 50 is necessary, and thus FINDS good cause to grant the *Motion*.

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Request for Hearing* is GRANTED.

IT IS FURTHER ORDERED that a hearing on *Defendant Board of Governors of the Federal Reserve System's Motion to Dismiss*, ECF No. 48, and the *Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss*, ECF No. 50, is hereby set for the **13th day of October, 2022, at 1:30p.m., via Videoconference**. Videoconference connection information will be provided to counsel via email prior to the date of the hearing.

IT IS FURTHER ORDERED that during the hearing, the Court shall hear oral arguments on the pending motions to dismiss. The hearing shall last one (1) hour with Plaintiff being allocated 30 minutes and Defendants jointly being allocated 30 minutes for their oral arguments.

DATED this 14th day of September 2022.

HONORABLE SCOTT W. SKAVDAHL
UNITED STATES DISTRICT COURT JUDGE