UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br><br>        Plaintiff,<br><br>        vs.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY,<br><br>        Defendants. | Civil No. 1:22-CV-00125-SWS |

## ORDER PERMITTING REPLY BRIEFS

**THIS MATTER,** having come before the Court upon the *Defendants' Joint Unopposed Motion for Leave to File Reply Briefs by October 4, 2022*, and good cause having been shown, **WHEREFORE**

**IT IS HEREBY ORDERED** that Defendants may file Reply briefs on or before October 4, 2022, not to exceed 25 pages.

Dated: \_\_\_\_ September 2022.

_____
KELLY H. RANKIN, United States Magistrate Judge