AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| Custodia Bank Inc. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   1:22-cv-125-SWS |
| Federal Reserve Board of Governors, et al. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Reserve Bank of Kansas City / Defendant    .

Date:   09/15/2022

/s/Andrew Michaelson
*Attorney's signature*

Andrew Michaelson (NY Bar No. 4247383)
*Printed name and bar number*

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
*Address*

amichaelson@kslaw.com
*E-mail address*

(212) 556-2100
*Telephone number*

(212) 556-2222
*FAX number*