AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-125-SWS |
| Federal Reserve Board of Governors, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Reserve Bank of Kansas City / Defendant                                                                .

Date:   09/15/2022                                                                                    /s/Laura Harris
                                                                                                    *Attorney's signature*

                                                                                    Laura Harris (NY Bar No. 5033048)
                                                                                    *Printed name and bar number*

                                                                                    King & Spalding LLP
                                                                                    1185 Avenue of the Americas, 34th Floor
                                                                                    New York, NY 10036
                                                                                    *Address*

                                                                                    lharris@kslaw.com
                                                                                    *E-mail address*

                                                                                    (212) 556-2100
                                                                                    *Telephone number*

                                                                                    (212) 556-2222
                                                                                    *FAX number*