

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | } |
| Plaintiff, | } |
| vs. | } Civil No. 1:22-CV-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } |
| Defendants. | } |

# ORDER PERMITTING REPLY BRIEFS

**THIS MATTER,** having come before the Court upon the *Defendants' Joint Unopposed Motion for Leave to File Reply Briefs by October 4, 2022*, and good cause having been shown, **WHEREFORE**

**IT IS HEREBY ORDERED** that Defendants may file Reply briefs to the three expected Amicus Briefs and Plaintiff's Opposition to Defendants' Motion to Dismiss on or before October 4, 2022, not to exceed 25 pages.

Dated this 16th day of September, 2022.

_____
Hon. Kelly H. Rankin
United States Magistrate Judge