SCOTT E. ORTIZ, W.S.B. # 6-4254
WILLIAMS PORTER DAY NEVILLE PC
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
Email: sortiz@wpdn.net
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Number: 22-cv-00125-SWS |
| | ) | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CONTINUE HEARING AND ORAL ARGUMENTS

COMES NOW Plaintiff Custodia Bank, Inc., and hereby submits its MOTION TO CONTINUE HEARING AND ORAL ARGUMENTS.

The hearing and arguments on defendants' motions to dismiss, (ECF No. 48 and ECF No. 50), are currently set for October 13, 2022, via video conference.

Counsel for Plaintiff Custodia Bank, Inc., begins a jury trial commencing October 6, 2022, through October 14, 2022.

Therefore, Plaintiff Custodia Bank, Inc. requests the October 13, 2022 date be vacated, and the hearing on defendants' motions to dismiss be rescheduled for the week of October 17, 2022 or the week of October 24, 2022.

Counsel for plaintiff has conferred with counsel for defendants, and they have stipulated to the continuance of this hearing.

RESPECTFULLY SUBMITTED this _____ day of September, 2022.

                                                              CUSTODIA BANK, INC., Defendant,

                                                              /s/ **SCOTT E. ORTIZ**
                                                              **SCOTT E. ORTIZ   WSB 5-2550**
                                                              WILLIAMS PORTER DAY NEVILLE PC
                                                              PO Box 10700
                                                              Casper WY 82602

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing document was served this 16th day of September, 2022, via the court's CM/ECF system, addressed to:

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

/s/ SCOTT E. ORTIZ
**SCOTT E. ORTIZ**