# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Number: 22-cv-00125-SWS |
| | ) | |
| FEDERAL RESERVE BOARD OF | ) | |
| GOVERNORS and FEDERAL RESERVE | ) | |
| BANK OF KANSAS CITY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO EXTEND HEARING AND ORAL ARGUMENTS

THIS MATTER having come before the Court, and the Court being advised of the matters contained in the MOTION TO EXTEND HEARING AND ORAL ARGUMENTS, **HEREBY GRANTS** same.

**NOW, THEREFORE,** the hearing and arguments on defendants' motions to dismiss, (ECF No. 48 and ECF No. 50), currently set for October 13, 2022, via video conferencing are vacated.

The hearing and arguments on defendants' motion to dismiss (ECF No. 48 and ECF No. 50), are hereby set for the _____ day of _____, 2022.

DATED this ____ day of _____, 2022.

BY THE COURT:

_____
JUDGE SKAVDAHL