Bridget Hill, WY Bar #6-3616
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
307-777-7841
bridget.hill@wyo.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:22-cv-00125-SWS |
| BOARD OF GOVERNORS OF ) | |
| THE FEDERAL RESERVESYSTEM & ) | |
| FEDERAL RESERVE BANK ) | |
| OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Bridget Hill, Attorney General with the Wyoming Attorney General's Office, is admitted to practice in this Court and hereby enters her appearance in the above-captioned case as attorney of record for all purposes on behalf of the State of Wyoming.

DATED this 20th day of September, 2022.

>  */s/ Bridget Hill*
>  Bridget Hill, WSB #6-3616
>  Attorney General
>  Wyoming Attorney General's Office
>  109 State Capitol
>  Cheyenne, Wyoming 82002
>  (307) 777-7841
>  bridget.hill@wyo.gov
>
>  *ATTORNEY FOR STATE OF WYOMING*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this 20th day of September 2022, by the following means:

| | |
|---|---|
| John K. Vila<br>Ryan Thomas Scarborough<br>Whitney D. Hermandorfer<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>*Attorneys for Plaintiff* | VIA CM/ECF |
| Scott E. Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, WY 82602<br>*Attorneys for Plaintiff* | VIA CM/ECF |
| Angela Tarasi<br>KING & SPALDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | VIA CM/ECF |
| Billie LM Addleman<br>John P. Fritz<br>HIRST APPLEGATE<br>P.O. Box 1083<br>Cheyenne, WY 82003<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | VIA CM/ECF |

Joshua P. Chadwick                                                              VIA CM/ECF
Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
*Attorneys for Defendant Federal Reserve Board of Governors*

                              */s/ Bridget Hill*
                              Bridget Hill
                              Attorney General