Karl Anderson, WY Bar #6-2807
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
307-777-6892
karl.anderson@wyo.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:22-cv-00125-SWS |
| BOARD OF GOVERNORS OF | ) | |
| THE FEDERAL RESERVE SYSTEM & | ) | |
| FEDERAL RESERVE BANK | ) | |
| OF KANSAS CITY, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Karl Anderson, Supervising Attorney General with the Wyoming Attorney General's Office, is admitted to practice in this Court and hereby enters his appearance in the above-captioned case as attorney of record for all purposes on behalf of the State of Wyoming.

DATED this 20th day of September, 2022.

*/s/ Karl Anderson*
Karl Anderson, WSB #6-2807
Supervising Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-6892
karl.anderson@wyo.gov
*ATTORNEY FOR STATE OF WYOMING*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this 20th day of September 2022, by the following means:

John K. Vila                                                    VIA CM/ECF
Ryan Thomas Scarborough
Whitney D. Hermandorfer
Jamie Wolfe
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
*Attorneys for Plaintiff*

Scott E. Ortiz                                                  VIA CM/ECF
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602
*Attorneys for Plaintiff*

Angela Tarasi                                                   VIA CM/ECF
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
*Attorneys for Defendant Federal Reserve Bank*
*of Kansas City*

Billie LM Addleman                                              VIA CM/ECF
John P. Fritz
HIRST APPLEGATE
P.O. Box 1083
Cheyenne, WY 82003
*Attorneys for Defendant Federal Reserve Bank*
*of Kansas City*

Joshua P. Chadwick                              VIA CM/ECF
Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
Board of Governors of the Federal Reserve
System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
*Attorneys for Defendant Federal Reserve*
*Board of Governors*


                                    */s/ Karl Anderson*
                                    Karl Anderson
                                    Supervising Attorney General