## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-CV-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW counsel for proposed *amici curiae*, Lisa Jerde Spillman (Spillman) and hereby moves the Court to admit Stephen T. Gannon *pro hac vice*. In support of this motion, Spillman shows the Court as follows:

1. Spillman is a member of the firm Jerde Spillman Law LLC, 7527 Jessica Drive, Cheyenne, WY 82009.

2. Spillman is a member in good standing at the Bar of the State of Wyoming and the Bar of this Court.

3. Spillman is familiar with Stephen T. Gannon and vouches that, to the best of her knowledge and belief, he is of good moral character and veracity.

4. Spillman and any other members of her firm that may appear for proposed *amici curiae* in this matter shall be fully prepared to represent *amici curiae* at any time, in any capacity.

5. Per local rule 84.2, the Affidavit of Stephen T. Gannon is attached hereto as an exhibit.

WHEREFORE, counsel for proposed *amici curiae*, Lisa Jerde Spillman, respectfully requests the Court to admit Stephen T. Gannon *pro hac vice* and grant all other just and proper relief.

Respectfully submitted this 20th day of September, 2022.

s/ Lisa Jerde Spillman
LISA MARIE JERDE SPILLMAN (WY State Bar No. 7-5450)
Jerde Spillman Law LLC
7527 Jessica Drive
Cheyenne, WY 82009
Telephone (307) 314-8091

Counsel for Movants

## CERTIFICATE OF SERVICE

      I hereby certify, on the 20th day of September, 2022, a true and correct copy of the foregoing was served on counsel, via the Court's electronic system, addressed to:

Joshua Paul Chadwick
Katherine Pomeroy
Yonatan Gelblum
Yvonne Facchina Mizusawa
Board of Governors of the Federal Reserve System
20th Street & Constitution Avenue, NW
Washington, DC 20551

Angela Tarasi
Christine Carletta
Jeffrey S. Bucholtz
Joshua Nathaniel Mitchell
King & Spaulding LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202

Billie L. M. Addleman
Hirst Applegate LLP
1720 Carey Avenue, Suite 400
PO Box 1083
Cheyenne, WY 82003-1083

Scott E. Ortiz
Williams Porter Day Neville, PC
PO Box 10700
Casper WY 82602 So

John K. Villa
Ryan T. Scarborough
Sarah M. Harris
Whitney D. Hermandorfer
Jamie Wolfe
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024

                                             /s/ Lisa Jerde Spillman