IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-CV-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD OF | ) |
| GOVERNORS and FEDERAL RESERVE | ) |
| BANK OF KANSAS CITY, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

1. My name is Stephen T. Gannon. I am a Partner with the law firm of Davis Wright Tremaine, LLP. My contact information is as follows: 4870 Sadler Road, Suite 301, Glen Allen, VA 23060; (804) 762-5339 (telephone); stevegannon@dwt.com (e-mail).

2. I am a member of the State Bar of Virginia, admitted in 1978. (Bar No. 17649). I am a member in good standing of the Virginia Bar and there are no disciplinary proceedings pending against me;

3. I affirm that I will comply and I am bound by the Local Rules of the United States District Court for the District of Wyoming;

4. I acknowledge that local counsel is required to be fully prepared to represent the Wyoming Select Committee at any time, in any capacity;

5. I understand that if this Motion is granted, I will be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

I have read this affidavit and swear that it is true and correct to the best of my knowledge, information and belief.

_____
Stephen T. Gannon

COMMONWEALTH OF VIRGINIA

COUNTY OF HENRICO:

Before me appeared Stephen T. Gannon who, having been duly sworn, states that the foregoing statements in this Affidavit are true and correct to the best of his knowledge and belief.

Sworn and subscribed to before me this __20TH__ day of __september__, 2022.

_____
Notary Public

My commission expires: 7/31/23

*[Notary Seal: MARY BETH MOLLOY KELLER, NOTARY PUBLIC, REG # 7122997, MY COMMISSION EXPIRES 7/31/2023, COMMONWEALTH OF VIRGINIA]*