**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RESERVE BOARD OF )<br>GOVERNORS and FEDERAL RESERVE )<br>BANK OF KANSAS CITY, )<br>)<br>Defendants. ) | Case No. 1:22-CV-00125-SWS |

**ORDER ADMITTING STEPHEN T. GANNON *PRO HAC VICE***

**THIS MATTER HAVING COME BEFORE THE COURT** upon the motion of Lisa Jerde Spillman, of Jerde Spillman Law LLC, local counsel for *amici curiae* Christopher Rothfuss and Jared Olsen ("*amici*"), in the above referenced matter, and the Court having reviewed the file and being fully advised in the premises,

FINDS AND ORDERS that *amici*'s Motion shall be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Stephen T. Gannon shall be admitted to this Court *pro hac vice* subject to all the conditions set forth and U.S.D.C.L.R. 84.2.

Dated this _____ day of _____, 2022.

_____
United States District Judge