**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 22-CV-00125-SWS |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

1. My name is David M. Gossett. I am a Partner with the law firm of Davis Wright Tremaine, LLP. My contact information is as follows: 1301 K Street NW, Suite 500 East, Washington, D.C. 20005; (202) 973-4216 (telephone); davidgossett@dwt.com (e-mail).

2. I am a member of the Bar of the District of Columbia, admitted in 2000. (Bar No. 468390). I am an inactive member of the Bar of the State of Illinois, admitted in 1997. (Bar No. 624310). I am a member in good standing of the Bars of the United States Supreme Court; the United States Courts of Appeals for the 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th. 9th, 10th, 11th, and DC Circuits; the United States Court of Appeals for the Armed Forces, and the United States District Courts for the District of Columbia and the District of Maryland. There are no disciplinary proceedings pending against me;

3. I affirm that I will comply and I am bound by the Local Rules of the United States District Court for the District of Wyoming;

4. I acknowledge that local counsel is required to be fully prepared to represent the

Wyoming Select Committee at any time, in any capacity;

5. I understand that if this Motion is granted, I will be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

I have read this affidavit and swear that it is true and correct to the best of my knowledge, information and belief.

_____
David M. Gossett

Before me appeared David M. Gossett who, having been duly sworn, states that the foregoing statements in this Affidavit are true and correct to the best of his knowledge and belief.

Sworn and subscribed to before me this 20th day of September, 2022.

_____
Notary Public

My commission expires:



DIANNE E. PILKERTON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2024