**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL RESERVE BOARD OF ) <br> GOVERNORS and FEDERAL RESERVE ) <br> BANK OF KANSAS CITY, ) <br> ) <br> Defendants. ) | Case No. 1:22-CV-00125-SWS |

## ORDER ADMITTING DAVID M. GOSSETT *PRO HAC VICE*

**THIS MATTER HAVING COME BEFORE THE COURT** upon the motion of Lisa Jerde Spillman, of Jerde Spillman Law LLC, local counsel for *amici curiae* Christopher Rothfuss and Jared Olsen ("*amici*"), in the above referenced matter, and the Court having reviewed the file and being fully advised in the premises,

FINDS AND ORDERS that *amici*'s Motion shall be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that David M. Gossett shall be admitted to this Court *pro hac vice* subject to all the conditions set forth and U.S.D.C.L.R. 84.2.

Dated this _____ day of _____, 2022.

_____
United States District Judge