### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:22-CV-00125-SWS |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

### ORDER ADMITTING LISA RICHARDS *PRO HAC VICE*

**THIS MATTER HAVING COME BEFORE THE COURT** upon the motion of Lisa Jerde Spillman, of Jerde Spillman Law LLC, local counsel for *amici curiae* Christopher Rothfuss and Jared Olsen ("*amici*"), in the above referenced matter, and the Court having reviewed the file and being fully advised in the premises,

FINDS AND ORDERS that *amici*'s Motion shall be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Lisa Richards shall be admitted to this Court *pro hac vice* subject to all the conditions set forth and U.S.D.C.L.R. 84.2.

Dated this _____ day of _____, 2022.


_____
United States District Judge