FILED

3:01 pm, 9/21/22

U.S. Magistrate Judge

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 1:22-cv-00125-SWS |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, | ) |
| Defendants. | ) |

### ORDER GRANTING THE STATE OF WYOMING'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

**AND NOW**, this 21st day of September, 2022, upon review of the State of Wyoming's Motion for Leave to File Brief as *Amicus Curiae* (the Motion), it is hereby **ORDERED** that the Motion is **GRANTED**.

**DATED** this 21st day of September, 2022.

Honorable Kelly Rankin
District Court Magistrate Judge