IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
3:11 pm, 9/21/22
U.S. Magistrate Judge

| | |
|---|---|
| CUSTODIA BANK INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-CV-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING LEAVE TO FILE *AMICUS* BRIEF

This matter, having come before the Court pursuant to Local Rules 7.1(b)(2)(G) and 83.6(d), and good cause having been shown, **IT IS ORDERED THAT:**

(1) Senator Christopher Rothfuss and Representative Jared Olsen, as Co-Chairs of the Wyoming Select Committee on Blockchain, Financial Technology and Digital Innovation Technology, are granted leave to appear as *amici curiae* in this matter; and

(2) The Clerk is ordered to accept for filing the proposed *amicus* brief lodged by Senator Rothfuss and Representative Olsen.

Done this 21st day of September, 2022,

_____
Hon. Kelly H. Rankin
United States Magistrate Judge