Chris Land, General Counsel (Wyo. Bar #7-6006)
Office of Senator Cynthia M. Lummis
United States Senate
124 Russell Senate Office Building
Washington, DC 20510

Phone: (202) 224-3424
E-Mail: chris_land@lummis.senate.gov

*Counsel for Amici Curiae*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>    *Plaintiff*,<br><br>      v.<br><br>BOARD OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br>Constitution Avenue NW & 20th St NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK<br>OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108<br><br>    *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

## MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

## IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to D. Wyo. Local Rule 83.6(d) and Fed. R. App. P. 29, *amici curiae* Members of the United States Senate Committee on Banking, Housing and Urban Affairs ("Senate Banking Committee") and United States House of Representatives Committee on Financial Services ("House Financial Services Committee") respectfully request leave to file the attached *amici curiae* brief in opposition to Defendants' motions to dismiss. It is likely that *amici* satisfy the requirements of Fed. R. App. P. 29(a)(2),[1] however, out of respect for this Court, and as a courtesy to the parties, *amici* are filing this motion for leave. Counsel conferred with the parties regarding the filing of the proposed brief and no objection was made.

The Members have a distinct constitutional interest in the faithful execution of the laws enacted by Congress and the exercise of Congressional oversight prerogatives. Additionally, the Members have a strong legislative interest in emerging issues in financial services, including digital assets and other payment innovations, which will necessitate legislation in the coming years. *Amici* understand this controversy to be of vital importance to the future of the United States' financial system, because it will set a number of precedents relating to access to the payment system, digital asset regulation and the future ability of states to charter depository institutions under our dual banking system.

This brief presents compelling evidence of Congress' intent regarding the interpretation of 12 U.S.C. § 248a and the Monetary Control Act of 1980, and depository institution access to master accounts. The brief also discusses important issues surrounding the dual banking system, and the Federal Reserve's proper role within the statutory scheme enacted by Congress. These are critical issues that will be impacted by the Court's decision in this matter and material to the future development of the U.S. financial system. Furthermore, the brief also emphasizes the need for

---

[1] This rule enables an "officer or agency" of the United States to file an amicus brief without leave of the court or the consent of the parties.

judicial interpretation of 12 U.S.C. § 4807, and the potential beneficial effect this will have on future applications made to banking regulators. Finally, the brief places the special purpose depository institution charter in the larger context of the U.S. financial system, and analyzes the beneficial policy goals of the charter.

Discussion of these issues will likely materially benefit this Court's resolution of the important issues in this case. *Amici* are aware that, unless permission is given by the Court, Fed. R. Civ. P. 29(a)(5) limits the brief of *amici* to one-half the length of the parties' brief for a dispositive motion, which D. Wyo. Local Rule 7.1(2)(b) sets at twenty-five pages. This would likely result in the brief of *amici* being limited to twelve and a half pages. As both Plaintiff's counsel and Defendants' counsel have noted in previous filings, the issues presented by this controversy raise significant constitutional, statutory and administrative issues of first impression which warrant detailed analysis.

For these reasons, *amici* respectfully request that the Court:

(1) Grant leave to file the proposed brief submitted with this motion; and

(2) Permit the length of the brief to extend to not more than twenty-five (25) pages.

A proposed order is also attached to this motion.

Submitted respectfully this 21st day of September, 2022,

/s/ Chris Land

Chris Land, General Counsel (Wyo. Bar #7-6006)
Office of Senator Cynthia M. Lummis
United States Senate
124 Russell Senate Office Building
Washington, DC 20510

Phone: (202) 224-3424
E-Mail: chris_land@lummis.senate.gov

*Counsel for Amici Curiae*

## CERTIFICATE OF CONFERRAL

Pursuant to D. Wyo. Local Rule 7.1(b)(1)(A), counsel for *amici* conferred with counsel for both Plaintiff and Defendants. No party had an objection to the filing of the proposed brief.

Submitted respectfully this 21st day of September, 2022,


/s/ Chris Land

## CERTIFICATE OF SERVICE

I hereby certify, on the 21st day of September, 2022, a true and correct copy of this motion

was served on counsel, via the Court's electronic system, addressed to:

Joshua Paul Chadwick
Katherine Pomeroy
Yonatan Gelblum
Yvonne Facchina Mizusawa
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
20th Street and Constitution Avenue, NW
Washington, DC 20551
202-263-4835
joshua.p.chadwick@frb.gov
katherine.pomeroy@frb.gov
yonatan.gelblum@frb.gov
yvonne.f.mizusawa@frb.gov

Angela Tarasi
Christine Carletta
Jeffrey S. Bucholtz
Joshua Nathaniel Mitchell
KING & SPAULDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
720-535-2319
720-535-2400
atarasi@kslaw.com
ccarletta@kslaw.com
jbucholtz@kslaw.com
jmitchell@kslaw.com

Billie L.M. Addleman
HIRST APPLEGATE LLP
1720 Carey Avenue, Suite 400
PO Box 1083
Cheyenne, WY 82003-1083
307-632-0541
307-632-4999
baddleman@hirstapplegate.com

Scott E. Ortiz
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper, WY 82602
(307) 265-0700
sortiz@wpdn.net

John K. Villa
Ryan T. Scarborough
Sarah M. Harris
Whitney D. Hermandorfer
Jamie Wolfe
Ian M. Swenson
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5173
jvilla@wc.com
rscarborough@wc.com
sharris@wc.com
whermandorfer@wc.com
jwolfe@wc.com
iswenson@wc.com

/s/ Chris Land