**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC., <br> 2120 Carey Avenue, Suite 300 <br> Cheyenne, WY 82001 <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE <br> FEDERAL RESERVE SYSTEM, <br> Constitution Avenue NW & 20th St NW <br> Washington, DC 20551 <br><br> FEDERAL RESERVE BANK <br> OF KANSAS CITY, <br> 1 Memorial Drive <br> Kansas City, MO 64108 <br><br> *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

### ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF

This matter, having come before the Court pursuant to D. Wyo. Local Rule 83.6(d) and Fed. R. App. P. 29, and good cause having been shown, **IT IS ORDERED THAT:**

(1) Members of the U.S. Senate Banking Committee and U.S. House Financial Services Committee may file an *amici curiae* brief on or before September 22, 2022; and

(2) The brief shall be not greater than twenty-five (25) pages in length.

Done this ___ day of September, 2022,

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Kelly H. Rankin
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge