

**FILED**

*11:17 am, 9/22/22*

**U.S. Magistrate Judge**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

CUSTODIA BANK, INC.,
2120 Carey Avenue, Suite 300
Cheyenne, WY 82001

     *Plaintiff*,

     v.

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,
Constitution Avenue NW & 20th St NW
Washington, DC 20551

FEDERAL RESERVE BANK
OF KANSAS CITY,
1 Memorial Drive
Kansas City, MO 64108

     *Defendants*.

Civil Case No.: 1:22-CV-00125-SWS

---

## ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF

---

This matter, having come before the Court pursuant to D. Wyo. Local Rule 83.6(d) and

Fed. R. App. P. 29, and good cause having been shown, **IT IS ORDERED THAT:**

(1) Members of the U.S. Senate Banking Committee and U.S. House Financial Services

    Committee may file an *amicus curiae* brief on or before September 26, 2022; and

(2) The brief shall be not greater than twenty-five (25) pages in length.

Done this 22nd day of September, 2022,

Hon. Kelly H. Rankin
United States Magistrate Judge