DAVID M. GOSSETT (DC Bar No. 468390; *admitted pro hac vice*)
  davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200

*Attorney for Amici Curiae*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., *Plaintiff*, v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, *Defendants*. | No. 1:22-cv-00125-SWS |

## ENTRY OF APPEARANCE

COMES NOW, David M. Gossett, admitted *pro hac vice* for purposes of this litigation, and enters his appearance on behalf of *Amici Curiae* Christopher Rothfuss and Representative Jared Olsen, as Co-Chairs of the Wyoming Select Committee on Blockchain, Financial Technology and Digital Innovation Technology.

Respectfully submitted,

/s David M. Gossett

DAVID M. GOSSETT (*admitted pro hac vice*)
  davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Tel: (202) 973-4200
*Attorney for Amici Curiae*

September 22, 2022

1

## CERTIFICATE OF SERVICE

I hereby certify, on the 22nd day of September, 2022, a true and correct copy of the foregoing was served on the following counsel, via the Court's electronic system:

Joshua Paul Chadwick
Katherine Pomeroy
Yonatan Gelblum
Yvonne Facchina Mizusawa
BOARD OF GOVERNORS OF THE FEDERAL
RESERVE SYSTEM
20th Street and Constitution Avenue, NW
Washington, DC 20551

*Counsel for Defendant Federal Reserve Board of Governors*

Andrew Z. Michaelson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

Angela Tarasi
Christine Carletta
Jeffrey S. Bucholtz
Joshua Nathaniel Mitchell
Laura Harris
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202

Billie L.M. Addleman
HIRST APPLEGATE LLP
1720 Carey Avenue, Suite 400
PO Box 1083
Cheyenne, WY 82003-1083
307-632-0541
307-632-4999
baddleman@hirstapplegate.com

*Counsel for Defendant Federal Reserve Bank of Kansas City*

Scott E. Ortiz
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper, WY 82602
(307) 265-0700
sortiz@wpdn.net

John K. Villa
Ryan T. Scarborough
Sarah M. Harris
Whitney D. Hermandorfer
Jamie Wolfe
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

*Counsel for Plaintiff Custodia Bank Inc.*

Bridget L. Hill
Devin Kenney
Karl D. Anderson
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002

*Counsel for Amicus State of Wyoming*

Christopher Land
UNITED STATES SENATE
Senator Cynthia M. Lummis
Russell Senate Office Building
Ste 124
Washington, DC 20510

*Counsel for Amici U.S. Senate Banking, Housing and Urban Affairs Committee Members and U.S. House of Representatives Financial Services Committee Members*

/s    David M. Gossett