**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC.,<br><br>    *Plaintiff*,<br><br>       v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY,<br><br>    *Defendants*. | No. 1:22-cv-00125-SWS |

---

**ENTRY OF APPEARANCE**

---

COMES NOW, Stephen Gannon, admitted to practice in this Court, and enters her appearance on behalf of *Amici Curiae* Christopher Rothfuss and Representative Jared Olsen, as Co-Chairs of the Wyoming Select Committee on Blockchain, Financial Technology and Digital Innovation Technology.

Submitted respectfully this 23rd day of September, 2022.

        */s/ Stephen Gannon*

        Stephen Gannon (VA State Bar # 17649)
        Davis Wright Tremaine LLP
        1301 K St NW, Suite 500 East
        Washington DC 20005
        Telephone (804) 762-5339
        Email: stevegannon@dwt.com

        *Attorney for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify, on the 23rd day of September, 2022, a true and correct copy of the foregoing was served on counsel, via the Court's electronic system, addressed to:

Joshua Paul Chadwick
Katherine Pomeroy
Yonatan Gelblum
Yvonne Facchina Mizusawa
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
20th Street and Constitution Avenue, NW
Washington, DC 20551
202-263-4835
joshua.p.chadwick@frb.gov
katherine.pomeroy@frb.gov
yonatan.gelblum@frb.gov
yvonne.f.mizusawa@frb.gov

Angela Tarasi
Christine Carletta
Jeffrey S. Bucholtz
Joshua Nathaniel Mitchell
KING & SPAULDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
720-535-2319
720-535-2400
atarasi@kslaw.com
ccarletta@kslaw.com
jbucholtz@kslaw.com
jmitchell@kslaw.com

Billie L.M. Addleman
HIRST APPLEGATE LLP
1720 Carey Avenue, Suite 400
PO Box 1083
Cheyenne, WY 82003-1083
307-632-0541
307-632-4999
baddleman@hirstapplegate.com

Scott E. Ortiz
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper, WY 82602
(307) 265-0700
sortiz@wpdn.net

John K. Villa
Ryan T. Scarborough
Sarah M. Harris
Whitney D. Hermandorfer
Jamie Wolfe
Ian M. Swenson
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5173
jvilla@wc.com
rscarborough@wc.com
sharris@wc.com
whermandorfer@wc.com
jwolfe@wc.com
iswenson@wc.com

*/s/ Stephen Gannon*