# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



*3:14 pm, 10/28/22*

**Margaret Botkins**
**Clerk of Court**

CUSTODIA BANK, INC.,

                  Plaintiff,

vs.

FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY,

                  Defendants.

Case Number: 22-CV-125-SWS

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Oct 28, 2022      Time: 1:07 - 2:27/2:32 - 2:42 p.m.

| Scott W. Skavdahl | Kim Blonigen | Megan Strawn | Willie Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Scott Ortiz, Ryan Scarborough, Jamie Wolfe (via Zoom)

Attorney(s) for Defendant(s)    Billie Addleman, Joshua Chadwick, Andrew Michaelson, Jeffrey Bucholtz (via Zoom)

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 48 | Dismiss | Under Advisement |
| Defendant | 50 | Dismiss | Under Advisement |

☐ Briefs to be filed on or before             by
                                              by

☐ Order to be prepared by  ☐ Court  ☐ Attorney

Other:
The Court heard argument from the parties regarding the motions. The Court took the motions under advisement.