**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } | |
| Defendants. | } | |

# *UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT*

Defendant, Federal Reserve Bank of Kansas City, (hereinafter "Defendant" or "FRBKC"), respectfully requests that this Court enter an Order granting both Defendants FRBKC and Federal Reserve Board of Governors an extension of time to respond to Plaintiff's *Complaint* in this action to and including November 30, 2022. In support of this Motion, FRBKC states as follows:

1. Plaintiff filed its *Complaint* on June 7, 2022.

2. The Court issued an *Order Granting in Part and Denying in Part Defendants' 12(b)(6) Motions to Dismiss* (Doc. 102) on November 11, 2022. Any answers are

– 2 –

therefore due November 25, 2022.

3. On November 21, 2022, FRBKC's counsel, Billie Addleman, conferred with Plaintiff's counsel, Scott Ortiz, about an extension of time for both Defendants to respond to the *Complaint*. Plaintiff's counsel agreed to a five day extension of both Defendants' time to answer or otherwise respond to November 30, 2022.

Dated: 22 November 2022.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY: /s/ *Billie LM Addleman*
**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

Andrew Michaelson (*pro hac vice*)
Laura Harris (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com
lharris@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Joshua N. Mitchell (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500

## CERTIFICATE OF SERVICE

      I certify the foregoing *Unopposed Motion to Extend Time for Defendants to Respond to the Complaint* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 22 November 2022, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Scarborough<br>Sarah M. Harris<br>Whitney D. Hermandorfer<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Angela Tarasi<br>KING & SPALDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>*Attorney for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Washington, D.C.  20551<br>*Attorneys for Defendant Federal Reserve Board of Governors* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

                          s/ *Shannon M. Ward*
                          OF HIRST APPLEGATE, LLP
                          Attorneys for Defendant FRBKC