UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. } <br> } <br> Plaintiff, } <br> } <br> vs. } <br> } <br> FEDERAL RESERVE BOARD OF } <br> GOVERNORS and FEDERAL RESERVE } <br> BANK OF KANSAS CITY, } <br> } <br> Defendants. } | Civil No. 1:22-cv-00125-SWS |

## *ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT*

**THIS MATTER** having come before the Court on Defendant Federal Reserve Bank of Kansas City's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's Complaint,* and being fully informed on the matter, finds that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's Complaint* be, and hereby is, **GRANTED** and that Defendant Federal Reserve Bank of Kansas City and Defendant Federal Reserve Board of Governors shall each have to and including November 30, 2022, to respond to Plaintiff's *Complaint*.

Dated:  November ___, 2022.

_____
KELLY H. RANKIN
United States Magistrate Judge