

FILED
11:13 am, 11/23/22
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } | |
| | } | |
| Defendants. | } | |

# ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** having come before the Court on Defendant Federal Reserve Bank of Kansas City's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's Complaint,* and being fully informed on the matter, finds that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's Complaint* be, and hereby is, **GRANTED** and that Defendant Federal Reserve Bank of Kansas City and Defendant Federal Reserve Board of Governors shall each have to and including November 30, 2022, to respond to Plaintiff's *Complaint*.

Dated: November 23, 2022.

_____
KELLY H. RANKIN
United States Magistrate Judge