IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Number: 22-cv-00125-SWS |
| | ) | |
| FEDERAL RESERVE BOARD OF | ) | |
| GOVERNORS and FEDERAL RESERVE | ) | |
| BANK OF KANSAS CITY, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Motion to Strike And For Default Judgment Or, In the Alternative, To Compel Answer and Expedite Discovery*. The Court, being fully advised, FINDS good cause to grant the *Motion*, ECF No. 107.

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion to Strike And For Default Judgment Or, In the Alternative, To Compel Answer and Expedite Discovery* is GRANTED.

IT IS FURTHER ORDERED that Defendant the Federal Reserve Board of Governor's Status Report, ECF No. 106, is STRICKEN from the record and that DEFAULT be entered against Defendant the Federal Reserve Board of Governors.

DATED this ___ day of December 2022.

_____
HONORABLE SCOTT W. SKAVDAHL
UNITED STATES DISTRICT COURT JUDGE