Billie L.M. Addleman, #6-3690
John P. Fritz, #7-6318
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF GOVERNORS OF ) <br> THE FEDERAL RESERVE SYSTEM & ) <br> FEDERAL RESERVE BANK ) <br> OF KANSAS CITY, ) <br> ) <br> Defendants. ) | Case No. 1:22-cv-00125-SWS-KHR |

**JOINT MOTION BY ALL PARTIES TO STAY DISCOVERY AND
FILING OF ADMINISTRATIVE RECORD AND TO EXTEND DEADLINE TO
RESPOND TO MOTION TO DISMISS AND/OR MOVE TO AMEND COMPLAINT**

Defendants Board of Governors of the Federal Reserve System ("Board") and Federal Reserve Bank of Kansas City ("FRBKC"), and Plaintiff Custodia Bank, Inc. ("Custodia"), respectfully request that the Court stay all discovery, including the Board's current February 9 deadline to submit an administrative record in this action, pending further order of the Court. The parties further request that the Court extend the deadline for Custodia to respond to Defendants' pending Joint 12(h)(3) Motion to Dismiss the Complaint as Moot (ECF No. 116)

(and/or move to amend its complaint) from this Friday, February 10, until Friday, February 17, or until such other date as the parties agree and the Court so orders.

In support of their Joint Motion, the parties note that Defendants' motion to dismiss, which challenges all remaining claims in the case for mootness/lack of jurisdiction, is currently pending.  (On all of the claims that currently remain in this case, Plaintiff's requested relief is a decision on whether to accept or deny its request for a master account.  The master account has now been denied by FRBKC.)  The parties further note that Plaintiff may file a motion to amend its complaint in response to the pending motion to dismiss.  Defendants do not object to Plaintiff's filing of an amended complaint, while reserving the right to potentially move to dismiss.

Accordingly, given these developments, the parties respectfully ask the Court to stay discovery in order to "preserve the resources of the parties and promote judicial economy," *Deschine v. United States*, No. 14-cv-18, 2014 WL 11512631, at *1 (D.N.M. Oct. 10, 2014), and to extend by one week the current deadline to respond to the pending motion to dismiss in accordance with Local Civil Rule 6.1(d).  No prior extension of these deadlines has been requested.

Dated: February 7, 2023

                                  Respectfully submitted,

                                  /s/ Billie LM Addleman
                                  Billie LM Addleman, #6-3690
                                  John P. Fritz, #7-6318
                                  HIRST APPLEGATE, LLP
                                  Attorneys for Defendant FRBKC
                                  P. O. Box 1083
                                  Cheyenne, WY 82003-1083
                                  Phone: (307) 632-0541
                                  Fax: (307) 632-4999
                                  baddleman@hirstapplegate.com
                                  jfritz@hirstapplegate.com

Andrew Michaelson (*pro hac vice*)
Laura Harris (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com
lharris@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Joshua N. Mitchell (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500
jbucholtz@kslaw.com
jmitchell@kslaw.com
ccarletta@kslaw.com

*Counsel for Defendant the*
*Federal Reserve Bank of Kansas City*


/s/ Joshua P. Chadwick
Joshua P. Chadwick, Senior Special Counsel
Yvonne F. Mizusawa, Senior Counsel
Yonatan Gelblum, Senior Counsel
Katherine Pomeroy, Senior Counsel
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
Phone: (202) 263-4835
joshua.p.chadwick@frb.gov

*Counsel for Defendant Federal Reserve Board of Governors*


/s/ Ryan Thomas Scarborough
John K. Villa
Ryan Thomas Scarborough
Whitney D Hermandorfer
Jamie Wolfe
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024

*Attorneys for Plaintiff*