UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., </br></br> Plaintiff, </br></br> v. </br></br> BOARD OF GOVERNORS OF </br> THE FEDERAL RESERVE SYSTEM & </br> FEDERAL RESERVE BANK </br> OF KANSAS CITY, </br></br> Defendants. | Case No. 1:22-cv-00125-SWS-KHR |

**ORDER GRANTING JOINT MOTION TO STAY AND EXTEND**

**THIS MATTER** having come before the Court on the Joint Motion of All Parties to Stay Discovery and Filing of Administrative Record and to Extend Deadline to Respond to Motion to Dismiss and/or Move to Amend Complaint; and the Court finding good cause to grant the motion;

**IT IS HEREBY ORDERED** that all discovery including the filing of an administrative record in the above-caption matter is stayed pending further order of the Court. **IT IS FURTHER ORDERED** that Plaintiff's deadline to respond to Defendants' motion to dismiss is hereby extended to Friday, February 17.

DATED this __ day of February, 2023.

_____