IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-CV-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF CUSTODIA'S UNOPPOSED MOTION TO AMEND COMPLAINT IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

This Matter comes before the Court on Defendants' Motion to Dismiss and Plaintiff's Unopposed Motion to Amend Complaint in Response to Defendants' Motion to Dismiss.

The Court has considered the parties' arguments, authorities, and evidence, and the allegations contained in the proposed Amended Complaint, and finds that Plaintiff's Motion should be and is hereby GRANTED. Defendants' Motion to Dismiss is DENIED as moot.

Plaintiff is directed to file the First Amended Complaint within seven days of the date of this Order.

DATED this _____ day of _____, 2023.

BY THE COURT:

_____