

**FILED**

**Margaret Botkins**
**Clerk of Court**

2:28 pm, 2/22/23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-CV-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF CUSTODIA'S UNOPPOSED MOTION TO AMEND COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT

This Matter comes before the Court on Defendants' Motion to Dismiss (ECF 116) and Plaintiff's Unopposed Motion to Amend Complaint in Response to Defendants' Motion to Dismiss (ECF 119).

The Court has considered the parties' arguments, authorities, and evidence, and the allegations contained in the proposed Amended Complaint, and finds that Plaintiff's Motion (ECF 119) should be and is hereby GRANTED. Defendants' Motion to Dismiss (ECF 116) is DENIED AS MOOT. Plaintiff is directed to file its First Amended Complaint within seven days of the date of this Order.

DATED this 22nd day of Feb., 2023.

Scott W. Skavdahl
United States District Judge