**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Federal Reserve Bank of Kansas City (hereinafter "FRBKC") respectfully requests that this Court enter an Order extending the time to respond to Plaintiff's *First Amended Complaint* in this action to and including March 28, 2023. In support of this Motion, FRBKC states as follows:

1.      Plaintiff filed its *First Amended Complaint* on February 28, 2023.

2.      Under Rule 15(a)(3), any required response by FRBKC to the *First Amended Complaint* is due by March 14, 2023.

3.      The Court has already determined that Defendant Federal Reserve

Board of Governors (the "Board") need not file a responsive pleading.

4.          Counsel to FRBKC and counsel to the Board conferred with counsel to

Plaintiff and requested a two-week extension of time to answer or otherwise respond to the

*First Amended Complaint*, to March 28, 2023.

5.          Plaintiff thereafter consented to the proposed extension.

WHEREFORE, FRBKC requests the Court grant this motion and extend the time

to file any response to the *First Amended Complaint* to March 28, 2023.

Dated:  10 March 2023.

FEDERAL RESERVE BANK OF KANSAS CITY,
Defendant


BY:  /s/ *Billie LM Addleman*
        **BILLIE LM ADDLEMAN, #6-3690**
        **JOHN P. FRITZ, #7-6318**
        OF HIRST APPLEGATE, LLP
        Attorneys for Defendant FRBKC
        P. O. Box 1083
        Cheyenne, WY 82003-1083
        Phone: (307) 632-0541
        Fax: (307) 632-4999
        baddleman@hirstapplegate.com
        jfritz@hirstapplegate.com

        Andrew Michaelson (*pro hac vice*)
        Laura Harris (*pro hac vice*)
        KING & SPALDING LLP
        1185 Avenue of the Americas, 34th Floor
        New York, NY 10036
        Phone: (212) 556-2100
        amichaelson@kslaw.com
        lharris@kslaw.com

        Jeffrey S. Bucholtz (*pro hac vice*)
        Joshua N. Mitchell (*pro hac vice*)
        Christine M. Carletta (*pro hac vice*)
        KING & SPALDING LLP
        1700 Pennsylvania Ave NW
        Washington, DC 20006
        Phone: (202) 737-0500

## CERTIFICATE OF SERVICE

I certify the foregoing ***Unopposed Motion to Extend Time for Defendants to Respond to the First Amended Complaint*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 10 March 2023, and that copies were served as follows:

John K. Villa
Ryan Scarborough
Sarah M. Harris
Whitney D. Hermandorfer
Jamie Wolfe
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Scott E Ortiz
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Angela Tarasi
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
*Attorney for Defendant Federal Reserve Bank of Kansas City*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Mark Van Der Weide
Richard M. Ashton
Joshua P. Chadwick
Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
*Attorneys for Defendant Federal Reserve Board of Governors*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

 s/ *Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC