UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | } |
| Plaintiff, | } |
| vs. | } Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } |
| Defendants. | } |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**THIS MATTER** having come before the Court on Defendant Federal Reserve Bank of Kansas City's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's First Amended Complaint,* and being fully informed on the matter, finds that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's First Amended Complaint* be, and hereby is, **GRANTED** and that Defendant Federal Reserve Bank of Kansas City shall have to and including March 28, 2023 to respond to Plaintiff's *First Amended Complaint*.

Dated: March _____ 2023.

_____
KELLY H. RANKIN
United States Magistrate Judge