FILED
1:43 pm, 3/13/23
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | Civil No. 1:22-cv-00125-SWS |
| } | |
| FEDERAL RESERVE BOARD OF } | |
| GOVERNORS and FEDERAL RESERVE } | |
| BANK OF KANSAS CITY, } | |
| } | |
| Defendants. } | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**THIS MATTER** having come before the Court on Defendant Federal Reserve Bank of Kansas City's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's First Amended Complaint,* and being fully informed on the matter, finds that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's *Unopposed Motion to Extend Time for Defendants to Respond to Plaintiff's First Amended Complaint* be, and hereby is, **GRANTED** and that Defendant Federal Reserve Bank of Kansas City shall have to and including March 28, 2023 to respond to Plaintiff's *First Amended Complaint*.

Dated: March 13, 2023.

_____
KELLY H. RANKIN
United States Magistrate Judge