UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | } |
| Plaintiff, | } |
| vs. | } Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } |
| Defendants. | } |

**ORDER GRANTING FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT RELATED TO MOTION TO DISMISS
THE AMENDED COMPLAINT UNDER SEAL**

**THIS MATTER** having come before the Court, and the Court having considered *Federal Reserve Bank of Kansas City's Unopposed Motion for Leave to File Exhibit Related to Motion to Dismiss the Amended Complaint Under Seal* [the "Motion"], and being fully informed on the matter, finds that Defendants' *Motion* should be granted.

**IT IS HEREBY ORDERED** that Defendants are permitted to file Exhibit A to the Declaration of Billie L.M. Addleman, March 28, 2023 (the "Denial Letter") related to its *Federal Reserve Bank of Kansas City's Unopposed Motion for Leave to File Exhibit Related to Motion to Dismiss the Amended Complaint Under Seal* **under seal**.

Dated: ____ March 2023.

_____
KELLY H. RANKIN
United States Magistrate Judge