Scott E. Ortiz, W.S.B. # 6-4254
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:	(307) 265-0700
Facsimile:	(307) 266-2306
Email:		sortiz@wpdn.net

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-CV-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF CUSTODIA BANK, INC.'S**
**Unopposed Motion for Leave to File Excess Pages**

Plaintiff Custodia Bank, Inc. ("Custodia"), by and through its counsel, hereby moves the Court for leave to file an omnibus response brief to Defendants' motions to dismiss that is no longer than thirty-five (35) pages. In support of that motion, Custodia hereby asserts as follows:

1.	Custodia filed its Amended Complaint, ECF No. 121, on February 28, 2023, in which it brought claims against the Federal Reserve Board of Governors ("Board") and the Federal Reserve Bank of Kansas City ("FRBKC").

2.	On March 28, 2023, the Board filed Defendant Board of Governors of the Federal Reserve System's Motion to Dismiss, ECF No. 126, ("Board MTD") and Defendant Board of

-2-

Governors of the Federal Reserve System's Memorandum of Points and Authorities in Support of Its Motion to Dismiss, ECF No. 127 ("Board Memo in Support").

3. Also on March 28, 2023, the Kansas City Fed filed Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss, ECF No. 124 ("Kansas City Fed MTD").

4. Not including their tables of contents and tables of authorities, the Board's Memo in Support is 25 pages in length and the Kansas City Fed's MTD is 15 pages in length (40 pages in total), and contain Defendants' arguments as to why the Court should dismiss Custodia's Amended Complaint.

5. Pursuant to Local Rule 7.1(b)(2), Custodia's response briefs to the Board's MTD and the Kansas City Fed's MTD are limited to no more than 25 pages apiece.

6. The issues raised by Defendants in their motions to dismiss involve complex and numerous issues including claims and arguments regarding statutory interpretation of the Federal Reserve Act and other issues.

7. In order to conserve judicial time and resources, Custodia requests leave to file one omnibus response to Defendants' motions to dismiss instead of two separate briefs. Custodia requests permission to file one omnibus brief in opposition that is no longer than thirty-five (35) pages.

10. Counsel for Custodia has met and conferred with Defendants' counsel regarding the requested page limits, and Defendants' counsel consent to the requested relief.

WHEREFORE, Plaintiff Custodia Bank, Inc., by and through its counsel, hereby moves the Court for leave to file one omnibus, thirty-five (35) page response to Defendants' motions to dismiss.

DATED this third day of April 7, 2023.

-3-

      By:    <u>/s/ Scott E. Ortiz</u>
            Scott E. Ortiz, W.S.B. # 6-4254
            WILLIAMS, PORTER, DAY & NEVILLE, P.C.
            159 No. Wolcott, Suite 400
            P.O. Box 10700
            Casper, Wyoming 82602
            Telephone:  (307) 265-0700
            Facsimile:  (307) 266-2306
            Email:  sortiz@wpdn.net

            -and-

            John K. Villa, *pro hac vice*
            Ryan Scarborough, *pro hac vice*
            Sarah M. Harris, *pro hac vice*
            Whitney D. Hermandorfer*, pro hac vice*
            Jamie Wolfe*, pro hac vice*
            WILLIAMS & CONNOLLY, LLP
            680 Maine Avenue SW
            Washington, DC 20024
            Telephone:  (202) 434-500
            Emails:  jvilla@wc.com
                      rscarborough@wc.com
                      sharris@wc.com
                      whermandorfer@wc.com
                      jwolfe@wc.com
            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 7th day of April, 2023:

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

  /s/ Scott E. Ortiz
Scott E. Ortiz