IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-CV-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD OF | ) |
| GOVERNORS and FEDERAL RESERVE | ) |
| BANK OF KANSAS CITY, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF CUSTODIA'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

This Matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File Excess Pages.

The Court has considered the Plaintiff's arguments and finds that Plaintiff's Motion should be and is hereby GRANTED.

Plaintiff is directed to file a single, omnibus response to Defendants' Motions to Dismiss totaling no more than thirty-five (35) pages in length.

DATED this 7th day of April, 2023.

BY THE COURT:

_(signature)_