UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 1:22-cv-00125-SWS |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVESYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING THE STATE OF WYOMING'S MOTION FOR PERMISSION TO INTERVENE AND LEAVE TO FILE COMPLAINT AS INTERVENOR**

This matter, having come before the Court pursuant to Federal Rule of Civil Procedure 24(b)(1)(B). Having reviewed the motion, Memorandum in Support of Motion and the court file, the Court finds and concludes that the State of Wyoming's Motion for Permission to Intervene is hereby **GRANTED**.

It is also **ORDERED** that the State of Wyoming's Motion for Leave to file Complaint as *Intervenor* is hereby **GRANTED**.

**DATED** this \_\_\_\_\_ day of April, 2023.

                                                  Honorable Scott Skavdahl
                                                  Wyoming District Court Judge