Scott E. Ortiz, W.S.B. # 6-4254
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:     (307) 265-0700
Facsimile:       (307) 266-2306
Email:            sortiz@wpdn.net

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-CV-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CUSTODIA BANK, INC.'S**
**Request For Hearing**

Pursuant to Local Rule 7.1(a), Plaintiff Custodia Bank, Inc. ("Custodia"), by and through its counsel, hereby requests a hearing and oral argument on Defendant Board of Governors of the Federal Reserve System's Motion to Dismiss, ECF No. 126, and the Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss, ECF No. 124, as follows:

1. Custodia filed its Amended Complaint, ECF No. 121, on February 28, 2023, in which it brought claims against the Federal Reserve Board of Governors ("Board") and the Federal Reserve Bank of Kansas City ("FRBKC").

2. On March 28, 2023, the Board filed Defendant Board of Governors of the Federal

Reserve System's Motion to Dismiss, ECF No. 126, ("Board MTD") and Defendant Board of Governors of the Federal Reserve System's Memorandum of Points and Authorities in Support of Its Motion to Dismiss, ECF No. 127 ("Board Memo in Support").

3. Also on March 28, 2023, the Kansas City Fed filed Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss, ECF No. 124 ("Kansas City Fed MTD").

4. On April 11, 2023, Custodia filed its Omnibus Opposition to Defendants' Motions to Dismiss Custodia's Amended Complaint, ECF No. 135.

5. The issues raised by Defendants in their motions to dismiss and by Custodia in its omnibus opposition involve complex and numerous issues including claims and arguments regarding statutory interpretation of the Federal Reserve Act and other issues.

6. Pursuant to Local Civil Rule 7.1(a) of the United States District Court for the District of Wyoming, the Court has discretion to set a hearing and hear oral arguments on motions filed with the Court.

7. Given the issues raised by the Parties, Custodia believes a hearing and oral arguments on the Board MTD and Kansas City Fed MTD are necessary and will assist the Court in understanding and ruling on the motions.

8. Custodia believes one (1) hour is necessary for this hearing and oral arguments with Plaintiff being allocated 30 minutes and Defendants jointly being allocated 30 minutes for their oral arguments.

9. Counsel for Custodia has met and conferred with Defendants' counsel regarding this request for a hearing and oral arguments, and Defendants' counsel consent to the requested relief.

WHEREFORE, Plaintiff Custodia Bank, Inc., by and through its counsel, hereby requests the Court set a hearing and hear oral arguments on Defendant Board of Governors of the Federal Reserve System's Motion to Dismiss, ECF No. 126, and the Defendant Federal Reserve Bank of Kansas City's Motion to Dismiss, ECF No. 124, and request the Court set the hearing for one (1) hour with Plaintiff being allocated 30 minutes and Defendants jointly being allocated 30 minutes for their oral arguments.

DATED this third day of April 13, 2023.

By: /s/ Scott E. Ortiz
Scott E. Ortiz, W.S.B. # 6-4254
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
Email: sortiz@wpdn.net

-and-

John K. Villa, *pro hac vice*
Ryan Scarborough, *pro hac vice*
Sarah M. Harris, *pro hac vice*
Whitney D. Hermandorfer, *pro hac vice*
Jamie Wolfe, *pro hac vice*
WILLIAMS & CONNOLLY, LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-500
Emails: jvilla@wc.com
rscarborough@wc.com
sharris@wc.com
whermandorfer@wc.com
jwolfe@wc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 13th day of April, 2023:

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

  /s/ Scott E. Ortiz
Scott E. Ortiz