UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF GOVERNORS OF ) <br> THE FEDERAL RESERVE SYSTEM & ) <br> FEDERAL RESERVE BANK ) <br> OF KANSAS CITY, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:22-cv-00125-SWS |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTON BY BOTH DEFENDANTS FOR LEAVE TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS BY APRIL 25, 2023, AND BY DEFENDANT BOARD OF GOVERNORS OF <u>THE FEDERAL RESERVE SYSTEM TO FILE EXCESS PAGES</u>**

Having considered the Unopposed Motion by Both Defendants for Leave to File Reply Briefs in Support of Their Motions to Dismiss by April 25, 2023, and by Defendant Board of Governors of the Federal Reserve System for Leave to File Excess Pages, the Motion is GRANTED.

It is hereby ORDERED that each Defendant may file a reply brief in support of its respective motion to dismiss the First Amended Complaint, that each Defendant's reply brief shall be due no later than April 25, 2023, and that the reply brief of Defendant Board of Governors of the Federal Reserve System shall not exceed 20 pages.

Dated: April ___, 2023                         BY THE COURT:

                                                                            _____