Bridget Hill, WY Bar #6-3616
Karl D. Anderson, WY Bar #6-2807
Devin Kenney, WY Bar #7-5964
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
307-777-7886
bridget.hill@wyo.gov
karl.anderson@wyo.gov
devin.kenney1@wyo.gov

# UNITED STATES DISTRICT COURT

# DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 1:22-cv-00125-SWS |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) ) ) |
| Defendants. | ) |

### THE STATE OF WYOMING'S
### MOTION FOR PERMISSION TO INTERVENE AND LEAVE TO FILE
### COMPLAINT AS INTERVENOR

The State of Wyoming by and through Attorney General, Bridget Hill, Supervising Attorney General Karl Anderson, and Senior Assistant Attorney General Devin Kenney, hereby requests leave from the Court to intervene in this matter pursuant to Federal Rule of Civil Procedure 24(b)(1)(B). The State of Wyoming also submits its Memorandum in

Support of Motion for Permission to Intervene and incorporate the same as if fully set forth herein. Further, the State of Wyoming requests leave from the Court to file its Complaint of Intervenor, State of Wyoming. [Attachment D]. In accordance with Local Rule 7.1(b)(1)(A), the State of Wyoming has conferred with counsel in the case. Plaintiff Custodia has no objection to the State of Wyoming's intervention. Defendant Federal Reserve Bank of Kansas City intends to oppose and Defendant Board of Governors of the Federal Reserve System does not consent to the State of Wyoming's intervention.

**DATED** this 13th day of April, 2023.

/s/ Devin Kenney
Bridget Hill, Wyo. Bar No. #6-3616
Attorney General
Karl Anderson, Wyo. Bar No. #6-2807
Supervising Attorney General
Devin Kenney, Wyo. Bar No. #7-5964
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7886
bridget.hill@wyo.gov
karl.anderson@wyo.gov
devin.kenney1@wyo.gov

*ATTORNEYS FOR STATE OF WYOMING*

3

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April 2023, a copy of the foregoing **THE STATE OF WYOMING'S MOTION FOR PERMISSION TO INTERVENE** was served in the following manner as addressed to:

| | |
|---|---|
| John K. Vila<br>Ryan Thomas Scarborough<br>Whitney D. Hermandorfer<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>*Attorneys for Plaintiff* | VIA CM/ECF |
| Scott E. Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, WY 82602<br>*Attorneys for Plaintiff* | VIA CM/ECF |
| Angela Tarasi<br>KING &SPALDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | VIA CM/ECF |
| Billie LM Addleman<br>John P. Fritz<br>HIRST APPLEGATE<br>P.O. Box 1083<br>Cheyenne, WY 82003<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | VIA CM/ECF |

Joshua P. Chadwick                           VIA CM/ECF
Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
*Attorneys for Defendant Federal Reserve Board of Governors*

                                         /s/Tara Powers
                                         Paralegal
                                         Wyoming Attorney General's Office