UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS, and FEDERAL RESERVE BANK OF KANSAS CITY, <br><br> Defendants. | Case No. 22-CV-125-SWS |

## ORDER DENYING HEARING AND ALLOWING REPLY BRIEFS

This matter comes before the Court on Plaintiff Custodia Bank, Inc.'s Request for Hearing (ECF 136) and the Defendants' Motion for Leave to File Reply Briefs (ECF 137). The Court heard oral arguments before deciding the Defendants' prior motions to dismiss. While Plaintiff has filed an amended complaint since then, the Court is familiar with the issues and finds another round of oral arguments on dismissal motions would not materially assist the Court in deciding the matter. As no hearing will be held, Defendants may submit reply briefs pursuant to Local Civil Rule 7.1(b)(2)(C).

**IT IS THEREFORE ORDERED** that Plaintiff Custodia Bank, Inc.'s Request for Hearing (ECF 136) is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendants' Motion for Leave to File Reply Briefs (ECF 137) is **GRANTED**. Defendants may file their reply briefs **on or before April**

25, 2023. Additionally, Defendant Federal Reserve Board of Governors may file a reply brief of up to 20 pages.

DATED: April __14__, 2023.

                                              Scott W. Skavdahl
                                              United States District Court Judge