Darin Scheer (6-3558)
CROWLEY FLECK PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
Telephone: 307-265-2279
Fax: 307-265-2307
dscheer@crowleyfleck.com

*Attorneys for Potential Amicus Curiae*
*Former Senator Patrick J. Toomey Jr.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, <br><br> *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

## ENTRY OF APPEARANCE

COMES NOW, Darin Scheer, of the law firm of Crowley Fleck PLLP, entering his appearance as counsel for potential *amicus curiae* former Senator Patrick J. Toomey Jr. in the above captioned matter.

DATED this 18th day of April, 2023.

                                                  CROWLEY FLECK PLLP

                                                /s/ Darin Scheer
                                                Darin Scheer (Wyo. Bar #6-3558)

111 West 2nd Street, Suite 220  
Casper, WY 82601  
Telephone: (307) 232-6911  
Facsimile: (307) 265-2307  
dscheer@crowleyfleck.com  

*Attorneys for Potential Amicus Curiae*  
*Former Senator Patrick J. Toomey Jr.*

## CERTIFICATE OF SERVICE

I certify that on April 18, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated:   April 18, 2023

/s/ Darin Scheer  
Darin Scheer