Darin Scheer (6-3558)
CROWLEY FLECK PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
Telephone: 307-265-2279
Fax: 307-265-2307
dscheer@crowleyfleck.com

*Attorneys for Potential Amicus Curiae Former Senator Patrick J. Toomey*

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, <br><br> *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN GRUENSTEIN AND JOHN D. BURETTA

Pursuant to U.S.D.C.L.R. 84.2(b), proposed *amicus curiae* former Senator Patrick J. Toomey, through counsel Darin B. Scheer, moves to admit Benjamin Gruenstein (bgruenstein@cravath.com) and John D. Buretta (jburetta@cravath.com), of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, New York 10019, (212) 474-1000, to appear before this Court *pro hac vice* in this matter. In support of this Motion, undersigned counsel states:

1. Undersigned local counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

2.	Undersigned counsel vouches, to the best of his knowledge and belief, for the good moral character and veracity of Mr. Gruenstein and Mr. Buretta.

3.	Undersigned counsel is fully prepared to represent potential *amicus curiae* former Senator Patrick J. Toomey at any time, in any capacity in this matter.

4.	The *pro hac vice* declarations of Mr. Gruenstein and Mr. Buretta are attached to this motion as Exhibit A and Exhibit B.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order granting admission *pro hac vice* of Benjamin Gruenstein and John D. Buretta in this matter. A proposed Order is submitted for the Court's convenience.

Dated April 18, 2023

                CROWLEY FLECK PLLP

                /s/ Darin Scheer
                Darin Scheer (Wyo. Bar #6-3558)
                111 West 2nd Street, Suite 220
                Casper, WY 82601
                Telephone: (307) 232-6911
                Facsimile: (307) 265-2307
                dscheer@crowleyfleck.com

                *Attorneys for Potential Amicus Curiae Former Senator Patrick J. Toomey*

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated:   April 18, 2023

/s/ Darin Scheer
Darin Scheer