| | |
|---|---|
| Darin Scheer (6-3558)<br>CROWLEY FLECK PLLP<br>111 West 2nd Street, Suite 220<br>Casper, WY 82601<br>Telephone: 307-265-2279<br>Fax: 307-265-2307<br>dscheer@crowleyfleck.com | Benjamin Gruenstein *(pro hac vice pending)*<br>John Buretta *(pro hac vice pending)*<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>bgruenstein@cravath.com<br>jburetta@cravath.com |

ATTORNEYS FOR POTENTIAL *AMICUS CURIAE* FORMER SENATOR PATRICK J. TOOMEY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK INC.,<br><br>               Plaintiffs,<br><br>    v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY,<br><br>               Defendants. | Civil Action No. 1:22-CV-00125-SWS |

### DECLARATION OF BENJAMIN GRUENSTEIN IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Benjamin Gruenstein, hereby declare as follows:

1. I am a member in good standing of the State Bar of New York (New York State Bar No. 3897758) and was admitted on October 3, 2000. I am a partner with the law firm of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY 10019; Telephone: (212) 474-1000; email: bgruenstein@cravath.com.

2. I have been admitted to practice before the following courts on the dates set forth:
   - Appellate Division of the Supreme Court of the State of New York; Admitted 10/03/2000
   - District of Columbia;   Admitted 05/11/2001
   - US Dist. Court for the District of Colorado;   Admitted 09/17/2021
   - US Dist. Court for the Southern District of New York;   Admitted 04/17/2008
   - US Dist. Court for the Eastern District of New York;   Admitted 04/07/2010
   - US Court of Appeals for the 2d Circ;   Admitted 03/07/2012
   - US Court of Appeals for the 6th Circ; Admitted 07/17/2012
   - US Court of Appeals for the 10th Circ;   Admitted 05/02/2022
   - US Supreme Court;   Admitted 03/04/2013

3. I am not now and have never been subject to a grievance proceeding or removal proceeding while a member of the Bar of the State of New York, or any state or federal court and recognize that I will be subject to the disciplinary jurisdiction of this Court.

EXHIBIT A

4.    I agree to comply with and be bound by the local rules of the United States District Court for the District of Wyoming.

5.    I acknowledge that local counsel is required to be fully prepared to represent potential *Amicus Curiae* former Senator Patrick J. Toomey at any time, in any capacity.

6.    I acknowledge that I am subject to, and submit to, disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

7.    I respectfully request to be admitted as counsel for potential *Amicus Curiae* former Senator Patrick J. Toomey in the United States District Court for the District of Wyoming for this case only.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Benjamin Gruenstein

*/s/ Darin Scheer*
_____

Darin Scheer (6-3558)
CROWLEY FLECK PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
Telephone: 307-265-2279
Fax: 307-265-2307
dscheer@crowleyfleck.com

Benjamin Gruenstein *(pro hac vice pending)*
John Buretta *(pro hac vice pending)*
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
bgruenstein@cravath.com
jburetta@cravath.com

ATTORNEYS FOR POTENTIAL *AMICUS CURIAE* FORMER SENATOR PATRICK J. TOOMEY