Darin Scheer (6-3558)
CROWLEY FLECK PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
Telephone: 307-265-2279
Fax: 307-265-2307
dscheer@crowleyfleck.com

*Attorneys for Potential Amicus Curiae Former Senator Patrick J. Toomey*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY,<br><br>*Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF BENJAMIN GRUENSTEIN AND JOHN D. BURETTA

**THIS MATTER** having come before the Court upon the motion of Darin B. Scheer to admit Benjamin Gruenstein and John D. Buretta as *pro hac vice* counsel as counsel for potential *amicus curiae* Senator Patrick J. Toomey in this matter. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Benjamin Gruenstein and John D. Buretta are admitted to practice before this Court for all purposes in this matter.

DATED this _____ day of _____, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE