AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Wyoming

| | | |
|---|---|---|
| Custodia Bank, Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-00125-SWS |
| Federal Reserve Board of Governors et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

potential amicus curiae former Senator Patrick J. Toomey in the above captioned matter.                          .

Date:      04/18/2023

/s/ Benjamin Gruenstein
*Attorney's signature*

Benjamin Gruenstein (No. 3897758)
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475

*Address*

bgruenstein@cravath.com
*E-mail address*

(212) 474-1080
*Telephone number*

(212) 474-3700
*FAX number*