# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., *Plaintiff*, v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

## ORDER

This matter, having come before the Court pursuant to D. Wyo. Local Rule 7.1(b)(2)(G), and good cause having been shown, **IT IS ORDERED THAT** Senator Patrick J. Toomey may file an *amicus curiae* brief on or before April 18, 2023.

Signed on _____.

_____
Hon. Kelly H. Rankin
United States Magistrate Judge