Billie L.M. Addleman, #6-3690
John P. Fritz, #7-6318
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | }<br>}<br>} |
| Plaintiff, | }<br>} |
| vs. | }<br>}    Civil No. 1:22-cv-00125-SWS<br>} |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | }<br>}<br>}<br>} |
| Defendants. | }<br>} |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR
LEAVE TO EACH FILE CONSOLIDATED REPLY BRIEFS AND RESPONSES TO
THE AMICUS BRIEF BY MAY 2, 2023**

Defendant Board of Governors of the Federal Reserve System (the "Board") and Defendant Federal Reserve Bank of Kansas City ("FRBKC" and, collectively, Defendants), by and through the undersigned counsel, hereby both respectfully move for leave to file a brief consolidating their respective reply in support of the motion to dismiss the First Amended Complaint with their response to the Brief of Amicus Curiae filed by former Senator Patrick J. Toomey. In support of this motion, Defendants state as follows:

1.     On February 28, 2023, Plaintiff Custodia Bank, Inc. ("Custodia") filed its First

– 2 –

Amended Complaint (ECF No. 121), in which it brought claims against the Board and FRBKC. On March 28, 2023, the Board and FRBKC separately filed motions to dismiss the First Amended Complaint (ECF Nos. 124, 126).

2. On April 7, 2023, the Court granted Custodia's unopposed motion for leave to file one omnibus opposition to Defendants' motions to dismiss instead of two separate briefs, and for that omnibus brief to be no longer than 35 pages (ECF No. 131). Custodia filed a 34-page omnibus opposition on April 11, 2023 (ECF No. 135).

3. On April 14, 2023, the Court granted Defendants' Motion for Leave to File Reply Briefs, ordering that reply briefs may be filed on or before April 25, 2023, and that the Board may file a reply brief of up to 20 pages (ECF No. 141).

4. On April 18, 2023, Senator Patrick J. Toomey filed a motion seeking leave to file an *Amicus Curiae* brief (ECF No. 146).

5. Senator Toomey's amicus brief discusses the 2023 National Defense Authorization Act ("NDAA") Amendment, which is also a subject of Defendants' motions to dismiss and Custodia's opposition (ECF No. 135 at 21-28).

6. Local Rule 7.1(b)(2)(G) affords Defendants the opportunity to respond to an amicus brief in accordance with Rule 7.1(b)(2) within 14 days after the amicus brief is filed. Under the Local Rule, responses to an amicus brief may be up to 25 pages.

7. Due to the overlapping nature of the amicus brief and Custodia's Opposition Brief, Defendants believe it would be more efficient for the Court's review to consolidate the reply and response briefs into a single brief from each Defendant.

8. Accordingly, Defendants each seek leave of the Court to file a consolidated

response to Custodia's opposition and Senator Toomey's amicus brief by May 2, 2023. While this would extend the current deadline for the reply brief by seven days, it would decrease the time allotted by the Local Rules for responses to amicus briefs and result in an overall shortening of the time by which briefing is complete.

9. The Board also asks that its consolidated response be no more than 25 pages, which is equal to the total number of pages permitted in response to amicus briefs under the Local Rules. FRBKC asks that its consolidated response be up to 15 pages, which is less than the total number of pages permitted in response to amicus briefs under the Local Rules.

10. Counsel for Defendants have met and conferred with Plaintiff's counsel regarding all of the relief requested above, and Plaintiff consents to the requested relief.

Dated: 20 April 2023.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

/s/ Billie LM Addleman
**BILLIE LM ADDLEMAN, #6-3690**
**JOHN P. FRITZ, #7-6318**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

Andrew Michaelson (*pro hac vice*)
Laura Harris (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com
lharris@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Joshua N. Mitchell (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500

*Counsel for Defendant the Federal Reserve Bank of Kansas City*

FEDERAL RESERVE BOARD OF GOVERNORS, Defendant

/s/ Joshua P. Chadwick
Joshua P. Chadwick, Senior Special Counsel
Yvonne F. Mizusawa, Senior Counsel
Yonatan Gelblum, Senior Counsel
Katherine Pomeroy, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
(202) 263-4835
joshua.p.chadwick@frb.gov

*Counsel for Defendant Board of Governors of the Federal Reserve System*

## CERTIFICATE OF SERVICE

I certify the foregoing *Defendants' Joint Unopposed Motion for Leave to Each File Consolidated Reply Briefs and Responses to the Amicus Brief by May 2, 2023* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 20 April 2023, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Thomas Scarborough<br>Whitney D Hermandorfer<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>jvilla@wc.com<br>rscarborough@wc.com<br>whermandorfer@wc.com<br>jwolfe@wc.com<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

– 5 –

| | |
|---|---|
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>sortiz@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Angela Tarasi<br>KING & SPALDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>atarasi@kslaw.com<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Joshua P. Chadwick, Senior Special Counsel<br>Yvonne F. Mizusawa, Senior Counsel<br>Yonatan Gelblum, Senior Counsel<br>Katherine Pomeroy, Senior Counsel<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Washington, D.C. 20551<br>joshua.p.chadwick@frb.gov<br>yvonne.f.mizusawa@frb.gov<br>yonatan.gelblum@frb.gov<br>katherine.pomeroy@frb.gov<br>*Attorneys for Defendant Federal Reserve Board of Governors* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| John Buretta<br>Benjamin Gruenstein<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019<br>jburetta@cravath.com<br>bgruenstein@cravath.com<br>*Counsel for Potential Amicus Curiae Former Senator Patrick J. Toomey* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

– 6 –

| | |
|---|---|
| Dan B. Scheer<br>Crowley Fleck PLLP<br>111 W 2nd St<br>Casper, WY  82601<br>dscheer@crowleyfleck.com<br>*Counsel for Potential Amicus Curiae Former Senator Patrick J. Toomey* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

     s/ Shannon M. Ward
OF HIRST APPLEGATE, LLP
Attorneys for Defendant