**FILED**



*4:58 pm, 4/20/23*

**Margaret Botkins
Clerk of Court**

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

CUSTODIA BANK, INC.,

    *Plaintiff*,

        v.

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM &
FEDERAL RESERVE BANK
OF KANSAS CITY,

    *Defendants*.

Civil Case No.: 1:22-CV-00125-SWS

### ORDER

    This matter, having come before the Court pursuant to D. Wyo. Local Rule 7.1(b)(2)(G), and good cause having been shown, **IT IS ORDERED THAT** Senator Patrick J. Toomey may file an *amicus curiae* brief on or before April 25, 2023.

    Signed on 4/20/2023.

                Hon. Kelly H. Rankin
                United States Magistrate Judge