

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:22-cv-00125-SWS |
| v. | ) ) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING UNOPPOSED MOTION BY DEFENDANTS FOR LEAVE TO EACH FILE CONSOLIDATED REPLY BRIEFS AND RESPONSES TO THE AMICUS BRIEF BY MAY 2, 2023

Having considered the Unopposed Motion by Defendants for Leave to Each File Consolidated Reply Briefs and Responses to the Amicus Brief by May 2, 2023, the Motion is GRANTED.

It is hereby ORDERED that each Defendant may file a consolidated brief due no later than May 2, 2023, and that the consolidated brief of Defendant Board of Governors of the Federal Reserve System shall not exceed 25 pages and the consolidated brief of Defendant Federal Reserve Bank of Kansas City shall not exceed 15 pages.

Dated: April 21, 2023                BY THE COURT:

_____
Hon. Kelly H. Rankin
U.S. Magistrate Judge