**ERIN E. BERRY, #7-6063**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } | |
| | } | |
| Defendants. | } | |

# ENTRY OF APPEARANCE

Please enter my appearance as attorney for Defendant, Federal Reserve Bank of Kansas City, in the above-captioned matter.

Dated: 27 April 2023.

HIRST APPLEGATE, LLP

BY: /s *Erin E. Berry*
ERIN E. BERRY, #7-6063
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

– 2 –

## CERTIFICATE OF SERVICE

I certify that on the 27th day of April 2023, a copy of the foregoing *Entry of Appearance* was served upon all parties to this action via CM/ECF.

                                           s/ *Shannon M. Ward*
                                           OF HIRST APPLEGATE, LLP
                                           Attorneys for Defendant FRBKC