Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } | |
| Defendants. | } | |

## *MOTION TO WITHDRAW JOHN P. FRITZ*

Hirst Applegate, LLP hereby notifies the Court that John P. Fritz will no longer be associated with the Hirst Applegate, LLP firm as of May 1, 2023. Therefore, Hirst Applegate, LLP respectfully requests that this Court enter an Order allowing John P. Fritz to withdraw as counsel for Defendant Federal Reserve Bank of Kansas City. Billie Addleman and Erin E. Berry will continue to represent Defendant.

Dated: 27 April 2023.

– 2 –

        FEDERAL RESERVE BANK OF KANSAS CITY,
Defendant

BY:  /s *Billie LM Addleman*
     **BILLIE LM ADDLEMAN, #6-3690**
     **ERIN E. BERRY, #7-6063**
     OF HIRST APPLEGATE, LLP
     Attorneys for Defendant FRBKC
     P. O. Box 1083
     Cheyenne, WY 82003-1083
     Phone: (307) 632-0541
     Fax: (307) 632-4999
     baddleman@hirstapplegate.com
     eberry@hirstapplegate.com

## CERTIFICATE OF SERVICE

       I certify that on the 27th day of April 2023, a copy of the foregoing *Motion to Withdraw John P. Fritz* was served upon all parties to this action via CM/ECF.

     /s *Shannon M. Ward*
     OF HIRST APPLEGATE, LLP
     Attorneys for Defendant FRBKC