UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. }<br>}<br>Plaintiff, }<br>}<br>vs. }<br>}<br>FEDERAL RESERVE BOARD OF }<br>GOVERNORS and FEDERAL RESERVE }<br>BANK OF KANSAS CITY, }<br>}<br>Defendants. } | Civil No. 1:22-cv-00125-SWS |

## *ORDER GRANTING MOTION TO WITHDRAW JOHN P. FRITZ*

**THIS MATTER** comes before the Court upon Hirst Applegate, LLP's motion for Order allowing John P. Fritz to withdraw as counsel for Defendant Federal Reserve Bank of Kansas City and the Court having reviewed and considered the same hereby ***ORDERS*** that Hirst Applegate's Motion to allow John P. Fritz to withdraw is hereby ***GRANTED***.

Dated: _____ 2023.

_____
KELLY H. RANKIN
United States Magistrate Judge