IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-CV-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD OF | ) |
| GOVERNORS and FEDERAL RESERVE | ) |
| BANK OF KANSAS CITY, | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER AMENDING THE SCHEDULING ORDER

This Matter comes before the Court on the parties' Joint Motion to Amend the Scheduling Order.

The Court has considered the parties' arguments and finds that the parties' Motion should be and is hereby GRANTED.

Plaintiff's Expert Witness Designation is due October 6, 2023; Defendant Federal Reserve Bank of Kansas City's Expert Witness Designation is due November 6, 2023; the parties' Designation of Other Witnesses is due November 20, 2023; the Discovery Cutoff Date is December 18, 2023; Dispositive Motions and *Daubert* Challenges are due December 18, 2023; Responses are due January 18, 2024; Replies are due February 1, 2024; the Final Pretrial Conference is March 19, 2024; and any Bench Trial will start April 8, 2024.

Defendant Federal Reserve Board's Administrative Record is due August 21, 2023; the Petitioner Brief is due December 18, 2023; the Response is due January 18, 2024; and the Reply is due February 1, 2024.

DATED this _____ day of _____, 2023.        BY THE COURT:

                                                                                    _____

_