# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:29 pm, 6/30/23

**Margaret Botkins
Clerk of Court**

CUSTODIA BANK INC

    Plaintiff,

vs.

FEDERAL RESERVE BOARD OF GOVERNORS et al

    Defendant.

Case Number: 22-CV-125-SWS

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 06/30/2023     Time: 3:07 - 3:15 PM

| Kelly H. Rankin | MiYon Bowden | N/A | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Ryan Scarborough, Scott Ortiz

Attorney(s) for Defendant(s)   Joshua Chadwick, Andrew Michaelson, Billie Addleman, Christine Carletta

Other:

Court held an informal telephonic status conference regarding Plaintiff's motion to amend/correct the scheduling order.  Court and parties agreed on new trial dates and deadlines.  Amended scheduling order will be entered.

WY 51

Rev. 12/27/2022