**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name], of _____ [print or type full address], employed by _____, declare under penalty of perjury that:

1. I have read in its entirety and understand the above Stipulated Protective Order in *Custodia Bank v. Federal Reserve Board of Governors, et al.*, Case No. 22-CV-00125-SWS (D. Wyo.).  I agree to comply with and to be bound by all the terms of this Stipulated Protective Order.

2. I will not make copies or notes of Confidential or Highly Confidential – Attorneys' Eyes Only material except as necessary to enable me to render assistance in connection with this action;

3. I will not disclose Confidential or Highly Confidential – Attorneys' Eyes Only material to any person not expressly entitled to receive it under the terms of the Stipulated Protective Order;

4. I will not use Confidential or Highly Confidential – Attorneys' Eyes Only material for any purpose other than that authorized by the Stipulated Protective Order; and

5. I agree to submit to the jurisdiction of this Court for the sole purpose of having the terms of the Order enforced.

Date: _____

Printed name: _____

Signature: _____