IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL RESERVE BOARD OF ) <br> GOVERNORS and FEDERAL RESERVE ) <br> BANK OF KANSAS CITY, ) <br> ) <br> Defendants. ) | Civil Action No. 22-CV-00125-SWS |

**JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION AND DOCUMENTS**

Plaintiff Custodia Bank, Inc. ("Custodia"), by and through its counsel, along with Defendant the Federal Reserve Board of Governors ("the Board") and Defendant the Federal Reserve Bank of Kansas City ("the Kansas City Fed"), by and through their counsel, hereby move the Court to enter the Stipulated Protective Order Regarding Confidential Information and Documents.

The parties agree that discovery in this action is likely to involve the production of confidential information for which special protection may be warranted. As required under Local Rule 7.1(b)(1)(A), the parties have conferred and agreed upon the attached Stipulated Protective Order Regarding Confidential Information and Documents. The parties jointly request the Court to enter the attached Order.

DATED this July 21, 2023.

Counsel for Plaintiff:  /s/ Scott E. Ortiz

-1-

-2-

Counsel for Defendant Federal Reserve Board of Governors: <u>Joshua P. Chadwick</u>

Counsel for Defendant Federal Reserve Bank of Kansas City: <u>Andrew Michaelson</u>

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this July 21, 2023:

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

-3-

| | |
|---|---|
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

  /s/ Scott E. Ortiz
Scott E. Ortiz