LISA WEINGARTEN RICHARDS
VA State Bar No. 96671; *pro hac vice*)
Lisawrichards@citizensbank.com
1 Citizens Bank Way
Johnston, RI 02919
Telephone: 202-981-2059

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL ) | |
| RESERVE BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

I, Lisa Weingarten Richards *(admitted pro hac)* hereby provide notice of withdrawal as counsel of record for Wyoming Select Committee on Blockchain, Financial Technology and Digital Innovation Technology *Amicus Curiae*, as I no longer work for Davis Wright Tremaine, LLP, and am no longer affiliated with the client or this matter. I hereby affirm that the clients have been notified of, and consent to my withdrawal. Stephen T. Gannon, David M. Gosset, and Lisa Marie Jerde Spillman remain counsel of record for *Amicus Curiae*.

Respectfully submitted this 9th day of August, 2023.

/s/ LISA WEINGARTEN RICHARDS ( VA State Bar
No. 96671; *pro hac vice*)
Lisawrichards@citizensbank.com
1 Citizens Bank Way
Johnston, RI 02919
Telephone: (202) 981-2059

Attorneys for *Amicus Curiae,*

/s/ LISA MARIE JERDE SPILLMAN (WY State Bar No. 7-5450)
lisa@jerdespillmanlaw.net
JERDE SPILLMAN LAW LLC
7527 Jessica Drive Cheyenne, WY 82009
Telephone (307) 314-8091

/s/ DAVID M. GOSSETT (DC Bar No. 468390; *pro hac vice*)
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200

/s/ STEPHEN T. GANNON (VA State Bar No. 17649; *pro hac vice*)
stevegannon@dwt.com
DAVIS WRIGHT TREMAINE LLP
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
Telephone: (804) 762-5320