IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-CV-00125-SWS |
| | ) | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the Clerk of the Court and all parties of record:

Please withdraw the appearance of Whitney D. Hermandorfer as counsel for Plaintiff Custodia Bank, Inc. The basis for this withdrawal is that Ms. Hermandorfer is departing the employment of Williams & Connolly LLP. Pursuant to Local Civil Rule 84.3(c), Ms. Hermandorfer confirms that Plaintiff consents to the noticed withdrawal and that the undersigned attorneys who have appeared on Plaintiff's behalf will continue to represent Plaintiff in this matter.

DATED:  August 21, 2023

Respectfully submitted,

By: /s/ *Whitney D. Hermandorfer*

Scott E. Ortiz, W.S.B. # 5-2550
WILLIAMS PORTER DAY NEVILLE PC
P.O. Box 10700
Casper, Wyoming 82602
Telephone:     (307) 265-0700
Facsimile:      (307) 266-2306
Email:             sortiz@wpdn.net

-and-

John K. Villa, *pro hac vice*
Ryan Scarborough, *pro hac vice*
Sarah M. Harris, *pro hac vice*
Whitney D. Hermandorfer, *pro hac vice*
Jamie Wolfe, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone:     (202) 434-5000
Emails:          jvilla@wc.com
                     rscarborough@wc.com
                     sharris@wc.com
                     whermandorfer@wc.com
                     jwolfe@wc.com

*Attorneys for Plaintiff*