IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-00125-SWS |
| v. ) | |
| ) | |
| BOARD OF GOVERNORS OF ) | |
| THE FEDERAL RESERVE SYSTEM & ) | |
| FEDERAL RESERVE BANK ) | |
| OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S
<u>NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD</u>**

Pursuant to Local Rule 83.6(b)(2), Defendant Board of Governors of the Federal Reserve System ("Board") hereby provides notification of its lodging of the administrative record certified by Ann E. Misback, Secretary of the Board. The record has been submitted to the Clerk by hand delivery and includes both public and sealed versions. The difference between the two versions is that materials designated as Confidential Information pursuant to the Protective Order entered by the Court (ECF 174) have been omitted from the public version as required by the Order. *Id.* § 8.3. Those documents omitted from the public version because they are Confidential Information are noted in the "Filed Under Seal" column on the index to the record.

In the index, the documents each have an ID. The document with ID of A1 (Bates numbered FRB-AR-000002) is the final agency action at issue as required by Local Rule 83.6(b)(1)(A), and that final agency action is followed by the three documents to which it directly refers (A1.1, A1.2, and A1.3, Bates numbered FRB-AR-000003 – FRB-AR-000067). The documents with a "B" prefix (B1 through B159, Bates numbered FRB-AR-000068 – FRB-AR-004808) are those documents and materials directly or indirectly considered by the agency

and/or agency decision-makers pursuant to Local Rule 83.6(b)(1)(B). In accordance with Local Rule 83.6(b)(2), a privilege log is also included.

Dated: August 21, 2023

                                          Respectfully submitted,

                                          /s/ *Joshua P. Chadwick*
                                          Mark Van Der Weide, General Counsel
                                          Richard M. Ashton, Deputy General Counsel
                                          Joshua P. Chadwick, Senior Special Counsel (*pro hac vice*)
                                          Yvonne F. Mizusawa, Senior Counsel (*pro hac vice*)
                                          Yonatan Gelblum, Senior Counsel (*pro hac vice*)
                                            Katherine Pomeroy, Senior Counsel (*pro hac vice*)
                                            Board of Governors of the Federal Reserve System
                                            20th Street and Constitution Avenue, N.W.
                                            Washington, D.C. 20551
                                            (202) 263-4835
                                            joshua.p.chadwick@frb.gov

                                          *Counsel for Defendant Board of Governors of the Federal Reserve System*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all parties of record. In addition, on this same date, a copy of the record was sent by overnight delivery to the following:

Ryan Thomas Scarborough
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024
*Counsel for Plaintiff*

Andrew Z. Michaelson
Christine Carletta
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
*Counsel for Defendant Federal Reserve Bank of Kansas City*

By:   /s/ *Joshua P. Chadwick*
         Joshua P. Chadwick

         *Counsel for Defendant Board of Governors of the Federal Reserve System*