Scott E. Ortiz, W.S.B. # 6-4254
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:      (307) 265-0700
Facsimile:      (307) 266-2306
Email:          sortiz@wpdn.net

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Number: 22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | ) |
| Defendants. | ) |

### PLAINTIFF CUSTODIA BANK, INC.'S
### UNOPPOSED MOTION TO SEAL DOCUMENTS IN THE ADMINISTRATIVE RECORD

WHEREFORE, Plaintiff Custodia Bank, Inc., by and through its counsel, hereby requests the Court replace two documents in the administrative record—B124 FRB-AR-004110, UW Foundation CIO support letter and B125 FRB-AR-004113, Ledger X CEO support letter 2021-01-05—with redacted versions of those documents (Ex. 1 and Ex. 2., respectively). These documents pertain to Custodia's trade secrets and contain confidential information as defined in the stipulated protective order (ECF 173). Undersigned counsel has spoken with counsel for the Federal Reserve Board of Governors, and the Board does not oppose this motion.

Although "Courts have long recognized a common-law right of access to judicial records," … this right is not absolute" and "may be overcome where countervailing interests heavily

outweigh the public interests in access." *Colony Ins. Co. v. Burke,* 698 F.3d 1222, 1241 (10th Cir. 2012). These documents pertain to Custodia's trade secrets and contain personal information. Custodia has redacted the portions of these documents that contain confidential information, leaving as much of the original document intact as possible. The portions that have been redacted are also irrelevant to the matter at hand. Custodia therefore respectfully requests that the Court order the clerk to refrain from placing B124 FRB-AR-004110, UW Foundation CIO support letter and B125 FRB-AR-004113, Ledger X CEO support letter 2021-01-05 on the public docket and replace those documents with redacted versions before publicly filing them (Ex. 1 and Ex. 2).

DATED this 28th day of August, 2023.

CUSTODIA BANK, INC., Plaintiff

By:   /s/ Scott E. Ortiz
Scott E. Ortiz, W.S.B. # 6-4254
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
Email:  sortiz@wpdn.net

-and-

John K. Villa, *pro hac vice*
Ryan Scarborough, *pro hac vice*
Jamie Wolfe, *pro hac vice*
WILLIAMS & CONNOLLY, LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone:  (202) 434-500
Emails:  jvilla@wc.com
rscarborough@wc.com
whermandorfer@wc.com
jwolfe@wc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served this 28th day of August, 2023, addressed to:

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

                                      /s/ Scott E. Ortiz
                                      Scott E. Ortiz