IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion to Seal Documents in the Administrative Record*. The Court, being fully advised, FINDS good cause to grant the *Motion*, ECF No. 179.

IT IS HEREBY ORDERED that good cause exists to refrain from placing the identified documents on the public docket and replace them with redacted versions. Accordingly *Plaintiff Custodia Bank, Inc.'s Unopposed Motion to Seal Documents in the Administrative Record* is GRANTED.

IT IS FURTHER ORDERED that the clerk is ordered to refrain from placing the identified documents on the public docket and replace them with redacted versions.

DATED this ___ day of August 2023.

_____
HONORABLE KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE