

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Number: 22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | ) |
| Defendants. | ) |

### ORDER

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion to Seal Documents in the Administrative Record*. The Court, being fully advised, FINDS good cause to grant the *Motion*, ECF No. 179.

IT IS HEREBY ORDERED that good cause exists to refrain from placing the identified documents on the public docket and replace them with redacted versions. Accordingly *Plaintiff Custodia Bank, Inc.'s Unopposed Motion to Seal Documents in the Administrative Record* is GRANTED.

IT IS FURTHER ORDERED that the clerk is ordered to refrain from placing the identified documents on the public docket and replace them with redacted versions.

August 29, 2023

_____
HONORABLE KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE