IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RESERVE BOARD OF )<br>GOVERNORS and FEDERAL RESERVE )<br>BANK OF KANSAS CITY, )<br>)<br>Defendants. ) | Civil Action No. 22-CV-00125-SWS |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on Plaintiff Custodia Bank, Inc.'s Motion for an Extension of Time to Move to Supplement the Administrative Record. The Court, being fully advised, finds good cause to grant the Motion.

IT IS HEREBY ORDERED that the deadline to move to supplement the administrative record shall be October 27, 2023.

DATED this _____ day of _____, 2023.

BY THE COURT:

_____