IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-00125-SWS |
| v. ) | |
| ) | |
| BOARD OF GOVERNORS OF ) | |
| THE FEDERAL RESERVE SYSTEM & ) | |
| FEDERAL RESERVE BANK ) | |
| OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S
NOTICE OF WITHDRAWAL OF DOCUMENT**

Defendant Board of Governors of the Federal Reserve System ("Board") provides notice that one document filed under seal in the Administrative Record (ID No. B77, FRB-AR-002264 – 002272, dated 2022-07-07) both was inadvertently included and contains privileged information.

Pursuant to the clawback provision set forth in ¶ 13 of the Protective Order entered by the Court (ECF No. 174), the Board notified Plaintiff Custodia Bank, Inc. of this inadvertent inclusion and production, and Plaintiff has agreed to comply with the terms of the Protective Order. Among other things, the Protective Order requires that "the receiving party . . . make no further use or disclose" the document. By this notice, the Board is also withdrawing this document from the record.

Dated: September 1, 2023

        Respectfully submitted,

        /s/ *Joshua P. Chadwick*
Joshua P. Chadwick, Senior Special Counsel (*pro hac vice*)
Yvonne F. Mizusawa, Senior Counsel (*pro hac vice*)
Yonatan Gelblum, Senior Counsel (*pro hac vice*)
Katherine Pomeroy, Senior Counsel (*pro hac vice*)
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
(202) 263-4835
joshua.p.chadwick@frb.gov

*Counsel for Defendant Board of Governors of the Federal Reserve System*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all parties of record.

By:   /s/ *Joshua P. Chadwick*
Joshua P. Chadwick

*Counsel for Defendant Board of Governors of the Federal Reserve System*