Scott E. Ortiz, WSB No. 5-2550  
WILLIAMS, PORTER, DAY, & NEVILLE P.C.  
PO Box 10700  
Casper, WY 82602  
Phone: 307-265-0700  
Fax: 307-266-2306  
Email:   sortiz@wpdn.net  

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-CV-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF CUSTODIA BANK, INC.'S
### UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO DESIGNATE EXPERT WITNESSES

Custodia Bank, Inc., by and through its undersigned counsel of record, respectfully requests extensions of the deadlines to designate expert witnesses. The Court entered a scheduling order on June 30, 2023. (ECF 169.) Under the order, Custodia's deadline for designating expert witnesses is October 6, 2023, and Defendant the Federal Reserve Bank of Kansas City's deadline for designating expert witnesses is November 6, 2023. The Kansas City Fed made its first production of documents on September 1, 2023, and anticipates making subsequent productions through at least September. Custodia requests a two-week extension of the deadlines for expert designations to allow time for document review prior to designating expert witnesses and producing expert reports.

Undersigned counsel for Plaintiff has conversed with counsel for Defendant Federal Reserve Bank of Kansas City and come to an agreement that the new deadline for Custodia's expert designations shall be Friday October 20, 2023 and the new deadline for the Federal Reserve Bank of Kansas City's expert designations shall be Monday November 20, 2023. This motion and the request for an extension is therefore stipulated to by both parties. Additionally, the parties agree that these extensions do not require shifting the other deadlines set in the scheduling order. Custodia met and conferred with the Federal Reserve Board of Governors and it consents to the relief requested herein.

**WHEREFORE**, Plaintiff respectfully requests this Court grant this Motion for an Extensions of Time to Designate Expert Witnesses.

RESPECTFULLY SUBMITTED this 5th day of September, 2023.

**Custodia Bank Inc.,**
**Plaintiff.**

By:   /s/ Scott E. Ortiz
      Scott E. Ortiz, WSB No. 5-2550
      WILLIAMS, PORTER, DAY, & NEVILLE, P.C.
      PO Box 10700
      Casper, WY 82602
      Phone:   307-265-0700
      Fax:   307-266-2306
      Email:   sortiz@wpdn.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served upon counsel via the manner set forth below on this 5th day of September, 2023.

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

          /s/ Scott E. Ortiz
Scott E. Ortiz