# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>    *Plaintiff*,<br><br>    v.<br><br>FEDERAL RESERVE BOARD OF<br>GOVERNORS,<br>Constitution Ave NW & 20th St NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK<br>OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108,<br><br>    *Defendants.* | Civil Case No.:1:22-CV-00125-SWS |

## ORDER GRANTING ADMISSION OF IAN M. SWENSON

    THIS MATTER having come before the Court upon the motion of counsel for Ian M. Swenson, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Ian M. Swenson as *pro hac vice* counsel in the District of Wyoming, the Court reviewed this matter and finds the motion should be granted.

    THEREFORE, IT IS HEREBY ORDERED Ian M. Swenson is hereby admitted to practice before this Court for all purposes in this matter.

IT IS FURTHER ORDERED local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this _____ day of October, 2023.

_____
United States District Court Judge /
United States Magistrate Judge