Scott E. Ortiz   WSB 5-2550
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper  WY 82602
Phone:  307-265-0700
Fax:      307-266-2306
Email:   sortiz@wpdn.net

WILLIAMS & CONNOLLY  LLP
Lauren Weinberger (*pro hac vice* admission pending)
680 Maine Avenue SW
Washington  DC 20024
Phone:  202-434-5000
Email:   lweinberger@wc.com

*Attorneys for Plaintiff Custodia Bank*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CUSTODIA BANK, INC.,**<br>**2120 Carey Avenue, Suite 300**<br>**Cheyenne, WY 82001**<br><br>    *Plaintiff,*<br><br>    **v.**<br><br>**FEDERAL RESERVE BOARD OF**<br>**GOVERNORS,**<br>**Constitution Ave NW & 20th St NW**<br>**Washington, DC 20551**<br><br>**FEDERAL RESERVE BANK**<br>**OF KANSAS CITY,**<br>**1 Memorial Drive**<br>**Kansas City, MO 64108,** | Civil Case No.: 1:22-CV-00125-SWS |

*Defendants.*

---

## MOTION FOR ADMISSION *PRO HAC VICE* OF LAUREN WEINBERGER

I, Scott E. Ortiz, Wyoming State Bar #5-2550, hereby petition the Court, under U.S.D.C.L.R. 84.2, for the admission of Lauren Weinberger for the limited purpose of representing plaintiff in the above-captioned matter.

I am a member of the Wyoming State Bar, in good standing, admitted to practice before the Court.

I hereby agree to serve as designated local counsel for the above-captioned matter.

I vouch, to the best of my knowledge and belief, for the good moral character and veracity of the applicant, whose contact information is as follows:

> Lauren Weinberger
> WILLIAMS CONNOLLY LLP
> 680 Maine Avenue SW
> Washington DC 20024
> lweinberger@wc.com

As required by U.S.D.C.L.R. 84.2, Lauren Weinberger's AFFIDAVIT is attached hereto and incorporated herein by reference as **Exhibit 1**.

I agree to be fully prepared to represent the above described plaintiff at any time and in any capacity.

I agree to accept papers when served and recognize my responsibility and full authority to act for, and on behalf of, plaintiff in all case-related proceedings, including hearings, pretrial conference, and trials.

WHEREFORE, the undersigned respectfully requests the Court approve the attached proposed order, admitting Lauren Weinberger, for the limited purpose of representing plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED this 11th day of October, 2023.

CUSTODIA BANK, INC., Plaintiff,

/s/ **SCOTT E. ORTIZ**

SCOTT E. ORTIZ
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602

Lauren Weinberger
WILLIAMS CONNOLLY LLP
680 Maine Avenue SW
Washington  DC 20024
*Admission Pending*

**CERTIFICATE OF SERVICE**

I hereby certify, on October 11, 2023, the foregoing MOTION FOR ADMISSION PRO HAC VICE OF LAUREN WEINBERGER was served on the following via email transmission only:

Mark E. Van Der Weide
General Counsel, Board of Governors of the Federal Reserve System
mark.vanderweide@frb.gov
(202) 452-2263
20th Street and Constitution Avenue NW
Washington, DC 20551

Craig Zahnd
General Counsel, Federal Reserve Bank of Kansas City
craig.zahnd@kc.frb.org
(816) 881-2533
1 Memorial Drive
Kansas City, MO 64108

/s/   SCOTT E. ORTIZ
SCOTT E. ORTIZ

# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

CUSTODIA BANK, INC.,
2120 Carey Avenue, Suite 300
Cheyenne, WY 82001

     *Plaintiff,*

v.

FEDERAL RESERVE BOARD OF
GOVERNORS,
Constitution Ave NW & 20th St NW
Washington, DC 20551

FEDERAL RESERVE BANK
OF KANSAS CITY,
1 Memorial Drive
Kansas City, MO 64108,

     *Defendants.*

Civil Case No.: 1:22-CV-00125-SWS

## AFFIDAVIT OF LAUREN WEINBERGER IN SUPPORT OF MOTION
## FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to District of Wyoming Local Rule 84.2(b), I, Lauren Weinberger, declare that
the following facts are true to the best of my knowledge, information and belief:

1.    My full name is: Lauren Auerhahn Weinberger.  I am an associate at Williams &
Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024; (202) 434-5000
(office – main); lweinberger@wc.com (email).

2.    I am a member of the bar of the following:

1

District of Columbia (Bar No. 1614348)         December 7, 2018
Maryland (Bar No. 1712140259)                  December 14, 2017

I have been admitted to practice law in the following jurisdictions:

United States Court of Appeals for the Sixth Circuit          March 11, 2020
United States District Court for the Southern District of Ohio   August 10, 2020

3.   I am subject to no pending disciplinary proceedings, and have never received any past

     public sanctions.

4.   I affirm that I will comply with and be bound by the Local Rules of the United States

     District Court for the District of Wyoming.

5.   I acknowledge that local counsel is required to be fully prepared to represent our

     client, Plaintiff Custodia Bank, Inc., at any time and in any capacity.

6.   I acknowledge that I will be subject to the disciplinary jurisdiction of the Court for

     any alleged misconduct arising in the course of preparation and representation in the

     proceedings and submit to jurisdiction of the same.

Dated: October 11, 2023

Lauren Weinberger