IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-CV-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD OF | ) |
| GOVERNORS and FEDERAL RESERVE | ) |
| BANK OF KANSAS CITY, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on Plaintiff Custodia Bank, Inc.'s Unopposed Motion for an Extension of Time to Move to Supplement the Administrative Record. The Court, being fully advised, finds good cause to grant the Motion.

IT IS HEREBY ORDERED that the deadline for Plaintiff to move to supplement the administrative record shall be fourteen (14) days after Defendant the Federal Reserve Bank of Kansas City produces its privilege log and certifies its document production is complete.

DATED this _____ day of _____, 2023.

BY THE COURT:

_____