Scott E. Ortiz, W.S.B. # 5-2550
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:	(307) 265-0700
Facsimile:	(307) 266-2306
Email:	sortiz@wpdn.net

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF CUSTODIA BANK, INC.'S
### MOTION TO SEAL ITS MOTION ON THE FEDERAL RESERVE BANK OF KANSAS CITY'S UNJUSTIFIED INVOCATION OF THE DELIBERATIVE PROCESS PRIVILEGE

Plaintiff Custodia Bank, Inc. ("Custodia") respectfully submits this motion to seal the contemporaneously filed Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege ("Motion").

On July 21, 2023, the parties filed a Joint Motion to Enter a Stipulated Protective Order Regarding Confidential Information and Documents. *See* ECF No. 173-1.  Pursuant to that Order, ECF No. 174, Defendant Federal Reserve Bank of Kansas City ("Kansas City Fed") has designated documents produced in discovery and deposition testimony as "Confidential."

Because Custodia's Motion cites to and attaches materials designated "Confidential" by the Kansas City Fed, Plaintiff Custodia respectfully requests that its Motion be filed under seal in

order to comply with the terms of the Protective Order in this case. However, Custodia takes no position on whether these materials should remain under seal and/or whether the Kansas City Fed's designation of these materials as "Confidential" is proper.

DATED this 23rd day of October, 2023.

                                      CUSTODIA BANK, INC., Plaintiff

By:    /s/ Scott E. Ortiz
          Scott E. Ortiz, W.S.B. # 5-2550
          WILLIAMS, PORTER, DAY & NEVILLE, P.C.
          159 No. Wolcott, Suite 400
          P.O. Box 10700
          Casper, Wyoming 82602
          Telephone:    (307) 265-0700
          Facsimile:     (307) 266-2306
          Email:         sortiz@wpdn.net

-and-

John K. Villa, *pro hac vice*
Ryan Scarborough, *pro hac vice*
Jamie Wolfe, *pro hac vice*
Lauren Weinberger, *pro hac vice*
Ian Swenson, *pro hac vice*
WILLIAMS & CONNOLLY, LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone:    (202) 434-500
Emails:       jvilla@wc.com
                rscarborough@wc.com
                jwolfe@wc.com
                lweinberger@wc.com
                iswenson@wc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served this day of October 23, 2023, addressed to:

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

    /s/ Scott E. Ortiz
Scott E. Ortiz