

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S
MOTION TO SEAL ITS MOTION ON THE FEDERAL RESERVE BANK OF KANSAS CITY'S
UNJUSTIFIED INVOCATION OF THE DELIBERATIVE PROCESS PRIVILEGE**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Motion to Seal its Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege ("Motion to Seal")*. Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion to Seal* is GRANTED.

DATED this 24th day of October 2023.

_____
Kelly H. Rankin
United States Magistrate Judge