Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | Civil No. 1:22-cv-00125-SWS |
| } | |
| FEDERAL RESERVE BOARD OF } | |
| GOVERNORS and FEDERAL RESERVE } | |
| BANK OF KANSAS CITY, } | |
| } | |
| Defendants. } | |

## DEFENDANTS' EXPEDITED MOTION TO AMEND THE SCHEDULING ORDER

Defendants Federal Reserve Bank of Kansas City ("FRBKC") and Federal Reserve Board of Governors (the "Board" or, collectively, "Defendants") respectfully request that this Court enter an Order to amend the scheduling deadlines in this case. In light of current upcoming deadlines, FRBKC requests an expedited ruling on this Motion. In support of this Motion, Defendants state as follows:

1. On June 30, 2023, this Court issued an Amended Scheduling Order following Judge Skavdahl's Order Granting in Part and Denying in Part Defendants' second

motions to dismiss. ECF No. 169.

2. As part of that Scheduling Order, the Court ordered that the end of fact discovery, motions for summary judgment, and Daubert motions would all occur on December 18, 2023.

3. At that time, Defendants contemplated that discovery would be narrow and focused on the issue of whether FRBKC exercised discretion in denying Custodia's request for a master account or, rather, as contended by Custodia, the Board made or controlled that decision. ECF No. 164 at 11.

4. Custodia, however, has sought extensive discovery from both FRBKC and third parties going far beyond that proper scope. *See* ECF Nos. 175, 197.

5. FRBKC has diligently responded to Custodia's requests. FRBKC has responded or objected to over 100 RFPs, RFAs and Interrogatories, and engaged in numerous meet and confers with Custodia. It has twice sought the Court's guidance in response to Custodia's overbroad requests. It has produced over 17,500 pages of documents and a lengthy privilege log. FRBKC expects that its document productions and privilege log will be completed shortly.

6. The Board timely submitted its administrative record.

7. To date, Custodia has taken five depositions of FRBKC employees and has used the full 7 hours on the record for every witness.

8. In addition, Custodia served two expert reports. Both of Custodia's proposed experts opine on issues of law, on the ultimate fact issues that the Court must decide, and on facts that the Court has ruled fall outside the scope of discovery. For example, both

experts opine on other institutions' master account requests, which this Court has said is outside the scope of discovery.

9. Despite the enormous amount of work done so far in discovery, there are numerous discovery issues that remain outstanding, and it has become clear that the parties would benefit from additional time to complete discovery and brief dispositive motions.

10. Here is what remains outstanding:

a. Custodia has requested five more depositions of FRBKC employees, which are scheduled to occur over the next three weeks. Custodia also recently requested to take a sixth additional deposition (eleventh overall), which FRBKC will oppose.

b. Custodia recently served additional RFPs on FRBKC, to which FRBKC intends to object.

c. The parties need to complete briefing about the application of the deliberative process privilege.

d. FRBKC served discovery requests on Custodia on September 1st and 22nd.. Just today, and only days after learning that FRBKC intended to seek an extension of the schedule, Custodia produced its first documents in response to FRBKC's requests. It now claims that its production will be complete by November 17. Even if that date holds, it would leave only one month for FRBKC to conduct affirmative depositions and brief both summary judgments and Daubert motions (and/or motions to strike).

e. FRBKC intends to take three or four fact depositions, but Custodia has

not yet offered dates, times, or locations for these witnesses.

  f. FRBKC intends to depose both of Custodia's proposed expert witnesses and then oppose or respond to their reports.

  g. Custodia has indicated that it may seek to negotiate or challenge the scope of the administrative record filed by the Board.

  h. All parties need to file dispositive briefs, and motions to exclude proposed expert witnesses are expected.

  11. Accordingly, to facilitate the orderly completion of discovery and efficient briefing of dispositive motions, Defendants respectfully request to amend the scheduling order in accordance with the following schedule:

|  | Current | Proposed |
| --- | --- | --- |
| **FRBKC's Expert Designation** | Nov. 20, 2023 | Dec. 4, 2024 |
| **List of Other Witnesses** | Nov. 20, 2023 | Dec. 4, 2024 |
| **Discovery Cutoff** | Dec. 18, 2023 | Jan. 5, 2024 |
| **Dispositive Motions/Daubert** | Dec. 18, 2023 | Jan. 31, 2024 |
| **Oppositions** | Jan. 18, 2024 | Feb. 28, 2024 |
| **Replies** | Feb. 1, 2024 | Mar. 13, 2024 |
| **Pre-Trial Conference** | Mar. 21, 2024 | Apr. 24, 2024 |
| **Bench Trial** | Apr. 8, 2024 | May 6, 2024 |

  12. On October 31, 2023, FRBKC's counsel, Andrew Michaelson, conferred with Plaintiff's counsel, Ryan Scarborough, about these proposed changes to the scheduling order. Plaintiff's counsel opposes this request. It asserts that it is a nascent business that cannot afford delay. Given how Custodia has approached discovery to date, Custodia's objection rings hollow.

  Dated: 2 November 2023.

FEDERAL RESERVE BANK OF KANSAS CITY,
Defendant


BY:  /s/ *Billie LM Addleman*
    Billie LM Addleman, #6-3690
    Erin E. Berry, #7-6063
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendant FRBKC
    P. O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    baddleman@hirstapplegate.com
    jfritz@hirstapplegate.com

    Andrew Michaelson (*pro hac vice*)
    Laura Harris (*pro hac vice*)
    KING & SPALDING LLP
    1185 Avenue of the Americas, 34th Floor
    New York, NY 10036
    Phone: (212) 556-2100
    amichaelson@kslaw.com
    lharris@kslaw.com

    Jeffrey S. Bucholtz (*pro hac vice*)
    Joshua N. Mitchell (*pro hac vice*)
    Christine M. Carletta (*pro hac vice*)
    KING & SPALDING LLP
    1700 Pennsylvania Ave NW
    Washington, DC 20006
    Phone: (202) 737-0500

## CERTIFICATE OF SERVICE

I certify the foregoing *Defendants' Expedited Motion to Amend the Scheduling Order* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 2 NOVEMBER 2023, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Scarborough<br>Sarah M. Harris<br>Jamie Wolfe<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Scott E. Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Angela Tarasi<br>KING & SPALDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>*Attorney for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

– 7 –

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Washington, D.C.  20551<br>*Attorneys for Defendant Federal Reserve Board of Governors* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

                      s/*Jody A. Ragsdale*
                      OF HIRST APPLEGATE, LLP
                      Attorneys for Defendant FRBKC