Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } | |
| | } | |
| Defendants. | } | |

# ORDER GRANTING DEFENDANTS' EXPEDITED MOTION TO AMEND THE SCHEDULING ORDER

**THIS MATTER** comes before the Court upon *Defendants' Expedited Motion to Amend the Scheduling Order* ("Motion") and the Court having reviewed and considered the same hereby **ORDERS** that the Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, to facilitate the orderly completion of discovery and efficient briefing of dispositive motions, the current schedule is amended as follows:

– 2 –

|  | **Current** | **New Deadlines** |
|---|---|---|
| **FRBKC's Expert Designation** | Nov. 20, 2023 | Dec. 4, 2024 |
| **List of Other Witnesses** | Nov. 20, 2023 | Dec. 4, 2024 |
| **Discovery Cutoff** | Dec. 18, 2023 | Jan. 5, 2024 |
| **Dispositive Motions/Daubert** | Dec. 18, 2023 | Jan. 31, 2024 |
| **Oppositions** | Jan. 18, 2024 | Feb. 28, 2024 |
| **Replies** | Feb. 1, 2024 | Mar. 13, 2024 |
| **Pre-Trial Conference** | Mar. 21, 2024 | Apr. 24, 2024 |
| **Bench Trial** | Apr. 8, 2024 | May 6, 2024 |

Dated: _____ 2023.

BY THE COURT:

_____
KELLY H. RANKIN
United States Magistrate Judge