AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00125-SWS |
| Federal Reserve Board of Governors et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Custodia Bank, Inc.                                                                                                          .

Date:    11/06/2023

/s/ Lauren Weinberger
*Attorney's signature*

Lauren Weinberger
*Printed name and bar number*
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

*Address*

lweinberger@wc.com
*E-mail address*

(202) 434-5953
*Telephone number*

(202) 434-5029
*FAX number*