Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

|  |  |  |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } | |
| Defendants. | } | |

# *FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION TO FILE RESPONSE TO MOTION UNDER SEAL*

Defendant Federal Reserve Bank of Kansas City ("FRBKC") respectfully requests that this Court enter an Order permitting it to file its response to *Plaintiff Custodia Bank, Inc.'s Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege* (ECF. No. 194) under seal, as contemplated by the Court's *Stipulated Protective Order* (Doc. No. 174).

1.      On July 24, 2023, pursuant to a joint stipulated motion, the Court entered a *Stipulated Protective Order Regarding Confidential Information and Documents*. ECF No. 174.

2.      Pursuant to that stipulated protective order, FRBKC has designated

portions of documents produced in discovery and deposition testimony as "Confidential."

   3.  Consistent with the stipulated protective order, Plaintiff filed *Plaintiff Custodia Bank, Inc.'s Motion to Seal its Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege* (Doc. No. 192), on October 23, 2023. The Court entered an *Order Granting Plaintiff Custodia Bank, Inc.'s Motion to Seal its Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege* (ECF. No. 193), the next day.

   4.  Custodia subsequently filed its motion under seal. ECF No. 194.

   5.  FRBKC's response to Custodia's motion includes references to documents and testimony designated as "Confidential" consistent with the Court's stipulated protective order.  Consequently, FRBKC seeks leave of Court to file its response pleading under seal pursuant to the stipulated protective order and Rule 5.1(g) of the United States District Court Local Rules.

   6.  FRBKC met and conferred with Plaintiff's counsel on the motion. Custodia does not oppose the motion but reserves the right to subsequently revisit the issue after reviewing the brief and supporting materials.

   7.  FRBKC respectfully requests that the Court grant this motion and enter an order authorizing FBRKC to file its response under seal.

   Dated:  7 November 2023.

FEDERAL RESERVE BANK OF KANSAS CITY,
Defendant


BY:   /s/ Billie Addleman
      **Billie LM Addleman, #6-3690**
      Erin E. Berry, #7-6063
      OF HIRST APPLEGATE, LLP
      Attorneys for Defendant FRBKC
      P. O. Box 1083
      Cheyenne, WY 82003-1083
      Phone: (307) 632-0541
      Fax: (307) 632-4999
      baddleman@hirstapplegate.com
      jfritz@hirstapplegate.com

      Andrew Michaelson (*pro hac vice*)
      Laura Harris (*pro hac vice*)
      KING & SPALDING LLP
      1185 Avenue of the Americas, 34th Floor
      New York, NY 10036
      Phone: (212) 556-2100
      amichaelson@kslaw.com
      lharris@kslaw.com

      Jeffrey S. Bucholtz (*pro hac vice*)
      Joshua N. Mitchell (*pro hac vice*)
      Christine M. Carletta (*pro hac vice*)
      KING & SPALDING LLP
      1700 Pennsylvania Ave NW
      Washington, DC 20006
      Phone: (202) 737-0500

## CERTIFICATE OF SERVICE

I certify the foregoing *FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION TO FILE RESPONSE TO MOTION UNDER SEAL* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 7 November 2023, and that copies were served as follows:

John K. Villa
Ryan Scarborough
Sarah M. Harris
Jamie Wolfe
Lauren Weinberger
Ian Swenson
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Scott E. Ortiz
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Angela Tarasi
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
*Attorney for Defendant Federal Reserve Bank of Kansas City*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

HIRST APPLEGATE, LLP
LAW OFFICES
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083

Mark Van Der Weide
Richard M. Ashton
Joshua P. Chadwick
Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
*Attorneys for Defendant Federal Reserve Board of*
*Governors*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

 s/ *Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC