# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| CUSTODIA BANK, INC. } | |
| Plaintiff, } | |
| vs. } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, } | |
| Defendants. } | |

## ORDER GRANTING FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO MOTION UNDER SEAL

**THIS MATTER** having come before the Court, and the Court having considered *Federal Reserve Bank of Kansas City's Unopposed Motion to File Response to Motion Under Seal* [the "Motion"], and being fully informed on the matter, finds that Defendants' *Motion* should be **granted**.

**IT IS HEREBY ORDERED** that Defendant is permitted to file its response to *Plaintiff Custodia Bank, Inc.'s Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege* (ECF. No. 194) **under seal**.

Dated: _____ November 2023.

_____
KELLY H. RANKIN
United States Magistrate Judge