

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. }<br>}<br>Plaintiff, }<br>}<br>vs. }<br>}<br>FEDERAL RESERVE BOARD OF }<br>GOVERNORS and FEDERAL RESERVE }<br>BANK OF KANSAS CITY, }<br>}<br>Defendants. } | Civil No. 1:22-cv-00125-SWS |

### ORDER GRANTING FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO MOTION UNDER SEAL

**THIS MATTER** having come before the Court, and the Court having considered *Federal Reserve Bank of Kansas City's Unopposed Motion to File Response to Motion Under Seal* [the "Motion"], and being fully informed on the matter, finds that Defendants' *Motion* should be **granted**.

**IT IS HEREBY ORDERED** that Defendant is permitted to file its response to *Plaintiff Custodia Bank, Inc.'s Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege* (ECF. No. 194) **under seal**.

Dated: November 7, 2023.

_____
KELLY H. RANKIN
United States Magistrate Judge