**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-CV-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

This Matter comes before the Court on Defendant Board of Governors of the Federal Reserve System's ("Board's") Unopposed Motion for Leave to File Excess Pages.

The Court has considered Defendant Board's arguments and finds that the Board's Motion should be and is hereby GRANTED.

The Board may file a brief in Opposition to Plaintiff's Motion (ECF 194) that is no more than thirteen pages in length.

DATED this _____ day of _____, 2023.

BY THE COURT:

_____