# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*4:14 pm, 11/13/23*

**Margaret Botkins
Clerk of Court**

CUSTODIA BANK INC

        Plaintiff,

vs.

FEDERAL RESERVE BOARD OF GOVERNORS et al

        Defendant.

Case Number: 22-CV-125-SWS

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 11/13/2023     Time: 3:08 - 3:42 PM

| Kelly H. Rankin | MiYon Bowden | N/A | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Ryan Scarborough, Scott Ortiz

Attorney(s) for Defendant(s)    Joshua Chadwick, Andrew Michaelson, Billie Addleman, Christine Carletta

Other:

Court held a telephonic status conference to discuss the defendant's motion to amend the scheduling order [198] and plaintiff's response [209]. After discussion with parties, the final pretrial conference will remain as scheduled for 3/21/24 and the bench trial will remain as scheduled for 4/8/2024. Defendant's expert designation deadline and listing of other witnesses will be moved to 12/4/23. Dispositive motions will be due no later than 1/19/24 with responses due three weeks later and replies due two weeks thereafter. Second Amended scheduling order to be entered reflecting the new deadlines.