IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Number: 22-cv-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN ITS REPLY BRIEF IN SUPPORT OF ITS MOTION ON THE FEDERAL RESERVE BANK OF KANSAS CITY'S UNJUSTIFIED INVOCATION OF THE DELIBERATIVE PROCESS PRIVILEGE**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion for Leave to File Excess Pages in its Reply Brief in Support of its Motion on the Federal Reserve Bank of Kansas City's Unjustified Invocation of the Deliberative Process Privilege* *("Motion for Leave to File")*. Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion for Leave to File* a single reply brief of 11 pages is GRANTED.

DATED this ___ day of November 2023.

_____
HONORABLE SCOTT W. SKAVDAHL
UNITED STATES DISTRICT COURT JUDGE