Scott E. Ortiz, W.S.B. # 5-2550
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:         (307) 265-0700
Facsimile:          (307) 266-2306
Email:                sortiz@wpdn.net

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF ) GOVERNORS and FEDERAL RESERVE ) BANK OF KANSAS CITY, ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RUSSEL MENDELSON

I, Scott E. Ortiz, Wyoming State Bar #5-2550, hereby petition the Court, under U.S.D.C.L.R. 84.2, for the admission of Russell Mendelson for the limited purpose of representing plaintiff in the above-captioned matter.

I am a member of the Wyoming State Bar, in good standing, admitted to practice before the Court.

I hereby agree to serve as designated local counsel for the above-captioned matter.

I vouch, to the best of my knowledge and belief, for the good moral character and veracity of the applicant, whose contact information is as follows:

        Russell Meir Mendelson
        WILLIAMS CONNOLLY  LLP
        680 Maine Avenue SW
        Washington  DC 20024
        rmendelson@wc.com

As required by U.S.D.C.L.R. 84.2, Russell M. Mendelson's AFFIDAVIT is attached hereto and incorporated herein by reference as **Exhibit 1**.

I agree to be fully prepared to represent the above described plaintiff at any time and in any capacity.

I agree to accept papers when served and recognize my responsibility and full authority to act for, and on behalf of, plaintiff in all case-related proceedings, including hearings, pretrial conference, and trials.

WHEREFORE, the undersigned respectfully requests the Court approve the attached proposed order, admitting Russell M. Mendelson, for the limited purpose of representing plaintiff in the above-captioned matter.

DATED this 27th day of November, 2023.

                CUSTODIA BANK, INC., Plaintiff

By:   /s/ Scott E. Ortiz
       Scott E. Ortiz, W.S.B. # 5-2550
       WILLIAMS, PORTER, DAY & NEVILLE, P.C.
       159 No. Wolcott, Suite 400
       P.O. Box 10700
       Casper, Wyoming 82602
       Telephone:  (307) 265-0700
       Facsimile:   (307) 266-2306
       Email:       sortiz@wpdn.net

       -and-

>John K. Villa, *pro hac vice*
>Ryan Scarborough, *pro hac vice*
>Jamie Wolfe, *pro hac vice*
>Lauren Weinberger, *pro hac vice*
>Ian Swenson, *pro hac vice*
>WILLIAMS & CONNOLLY, LLP
>680 Maine Avenue SW
>Washington, DC 20024
>Telephone:   (202) 434-500
>Emails:   jvilla@wc.com
>rscarborough@wc.com
>jwolfe@wc.com
>lweinberger@wc.com
>iswenson@wc.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served the 27th day of November 2023, addressed to:

| | |
|---|---|
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

| | |
|---|---|
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

    /s/ Scott E. Ortiz_____
Scott E. Ortiz