IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>    *Plaintiff*,<br>v.<br><br>FEDERAL RESERVE BOARD OF<br>GOVERNORS,<br>Constitution Ave NW & 20th St NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK<br>OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108,<br><br>    *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

### AFFIDAVIT OF RUSSELL MENDELSON IN SUPPORT OF MOTION
### FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to District of Wyoming Local Rule 84.2(b), I, Russell Mendelson, declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Russell Meir Mendelson. I am an associate at Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024; (202) 434-5000 (office – main); rmendelson@wc.com (email).

2. I am a member of the bar of the following:

1

|  |  |
|---|---|
| New York (Registration No. 5841051) | July 1, 2021 |
| District of Columbia (Bar No. pending) | November 20, 2023 |

I have been admitted to practice law in the following jurisdictions:

|  |  |
|---|---|
| United States Court of Appeals for the Fifth Circuit | July 18, 2023 |

3. I am subject to no pending disciplinary proceedings, and have never received any past public sanctions.

4. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel is required to be fully prepared to represent our client, Plaintiff Custodia Bank, Inc., at any time and in any capacity.

6. I acknowledge that I will be subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings and submit to jurisdiction of the same.

Dated: November 21, 2023                                   /s/Russell Mendelson
                                                           Russell Mendelson