UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) ) Plaintiff, ) ) v. ) ) BOARD OF GOVERNORS OF ) THE FEDERAL RESERVE SYSTEM & ) FEDERAL RESERVE BANK ) OF KANSAS CITY, ) ) Defendants. ) | Case No. 1:22-cv-00125-SWS |

**[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION
TO ALIGN AND CONSOLIDATE APA AND SUMMARY JUDGMENT BRIEFING**

Having considered the parties' Motion and Stipulation to Align and Consolidate APA and Summary Judgment Briefing, the Motion is GRANTED.

It is hereby ORDERED that both the civil discovery record (including documents and deposition testimony) between Custodia and Defendant FRBKC and the Board's Administrative Record in this case may be relied upon by all parties and any court hearing this case throughout the remainder of this litigation, including in any appeal to a federal appellate court. The deadlines for both the dispositive and appellate briefing are set forth below:

Filing Deadline – January 19, 2024

Response Deadline – February 9, 2024

Reply Deadline – February 23, 2024

BY THE COURT:

_____