AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | | |
|---|---|---|
| Custodia Bank Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cv-125-SWS |
| Federal Board of Governers et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Custodia Bank Inc.                                                                                          .

Date:     11/27/2023

/s/ Russell Mendelson
*Attorney's signature*

Russell Mendelson DC Bar number 90019004
*Printed name and bar number*
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

*Address*

rmendelson@wc.com
*E-mail address*

(202) 434-5864
*Telephone number*

(202) 434-5029
*FAX number*