Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## DEFENDANT FEDERAL RESERVE BANK OF KANSAS CITY'S LISTING OF OTHER WITNESSES

Defendant Federal Reserve Bank of Kansas City ("FRBKC") provides the following list of all other witnesses not previously listed in FRBKC's Initial Rule 26(a)(1) Disclosures that may be called at trial pursuant to the Court's Order on Initial Pretrial Conference. ECF No. 211.

1.     **Ross Crouch**, Lead Examiner and Certified Public Accountant, Federal Reserve Bank of Kansas City, 1 Memorial Drive, Kansas City, MO 64198, has knowledge of certain allegations in the Complaint, the events underlying those allegations, FRBKC's

communications with Custodia, FRBKC's evaluation of Custodia's master account request, and FRBKC's relationship with the Board of Governors. Mr. Crouch may be called to testify about Custodia's risk assessments and pre-membership exam as they pertained to Custodia's master account request or membership application, as well as any other topics addressed during his deposition. Mr. Crouch may be contacted through counsel.

2.     **Jenifer Haake**, Senior Examiner, Federal Reserve Bank of Kansas City, 1 Memorial Drive, Kansas City, MO 64198, has knowledge of certain allegations in the Complaint, the events underlying those allegations, FRBKC's communications with Custodia, FRBKC's evaluation of Custodia's master account request, and FRBKC's relationship with the Board of Governors. Ms. Haake may be called to testify about Custodia's risk assessments and pre-membership exam as they pertained to Custodia's master account request or membership application, as well as any other topics addressed during her deposition. Ms. Haake may be contacted through counsel.

3.     **Andrea Mullins**, Senior Financial Policy Analyst II, Board of Governors of the Federal Reserve System, 20th Street and Constitution Ave. NW, Washington, D.C. 20551, has knowledge of certain allegations in the Complaint, the events underlying those allegations, FRBKC's communications with Custodia, FRBKC's evaluation of Custodia's master account request, and FRBKC's relationship with the Board of Governors. Ms. Mullins may be called to testify about Custodia's risk assessments and pre-membership exam as they pertained to Custodia's master account request or membership application, as well as any other topics addressed during her deposition. Ms. Mullins may be contacted through counsel.

FRBKC reserves the right to call rebuttal witnesses, particularly to address any new witnesses identified by the plaintiff. FRBKC also reserves the right to call any witness listed by any other party. FRBKC reserves the right to call any witness whose identity becomes known after this filing. FRBKC reserves the right to call any witness whose deposition has been taken in this matter or whose name has been identified in discovery or pleadings. FRBKC reserves the right to call persons such as records keepers who may be necessary to lay proper foundation for documents to be introduced at trial. FRBKC reserves the right to supplement and amend this list.

Dated:  4 December 2023.

FEDERAL RESERVE BANK OF KANSAS CITY,
Defendant

BY:  *Billie LM Addleman*
       Bille L.M. Addleman, #6-3690
       Erin E. Berry, #7-6063
       HIRST APPLEGATE, LLP
       Attorneys for Defendant FRBKC
       P. O. Box 1083
       Cheyenne, WY 82003-1083
       Phone: (307) 632-0541
       Fax: (307) 632-4999
       baddleman@hirstapplegate.com
       jfritz@hirstapplegate.com

       Andrew Michaelson (*pro hac vice*)
       Laura Harris (*pro hac vice*)
       KING & SPALDING LLP
       1185 Avenue of the Americas, 34th Floor
       New York, NY 10036
       Phone: (212) 556-2100
       amichaelson@kslaw.com
       lharris@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Joshua N. Mitchell (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500

*Counsel for Defendant the Federal Reserve Bank of Kansas City*

## CERTIFICATE OF SERVICE

I certify the foregoing ***Defendant Federal Reserve Bank of Kansas City's Listing of Other Witnesses*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 4 December 2023, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Scarborough<br>Sarah M. Harris<br>Jamie Wolfe<br>Lauren Weinberger<br>Russell Meir Mendelson<br>Ian Swenson<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>sortiz@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Angela Tarasi<br>KING & SPALDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>atarasi@kslaw.com<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

Mark Van Der Weide
Joshua P. Chadwick
Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
*Attorneys for Defendant Federal Reserve Board of Governors*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

*Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant

HIRST APPLEGATE, LLP
LAW OFFICES
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083