**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } | |
| | } | |
| Defendants. | } | |

## *MOTION FOR ADMISSION OF JARED LAX, PRO HAC VICE*

Billie LM Addleman of HIRST APPLEGATE, LLP, counsel for Defendant Federal Reserve Bank of Kansas City ("FRBKC"), moves this Court for the admission of Jared Lax, *pro hac vice,* for the purpose of representing FRBKC herein and in support thereof, states the following:

1. Billie LM Addleman is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court, and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

2. Billie LM Addleman or some other attorney of Hirst Applegate will assist Jared Lax in the representation of FRBKC herein.

3. Jared Lax is an attorney in the law firm of King & Spalding LLP, 1401 Lawrence Street, Suite 1900, Denver, CO 80202, telephone 720-535-2320, and email address jlax@kslaw.com.

4. Jared Lax is an attorney licensed to practice law in the states of Arkansas and Colorado. He is a member in good standing of the bar of the State of Arkansas and was admitted on September 20, 2019. He is a member in good standing of the bar of the State of Colorado and was admitted on October 28, 2021. He is a member in good standing of the United States District Court for the District of Colorado and was admitted on February 17, 2023.

5. Based on available information and belief, Billie LM Addleman vouches for the good moral character and veracity of Jared Lax.

6. Billie LM Addleman or some other attorney with Hirst Applegate, LLP will continue to act as counsel for FRBKC herein and will be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act for and on behalf of the client on all matters, including pretrial conferences, as well as trial and other hearings.

7. Jared Lax understands that upon his admission for purposes of this proceeding, he is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

8. Pursuant to U.S.D.C.L.R. 84.2(b), attached hereto is the Affidavit of Jared Lax in support of his request for admission.

9. The requisite fee for admission of attorney *pro hac vice* will be provided to the Court.

Dated:  12 December 2023.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY:  *Billie LM Addleman*
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing **MOTION FOR ADMISSION OF JARED LAX, PRO HAC VICE** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 12 December 2023, and that copies were served as follows:

John K. Villa
Ryan Scarborough
Sarah M. Harris
Jamie Wolfe
Lauren Weinberger
Ian Swenson
Russell Meir Mendelson
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
jvilla@wc.com
rscarborough@wc.com
sharris@wc.com
jwolfe@wc.com
lweinberger@wc.com
iswenson@wc.com
rmendelson@wc.com
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

| | |
|---|---|
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>sortiz@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Angela Tarasi<br>KING & SPAULDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>atarasi@kslaw.com<br>*Attorneys for Defendant Federal Reserve Bank of Kansas City* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Washington, D.C. 20551<br>joshua.p.chadwick@frb.gov<br>yvonne.f.mizusawa@frb.gov<br>yonatan.gelblum@frb.gov<br>katherine.pomeroy@frb.gov<br>*Attorneys for Defendant Federal Reserve Board of Governors* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

       *Shannon M. Ward*
       OF HIRST APPLEGATE, LLP
       Attorneys for Defendant