UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. }<br>}<br>Plaintiff, }<br>}<br>vs. }<br>}<br>FEDERAL RESERVE BOARD OF }<br>GOVERNORS and FEDERAL RESERVE }<br>BANK OF KANSAS CITY, }<br>}<br>Defendants. } | Civil No. 1:22-cv-00125-SWS |

## *AFFIDAVIT OF JARED LAX*

STATE OF Colorado   }
                    } ss
COUNTY OF Denver    }

      Jared Lax, being first duly sworn, on his oath deposes and states as follows:

      1.      I am over 18 years of age. I am an attorney at the law firm of King & Spalding, LLP, 1401 Lawrence Street, Suite 1900, Denver, CO 80202, telephone 720-535-2320, and email address jlax@kslaw.com.

      2.      I have been and I am presently a member in good standing of the Bar and am admitted to practice in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| Arkansas State Bar | 09/20/2019 |
| Colorado State Bar | 10/28/2021 |

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| U.S. District Court for the District of Colorado | 02/17/2023 |

3. No disciplinary proceedings are pending against me and I have not incurred in the past any public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Billie LM Addleman, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 12 December 2023.

JARED LAX

Subscribed, sworn to, and acknowledged before me by Jared Lax this 12 day of December 2023. Witness my hand and official seal.

My commission expires: January 20,

SEAL                                NOTARY PUBLIC

DESTINY BRITTAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234002629
MY COMMISSION EXPIRES January 20, 2027

2