FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

3:38 pm, 12/12/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| CUSTODIA BANK INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD | ) |
| OF GOVERNORS ET AL, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF JARED LAX FOR DEFENDANT FEDERAL RESERVE BANK OF KANSAS CITY

___

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendant Federal Reserve Bank of Kansas City, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Jared Lax as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Jared Lax is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 12th day of December, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE