AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Custodia Bank Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-125-SWS |
| Federal Reserve Board of Governors, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Reserve Bank of Kansas City / Defendant .

Date:   12/15/2023

/s/Jared Lax
*Attorney's signature*

Jared Lax (Colo. Bar No. 56718)
*Printed name and bar number*

King & Spalding LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
*Address*

jlax@kslaw.com
*E-mail address*

(720) 535-2300
*Telephone number*

(720) 535-2400
*FAX number*