IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RESERVE BOARD OF )<br>GOVERNORS and FEDERAL RESERVE )<br>BANK OF KANSAS CITY, )<br>)<br>    Defendants. ) | Civil Number: 22-cv-00125-SWS |

**PROPOSED ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S UNOPPOSED MOTION TO REDACT OR SEAL PORTIONS OF ITS OMNIBUS BRIEF FOR JUDGMENT AS A MATTER OF LAW ON ITS APA AND STATUTORY MANDAMUS CLAIMS**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion to Redact or Seal Portions of its Omnibus Brief for Judgment as a Matter of Law on its APA and Statutory Mandamus Claims ("Motion to Seal")*. Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion to Seal* is GRANTED.

DATED this ___ day of December 2023.

                                                _____
                                                HONORABLE SCOTT W. SKAVDAHL
                                                UNITED STATES DISTRICT COURT JUDGE