IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RESERVE BOARD OF )<br>GOVERNORS and FEDERAL RESERVE )<br>BANK OF KANSAS CITY, )<br>)<br>Defendants. ) | Civil Number: 22-cv-00125-SWS |

**PROPOSED ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN ITS OMNIBUS BRIEF
FOR JUDGMENT AS A MATTER OF LAW ON ITS APA AND STATUTORY MANDAMUS CLAIMS**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion for Leave to File Excess Pages in its Omnibus Brief for Judgment as a Matter of Law on its APA and Statutory Mandamus Claims ("Motion for Leave to File")*. Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion for Leave to File* a single omnibus brief of 55 pages is GRANTED.

DATED this ___ day of December 2023.

                                                                          _____
                                                                          HONORABLE SCOTT W. SKAVDAHL
                                                                          UNITED STATES DISTRICT COURT JUDGE