## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN ITS OMNIBUS BRIEF FOR JUDGMENT AS A MATTER OF LAW ON ITS APA AND STATUTORY MANDAMUS CLAIMS**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion for Leave to File Excess Pages in its Omnibus Brief for Judgment as a Matter of Law on its APA and Statutory Mandamus Claims ("Motion for Leave to File")*. Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion for Leave to File* a single omnibus brief of 55 pages is GRANTED.

DATED this ___ day of December 2023.

_____
HONORABLE SCOTT W. SKAVDAHL
UNITED STATES DISTRICT COURT JUDGE