Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## *UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER*

Defendants Federal Reserve Bank of Kansas City ("FRBKC") and Federal Reserve Board of Governors (the "Board" or, collectively, "Defendants") respectfully submit this unopposed motion requesting the Court enter an Order to amend the scheduling deadlines in this case. In light of current upcoming deadlines, Defendants request an expedited ruling on this motion. In support of this Motion, Defendants state as follows:

1.      On December 20, 2023, Plaintiff Custodia Bank, Inc. ("Custodia") filed an omnibus motion for judgment as a matter of law, ahead of the Second Amended Scheduling

Order's deadline for dispositive motions, which was set for January 19, 2023.

2.      In light of Custodia's motion and to facilitate the efficient briefing of dispositive motions, Defendants respectfully request to amend the scheduling order in accordance with the following schedule:

| Briefing Schedule | Proposed Date |
|---|---|
| **Custodia Dispositive Motion** | Dec. 20, 2023 |
| **Amicus Briefs in Support of Custodia** | Jan. 19, 2024 |
| **FRBKC Cross-Motion for Summary Judgment/Opposition**<br><br>**Board Response**<br><br>**Daubert Motions** | Jan. 26, 2024 |
| **Amicus Briefs in Support of Defendants** | Feb. 9, 2024 |
| **Custodia Cross-Opposition to Defendants Motions/Reply**<br><br>**Daubert Responses** | Feb. 16, 2024 |
| **FRBKC Replies in Support of Summary Judgment and Daubert Motions** | Feb. 23, 2024 |
| **Pre-Trial Conference** | Mar. 21, 2024 |
| **Bench Trial** | Apr. 8, 2024 |

3.      Under this proposed schedule, the parties' dispositive motions will be ripe for review by the same date as the Second Amended Scheduling Order, February 23, 2023, and the pre-trial conference and bench trial dates will remain the same.

4.      Defendants' counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel has agreed to the requested relief.

Dated:  22 December 2023.

FEDERAL RESERVE BANK OF KANSAS CITY,
Defendant

BY:  /s/ Billie LM Addleman

**Billie LM Addleman, #6-3690**
Erin E. Berry, #7-6063
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
jfritz@hirstapplegate.com

Andrew Michaelson (*pro hac vice*)
Laura Harris (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com
lharris@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Joshua N. Mitchell (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500

## CERTIFICATE OF SERVICE

I certify the foregoing ***Unopposed Motion to Amend the Scheduling Order*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 22 December 2023, and that copies were served as follows:

John K. Villa
Ryan Scarborough
Jamie Wolfe
Lauren Weinberger
Ian Swenson
Russell Mendelson
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC 20024
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Scott E. Ortiz
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE


Angela Tarasi
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
*Attorney for Defendant Federal Reserve Bank of Kansas City*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE


Mark Van Der Weide
Richard M. Ashton
Joshua P. Chadwick
Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
*Attorneys for Defendant Federal Reserve Board of Governors*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE


 *s/ Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC