UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } } } | |
| vs. | } } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } } } } | |
| Defendants. | } } | |

# *ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER*

**THIS MATTER** comes before the Court upon *Defendants' Unopposed Motion to Amend the Scheduling Order* ("Motion") and the Court having reviewed and considered the same hereby **ORDERS** that the Motion is hereby **GRANTED**.

*IT IS HEREBY ORDERED*, the current schedule is amended as follows:

| Briefing Schedule | New Date |
|---|---|
| **Custodia Dispositive Motion** | Dec. 20, 2023 |
| **Amicus Briefs in Support of Custodia** | Jan. 19, 2024 |
| **FRBKC Cross-Motion for Summary Judgment/Opposition**<br><br>**Board Response**<br><br>**Daubert Motions** | Jan. 26, 2024 |
| **Amicus Briefs in Support of Defendants** | Feb. 9, 2024 |
| **Custodia Cross-Opposition to Defendants Motions/Reply**<br><br>**Daubert Responses** | Feb. 16, 2024 |
| **FRBKC Replies in Support of Summary Judgment and Daubert Motions** | Feb. 23, 2024 |
| **Pre-Trial Conference** | Mar. 21, 2024 |
| **Bench Trial** | Apr. 8, 2024 |

**IT IS FURTHER ORDERED** that all deadlines in the *Second Amended Scheduling Order* dated February 23, 2023, not modified herein, shall remain in effect.

**IT IS FURTHER ORDERED** the Pre-trial conference and bench trial dates shall remain the same.

Dated: _____ 2023.

BY THE COURT:

_____
KELLY H. RANKIN
United States Magistrate Judge