# EXHIBIT M

# [PUBLIC VERSION]

# Short Message Report

| Conversations: 1 | Participants: 13 |
| --- | --- |
| Total Messages: 33 | Date Range: 12/9/2022 |

EXHIBIT 122
WIT: Croush
DATE: 10-25-23
Peggy Corbett RDR, CSR, CRR, CCR

## Outline of Conversations

💬 **Nugent, Jackie, Hazen, Judith, May-Oder, Christi and 10 others - 12/9/2022** • 33 messages on 12/9/2022

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -06:00)

💬 **Nugent, Jackie, Hazen, Judith, May-Oder, Christi and 10 others - 12/9/2022**

| | | |
|---|---|---|
| JN | **Nugent, Jackie** | 12/9/2022, 12:31 PM |

{https://frbprod1-my.sharepoint.com/:f:/g/personal/jackie_nugent_kc_frb_org/eg6ssdu0oezeuqh_oo3wskwbkp2ufvwmkh8mad4iqvoftg?email=jenifer.haake%40kc.frb.org&e=er31qv}https://frbprod1-my.sharepoint.com/:f:/g/personal/jackie_nugent_kc_frb_org/Eg6sSDU0OeZEuQH_OO3wSkwBkp2UfvWMkH8mad4iQvofTg?email=jenifer.haake%40kc.frb.org&e=er31qV

| | | |
|---|---|---|
| JH | **Hazen, Judith** | 12/9/2022, 12:32 PM |

Going off camera for a few minutes to eat lunch.

| | | |
|---|---|---|
| JH | **Haake, Jenifer** | 12/9/2022, 12:32 PM |

Got it

| | | |
|---|---|---|
| RC | **Crouch, Ross** | 12/9/2022, 12:37 PM |

There is a more recent business plan. I'll shoot it your way.

| | | |
|---|---|---|
| NB | **Baker, Nicholas** | 12/9/2022, 12:44 PM |

I have a comment on what it might inform as well.

| | | |
|---|---|---|
| NB | **Baker, Nicholas** | 12/9/2022, 12:52 PM |

in as much as it drive reputational risk

| | | |
|---|---|---|
| RC | **Crouch, Ross** | 12/9/2022, 1:00 PM |

Avanti (Custodia) Business Plan 8.4.2021.pdf{Avanti (Custodia) Business Plan 8.4.2021.pdf}

{https://frbprod1.sharepoint.com/sites/10J-SRM-SRA/FintechSupervisoryLibrary/Forms/AllItems.aspx?id=%2Fsites%2F10J%2DSRM%2DSRA%2FFintechSupervisoryLibrary%2FCustodia%2FCustodia%20Supervision%20and%20Ongoing%20Monitoring%20%2D%202022%2FPre%2DMembership%20Examination%209%2E6%2E2022%2FMiscellaneous%20Examination%20Reference%20Materials%2FAvanti%20%28Custodia%29%20Business%20Plan%208%2E4%2E2021%2Epdf&viewid=df0a5408%2De4ee%2D4cb1%2D9234%2Dbca5db765ec8&parent=%2Fsites%2F10J%2DSRM%2DSRA%2FFintechSupervisoryLibrary%2FCustodia%2FCustodia%20Supervision%20and%20Ongoing%20Monitoring%20%2D%202022%2FPre%2DMembership%20Examination%209%2E6%2E2022%2FMiscellaneous%20Examination%20Reference%20Materials}KC SRM SRA - Avanti (Custodia) Business Plan 8.4.2021.pdf - All Documents (sharepoint.com)

*Attachment: Avanti (Custodia) Business Plan 8.4.2021.pdf (10 KB)*

| | | |
|---|---|---|
| RC | **Crouch, Ross** | 12/9/2022, 1:00 PM |

Some of you may not be able to access this

| | | |
|---|---|---|
| AB | **Baxter, Ashle** | 12/9/2022, 1:02 PM |

{image}

*Attachment: 0-gcctx-d1-66f0a72826a4d676be2cb44b93701945 (62 KB)*

| | | |
|---|---|---|
| AB | **Baxter, Ashle** | 12/9/2022, 1:15 PM |

{https://bpi.com/beware-the-kraken/}Beware the Kraken - Bank Policy Institute (bpi.com)

| | | |
|---|---|---|
| AB | **Baxter, Ashle** | 12/9/2022, 1:18 PM |

Same goes for the Avit if they had rapid redemptions

| | | |
|---|---|---|
| RC | **Crouch, Ross**<br>Sorry - my connection quality is bad | 12/9/2022, 1:20 PM |
| JH | **Haake, Jenifer**<br>WY Rules surrounding durations state: (d) The Commissioner shall ensure generally that the duration of investments specified<br>by subsection (a) of this section matches the duration of deposit liabilities of the special purpose depository institution. | 12/9/2022, 1:22 PM |
| RC | **Crouch, Ross**<br>Thanks - I didn't remember that - my memory is bad | 12/9/2022, 1:22 PM |
| RC | **Crouch, Ross**<br>Couldn't quite hear that question - that was just an extra commitment they were offering - Not sure it is necessary that they have the capital in the MA | 12/9/2022, 1:24 PM |
| NB | **Baker, Nicholas**<br>this is where i would suggest the comparison might move to FTX rather than [Redacted] | 12/9/2022, 1:43 PM |
| NB | **Baker, Nicholas**<br>there ya go {Smile} {Smile}{●} | 12/9/2022, 1:43 PM |
| RC | **Crouch, Ross**<br>I don't think so - fully backed by cash as structured. Not algorithmic | 12/9/2022, 1:43 PM |
| NB | **Baker, Nicholas**<br>no internal controls | 12/9/2022, 1:43 PM |
| JH | **Hazen, Judith**<br>Great minds Nugent, Jackie and Baker, Nicholas | 12/9/2022, 1:43 PM |
| NB | **Baker, Nicholas**<br>i got lucky | 12/9/2022, 1:44 PM |
| AB | **Baxter, Ashle**<br>Crouch, Ross I don't think so - fully backed by cash as structured. Not algorithmic<br><br>FTT? | 12/9/2022, 1:44 PM |
| RC | **Crouch, Ross**<br>Avit | 12/9/2022, 1:44 PM |
| RC | **Crouch, Ross**<br>not comparable to FTX | 12/9/2022, 1:44 PM |
| RC | **Crouch, Ross**<br>The SPDI rules require SPDI stablecoins to be backed dollar for dollar by cash. | 12/9/2022, 1:45 PM |
| RC | **Crouch, Ross**<br>operational risk/fraud - I suppose | 12/9/2022, 1:48 PM |
| AB | **Baxter, Ashle**<br>I have to step a way for a minute. Sorry. | 12/9/2022, 1:56 PM |
| JH | **Hazen, Judith**<br>For a future discussion - where does cyber/IT risk factor in here? | 12/9/2022, 1:57 PM |

| | | |
|---|---|---|
| JH | **Hazen, Judith**<br>Thank you all! | 12/9/2022, 2:06 PM |
| AB | **Baxter, Ashle**<br>Thanks for setting this up. Great discussion! | 12/9/2022, 2:07 PM |
| RC | **Crouch, Ross**<br>Have a good weekend | 12/9/2022, 2:07 PM |
| CO | **May-Oder, Christi**<br>Thank you all! | 12/9/2022, 2:07 PM |
| RC | **Crouch, Ross**<br>Could we get a little more information on the BSA issues that have occurred at [Redacted] if we have another call? | 12/9/2022, 2:35 PM |

CONFIDENTIAL

FRBKC-00004965