# EXHIBIT O

# [PUBLIC VERSION]

Message

**From**: Caitlin Long [caitlin@avantibank.com]
**on behalf of**  Caitlin Long <caitlin@avantibank.com> [caitlin@avantibank.com]
**Sent**: 1/29/2021 5:10:04 AM
**To**: Clive Mitchell [clive@railsbank.com]
**Subject**: Re: Interesting data points for you

Thanks -- hadn't seen this yet!!

Update from us -- the Fed told us there are "no showstoppers" but we won't have an answer regarding the master account until early March, at the earliest. Separately, a lead investor group is coming together for us -- if it happens, we'll look to close end of Feb. No need to rush a chat before our scheduled time, but please think about what (if anything) that might mean for Railsbank.

Have a great weekend!

On Thu, Jan 28, 2021 at 10:03 PM Clive Mitchell <clive@railsbank.com> wrote:
> **Shaul** 12:43 AM
> NAB just acquired 86400 (or the 80% it didnt own) for $220m. Incumbents have one less challenger to worry about down under. https://www.afr.com/companies/financial-services/nab-scoops-up-neobank-86-400-20210129-p56xpy
>
> Australian Financial Review
> **NAB scoops up neobank 86 400**
> National Australia Bank will take over Australian neobank 86 400 in a $220 million deal that is planned to flesh out the major bank's digital subsidiary, UBank.
> Yesterday at 10:53 PM (55 kB)
>
> https://static.ffx.io/images/$zoom_0.299%2C$multiply_0.7554%2C$ratio_1.777778%2C$width_1059%2C$x_0%2C$y_0/t_crop_custom/e_sharpen:25%2Cq_85%2Cf_jpg/t_afr_no_label_no_age_social_wm/7e3ede084adf2f8ac2c7d2766fceb19b62fe0be7
>
> 12:44
> 85k users, 375m AUD deposits and 270m mortgage book
>
>
> --
> All the best
>
> Clive Mitchell / Co-Founder and Growth / +44 7841567417
> Office location / We're hiring!

CONFIDENTIAL                                                                                                                         Custodia-00002096