# EXHIBIT Q

# [PUBLIC VERSION]

**CONFIDENTIAL**

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

**George, Esther L**

| | |
|---|---|
| **Subject:** | Phone call with President George/Gov. Brainard to discuss a new proposal from TCH |
| **Location:** | Dial in: 202-728-5858, code: 711284# |
| **Start:** | Fri 3/12/2021 10:30 AM |
| **End:** | Fri 3/12/2021 11:00 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Brainard, Lael (Board) |
| **Required Attendees:** | Esther L George (FRS); Amy LaFave (FRS); Nancy Riley |

INTERNAL FR/OFFICIAL USE // FRSONLY



SPD 1

Call w Sen Lummis - expressed positive reaction to WY supervisory framework as consistent w OCC

WY libra designation as DM

Lael feels we don't have authority to say no to request. I pushed back + argued we need broader policy issue addressed -

1



Confidential

FRBKC-00017834

3-9-21

Jeff Walker - Board of Gov work on SPDI
Targeting late April to release ORN

Is this an issue for Congress?
ultimately yes

Our grant of access will be global signal of support for crypto

EG: discuss w Craig & Tara
begin to draft

Confidential                                                                                                         FRBKC-00017835

Mark Zaback    4-16-21

Lummis proposing "community bank reform" bill
- innovation
- CBDC, instant payments

Out in 30-60 days

→ ease of use & access

Chris: working w/ Fed

Gov signed gun bill — WY Gun Owners
lobbying group — Got legislators voted
out. Passed a bill that "banks cannot
discriminate against gun mfgs"
→ Create legal liability

Confidential                                           FRBKC-00017836

## George, Esther L

| | |
|---|---|
| **From:** | Humston, Tara L |
| **Sent:** | Friday, April 16, 2021 3:34 PM |
| **To:** | George, Esther L |
| **Subject:** | Albert's questions for Senator/Governor meeting next week |

**INTERNAL FR/OFFICIAL USE // FRSONLY**

From my notes....
- Explanation of factors Fed uses in assessing a master account request.
- What questions are being raised by the Board?
- Can we give a sense of the timeline for these requests?
- Anything Wyoming can do to help us get past any of our questions or issues?
- The senator would be interested to also hear anything about the macro framing of this issue for the Fed (broader monetary policy and financial stability perspective).

*[handwritten annotations:]*
Tara — reporting data that influence money supply
↳ volatility = stress = dw support

**Tara L. Humston**
Senior Vice President, Supervision and Risk Management Division
P: 816.881.2935   E: Tara.L.Humston@kc.frb.org
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive · Kansas City, Missouri 64198 · www.kansascityfed.org

*[handwritten:]*
Lummis
1) role of states in innovation
2) value to unbanked (Native Am example)
3) Wyoming — "great innovator"

Legal eligibility under FRA
Novel charter without traditional banking characteristics

Risk judgments
generally well understood for banks — evaluating for this asset class & legal/regulatory framework for these new entities

1

Confidential                                                                                     FRBKC-00017837