# EXHIBIT W

# [PUBLIC VERSION]

**CONFIDENTIAL**

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

# FRBKC-00014054-57
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER

SPDI
Eligibility
  Board - 50/50 chance addressing

FSOC?        } more compre.
Bkg agency }

- You are a 1-off deal
    we try to see how the broader
    OCC raised Qs
    Out of order to

  We haven't decided yet

  Eligibility → not clear yet

  Avanti - go away

  Clear → What are we waiting for.
    1) assess comments.
    2) asked Board for determ of eligib   legal
         ↓
         BOD needs to tell us if they
            will tackle or not.
         Handle in court or do something.

  Avanti will not walk away.

- Esther calling Lael w/ game plan.
    who wants to own this?
      EG happy to circulate something

# FRBKC-00014059-69
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER