# EXHIBIT AA

# [PUBLIC VERSION]

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 14 | Date Range: 3/14/2022 |

## Outline of Conversations

💬   **May-Oder, Christi, Crouch, Ross - 3/14/2022** • 14 messages on 3/14/2022

May-Oder
EXHIBIT NO. 72
10/9/23
MCR METROPOLITAN
COURT REPORTING • LEGAL VIDEO

**Messages in chronological order** (times are shown in GMT -05:00)

| | **May-Oder, Christi, Crouch, Ross - 3/14/2022** | |
|---|---|---|
| CO | **May-Oder, Christi**<br>Hey Ross, do you have a minute for a call? | 3/14/2022, 11:01 AM |
| RC | **Crouch, Ross**<br>sure | 3/14/2022, 11:02 AM |
| CO | **May-Oder, Christi**<br>Calling now | 3/14/2022, 11:04 AM |
| RC | **Crouch, Ross**<br>Here is the playbook document I spoke about:<br>{https://fedsharesites.frb.org/10J/SRM/Fintech/_layouts/15/WopiFrame.aspx?sourcedoc=/10J/SRM/Fintech/Avanti/FRB%20Analysis/Avanti%20Review%20Playbook.docx&action=default} Avanti Review Playbook.docx (frb.org) | 3/14/2022, 11:28 AM |
| CO | **May-Oder, Christi**<br>Thank you! | 3/14/2022, 11:29 AM |
| RC | **Crouch, Ross**<br>First sentence of the document, Master Account: At this time, we do not anticipate Custodia obtaining a master account unless Custodia is granted FDIC insurance or becomes a Federal Reserve member. | 3/14/2022, 11:35 AM |
| RC | **Crouch, Ross**<br>Is that true? Does the FRN tier 3 review come into play at all here? | 3/14/2022, 11:36 AM |
| CO | **May-Oder, Christi**<br>YEs, that's correct. Entities falling into Tier 3 will have a high bar to cross to get an account | 3/14/2022, 11:59 AM |
| RC | **Crouch, Ross**<br>Understand the high bar, just the wording through me off, that approval isn't anticipated if Tier 3 route is taken. | 3/14/2022, 12:00 PM |
| CO | **May-Oder, Christi**<br>Not sure if it will end up staying in or being stated that strongly | 3/14/2022, 12:01 PM |
| RC | **Crouch, Ross**<br>That makes sense. I spoke with Nick, so we should be squared away there. | 3/14/2022, 12:33 PM |
| RC | **Crouch, Ross**<br>I gave him the feedback on the question he had | 3/14/2022, 12:33 PM |
| CO | **May-Oder, Christi**<br>Thanks so much Ross! Appreciate it! | 3/14/2022, 12:33 PM |
| RC | **Crouch, Ross**<br>you bet | 3/14/2022, 12:33 PM |