# EXHIBIT AB

# [PUBLIC VERSION]

**CONFIDENTIAL**

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

# FRBKC-00013847-59
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER

| PAGE | DATE | TOPIC |
|---|---|---|
|  | 9-27-22 | Judith 1:1 |

- Plans for supporting Esther in billing

² Custodia follow-up
- What's most compelling argument
- Highlight why "No" for now
   - Biz model based on novel security
   - high risk, non-custodial impact
   - On top of no prudential regulatory framework, supervisory approach

↳ Highlights need to build out all
   - biz plan
   - structural issues
   - policy issues

- Broader Q's — if can't feel prudent to all dead entities to enter this space, what would we allow them justify?

² Molly Mahar — Lisa Ryu (from OCC)
- FBPR — ability to supervise non-bank entities
- Stand up "dedicated" teams for custodia + Fnality
- Confirmed FBs would have a bank role (NY)

- Go ahead + set up mtg w/ Marnie + Jamie
- what are they analyzing to see in analysis

To Do:
Chris/Suzie "No"
Frame up as
for Tier 3

Runs —

Tomorrow FTR

- Talk about pull from what they are in analysis

CONFIDENTIAL

# FRBKC-00013861-78
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER

DATE: 3-4-22  TOPIC: Tina

PAGE: 

NOTES:

1. Custodia
2. Went on push
3. 
4. No answer on legal eligibility or membership
5. — Board legal said to go ahead to do the work even if legal eligibility isn't answered
6. 
7. — Board not ready for membership
8. — Not finding path for you under Da 3
9. 
10. 
11. "Clarify" by board legal their stance
12. 

**Redacted**

FRBKC-0013879
CONFIDENTIAL

# FRBKC-00013880-90
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER