# EXHIBIT AC

# [PUBLIC VERSION]

**CONFIDENTIAL**

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

# FRBKC-00013969-72
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER

- Matt E thought guidelines gives us all we need to say no.

Supervision program -
- Would need to be common btwn OCC + Fed.

You can be uninsured + gain access to MA, but no D.W.

Rely on State + OCC to resolve in failure, but access to

- 3 high level Qs
- lean in on support?
- Could be superceded.

If a run - is the taxpayer at risk.

State's have benefitted

CONFIDENTIAL          FRBKC-00013973

**FRBKC-00013974-83**
**KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER**