# EXHIBIT AN

# [PUBLIC VERSION]

Message

Sent: 2/28/2022 11:58:58 AM
Subject: Notes from 1/26 Meeting with the Board

- **Redacted**

- Avanti Supervisory Review
    - Feed into membership and Master Account applications
    - In the absence of a master account being granted in the near future, the organization plans to establish an account/partnership with Cross River (New Jersey) and become operational at the beginning of April. However, the Avit and cryptocurrency activities will not be pursued right away.
    - Wyoming's list of requirements for the Avit.

- Master Account
    - Letter to, and conversation with, Wyoming Attorney General to hear them out and provide additional context on why our review of the request/
        - No further action required at this time.
        - However, more questions will come.
    - Senator Lumis' concerns address both Avanti and existing banking/regulatory firms.
    - Legal eligibility would allow Accuity to issue an account to Avanti for testing purposes only.

- Membership
    - 



**Jeff Imgarten**
*Assistant Vice President | Applications & Enforcement*
P: 816.881.2073   E: jeffrey.imgarten@kc.frb.org
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive   Kansas City, Missouri 64198   www.kansascityfed.org



Please use E-Apps - a secure web-based system that allows organizations to submit applications to the Federal Reserve online. No Postage, No Cost. Click here for details.



EXHIBIT 115
WIT: Imgarten
DATE: 10-24-23
Peggy Corbett RDR, CSR, CRR, CCR