# EXHIBIT AT

# [PUBLIC VERSION]

Hazen
EXHIBIT NO. 4
10/7/23
METROPOLITAN
COURT REPORTING • LEGAL VIDEO

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 17 | Date Range: 2/9/2022 |

### Outline of Conversations

💬   **Jason Hinkle, Hazen, Judith - 2/9/2022** • 17 messages on 2/9/2022

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -06:00)

### Jason Hinkle, Hazen, Judith - 2/9/2022

**JH** — **Jason Hinkle** — 2/9/2022, 8:42 AM
Good morning! Could you tell me (quickly) when FRBKC got the first SPDI account request/application? Lael is asking

**JH** — **Hazen, Judith** — 2/9/2022, 10:40 AM
I'm so sorry Jason, I was out of office this morning and just saw your message.

**JH** — **Hazen, Judith** — 2/9/2022, 10:40 AM
Let me get you the date.

**JH** — **Jason Hinkle** — 2/9/2022, 10:42 AM
No worries. I found a slide deck from Avanti that had dates

**JH** — **Jason Hinkle** — 2/9/2022, 10:42 AM
hopefully they are acurate

**JH** — **Jason Hinkle** — 2/9/2022, 10:42 AM
"Avanti first submitted its business plan to the Kansas City Reserve Bank in May 2020 and filed its master account application in October 2020"

**JH** — **Hazen, Judith** — 2/9/2022, 10:44 AM
Yes. The earlier date should align with their charter application through the state, the request would have come after the charter was granted.

**JH** — **Hazen, Judith** — 2/9/2022, 10:45 AM
I'm doublechecking specific months for you, but these seem to be in the ballpark.

**JH** — **Jason Hinkle** — 2/9/2022, 10:45 AM
They seemed to me to be in the right ballpark too, so fingers crossed

**JH** — **Hazen, Judith** — 2/9/2022, 10:54 AM
[REDACTED] and Avanti's was 10/29/2020

**JH** — **Jason Hinkle** — 2/9/2022, 10:55 AM
thx!

**JH** — **Jason Hinkle** — 2/9/2022, 12:25 PM
Hello, just sent an email to the PSPAC that we are willing to hold back the S-letter is that is their recommendation. Hope that alleviates any concerns that Esther and you have.

**JH** — **Hazen, Judith** — 2/9/2022, 12:31 PM
Thanks for the heads up. I believe she is planning to send her response shortly and will likely support further conversation on the S Letter. We were not able to brief her but she sent a message earlier today noting that she had concerns about that piece specifically.

**JH** — **Jason Hinkle** — 2/9/2022, 12:33 PM
I heard that she had concerns through Jody and that she shared her concerns with Mary

**JH** — **Jason Hinkle** — 2/9/2022, 12:33 PM
And John communicated concerns in his response (while indicated that he supported moving the package to the Board)

**JH** — **Jason Hinkle** — 2/9/2022, 12:34 PM
Figured that moving the FRN forward is #1 priority and we can wait to finalize the S-letter

JH  **Hazen, Judith**  2/9/2022, 12:38 PM
That makes sense. It sounds like she is probably in a similar position as John. Supportive of the guidelines but with questions on the letter.

CONFIDENTIAL  FRBKC-00011222