# EXHIBIT BA

# [PUBLIC VERSION]

FRBKC

EXHIBIT NO. 225

11/6/23   PBS

METROPOLITAN
COURT REPORTING • LEGAL VIDEO

**FRBKC – 30(b)(6) Table of Contents**

1. Custodia Master Account Timeline

2. SPDI Legislation Email

3. Reasons for Denial

4. Master Account Policies and Procedures

5. Operating Circular 1 – February 1, 2013 and August 16, 2021

6. Standard Operating Procedure 10 Eligibility Processing Guidelines – Ex. 54

7. Reserve Bank Condition Monitoring Standards and Practices – Ex. 171

8. FRBKC Individuals Involved in Drafting Recommendation Memo

9. FRBKC Individuals Solicited for Comments on Draft S-Letter

10. Board Individuals Who Had Contact with FRBKC Individuals Regarding Master Account

11. Guidelines for Evaluating Account and Services Requests

12. S-Letter 2677 – Ex. 34

13. FRBKC Master Account Data as of November 2023

10

**30(b)(6) Deposition of FRBKC**

## Board Individuals Who Had Contact with FRBKC Individuals About Custodia's MA

- Allison, Sophia
- Brainard, Lael
- DeBoer, Margaret
- Eichner, Matt
- Hinkle, Jason
- Lipscomb, Laura
- Malloy, Matt
- Martin, Stephanie
- Mills, Dave
- Smith, Gavin
- Van Der Weide, Mark
- Walker, Jeff
- Winerman, Evan