# EXHIBIT BB

# [PUBLIC VERSION]

## FEDERAL RESERVE BOARD STAFF / GOVERNORS

1. PSPAC – subset of Governors
2. David Mills – RBOPS
3. Jeff Walker – RBOPS
4. Stephanie Martin – Legal
5. Kavita Jain – S&R
6. Marnie DeBoer – MA
7. Jennifer Lucier – RBOPS
8. Kathy Wilson – RBOPS
9. Gavin Smith – Legal
10. David Lowe – MFOA
11. Dan McGonegle – S&R
12. Ben Hobbs – RBOPS
13. Jason Hinkle – RBOPS
14. Sophia Allison – Legal
15. Mary-Frances Styczynski – MFOA
16. Kirstin Wells – RBOPS
17. Lael Brainard *
18. Matt Eichner – RBOPS
19. Laura Lipscomb – MA
20. Matt Malloy – MA
21. Mark Van Der Weide – GC
22. Evan Winerman – Legal
23. Courtney Demartini –
24. Joshua Chadwick – Legal
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.
41.
42.
43.
44.



FRBKC
EXHIBIT NO. 233
11/16/23  JRS