# EXHIBIT BC

# [PUBLIC VERSION]

Message

**From:** Gaul-Pearson, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1AA08CC1A5144BECB9447BA8B49BBE26-J1CRG01]
**Sent:** 01/27/2022 3:19:10 PM
**To:** May-Oder, Christi [christi.may-oder@kc.frb.org]
**Subject:** RE: ABA Routing Number

RESTRICTED FR // EXTERNAL

Certainly an interesting development. Thanks for sharing.

**From:** May-Oder, Christi <christi.may-oder@kc.frb.org>
**Sent:** Thursday, January 27, 2022 2:42 PM
**To:** Gaul-Pearson, Chris <chris.gaul-pearson@kc.frb.org>
**Subject:** FW: ABA Routing Number

RESTRICTED FR // EXTERNAL

RESTRICTED FR // EXTERNAL

FYI

**From:** Zahnd, Craig C <Craig.Zahnd@kc.frb.org>
**Sent:** Thursday, January 27, 2022 1:43 PM
**To:** chuck@avantibank.com
**Cc:** Triano, Rob <robert.triano@kc.frb.org>
**Subject:** ABA Routing Number

RESTRICTED FR // EXTERNAL

RESTRICTED FR // EXTERNAL

Hello Chuck,

 Attached is a letter responding to your note below. Feel free to reach out if you have any questions.

Regards, Craig

**Craig C. Zahnd**
*Senior Vice President, General Counsel & Chief Compliance Officer*
*Legal & Administrative Services*
P: 816.881.2533  E: *craig.zahnd@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive · Kansas City, Missouri 64198 · www.kansascityfed.org



**From:** Chuck Thompson <chuck@avantibank.com>
**Sent:** Wednesday, January 26, 2022 3:15 PM
**To:** Triano, Rob <robert.triano@kc.frb.org>
**Subject:** [External] ABA Routing Number

CONFIDENTIAL

FRBKC-00000446

CONFIDENTIAL

FRBKC-00000446

Hi Rob,

Our outside counsel, Derek Bush at Cleary Gottlieb, had a discussion today with Mark Van Der Weide at Board Legal, during which Mark told Derek that Board Legal had determined that Avanti is facially eligible to apply for a master account and that the Federal Reserve would confirm eligibility to Accuity. As you know, Avanti would like to obtain the routing number for testing purposes as soon as possible; can you let me know what we need to do on our end to move this forward?

Many thanks,

Chuck

—

**Chuck Thompson**
*Chief Legal Officer | Chief Compliance Officer*
my calendar
www.avantibank.com

CONFIDENTIAL

FRBKC-00000447