# EXHIBIT BE

# [PUBLIC VERSION]

Message

**From:** George, Esther L [George, Esther L]
**Sent:** 1/6/2021 7:57:15 AM
**To:** Zubradt, Susan [susan.e.zubradt@kc.frb.org]
**CC:** Robbins, Kim [Kim.Robbins@kc.frb.org]
**Subject:** RE: SPDI charter/master account



## INTERNAL FR/OFFICIAL USE // FRSONLY

Would you let me know if you get any better sense of a timeline for addressing this issue? I plan to visit with Lael in the next few weeks on this and other issues.

---

**From:** Zubradt, Susan <susan.e.zubradt@kc.frb.org>
**Sent:** Wednesday, January 06, 2021 7:53 AM
**To:** George, Esther L <esther.l.george@kc.frb.org>
**Cc:** Robbins, Kim <kim.robbins@kc.frb.org>
**Subject:** RE: SPDI charter/master account

## INTERNAL FR/OFFICIAL USE // FRSONLY

Thanks, I think! The steering committee has a call this afternoon.

Susan E. Zubradt
Senior Vice President
Federal Reserve Bank of Kansas City
Email: susan.e.zubradt@kc.frb.org
Cell: 816-806-0591  Office: 816-881-2145
www.kc.frb.org

---

**From:** George, Esther L <esther.l.george@kc.frb.org>
**Sent:** Wednesday, January 06, 2021 7:50 AM
**To:** Zubradt, Susan <susan.e.zubradt@kc.frb.org>
**Cc:** Robbins, Kim <kim.robbins@kc.frb.org>
**Subject:** SPDI charter/master account

## INTERNAL FR/OFFICIAL USE // FRSONLY

Susan,
I'll be forwarding to you 4 different letters from parties interested in one of the Wyoming special charters (Avanti) gaining access to a master account. I wanted you to have this background as you work with the Board staff. These folks are pulling out all the stops.
EG

Esther L. George
President and CEO
Federal Reserve Bank of Kansas City
1 Memorial Drive
Kansas City, MO 64198
816.881.2933