# EXHIBIT BF

# [PUBLIC VERSION]

Message

| | |
|---|---|
| From: | Hazen, Judith [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7350443E31634D16B20426C96A89699C-J1JHH02] |
| Sent: | 11/22/2022 2:45:09 PM |
| To: | Imgarten, Jeffrey [jeffrey.imgarten@kc.frb.org] |
| Subject: | RE: Copy of Custodia Briefing Memo? |

INTERNAL FR/OFFICIAL USE // FRSONLY


## INTERNAL FR/OFFICIAL USE // FRSONLY

Thank you!

**From:** Imgarten, Jeffrey <jeffrey.imgarten@kc.frb.org>
**Sent:** Tuesday, November 22, 2022 2:38 PM
**To:** Hazen, Judith <judith.hazen@kc.frb.org>
**Subject:** FW: Copy of Custodia Briefing Memo?

INTERNAL FR/OFFICIAL USE // FRSONLY


## INTERNAL FR/OFFICIAL USE // FRSONLY

Stay tuned.



**Jeff Imgarten**
*Assistant Vice President | Applications & Enforcement*
816.881.2073  *jeffrey.imgarten@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive   Kansas City, Missouri 64198   www.kansascityfed.org


**From:** Imgarten, Jeffrey
**Sent:** Tuesday, November 22, 2022 2:37 PM
**To:** Grant, Patrick (Board); Tkacz, Scott (Board)
**Subject:** Copy of Custodia Briefing Memo?

INTERNAL FR/OFFICIAL USE // FRSONLY


## INTERNAL FR/OFFICIAL USE // FRSONLY

Pat and Scott,

Last week, Dwight had a few follow-up questions/clarifications for us regarding Custodia and indicated that he was working on a briefing note. In a related development, Jason Hinkle, Deputy Associate Director within RBOPS, touched base with Judith Hazen earlier this week regarding the status of Custodia's master account request for the purposes of briefing Vice Chair Barr.

CONFIDENTIAL  FRBKC-00002169

In light of the preceding, would it be possible for us to get a copy of the final memo provided to Vice Chair Barr in connection with any briefings regarding Custodia? As we coordinate with our supervision staff in evaluating Custodia's pending response to the risk management gaps identified in our October letter, any context we can get on how our collective evaluation of the membership application is being framed for Vice Chair Barr and discussed among other stakeholders at the Board would be tremendously helpful.

Thank you in advance for your consideration.



**Jeff Imgarten**
*Assistant Vice President | Applications & Enforcement*
P. 816.881.2073   E: *jeffrey.imgarten@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive    Kansas City, Missouri 64198    www.kansascityfed.org

CONFIDENTIAL                                          FRBKC-00002170