# EXHIBIT BH

# [PUBLIC VERSION]

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 7/25/2022 |

### Outline of Conversations

💬  **Imgarten, Jeffrey, Hazen, Judith - 7/25/2022** · 5 messages on 7/25/2022



EXHIBIT OO
WIT: Imgarten
DATE: 10-24-23
Peggy Corbett RDR, CSR, CRR, CCR

CONFIDENTIAL

FRBKC-00005021

**Messages in chronological order** (times are shown in GMT -05:00)

**Imgarten, Jeffrey, Hazen, Judith - 7/25/2022**

**Imgarten, Jeffrey** — 7/25/2022, 1:32 PM
Good afternoon, Judith. I'm sketching out a draft agenda for our meeting with the Board on Wednesday to discuss Custodia. Do you want me to put you down for a Resolution discussion? Or do you prefer to hold off for now? Any other things you want to surface from the master account side?

**Hazen, Judith** — 7/25/2022, 1:35 PM
I'm happy to raise that we are looking at this, and that coordination with the state is important. We won't have answers, but at least get on their radar.

**Imgarten, Jeffrey** — 7/25/2022, 1:47 PM
Excellent...I'll add you to the list and include you on the group I plan to socialize the proposed agenda with in KC before sending to the Board.

**Imgarten, Jeffrey** — 7/25/2022, 4:48 PM
Judith---wanted to let you know that I have a doctor appointment tomorrow morning at 10, and am planning to head down to the bank thereafter. I should arrive in time to join the Officer Meeting at 1:00, which I'm planning to take from my office due to COVID exposure protocol. Have a good evening and I'll catch you tomorrow!

**Hazen, Judith** — 7/25/2022, 4:49 PM
Thanks, Jeff. Have a great evening!

CONFIDENTIAL                                                                                                   FRBKC-00005022