# EXHIBIT BJ

# [PUBLIC VERSION]

Message

**Sent:** 1/5/2023 2:16:31 PM
**To:** Crouch, Ross [ross.crouch@kc.frb.org]
**Subject:** FW: #Aware -FW: WSJ News Alert: [REDACTED] Raced to Cover $8.1 Billion in Withdrawals During Crypto Meltdown

Ross,

If I understand the exercise we went through a couple of weeks ago, Custodia wouldn't be in the same situation under the same duress?



**Jackie Nugent**
*Assistant Vice President • Fintech Coordination*
*Federal Reserve Board – System Fintech Supervision Program*
P: 816.881.2462   E: *Jackie.nugent@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive  •  Kansas City, Missouri 64198  •  www.kansascityfed.org

---

**From:** Humston, Tara L <tara.l.humston@kc.frb.org>
**Sent:** Thursday, January 05, 2023 8:12 AM
**To:** May-Oder, Christi <christi.may-oder@kc.frb.org>; Zahnd, Craig C <Craig.Zahnd@kc.frb.org>; Bemboom, Kara <kara.bemboom@kc.frb.org>; Billman, Nick <Nick.Billman@kc.frb.org>; Vandivort, Bill <Bill.Vandivort@kc.frb.org>; Weaver, Myles <Myles.Weaver@kc.frb.org>; Imgarten, Jeffrey <jeffrey.imgarten@kc.frb.org>; Nugent, Jackie <jackie.nugent@kc.frb.org>
**Cc:** Hazen, Judith <judith.hazen@kc.frb.org>
**Subject:** RE: #Aware -FW: WSJ News Alert: [REDACTED] Raced to Cover $8.1 Billion in Withdrawals During Crypto Meltdown

NONCONFIDENTIAL // EXTERNAL

**NONCONFIDENTIAL // EXTERNAL**

Thanks for sharing, Christi. I was just reading the article when you passed along. Certainly eye opening to see how their concentrated business model had to quickly be reduced.



**Tara L. Humston**
*Senior Vice President, Supervision and Risk Management Division*
P: 816.881.2935   E: *Tara.L.Humston@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive  •  Kansas City, Missouri 64198  •  www.kansascityfed.org

---

**From:** May-Oder, Christi <christi.may-oder@kc.frb.org>
**Sent:** Thursday, January 05, 2023 8:07 AM
**To:** Humston, Tara L <tara.l.humston@kc.frb.org>; Zahnd, Craig C <Craig.Zahnd@kc.frb.org>; Bemboom, Kara <kara.bemboom@kc.frb.org>; Billman, Nick <Nick.Billman@kc.frb.org>; Vandivort, Bill <Bill.Vandivort@kc.frb.org>; Weaver, Myles <Myles.Weaver@kc.frb.org>; Imgarten, Jeffrey <jeffrey.imgarten@kc.frb.org>; Nugent, Jackie <jackie.nugent@kc.frb.org>
**Cc:** Hazen, Judith <judith.hazen@kc.frb.org>



EXHIBIT
165
11.3.23

CONFIDENTIAL

FRBKC-00015275

**Subject:** FW: #Aware -FW: WSJ News Alert: [REDACTED] Raced to Cover $8.1 Billion in Withdrawals During Crypto Meltdown

NONCONFIDENTIAL // EXTERNAL

### NONCONFIDENTIAL // EXTERNAL

FYI

**From:** Jason Hinkle <jason.a.hinkle@frb.gov>
**Sent:** Thursday, January 5, 2023 6:45 AM
**To:** May-Oder, Christi <christi.may-oder@kc.frb.org>; Hazen, Judith <judith.hazen@kc.frb.org>
**Subject:** #Aware -FW: WSJ News Alert: [REDACTED] Raced to Cover $8.1 Billion in Withdrawals During Crypto Meltdown

NONCONFIDENTIAL // EXTERNAL

Sharing in case you have not seen this yet.

**From:** Matthew Eichner <matthew.j.eichner@frb.gov>
**Sent:** Thursday, January 5, 2023 6:46 AM
**To:** Jeff Walker <jeffrey.d.walker@frb.gov>; Jason Hinkle <jason.a.hinkle@frb.gov>
**Subject:** FW: WSJ News Alert: [REDACTED] Raced to Cover $8.1 Billion in Withdrawals During Crypto Meltdown

NONCONFIDENTIAL // EXTERNAL

I assume you get these too...

**From:** The Wall Street Journal. <access@interactive.wsj.com>
**Sent:** Thursday, January 5, 2023 6:42 AM
**To:** Matthew Eichner <matthew.j.eichner@frb.gov>
**Subject:** WSJ News Alert: [REDACTED] Raced to Cover $8.1 Billion in Withdrawals During Crypto Meltdown

NONCONFIDENTIAL // EXTERNAL

Trouble viewing this email?  View in web browser ›

# THE WALL STREET JOURNAL.

NEWS ALERT

Silvergate Raced to Cover $8.1 Billion in Withdrawals During Crypto Meltdown

FTX's collapse caused a run at  with customers pulling $8.1 billion in deposits, forcing the bank to sell assets at a steep loss.

**READ MORE**

Read WSJ's latest headlines ›

---

Share this email with a friend.
Forward
LEAVE THIS BOX EMPTY

Forwarded this email by a friend?
Sign Up Here

---

Access WSJ.com and our mobile apps. Subscribe

Download on the App Store     ANDROID APP ON Google play

Unsubscribe | Newsletters & Alerts | Contact Us | Privacy Notice | Cookie Notice

Dow Jones & Company, Inc. 4300 U.S. Route 1 North Monmouth Junction, NJ 08852

You are currently subscribed as matthew.j.eichner@frb.gov. For further assistance, please contact Customer Service at support@wsj.com or 1-800-JOURNAL.

Copyright 2023 Dow Jones & Company, Inc. | All Rights Reserved.

CONFIDENTIAL

FRBKC-00015277