# EXHIBIT BK

# [PUBLIC VERSION]

Message

| | |
|---|---|
| **From:** | Humston, Tara L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E6A7423DA7B4A3D8D5BFCC918A6987A-J1TLH02] |
| **Sent:** | 11/23/2022 3:56:47 PM |
| **To:** | George, Esther L [esther.l.george@kc.frb.org] |
| **CC:** | Zahnd, Craig C [craig.zahnd@kc.frb.org] |
| **Subject:** | FW: Correspondence from Custodia Regarding FTX Exchange and Related Policy Implications |
| **Attachments:** | Custodia.msg |

RESTRICTED FR // FRSONLY

**RESTRICTED FR // FRSONLY**

Esther – I wanted you to be aware that yesterday, Custodia's attorney submitted correspondence to us that essential are two "white paper" type analysis providing 1) Custodia's perspective on the FTX collapse and explain why that happened could not happen at Custodia and 2) policy reasons why the FRS should want Custodia in the fold. We are still digesting these documents (76 and 101 pages, respectively), but I will share the first document starts out disclosing that Catilin had predicted the FTX outcome and also arranged for evidence of probable criminal activity at FTX to be turned over to the FBI in August 2022. A good portion of this first document is made up of their October response to our Applications additional information (AI) request. We will digest and see what needs to be surfaced, but at least wanted you to be aware we received this unsolicited correspondence.
Tara



**Tara L. Humston**
*Senior Vice President, Supervision and Risk Management Division*
℡ 816.881.2935   ✉ Tara.L.Humston@kc.frb.org
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive   Kansas City, Missouri 64198   www.kansascityfed.org

**From:** Imgarten, Jeffrey <jeffrey.imgarten@kc.frb.org>
**Sent:** Tuesday, November 22, 2022 7:19 AM
**To:** Vandivort, Bill <Bill.Vandivort@kc.frb.org>; Rossner, Ryan (Board) <ryan.m.rossner@frb.gov>; Thro, Alison (Board) <alison.m.thro@frb.gov>; Kudiya, Asad (Board) <asad.i.kudiya@frb.gov>; Burgess, Gillian (Board) <gillian.m.burgess@frb.gov>; Hartlage, Andrew (Board) <andrew.w.hartlage@frb.gov>; Grant, Patrick (Board) <patrick.m.grant@frb.gov>; Hazen, Judith <judith.hazen@kc.frb.org>; Conwell, Shawn <shawn.c.conwell@kc.frb.org>; McGhee, Ben <Ben.McGhee@kc.frb.org>; Crouse, Tyler <tyler.crouse@kc.frb.org>; Lee, Shelly <shelly.lee@kc.frb.org>; O'Mara, Kelley (Board) <kelley.l.omara@frb.gov>; Billman, Nick <Nick.Billman@kc.frb.org>; Weaver, Myles <Myles.Weaver@kc.frb.org>; Smith, Gavin (Board) <gavin.l.smith@frb.gov>; Allison, Sophia (Board) <sophia.h.allison@frb.gov>; Nugent, Jackie <jackie.nugent@kc.frb.org>; Waldron, Michael (Board) <michael.w.waldron@frb.gov>; Hickman, Daniel (Board) <daniel.j.hickman@frb.gov>; Tkacz, Scott (Board) <scott.r.tkacz@frb.gov>; Winerman, Evan (Board) <evan.h.winerman@frb.gov>; Crouch, Ross <ross.crouch@kc.frb.org>; Peters, Lacey <lacey.peters@kc.frb.org>; Malloy, Matthew (Board) <matthew.s.malloy@frb.gov>; Zeltser, Nadya (Board) <nadya.zeltser@frb.gov>; Kuo, Francis (Board) <francis.s.kuo@frb.gov>; Ali, Susan (Board) <susan.f.ali@frb.gov>; Paret, Cheryl (Board) <cheryl.paret@frb.gov>; DeVita, Anthony (Board) <anthony.o.devita@frb.gov>; Chadwick, Joshua (Board) <joshua.p.chadwick@frb.gov>
**Cc:** Humston, Tara L <tara.l.humston@kc.frb.org>; Zahnd, Craig C <Craig.Zahnd@kc.frb.org>; Bemboom, Kara <kara.bemboom@kc.frb.org>; Smith, Dwight (Board) <dwight.l.smith@frb.gov>; Sahni, Reena (Board) <reena.a.sahni@frb.gov>; Parton, Malea <Malea.Parton@kc.frb.org>; Ives, Koko (Board) <koko.ives@frb.gov>; Haake,


EXHIBIT 166  11.3.23

CONFIDENTIAL                                                                                                              FRBKC-00014994

Jenifer <jenifer.haake@kc.frb.org>; Cox, Joseph (Board) <joseph.b.cox@frb.gov>
**Subject:** Correspondence from Custodia Regarding FTX Exchange and Related Policy Implications

RESTRICTED FR // FRSONLY

**RESTRICTED FR // FRSONLY**

Colleagues,

Attached is unsolicited correspondence from Derek Bush on behalf of Custodia Bank that: 1) addresses the collapse of the FTX cryptocurrency exchange from a variety of angles; and 2) contends the Federal Reserve should want Custodia Bank (and other digital asset-based entities) under its supervision from a policy, payment system, and financial stability standpoint.

Thank you,



**Jeff Imgarten**
*Assistant Vice President | Applications & Enforcement*
P: 816.881.2073   E: *jeffrey.imgarten@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive    Kansas City, Missouri 64198    www.kansascityfed.org