# EXHIBIT BP

# [PUBLIC VERSION]

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 5 | Date Range: 11/30/2022 |

### Outline of Conversations

 **Crouch, Ross, McGhee, Ben - 11/30/2022** • 5 messages on 11/30/2022

EXHIBIT 99
WIT: Smgaster
DATE: 10-24-23
Peggy Corbett RDR, CSR, CRR, CCR

**Messages in chronological order** (times are shown in GMT -06:00)

---

### Crouch, Ross, McGhee, Ben - 11/30/2022

**BM — McGhee, Ben** — 11/30/2022, 9:45 AM
Can you talk for a minute - I got a call from the Board yesterday and wanted to share unless Jeff has already done so

**RC — Crouch, Ross** — 11/30/2022, 9:45 AM
yeah. I'm free

**RC — Crouch, Ross** — 11/30/2022, 1:31 PM
If you guys have any debrief discussions for next steps, could you loop me in?

**BM — McGhee, Ben** — 11/30/2022, 1:43 PM
Will probably need to think a bit about how/when we talk to Wyoming about the denial. Probably, immediately prior to delivering the message to Custodia.

**BM — McGhee, Ben** — 11/30/2022, 1:55 PM
If it gets final to a final vote.

CONFIDENTIAL                                                                                                          FRBKC-00015784