# EXHIBIT CA

# [PUBLIC VERSION]

EXHIBIT NO. 35

Message

| | |
|---|---|
| **Sent:** | 01/19/2023 10:25:42 PM |
| **To:** | George, Esther L [esther.l.george@kc.frb.org] |
| **CC:** | Humston, Tara L [tara.l.humston@kc.frb.org]; Zahnd, Craig C [craig.zahnd@kc.frb.org]; May-Oder, Christi [christi.may-oder@kc.frb.org]; Billman, Nick [nick.billman@kc.frb.org] |
| **Subject:** | Custodia Recommendation |
| **Attachments:** | President George Custodia Master Account Recommendation Memo 01.19.2023.docx |

Esther,

Attached for your review is our memo documenting our analysis of the request by Custodia for a master account. We are working with Legal to draft the proposed letter communicating a final decision to the institution. Please let me know what questions we can answer.

Following your review, we plan to share our preliminary recommendation with Matt Eichner, which is required by the recently implemented S letter prior to communicating our decision to Custodia.

Judith



**Judith Hazen**
*Group Vice President*
P: *816.881.2789*  E: *Judith.Hazen@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive · Kansas City, Missouri 64198 · www.kansascityfed.org

CONFIDENTIAL