# EXHIBIT CE

# [PUBLIC VERSION]

Message

| | |
|---|---|
| **From:** | LaFave, Amy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=31B78A7416814E15B5AAFB4719E3EA19-J1ALK01] |
| **Sent:** | 1/27/2023 12:59:53 PM |
| **To:** | caitlin@custodiabank.com |
| **CC:** | George, Esther L [esther.l.george@kc.frb.org]; Humston, Tara L [tara.l.humston@kc.frb.org]; jeremiah.bishop@wyo.gov |
| **Subject:** | Correspondence from Federal Reserve Bank of Kansas City President Esther George |
| **Attachments:** | Custodia Master Account Request Response 01.27.2023.pdf |

NONCONFIDENTIAL // EXTERNAL

**NONCONFIDENTIAL // EXTERNAL**

Good afternoon.

Please see the attached correspondence on behalf of Federal Reserve Bank of Kansas City President Esther George.

Thank you.

**Amy LaFave** *(she/her/hers)*
*Executive Assistant II to President Esther George*
P: *816.585.0555*   E: *amy.lafave@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive · Kansas City, Missouri 64198 · www.kansascityfed.org

CONFIDENTIAL                                                FRBKC-00002171