# EXHIBIT CH

# [PUBLIC VERSION]

Message

**From**: press@custodiabank.com [press@custodiabank.com]
**on behalf of** Allyson Versprille (BLOOMBERG/ NEWSROOM:) <aversprille1@bloomberg.net> [aversprille1@bloomberg.net]
**Sent**: 1/26/2023 10:54:13 PM
**To**: press@custodiabank.com
**Subject**: Re:Bloomberg News Inquiry

Hi,

Just following up on my note from earlier.

Best,

Ally

```
From: Allyson Versprille (BLOOMBERG/ NEWSROOM:) At: 01/26/23 13:11:17 UTC-5:00
To: press@custodiabank.com
Subject: Bloomberg News Inquiry
```

> Hi,
>
> My name is Allyson Versprille and I'm a reporter at Bloomberg News. I was told that the several financial institutions that have de novo banking licenses related to crypto in process with the Fed or OCC have received calls within the last 48 hours saying they have to pull their applications for various reasons.
>
> I was told regulators are imposing stricter standards before those firms can finalize their applications.
>
> Has this affected Custodia Bank in any way? Would anyone at the company be willing to talk to me if so?
>
> Thank you,
>
> Ally
>
> ---
>
> Allyson Versprille
> Crypto Regulation Reporter
> Bloomberg News
> Office: 703-341-5823
> Cell: 757-416-8867
> @allyversprille

CONFIDENTIAL