# EXHIBIT CK

# [PUBLIC VERSION]



**BOARD OF GOVERNORS**
**OF THE**
**FEDERAL RESERVE SYSTEM**
WASHINGTON, D. C. 20551

LIBRARY
AUG 26 1981

FEDERAL RESERVE BANK
OF PHILADELPHIA

DIVISION OF DATA PROCESSING

August 20, 1981

NOTICE

    Publication of "State Member Banks of the Federal Reserve System/ Nonmember Banks That Maintain Clearing Accounts with Federal Reserve Banks/ Corporations Doing Foreign Banking and Financing" will be discontinued after the September 1981 Supplement is issued next month.

    Information on State member banks and changes in corporations engaged in foreign banking and financing are published in the weekly K.3 release "Changes in State Member Banks/Changes to Corporations Engaged In Foreign Banking and Financing." Data on nonmember banks with clearing accounts with the Federal Reserve Banks will no longer be available as they currently exist in this publication. This information has little relevance due to changes in monetary policy as a result of the Monetary Control Act (MCA) of 1980.


Interagency and Internal Reports Section
Data Services Branch
Division of Data Processing



FRBKC
EXHIBIT NO. 229
11623  KRS
MCR METROPOLITAN
COURT REPORTING • LEGAL VIDEO

Digitized for FRASER
http://fraser.stlouisfed.org/
Federal Reserve Bank of St. Louis