# EXHIBIT CL

# [PUBLIC VERSION]



To Financial Institutions in the
Tenth Federal Reserve District:

The year 1980 was one of change and challenge for the Federal Reserve Bank of Kansas City and its branches in Denver, Oklahoma City and Omaha. With the passage of the Depository Institutions Deregulation and Monetary Control Act, the financial industry entered a new economic environment which is sure to make the '80s a dynamic time for all financial institutions.

The services provided by the Federal Reserve Bank, such as check clearing, wire transfer processing, currency and coin processing, and fiscal agency servicing will become directly available to many more financial institutions. The Monetary Control Act also requires that these services be priced explicitly. In light of these changes, this Bank will continue its concerted efforts to offer high quality services and to satisfy the needs of financial institutions using these services. As an example, we have introduced a new automated system which allows the Kansas City Fed to offer all Tenth District financial institutions on-line access to our wire transfer service, without regard to their location or volume of transfers.

This financial report provides consolidated financial statements for the Federal Reserve Bank of Kansas City and its branches for 1980. Included are comparative statements of financial condition and of earnings and expenses, as well as listings of the Bank's directors and officers for the coming year.

As we look ahead to 1981, I anticipate that the Federal Reserve Bank of Kansas City will continue to play an active and vital role in the financial industry and in the regional and national economies. We look forward to working together with you in meeting the challenges associated with this rapidly changing financial environment.

*Roger Guffey*
ROGER GUFFEY
President

January 1981

HG 2613
.K2F3

1980-1982


FRBKC
EXHIBIT NO. 228
111623 KRS
METROPOLITAN
Court Reporting + Legal Video

## COMPARATIVE STATEMENT OF EARNINGS AND EXPENSES

| | YEAR 1980 | YEAR 1979 |
|---|---:|---:|
| **CURRENT EARNINGS** | | |
| Loans | $ 8,398,459 | $ 9,453,210 |
| United States Government Securities | 570,198,456 | 431,916,313 |
| Foreign Currencies | 5,162,833 | 2,884,626 |
| All Other | 201,257 | 136,970 |
| Total Current Earnings | $583,961,005 | $444,391,119 |
| **CURRENT EXPENSES** | | |
| Net Operating Expenses | $ 47,176,457 | $ 41,699,193 |
| Federal Reserve Currency Expense (Printing, Shipping, and Redemptions) | 3,952,861 | 3,697,995 |
| Total Current Expenses | $ 51,129,318 | $ 45,397,188 |
| Current Net Earnings | $532,831,687 | $398,993,931 |
| **ADJUSTMENTS TO CURRENT NET EARNINGS** | | |
| *Additions* | | |
| Net Profit on Foreign Exchange Transactions | $ 4,133,104 | $ — |
| Other—Net | — | 457,478 |
| Total Additions | $ 4,133,104 | $ 457,478 |
| *Deductions* | | |
| Assessment for Expenses of Board of Governors | $ 2,666,400 | $ 2,135,800 |
| Net Loss on Sale of United States Government Securities | 9,041,188 | 6,552,263 |
| Net Loss on Foreign Exchange Transactions | — | 153,394 |
| Other—Net | 638,798 | — |
| Total Deductions | $ 12,346,386 | $ 8,841,457 |
| Net Earnings | $524,618,405 | $390,609,952 |
| **Distribution of Net Earnings** | | |
| Dividends Paid | $ 3,013,706 | $ 2,835,650 |
| Payments to United States Treasurer (Interest on Federal Reserve Notes) | 518,866,449 | 384,374,352 |
| Transferred to Surplus | 2,738,250 | 3,399,950 |
| | $524,618,405 | $390,609,952 |

## OFFICERS

### January 1, 1981

### FEDERAL RESERVE BANK OF KANSAS CITY

Roger Guffey, President
Henry R. Czerwinski, First Vice President

James R. Bell, Senior Vice President—Operations
Wilbur T. Billington, Senior Vice President—Bank Supervision and Structure
James R. Bowen, Senior Vice President—Administrative Services
Thomas E. Davis, Senior Vice President—Economic Research

| | |
|---|---|
| J. A. Cacy, Vice President and Senior Economist | Carl M. Gambs, Assistant Vice President and Economist |
| Cecil B. Foley, Vice President | Kenneth E. Heidler, Assistant General Auditor |
| Louis W. Kupersmith, Jr., General Auditor | Bryon Higgins, Assistant Vice President and Economist |
| Ray K. Mast, Vice President | Thomas M. Hoenig, Assistant Vice President |
| Glenn H. Miller, Jr., Vice President and Senior Economist | Vernon L. Hoskinson, Assistant Vice President |
| | Richard J. Klein, Assistant Vice President |
| Marvin L. Mothersead, Vice President | Larry G. Meeker, Assistant Vice President |
| Barry K. Robinson, Vice President | Richard J. Patterson, Assistant Vice President |
| Robert E. Scott, Vice President and Chief Examiner | Kermit R. Peters, Assistant Vice President |
| Jerry D. Shreeves, Vice President | Richard K. Rasdall, Assistant Vice President |
| Donald A. Slover, Vice President | Philip E. Schmidt, Assistant Vice President |
| Dick H. Woods, Jr., Vice President, General Counsel and Secretary | Kent M. Scott, Assistant Vice President |
| | Harold L. Shewmaker, Assistant Vice President |
| | Lewis W. Smith, Assistant Vice President |
| Enis Alldredge, Jr., Assistant Vice President | Donald I. White, Assistant Vice President |
| Dan M. Bechter, Assistant Vice President and Economist | John H. Wilhouse, Jr., Assistant Vice President |
| Robert J. Brinton, Assistant Vice President | Carroll H. Wilkerson, Assistant Vice President |
| Marvin Duncan, Assistant Vice President and Economist | Marvin R. Wilson, Assistant Vice President |
| David J. France, Assistant Vice President | John E. Yorke, Assistant Vice President |

### DENVER BRANCH

Wayne W. Martin, Senior Vice President
James F. O'Meara, Jr., Vice President and Assistant Branch Manager
J. T. Funke, Assistant Vice President          Larry G. Kalina, Assistant Vice President
Gayle J. Zonnefeld, Assistant Vice President

### OKLAHOMA CITY BRANCH

William G. Evans, Vice President
Jon M. Davis, Assistant Vice President and Assistant Branch Manager
J. W. Davis, Assistant Vice President          Thomas E. McGee, Assistant Vice President

### OMAHA BRANCH

Robert D. Hamilton, Vice President
Ronald L. Lahm, Assistant Vice President and Assistant Branch Manager
Donald L. Mahan, Assistant Vice President          Robert T. Mazur, Assistant Vice President

To All Member Banks in the
Tenth Federal Reserve District:

This booklet contains consolidated financial statements for the Federal Reserve Bank of Kansas City and its branches at Denver, Oklahoma City and Omaha for 1981. Included are comparative statements of financial condition and of earnings and expenses, as well as listings of the Bank's directors and officers.

The Federal Reserve Bank of Kansas City will continue to play an active role in the changing financial industry and economy of both the region and the nation. We look forward to working with you in meeting the challenges associated with this rapidly changing environment.

*Roger Guffey*

ROGER GUFFEY
President

January 1982

## COMPARATIVE STATEMENT OF EARNINGS AND EXPENSES

|  | YEAR 1981 | YEAR 1980 |
|---|---|---|
| **CURRENT EARNINGS** | | |
| Loans | $ 18,732,638 | $ 8,398,459 |
| U.S. Government Securities | 666,257,777 | 570,198,456 |
| Foreign Currencies | 24,129,645 | 5,162,833 |
| Income from Services | 11,601,275 | — |
| Other Earnings | 202,577 | 201,257 |
| Total Current Earnings | $720,923,912 | $583,961,005 |
| **CURRENT EXPENSES** | | |
| Net Operating Expenses | $ 52,565,724 | $ 47,296,319 |
| Federal Reserve Currency Expense (Printing, Shipping and Redemption) | 4,879,439 | 3,832,999 |
| Total Current Expenses | $ 57,445,163 | $ 51,129,318 |
| **Current Net Earnings** | $663,478,749 | $532,831,687 |
| **ADJUSTMENTS TO CURRENT NET EARNINGS** | | |
| *Additions* | | |
| Net Profit on Foreign Exchange Transactions | $   — | $ 4,133,104 |
| Miscellaneous Additions to Profit and Loss | 157,268 | — |
| Total Additions | $    157,268 | $ 4,133,104 |
| *Deductions* | | |
| Net Loss on Sales of U.S. Government Securities | $ 5,736,024 | $ 9,041,188 |
| Net Loss on Foreign Exchange Transactions | 13,157,650 | — |
| Assessment for Expenses of Board of Governors | 2,731,200 | 2,666,400 |
| Other Deductions | — | 638,798 |
| Total Deductions | $ 21,624,874 | $ 12,346,386 |
| **Net Earnings** | $642,011,143 | $524,618,405 |
| **Distribution of Net Earnings** | | |
| Dividends Paid to Member Banks | $ 3,280,923 | $ 3,013,706 |
| Payments to U.S. Treasury as Interest on Federal Reserve Notes | 633,479,120 | 518,866,449 |
| Transferred to Surplus | 5,251,100 | 2,738,250 |
|  | $642,011,143 | $524,618,405 |

# OFFICERS

January 1, 1982

## FEDERAL RESERVE BANK OF KANSAS CITY

Roger Guffey, President
Henry R. Czerwinski, First Vice President

James R. Bell, Senior Vice President—Operations
Wilbur T. Billington, Senior Vice President—Bank Supervision and Structure
James R. Bowen, Senior Vice President—Administrative Services
Thomas E. Davis, Senior Vice President—Economic Research

J. A. Cacy, Vice President and Senior Economist
Cecil B. Foley, Vice President
Carl M. Gambs, Vice President
Thomas M. Hoenig, Vice President
Louis W. Kupersmith, Jr., General Auditor
Glenn H. Miller, Jr., Vice President and Economic Advisor
Richard K. Rasdall, Jr., Vice President
Barry K. Robinson, Vice President
Philip E. Schmidt, Vice President
Kent M. Scott, Vice President
Jerry D. Shreeves, Vice President
Donald A. Slover, Vice President
Dick H. Woods, Jr., Vice President, General Counsel and Secretary
Dan M. Bechter, Assistant Vice President and Economist
Robert J. Brinton, Assistant Vice President
Marvin Duncan, Assistant Vice President and Economist

David J. France, Assistant Vice President
Kenneth E. Heidler, Assistant General Auditor
Bryon H. Higgins, Assistant Vice President and Economist
Vernon L. Hoskinson, Assistant Vice President
Richard J. Klein, Assistant Vice President
D. Michael Manies, Assistant Vice President
Larry G. Meeker, Assistant Vice President
Richard J. Patterson, Assistant Vice President
Kermit R. Peters, Assistant Vice President
V. Vance Roley, Assistant Vice President and Economist
Harold L. Shewmaker, Assistant Vice President
John H. Wilhouse, Jr., Assistant Vice President
Carroll H. Wilkerson, Assistant Vice President
Marvin R. Wilson, Assistant Vice President
John E. Yorke, Assistant Vice President
Robert W. Allen, Operations Officer
Douglas A. Fleming, Personnel Officer
Virgil H. Jones, Administrative Officer

## DENVER BRANCH

Wayne W. Martin, Senior Vice President
Enis Alldredge, Jr., Vice President and Assistant Branch Manager
J. T. Leake, Assistant Vice President
Larry G. Kalina, Assistant Vice President
Gayle J. Zonnefeld, Assistant Vice President
James H. Jonson, Examining Officer

## OKLAHOMA CITY BRANCH

William G. Evans, Vice President
Jon M. Davis, Assistant Vice President and Assistant Branch Manager
J. W. Davis, Assistant Vice President
Thomas E. McGee, Assistant Vice President

## OMAHA BRANCH

Robert D. Hamilton, Vice President
Ronald L. Lahm, Assistant Vice President and Assistant Branch Manager
Donald L. Mahan, Assistant Vice President
John C. Vandermade, Jr., Operations Officer

**To All Member Banks in the
Tenth Federal Reserve District:**

This booklet contains consolidated financial statements for the Federal Reserve Bank of Kansas City and its branches at Denver, Oklahoma City and Omaha for 1982. Included are comparative statements of financial condition and of income and expenses, as well as listings of the Bank's directors and officers.

As the financial industry changes over the next several years, the Federal Reserve Bank of Kansas City will continue to develop new services to help financial institutions adapt to this new environment, and always with a commitment to quality. We look forward to working with you in meeting these challenges.

*Roger Guffey*
ROGER GUFFEY
President

February 1983

## COMPARATIVE STATEMENT OF INCOME AND EXPENSES

| | YEAR 1982 | YEAR 1981 |
|---|---|---|
| **CURRENT INCOME** | | |
| Loans | $ 11,211,220 | $ 18,732,638 |
| U.S. Government Securities | 720,536,314 | 666,257,777 |
| Foreign Currencies | 19,343,250 | 24,129,645 |
| Income from Services | 28,565,313 | 11,601,275 |
| Other Income | 216,183 | 202,577 |
| Total Current Income | $779,872,280 | $720,923,912 |
| **EXPENSES** | | |
| Operating Expenses, Net | $ 59,084,857 | $ 52,565,724 |
| Cost of Federal Reserve Currency (Printing, Shipping and Redemptions) | 5,915,811 | 4,879,439 |
| Cost of Earnings Credits | 519,794 | — |
| Net Expenses | $ 65,520,462 | $ 57,445,163 |
| Current Net Income | $714,351,818 | $663,478,749 |
| **ADJUSTMENTS TO CURRENT NET INCOME** | | |
| *Additions* | | |
| Net Profit on Sales of U.S. Government Securities | $ 4,047,928 | $ — |
| Other Additions, Net | — | 157,268 |
| Total Additions | $ 4,047,928 | $ 157,268 |
| *Deductions* | | |
| Net Loss on Sales of U.S. Government Securities | $ — | $ 5,736,024 |
| Net Loss on Foreign Exchange Transactions | 6,732,550 | 13,157,650 |
| Assessment for Expenses of Board of Governors | 2,759,800 | 2,731,200 |
| Other Deductions, Net | 174,469 | — |
| Total Deductions | $ 9,666,819 | $ 21,624,874 |
| Net Income | $708,732,927 | $642,011,143 |
| **Distribution of Net Income** | | |
| Dividends Paid to Member Banks | $ 3,568,966 | $ 3,280,923 |
| Payments to U.S. Treasury as Interest on Federal Reserve Notes | 700,300,061 | 633,479,120 |
| Transferred to Surplus | 4,863,900 | 5,251,100 |
| | $708,732,927 | $642,011,143 |

# OFFICERS

January 1, 1983

### FEDERAL RESERVE BANK OF KANSAS CITY

Roger Guffey, President
Henry R. Czerwinski, First Vice President

James R. Bell, Senior Vice President—Operations
Wilbur T. Billington, Senior Vice President—Bank Supervision and Structure
James R. Bowen, Senior Vice President—Administrative Services
Thomas E. Davis, Senior Vice President—Economic Research

A. Cacy, Vice President and Senior Economist
arvin Duncan, Vice President and Economist
ecil B. Foley, Vice President
arl M. Gambs, Vice President
iomas M. Hoenig, Vice President
ouis W. Kupersmith, Jr., General Auditor
lenn H. Miller, Jr., Vice President and Economic Advisor
chard K. Rasdall, Jr., Vice President
arry K. Robinson, Vice President
ilip E. Schmidt, Vice President
ent M. Scott, Vice President
rry D. Shreeves, Vice President
onald A. Slover, Vice President
ick H. Woods, Jr., Vice President, General Counsel and Secretary
obert W. Allen, Assistant Vice President
an M. Bechter, Assistant Vice President
obert J. Brinton, Assistant General Auditor

Douglas A. Fleming, Assistant Vice President
David J. France, Assistant Vice President
Kenneth E. Heidler, Assistant Vice President
Bryon H. Higgins, Assistant Vice President and Economist
Virgil H. Jones, Assistant Vice President
Richard J. Klein, Assistant Vice President
D. Michael Manies, Assistant Vice President
Larry G. Meeker, Assistant Vice President
Richard J. Patterson, Assistant Vice President
Kermit R. Peters, Assistant Vice President
V. Vance Roley, Assistant Vice President and Economist
Harold L. Shewmaker, Assistant Vice President
John H. Wilhouse, Jr., Assistant Vice President
Carroll H. Wilkerson, Assistant Vice President
Marvin R. Wilson, Assistant Vice President
John E. Yorke, Assistant Vice President
Barbara S. Saathoff, Operations Officer
Kathryn A. Webster, Operations Officer

### DENVER BRANCH

Wayne W. Martin, Senior Vice President
Enis Alldredge, Jr., Vice President and Assistant Branch Manager

imes H. Jonson, Assistant Vice President
T. Leake, Assistant Vice President

Larry G. Kalina, Assistant Vice President
Gary P. Verver, Data Systems Officer

H. Fletcher Wardwell, Operations Officer

### OKLAHOMA CITY BRANCH

William G. Evans, Vice President
Jon M. Davis, Assistant Vice President and Assistant Branch Manager

W. Davis, Assistant Vice President

Thomas E. McGee, Assistant Vice President

### OMAHA BRANCH

Robert D. Hamilton, Vice President
Ronald L. Lahm, Assistant Vice President and Assistant Branch Manager

onald L. Mahan, Assistant Vice President

John C. Vandermade, Jr., Assistant Vice President

# OFFICERS

### January 1, 1983

## FEDERAL RESERVE BANK OF KANSAS CITY

Roger Guffey, President
Henry R. Czerwinski, First Vice President

James R. Bell, Senior Vice President—Operations
Wilbur T. Billington, Senior Vice President—Bank Supervision and Structure
James R. Bowen, Senior Vice President—Administrative Services
Thomas E. Davis, Senior Vice President—Economic Research

A. Cacy, Vice President and Senior Economist
arvin Duncan, Vice President and Economist
ecil B. Foley, Vice President
arl M. Gambs, Vice President
1omas M. Hoenig, Vice President
)uis W. Kupersmith, Jr., General Auditor
lenn H. Miller, Jr., Vice President and Economic Advisor
chard K. Rasdall, Jr., Vice President
arry K. Robinson, Vice President
iilip E. Schmidt, Vice President
ent M. Scott, Vice President
rry D. Shreeves, Vice President
onald A. Slover, Vice President
ick H. Woods, Jr., Vice President, General Counsel and Secretary
>bert W. Allen, Assistant Vice President
an M. Bechter, Assistant Vice President
>bert J. Brinton, Assistant General Auditor

Douglas A. Fleming, Assistant Vice President
David J. France, Assistant Vice President
Kenneth E. Heidler, Assistant Vice President
Bryon H. Higgins, Assistant Vice President and Economist
Virgil H. Jones, Assistant Vice President
Richard J. Klein, Assistant Vice President
D. Michael Manies, Assistant Vice President
Larry G. Meeker, Assistant Vice President
Richard J. Patterson, Assistant Vice President
Kermit R. Peters, Assistant Vice President
V. Vance Roley, Assistant Vice President and Economist
Harold L. Shewmaker, Assistant Vice President
John H. Wilhouse, Jr., Assistant Vice President
Carroll H. Wilkerson, Assistant Vice President
Marvin R. Wilson, Assistant Vice President
John E. Yorke, Assistant Vice President
Barbara S. Saathoff, Operations Officer
Kathryn A. Webster, Operations Officer

### DENVER BRANCH

Wayne W. Martin, Senior Vice President
Enis Alldredge, Jr., Vice President and Assistant Branch Manager

imes H. Jonson, Assistant Vice President
T. Leake, Assistant Vice President
Larry G. Kalina, Assistant Vice President
Gary P. Verver, Data Systems Officer
H. Fletcher Wardwell, Operations Officer

### OKLAHOMA CITY BRANCH

William G. Evans, Vice President
Jon M. Davis, Assistant Vice President and Assistant Branch Manager

W. Davis, Assistant Vice President
Thomas E. McGee, Assistant Vice President

### OMAHA BRANCH

Robert D. Hamilton, Vice President
Ronald L. Lahm, Assistant Vice President and Assistant Branch Manager

)onald L. Mahan, Assistant Vice President
John C. Vandermade, Jr., Assistant Vice President