Tyler Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P. O. Box 1208
Cheyenne, WY 82001
(307) 634-7723
(307) 634-0985 (fax)
TGarrett@hkwyolaw.com

Counsel for Amicus Curiae

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br> 2120 Carey Avenue, Suite 300 <br> Cheyenne, WY 82001 <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br> Constitution Avenue NW & 20th St. NW <br> Washington, DC 20551 <br><br> FEDERAL RESERVE BANK OF KANSAS CITY, <br> 1 Memorial Drive <br> Kansas City, MO 64108 <br><br> *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

**APPEARANCE OF COUNSEL**

Undersigned attorney, Tyler Garrett, enters his appearance on behalf of Amicus Curiae, Blockchain Association. Undersigned counsel confirms that he is admitted or otherwise authorized

to practice in this court.

      RESPECTFULLY SUBMITTED this 12th day of January 2024.

                BLOCKCHAIN ASSOCIATION, AMICUS CURIAE

                By: /s/ *Tyler Garrett*
                    Tyler Garrett, WSB #6-4400
                    HATHAWAY & KUNZ, LLP
                    2515 Warren Avenue, Suite 500
                    P.O. Box 1208
                    Cheyenne, WY 82001
                    (307) 634-7723
                    (307) 534-0985 (fax)
                    TGarrett@hkwyolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2024, I electronically transmitted the foregoing document to the Clerk of Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Tyler Garrett*
Hathaway & Kunz, LLP
