# ATTACHMENT 1

Tyler Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P. O. Box 1208
Cheyenne, WY 82001
(307) 634-7723
(307) 634-0985 (fax)
TGarrett@hkwyolaw.com

Counsel for Amicus Curiae

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br>Constitution Avenue NW & 20th St. NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108<br><br>*Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

**DECLARATION OF MATTHEW I. SUMMERS
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Matthew I. Summers, affirm and declare as follows:

1. I am submitting this Declaration in support of Amicus Curiae Blockchain Association's Motion for Admission Pro Hac Vice of attorney Matthew I. Summers under Local Rule 84.2(b).

2. I am an associate at Jenner & Block LLP, 455 Market Street, Suite 2100, San Francisco, CA 94105, (415) 293-5941 (telephone), (628) 267-6859 (facsimile), msummers@jenner.com (email address). I am a member in good standing of the Bar in the following:

- California (#349288)                May 11, 2023
- District of Columbia (#90013828)    April 18, 2023

I have been admitted to practice law in the following jurisdictions:

- United States Court of Appeals, Seventh Circuit -  May 2023

3. There are no pending disciplinary proceedings against me, and I have never received any public sanctions.

6. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

7. Tyler Garrett is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and has appeared and agreed to act as local counsel. I acknowledge that Mr. Garrett is required to be fully prepared to represent Amicus Curiae, Blockchain Association at any time, in any capacity.

8. I acknowledge that by appearing pro hac vice, I submit to and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

**DATED** this 12th day of January, 2024.

/s/ Matthew I. Summers
Matthew I. Summers