IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br> 2120 Carey Avenue, Suite 300 <br> Cheyenne, WY 82001 <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br> Constitution Avenue NW & 20th St. NW <br> Washington, DC 20551 <br><br> FEDERAL RESERVE BANK OF KANSAS CITY, <br> 1 Memorial Drive <br> Kansas City, MO 64108 <br><br> *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

**ORDER GRANTING MATTHEW I. SUMMERS ADMISSION TO APPEAR PRO HAC VICE**

THIS MATTER comes before the Court upon the motion of counsel for Amicus Curiae Blockchain Association, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Matthew I. Summers as pro hac vice counsel in the District of Wyoming. The Court has reviewed this matter and finds that the motion should be granted.

Accordingly, IT IS HEREBY ORDERED that Matthew I. Summers is admitted to practice before this Court for all purposes in this matter.

IT IS FURTHER ORDERED that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading, or other paper shall be served on all counsel of record including local counsel.

DATED this \_\_\_\_ day of January, 2024.

_____
United States District Court Judge/
United States Magistrate Judge