# ATTACHMENT 1

Tyler Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P. O. Box 1208
Cheyenne, WY 82001
(307) 634-7723
(307) 634-0985 (fax)
TGarrett@hkwyolaw.com

Counsel for Amicus Curiae

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>  *Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br>Constitution Avenue NW & 20th St. NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108<br><br>  *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

**DECLARATION OF MICHELLE S. KALLEN
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Michelle S. Kallen, affirm and declare as follows:

1. I am submitting this Declaration in support of Amicus Curiae Blockchain Association's Motion for Admission Pro Hac Vice of attorney Michelle S. Kallen under Local Rule 84.2(b).

2. I am a partner at Jenner & Block LLP, 1099 New York Avenue NW, Suite 900, Washington, DC 20001, (202) 639-6093 (telephone), (202) 639-6066 (facsimile), mkallen@jenner.com (email address). I am a member in good standing of the Bar in the following:

- California (#271322)          November 23, 2010
- District of Columbia (#1030497)   February 8, 2016
- Virginia (#93286)             September 13, 2018

I have been admitted to practice law in the following jurisdictions:

- Supreme Court of the United States – June 2015
- United States Court of Appeals, First Circuit – Dec. 2022
- United States Court of Appeals, Second Circuit – May 2017
- United States Court of Appeals, Third Circuit - May 2023
- United States Court of Appeals, Fourth Circuit – June 2018
- United States Court of Appeals, Fifth Circuit – Mar. 2018
- United States Court of Appeals, Sixth Circuit – Mar. 2011
- United States Court of Appeals, Seventh Circuit – July 2017
- United States Court of Appeals, Ninth Circuit – Jan. 2012
- United States Court of Appeals, Eleventh Circuit – Oct. 2023
- United States Court of Appeals, District of Columbia Circuit – May 2019
- United States District Court for the Central District of California - Aug.

2013

- United States District Court for the Eastern District of California – Sept. 2013

- United States District Court for the Northern District of California – Oct. 2014

- United States District Court for the Southern District of California – Mar. 2018

- United States Bankruptcy Court, Northern District of California – Jan. 2015

- United States District Court for the Eastern District of Michigan – Nov. 2016

- United States District Court for the District of Minnesota – June 2022

- United States District Court for the District of Oregon – Feb. 2019

- United States District Court for the Eastern District of Virginia – Dec. 2018

- United States District Court for the Western District of Virginia – Jan. 2019

3. There are no pending disciplinary proceedings against me, and I have never received any public sanctions.

6. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

7. Tyler Garrett is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and has appeared and agreed to act as local counsel. I acknowledge that Mr. Garrett is required to be fully prepared to represent Amicus Curiae, Blockchain Association

3

at any time, in any capacity.

8. I acknowledge that by appearing pro hac vice, I submit to and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

**DATED** this 12th day of January, 2024.

*/s/ Michelle S. Kallen*
Michelle S. Kallen
