**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVESYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, | ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:22-cv-00125-SWS

### ORDER GRANTING THE STATE OF WYOMING'S SECOND MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

**AND NOW**, this _____ day of January, 2024, upon review of the State of Wyoming's Motion for Leave to File Brief as *Amicus Curiae* (the Motion), it is hereby **ORDERED** that the Motion is **GRANTED**.

**DATED** this _____ day of January, 2024.

_____
Honorable Scott Skavdahl
District Court Judge