AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | | |
|---|---|---|
| Custodia Bank, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-CV-00125-SWS |
| Bd of Governors of the Federal Reserve System et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Blockchain Association and Amici Scholars                                    .

Date:      01/18/2024

/s/ Michelle S. Kallen
*Attorney's signature*

Michelle S. Kallen PHV- DC Bar 1030497
*Printed name and bar number*

Jenner & Block LLP
1099 New York Avenue, NW,  Suite 900
Washington, DC 20001

*Address*

mkallen@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*