AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Custodia Bank, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-CV-00125-SWS |
| Bd. of Governors of the Federal Reserve System et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Blockchain Association and Amici Scholars   .

Date:  

/s/ Matthew I. Summers
*Attorney's signature*

Matthew I. Summers PHV-CA Bar 349288
*Printed name and bar number*

Jenner & Block LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

*Address*

msummers@jenner.com
*E-mail address*

(628) 267-6800
*Telephone number*

(628) 267-6859
*FAX number*