AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| Custodia Bank, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-CV-00125-SWS |
| Bd. of Governors of the Fed. Reserve System et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Scholars .

Date: 01/18/2024

/s/ Tyler J. Garrett
*Attorney's signature*

Tyler J. Garrett, #6-4400
*Printed name and bar number*

Hathaway & Kunz, LLP
2515 Warren Avenue, Suite 500
Cheyenne, WY 82001

*Address*

tgarrett@hkwyolaw.com
*E-mail address*

(307) 634-7723
*Telephone number*

(307) 634-0985
*FAX number*