IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, and <br><br> FEDERAL RESERVE BANK OF KANSAS CITY, <br><br> *Defendants.* | Civil Case No.: 1:22-CV-00125-SWS |

## ORDER GRANTING LEAVE TO FILE AMICI CURIAE BRIEF

This matter, having come before the Court pursuant to D. Wyo. Local Rule 83.6(d) and Federal Rule of Appellate Procedure 29, and good cause having been shown, **IT IS ORDERED THAT:**

(1) Blockchain Association and Gerald P. Dwyer, Frank Emmert, Tonya M. Evans, Julie Andersen Hill, and George Selgin may file an amici curiae brief on or before _____, 2024; and

(2) The brief shall be not greater than twenty-five (25) pages in length.

Done this ____ day of January 2024.

Hon. Kelly H. Rankin
United States Magistrate Judge