# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>    *Plaintiff*,<br><br>    v.<br><br>BOARD OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br>Constitution Avenue NW & 20th St NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK<br>OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108<br><br>    *Defendants*. | Civil Case 1:22-CV-00125-SWS |

## ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF

This matter, having come before the Court pursuant to D. Wyo. Local Rule 83.6(d) and Fed. R. App. P. 29, and good cause having been shown, **IT IS ORDERED THAT:**

(1) Members of the United States Senate Banking Committee and United States House of Representatives Financial Services Committee may file an *amici curiae* brief on or before January 19, 2024.

Done this ___ day of January, 2024,

 

_____
Hon. Kelly H. Rankin
United States Magistrate Judge