Tyler Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P. O. Box 1208
Cheyenne, WY 82001
(307) 634-7723
(307) 634-0985 (fax)
TGarrett@hkwyolaw.com

Counsel for Amici Curiae

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br> 2120 Carey Avenue, Suite 300 <br> Cheyenne, WY 82001 <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br> Constitution Avenue NW & 20th St. NW <br> Washington, DC 20551 <br><br> FEDERAL RESERVE BANK OF KANSAS CITY, <br> 1 Memorial Drive <br> Kansas City, MO 64108 <br><br> *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

**AMENDED DECLARATION OF MICHELLE S. KALLEN
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Michelle S. Kallen, affirm and declare as follows:

1. I am submitting this Amended Declaration in support of Amici Curiae Blockchain Association's and Payment System Scholars' Motion for Admission Pro Hac Vice of attorney Michelle S. Kallen under Local Rule 84.2(b).

2. I am a partner at Jenner & Block LLP, 1099 New York Avenue NW, Suite 900, Washington, DC 20001, (202) 639-6093 (telephone), (202) 639-6066 (facsimile), mkallen@jenner.com (email address). I am a member in good standing of the Bar in the following:

- California (#271322)      November 23, 2010
- District of Columbia (#1030497)      February 8, 2016
- Virginia (#93286)      September 13, 2018

I have been admitted to practice law in the following jurisdictions:

- Supreme Court of the United States – June 2015
- United States Court of Appeals, First Circuit – Dec. 2022
- United States Court of Appeals, Second Circuit – May 2017
- United States Court of Appeals, Third Circuit - May 2023
- United States Court of Appeals, Fourth Circuit – June 2018
- United States Court of Appeals, Fifth Circuit – Mar. 2018
- United States Court of Appeals, Sixth Circuit – Mar. 2011
- United States Court of Appeals, Seventh Circuit – July 2017
- United States Court of Appeals, Ninth Circuit – Jan. 2012
- United States Court of Appeals, Eleventh Circuit – Oct. 2023
- United States Court of Appeals, District of Columbia Circuit – May 2019
- United States District Court for the Central District of California - Aug.

   2013

- United States District Court for the Eastern District of California – Sept. 2013

- United States District Court for the Northern District of California – Oct. 2014

- United States District Court for the Southern District of California – Mar. 2018

- United States Bankruptcy Court, Northern District of California – Jan. 2015

- United States District Court for the Eastern District of Michigan – Nov. 2016

- United States District Court for the District of Minnesota – June 2022

- United States District Court for the District of Oregon – Feb. 2019

- United States District Court for the Eastern District of Virginia – Dec. 2018

- United States District Court for the Western District of Virginia – Jan. 2019

  3.  There are no pending disciplinary proceedings against me, and I have never received any public sanctions.

  6.  I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

  7.  Tyler Garrett is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and has appeared and agreed to act as local counsel. I acknowledge that Mr. Garrett is required to be fully prepared to represent Amici Curiae, Blockchain Association

and Payment System Scholars at any time, in any capacity.

8.      I acknowledge that by appearing pro hac vice, I submit to and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

**DATED** this 19th day of January, 2024.

                                                      */s/ Michelle S. Kallen*
                                                      Michelle S. Kallen