Tyler Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P. O. Box 1208
Cheyenne, WY 82001
(307) 634-7723
(307) 634-0985 (fax)
TGarrett@hkwyolaw.com

Counsel for Amici Curiae

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>    *Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br>Constitution Avenue NW & 20th St. NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK  OF<br>KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108<br><br>    *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

**AMENDED MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW I. SUMMERS**

Undersigned attorney, Tyler Garrett, one of the attorneys for Amici Curiae, Blockchain Association and the Payment System Scholars, herby moves this Court, pursuant to Local Rule 84.2(b), for an Order admitting Matthew I. Summers to appear and participate as attorney for

Amici Curiae, Blockchain Association and Payment System Scholars, in the above-captioned action.

In support of this motion, undersigned attorney submits the attached copy of the original Amended Declaration of Matthew I. Summers, executed on January 19th, 2024, which reflects that Mr. Summers has been admitted to practice in the State of California and the District of Columbia.

The address, e-mail address, and telephone number for Matthew I. Summers are as follows:

> Matthew I. Summers
> Jenner & Block LLP
> 455 Market Street, Suite 2100
> San Francisco, CA 94105
> (415) 293-5941
> (628) 267-6859 (facsimile)
> msummers@jenner.com

Undersigned attorney is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court, is fully prepared to represent Amici Curiae, Blockchain Association and Payment System Scholars at any time in any capacity, and to the best of his knowledge and belief, vouches for Matthew I. Summers' good moral character and veracity.

WHEREFORE, the undersigned respectfully requests that this Motion for Admission Pro Hac Vice be granted.

RESPECTFULLY SUBMITTED this 19th day of January 2024.

> BLOCKCHAIN ASSOCIATION, AMICUS CURIAE
> PAYMENT SYSTEM SCHOLARS, AMICI CURIE
>
> By: /s/ *Tyler Garrett*
> Tyler Garrett, WSB #6-4400
> HATHAWAY & KUNZ, LLP
> 2515 Warren Avenue, Suite 500
> P.O. Box 1208
> Cheyenne, WY 82001
> (307) 634-7723
> (307) 534-0985 (fax)
> TGarrett@hkwyolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January 2024, I electronically transmitted the foregoing document to the Clerk of Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Tyler Garrett*
Hathaway & Kunz, LLP