Tyler Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P. O. Box 1208
Cheyenne, WY 82001
(307) 634-7723
(307) 634-0985 (fax)
TGarrett@hkwyolaw.com

Counsel for Amici Curiae

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.,<br>2120 Carey Avenue, Suite 300<br>Cheyenne, WY 82001<br><br>    *Plaintiff*,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br>Constitution Avenue NW & 20th St. NW<br>Washington, DC 20551<br><br>FEDERAL RESERVE BANK OF KANSAS CITY,<br>1 Memorial Drive<br>Kansas City, MO 64108<br><br>    *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

**AMENDED DECLARATION OF MATTHEW I. SUMMERS
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Matthew I. Summers, affirm and declare as follows:

1. I am submitting this Amended Declaration in support of Amici Curiae Blockchain Association's and Payment System Scholar's Motion for Admission Pro Hac Vice of attorney Matthew I. Summers under Local Rule 84.2(b).

2. I am an associate at Jenner & Block LLP, 455 Market Street, Suite 2100, San Francisco, CA 94105, (415) 293-5941 (telephone), (628) 267-6859 (facsimile), msummers@jenner.com (email address). I am a member in good standing of the Bar in the following:

- California (#349288)           May 11, 2023
- District of Columbia (#90013828)    April 18, 2023

I have been admitted to practice law in the following jurisdictions:

- United States Court of Appeals, Seventh Circuit -  May 2023

3. There are no pending disciplinary proceedings against me, and I have never received any public sanctions.

6. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

7. Tyler Garrett is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and has appeared and agreed to act as local counsel. I acknowledge that Mr. Garrett is required to be fully prepared to represent Amici Curiae, Blockchain Association and Payment System Scholars at any time, in any capacity.

8. I acknowledge that by appearing pro hac vice, I submit to and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

**DATED** this 19th day of January, 2024.

*/s/ Matthew I. Summers*  
Matthew I. Summers