

**FILED**

Margaret Botkins
Clerk of Court

4:40 pm, 1/19/24

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00125-SWS |
| | ) |
| FEDERAL RESERVE BOARD | ) |
| OF GOVERNORS ET AL | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF MATTHEW I. SUMMERS AND MICHELLE S. KALLEN FOR AMICI CURIAE BLOCKCHAIN ASSOCIATION AND PAYMENT SYSTEM SCHOLARS

**THIS MATTER** having come before the Court upon the motion of counsel for the Amici Curiae Blockchain Association and Payment System Scholars, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Matthew I. Summers and Michelle S. Kallen as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Matthew I. Summers and Michelle S. Kallen are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 19th day of January, 2024.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE