**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } | |
| Defendants. | } | |

## *MOTION FOR ADMISSION OF E. CAROLINE FREEMAN, PRO HAC VICE*

Billie LM Addleman of HIRST APPLEGATE, LLP, counsel for Defendant Federal Reserve Bank of Kansas City ("FRBKC"), moves this Court for the admission of E. Caroline Freeman, *pro hac vice,* for the purpose of representing FRBKC herein and in support thereof, states the following:

1. Billie LM Addleman is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court, and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

2. Billie LM Addleman or some other attorney of Hirst Applegate will assist E. Caroline Freeman in the representation of FRBKC herein.

3. E. Caroline Freeman is an attorney in the law firm of King & Spalding LLP, 1700 Pennsylvania Avenue NW, Washington, DC 20006, telephone 202-737-0500, and email address cfreeman@kslaw.com.

4. E. Caroline Freeman is an attorney licensed to practice law in the District of Columbia. She is a member in good standing of the bar of the District of Columbia and was admitted on September 24, 2023.

5. Based on available information and belief, Billie LM Addleman vouches for the good moral character and veracity of E. Caroline Freeman.

6. Billie LM Addleman or some other attorney with Hirst Applegate, LLP will continue to act as counsel for FRBKC herein and will be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act for and on behalf of the client on all matters, including pretrial conferences, as well as trial and other hearings.

7. E. Caroline Freeman understands that upon her admission for purposes of this proceeding, she is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

8. Pursuant to U.S.D.C.L.R. 84.2(b), attached hereto is the Affidavit of E. Caroline Freeman in support of her request for admission.

9. The requisite fee for admission of attorney *pro hac vice* will be provided to the Court.

Dated:  22 January 2024.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY:  /s Billie LM Addleman
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

**CERTIFICATE OF SERVICE**

I certify the foregoing **MOTION FOR ADMISSION OF E. CAROLINE FREEMAN, PRO HAC VICE** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 22 January 2024, and that copies were served as follows:

| | |
|---|---|
| John K. Villa<br>Ryan Scarborough<br>Sarah M. Harris<br>Jamie Wolfe<br>Lauren Weinberger<br>Ian Swenson<br>Russell Meir Mendelson<br>WILLIAMS & CONNOLLY<br>680 Maine Avenue SW<br>Washington, DC 20024<br>jvilla@wc.com<br>rscarborough@wc.com<br>sharris@wc.com<br>jwolfe@wc.com<br>lweinberger@wc.com<br>iswenson@wc.com<br>rmendelson@wc.com<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Scott E Ortiz<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>sortiz@wpdn.net | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL |

| | |
|---|---|
| Attorneys for Plaintiff | ☒ E-FILE |
| Angela Tarasi<br>KING & SPAULDING LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, CO 80202<br>atarasi@kslaw.com<br>Attorneys for Defendant Federal Reserve Bank of Kansas City | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Mark Van Der Weide<br>Richard M. Ashton<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Washington, D.C.  20551<br>joshua.p.chadwick@frb.gov<br>yvonne.f.mizusawa@frb.gov<br>yonatan.gelblum@frb.gov<br>katherine.pomeroy@frb.gov<br>Attorneys for Defendant Federal Reserve Board of Governors | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

          *Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant