UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| | } | |
| FEDERAL RESERVE BOARD OF | } | |
| GOVERNORS and FEDERAL RESERVE | } | |
| BANK OF KANSAS CITY, | } | |
| | } | |
| Defendants. | } | |

## *AFFIDAVIT OF E. CAROLINE FREEMAN*

STATE OF ~~COLUMBIA~~ DISTRICT OF }
COUNTY OF WASHINGTON } ss

E. Caroline Freeman, being first duly sworn, on her oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney at the law firm of King & Spalding LLP, 1700 Pennsylvania Avenue NW, Washington, DC 20006, telephone 202-737-0500, and email address cfreeman@kslaw.com.

2. I have been and I am presently a member in good standing of the Bar and am admitted to practice in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| District of Columbia Bar | 09 / 24 / 2023 |

3. No disciplinary proceedings are pending against me and I have not incurred in the past any public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Billie LM Addleman, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 22 January 2024.

_____
E. CAROLINE FREEMAN

Subscribed, sworn to, and acknowledged before me by E. Caroline Freeman this 22 day of January 2024. Witness my hand and official seal.

My commission expires: May 14, 2028.

_____
NOTARY PUBLIC

SEAL

Notary Public
District of Columbia
EBONY RENEA RIGGINS
MY COMMISSION EXPIRES
MAY 14, 2028

2