UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | } |
| Plaintiff, | } |
| vs. | } Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } |
| Defendants. | } |

## *ORDER GRANTING ADMISSION PRO HAC VICE OF E. CAROLINE FREEMAN*

**THIS MATTER** having come before the Court upon the motion of counsel for Defendant Federal Reserve Bank of Kansas City ("FRBKC") pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting E. Caroline Freeman as Pro Hac Vice counsel in the District of Wyoming. The court reviewed this matter, and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that E. Caroline Freeman is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

Dated: _____ 2024.

_____
KELLY H. RANKIN
United States Magistrate Judge