UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC.<br><br>               Plaintiff,<br><br>     vs.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY,<br><br>               Defendants. | Civil No. 1:22-cv-00125-SWS |

## ORDER GRANTING UNOPOSED MOTION FOR LEAVE OF COURT TO FILE BRIEFS IN EXCESS PAGES

**THIS MATTER**, having come before the Court upon the *Unopposed Motion for Leave of Court to File Briefs in Excess Pages*, and good cause having been shown, WHEREFORE:

**IT IS HEREBY ORDERED** that Defendant Federal Reserve Board of Governors may file its brief in Opposition to Plaintiff's Petition for Administrative Procedure Act Review ("Plaintiff's motion") not to exceed 45 pages.

**IT IS FURTHER ORDERED** that Defendant Federal Reserve Bank of Kansas City may file its Opposition to Plaintiff's motion and a cross-motion for summary judgment with a combined length not to exceed 50 pages and motions to exclude Plaintiff's expert witnesses not to exceed 15 pages for each motion to exclude.

Dated _____, 2024.

_____
KELLY H. RANKIN
United States Magistrate Judge