Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } | |
| Defendants. | } | |

### FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION TO FILE ITS MOTIONS UNDER SEAL

Defendant Federal Reserve Bank of Kansas City ("FRBKC") respectfully requests that this Court enter an Order permitting it to file *Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Petition for Review and Motion for Judgment as a Matter of Law*, *Defendant's Motion to Strike Reports and Exclude Testimony of Professor Peter Conti-Brown*, *Defendant's Motion to Strike Reports and Exclude Testimony of Katie Cox* (collectively, the "Motions"), under seal, as contemplated by the Court's Stipulated Protective Order (Doc. No. 174).

1. On July 24, 2023, pursuant to a joint stipulated motion, the Court entered a *Stipulated Protective Order Regarding Confidential Information and Documents*. ECF No. 174.

2. Pursuant to that stipulated protective order, FRBKC has designated portions of documents produced in discovery and deposition testimony as "Confidential."

3. Because FRBKC's Motions cite to and attach some materials designated "Confidential" by Custodia, FRBKC respectfully requests leave to temporarily file its Motions under seal through February 1, 2024 (the "Review Period") in order to comply with the terms of the Protective Order. During the Review Period, the parties will review and agree on redactions for the Motions and attached exhibits and Custodia will advise FRBKC as to which exhibits or portions thereof must remain under seal in accordance with the Protective Order. On February 2, 2024, FRBKC will file its Motions and attached exhibits on the public docket with the parties' agreed upon redactions and sealing, while reserving the right to challenge Custodia's confidentiality designations. Custodia consents to FRBKC's requested relief.

4. FRBKC respectfully requests that the Court grant this motion and enter an order authorizing FBRKC to file its Motions under seal.

Dated:  25 January 2024.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY:  /s/ Billie LM Addleman
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
OF HIRST APPLEGate, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

Andrew Michaelson (*pro hac vice*)
Laura Harris (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com
lharris@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Joshua N. Mitchell (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500
jbucholtz@kslaw.com
jmitchell@kslaw.com
ccarletta@kslaw.com

*Counsel for Defendant the Federal Reserve Bank of Kansas City*

## CERTIFICATE OF SERVICE

I certify the foregoing ***FRBKC's Unopposed Motion to File its Motions Under Seal*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure via CM/ECF on January 25, 2024.

<u>*Shannon M. Ward*</u>
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC