UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. }<br>}<br>Plaintiff, }<br>}<br>vs. }<br>}<br>FEDERAL RESERVE BOARD OF }<br>GOVERNORS and FEDERAL RESERVE }<br>BANK OF KANSAS CITY, }<br>}<br>Defendants. } | Civil No. 1:22-cv-00125-SWS |

## ORDER GRANTING FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION TO FILE ITS MOTIONS UNDER SEAL

**THIS MATTER** having come before the Court, and the Court having considered *Federal Reserve Bank of Kansas City's Unopposed Motion to File Its Motions Under Seal* [the "Motion"], and being fully informed on the matter, finds that FRBKC's *Motion* should be **granted**.

**IT IS HEREBY ORDERED** that Defendant is permitted to file *Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Petition for Review and Motion for Judgment as a Matter of Law*, *Defendant's Motion to Strike Reports and Exclude Testimony of Professor Peter Conti-Brown*, *Defendant's Motion to Strike Reports and Exclude Testimony of Katie Cox* **under seal** through February 1, 2024.

**IT IS FURTHER ORDERED** that FRBKC will file its Motions and attached exhibits on the public docket with the parties' agreed upon redactions and sealing on or before February 2, 2024.

Dated: ____ January 2024.

_____
KELLY H. RANKIN
United States Magistrate Judge