# EXHIBIT 6

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

# Meet the Researchers

The Federal Reserve Board employs more than 500 researchers, including more than 400 Ph.D. economists, who represent an exceptionally diverse range of interests and specific areas of expertise. Board researchers conduct cutting edge research, produce numerous working papers and notes, and are among the leading contributors at professional meetings and in major journals. Our researchers also produce a wide variety of economic analyses and forecasts for the Board of Governors and the Federal Open Market Committee.

Last Name:
A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

Field of Interest:
Finance    International Economics    Macroeconomics    Mathematical and Quantitative Methods    Microeconomics

Division:
Consumer and Community Affairs    Division of Board Members    Financial Stability    International Finance    Monetary Affairs    Research and Statistics    **Reserve Bank Operations and Payment Systems**    Supervision and Regulation

## Reserve Bank Operations and Payment Systems

The Division of Reserve Bank Operations and Payment Systems oversees the policies and operations of the Federal Reserve Banks as providers of financial services to depository institutions and as providers of fiscal agency services to the U.S. Treasury and other government agencies. In addition, as part of the Board's enhanced program for the supervision and oversight of payment systems, central securities depositories, securities settlement systems, central counterparties, and trade information warehouses, the division participates directly in the supervision of financial market infrastructures that are designated as systemically important by the U.S. Financial Stability Oversight Council as well as in more general oversight activities relating to domestic and foreign financial market infrastructures. The division also develops policies and regulations to foster the integrity and efficiency of the U.S. payment and financial system; works closely with other regulators, central banks, and international organizations to improve the payment and financial system more broadly; and conducts research on various topics related to payment and clearing issues and financial market infrastructures.

Section:

FedNow Oversight Coordination and Strategy    Payment System Studies    Program Direction    Quantitative Risk Analysis

Job Role:

All    Economists    Other Researchers




### Jeffrey S. Allen
*Senior Fin Inst Policy Analyst II*

**Technology Lab**
Reserve Bank Operations and Payment Systems

---




### Garth Baughman
*Principal Economist*

**Payment System Studies**
Reserve Bank Operations and Payment Systems

---




### Francesca Carapella
*Principal Economist*

**Payment System Studies**
Reserve Bank Operations and Payment Systems

---




### Chuan Du
*Economist*

**Payment System Studies**
Reserve Bank Operations and Payment Systems



### Shengwu Du
*Senior Economist*

**Quantitative Risk Analysis**
Reserve Bank Operations and Payment Systems



# E



### Matthew J. Eichner
*Director*

**Program Direction**
Reserve Bank Operations and Payment Systems



# F



### Elena Falcettoni
*Senior Economist*

**Payment System Studies**
Reserve Bank Operations and Payment Systems



### Jean C. Flemming
*Senior Economist*

**Payment System Studies**
Reserve Bank Operations and Payment Systems



# G



### Geoffrey R. Gerdes
*Principal Economist*

**Payment System Studies**
Reserve Bank Operations and Payment Systems



# K



### Rehim Kilic
*Principal Economist*

**Quantitative Risk Analysis**
Reserve Bank Operations and Payment Systems



### Hyung Joo Kim
*Economist*

**Quantitative Risk Analysis**
Reserve Bank Operations and Payment Systems



**L**



### May X. Liu
*Senior Statistician*

**Payment System Studies**
Reserve Bank Operations and Payment Systems



**M**



### Jesse Leigh Maniff
*Senior Fin Inst Policy Analyst II*

**Digital Innovations Policy**
Reserve Bank Operations and Payment Systems



### Mark D. Manuszak
*Deputy Associate Director*

**Program Direction**
Reserve Bank Operations and Payment Systems



### Jillian G. Mascelli
*Manager*

**Technology Lab**
Reserve Bank Operations and Payment Systems



### David C. Mills

*Senior Associate Director*

**Program Direction**

Reserve Bank Operations and Payment Systems

## N



### Travis D. Nesmith

*Assistant Director*

**Quantitative Risk Analysis**

Reserve Bank Operations and Payment Systems

## O



### Dong Hwan Oh

*Senior Economist*

**Quantitative Risk Analysis**

Reserve Bank Operations and Payment Systems

## P



### Todd A. Prono

*Principal Economist*

**Quantitative Risk Analysis**

Reserve Bank Operations and Payment Systems

## S



### Priyanka T. Slattery
*Senior Fin Inst Policy Analyst II*

**Digital Innovations Policy**
Reserve Bank Operations and Payment Systems



T

### PJ Tabit
*Senior Fin Inst Policy Analyst II*

**Digital Innovations Policy**
Reserve Bank Operations and Payment Systems





W

### Cy H. Watsky
*Fin Inst Policy Analyst I*

**Technology Lab**
Reserve Bank Operations and Payment Systems



### Kirstin E. Wells
*Principal Economist*

**FedNow Oversight Coordination and Strategy**
Reserve Bank Operations and Payment Systems



### Krzysztof P. Wozniak
*Section Chief*

**Payment System Studies**
Reserve Bank Operations and Payment Systems



Last Update: January 22, 2024