# EXHIBIT 9

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Message
---

**From**: Stephanie Martin [stephanie.martin@frb.gov]
**Sent**: 4/27/2021 3:21:49 PM
**To**: katie@coxfedlaw.com
**Subject**: RE: Avanti - Special Purpose Depository Institution - Wishes to Schedule a Meeting with Board Staff

Hello Katie,

Board staff is certainly aware of Avanti's pending request with the KC Fed. Although individual account requests are handled at the Reserve Bank level, there is active ongoing discussion and analysis at the Board regarding the larger question of access to Reserve Bank accounts and services.

There is likely little in the way of detailed information we can provide at this point, although we can set up a time to talk if you would like. Mark's schedule is usually the toughest nut to crack, so if you have set up a time with him, the rest of us will try to accommodate that. Otherwise, we can find a mutually agreeable time and Mark can join if he is available.

Stephanie


Stephanie Martin
Senior Associate General Counsel
Board of Governors of the Federal Reserve System
Washington, D.C. 20551
202-452-3198

---

**From:** katie@coxfedlaw.com <katie@coxfedlaw.com>
**Sent:** Monday, April 26, 2021 2:52 PM
**To:** Stephanie Martin <stephanie.martin@frb.gov>
**Subject:** Avanti - Special Purpose Depository Institution - Wishes to Schedule a Meeting with Board Staff

Good Afternoon Stephanie,

I retired last February from the Board and I was a manager in the Mergers and Acquisitions section. Our paths crossed at the Board a few times. I hope all is well.

For the past year I have been an adviser to Avanti Bank, a special purpose depository institution ("SPDI") chartered by the Wyoming Division of Banking. The bank will focus on integrating digital assets into the U.S. payment system. Last October, Avanti Bank filed an application with the Kansas City Reserve Bank to establish a master account. As you may know, last week Senator Lummis (of Wyoming), the governor of Wyoming, and the commissioner of the Wyoming Banking Division met with Esther George to discuss the master account applications by Avanti Bank and Kraken (another SPDI). As part of the discussion, Esther indicated that Avanti Bank's master account application is now being handled mainly at the Board. Also, at this point, the Kansas City Reserve Bank indicates that it has no more questions for Avanti Bank. The bank is at a critical juncture in completing it operating structure and wishes for its master account application to be acted upon as expeditiously as possible.

The bank would like to set up a call with you, your staff, and possibly Mark VDW, to discuss the Avanti master account application.   Derek Bush with Cleary Gottlieb is in the process of contacting Mark to make the same request.  If a meeting is amenable to Board staff, please let me know with whom I should coordinate.

Thanks so much.

Cheers,

Katie


Katie S. Cox
katie@coxfedlaw.com
703-640-8666

CONFIDENTIAL
Custodia-00009743