# EXHIBIT 13

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**C O N F I D E N T I A L**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

No. 1:22-cv-00125-SW
_____

DEPOSITION OF CAITLIN LONG

November 29, 2023
_____

CUSTODIA BANK, INC.,

Plaintiff,

vs.

FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL
RESERVE BANK OF KANSAS CITY,

Defendants.
_____

APPEARANCES:

    WILLIAMS, PORTER, DAY & NEVILLE, P.C.
        By Scott E. Ortiz, Esq.
        159 North Wolcott Street
        Suite 400
        Casper, WY  82601
        sortiz@wpdn.net
            Appearing on behalf of Plaintiff.

    KING & SPALDING LLP
        By Andrew Michaelson, Esq.
        1185 Avenue of the Americas
        34th Floor
        New York, NY  10036
        amichaelson@klaw.com.
            and
    HIRST APPLEGATE, LLP
        By Billie L.M. Addleman, Esq.
        1720 Carey Avenue
        4th Floor
        Cheyenne, WY  82003-1083
          baddleman@hirstapplegate.com
            Appearing on behalf of Defendant.

```
 1    where you brought her on as --
 2        A    Advisor.
 3        Q    -- as an advisor?
 4        A    Yes.
 5        Q    She's paid a salary or by the hour?
 6        A    She's paid a salary and options.
 7        Q    Salary and options.  Before bringing her on,
 8    did she provide you with a resume?
 9        A    Probably.  I don't recall, actually.  I
10    assume so because we would have done a background
11    investigation on her.
12        Q    Would you have -- did you interview her --
13        A    Yes.
14        Q    -- before bringing her on?
15        A    Yes.
16        Q    And during that interview, was that in
17    person?
18        A    No.
19        Q    Was it, like, via Zoom?
20        A    Probably, yes.
21        Q    Did you interview her once or more than
22    once?
23        A    Probably just once.
24        Q    And do you recall that interview?
25        A    Not specifically.
```

1    Q    Do you recall roughly how long it was?

2    A    No.

3    Q    During the interview, did you talk to her
4  about whether the Board of Governors or reserve banks
5  make the calls on whether to grant master accounts?

6    A    During the interview, I don't recall whether
7  I asked her that or not.  Keep in mind the context.
8  We didn't think this was going to be an issue because
9  the Wyoming Division of Banking thought it already
10  had an agreement, thought it had a deal with the
11  Kansas City Fed.

12    Q    So when you interviewed Katie Cox, do you
13  recall asking her about her experience with master
14  accounts?

15    A    No, I don't specifically recall that.  I
16  don't know whether we would have asked about that.
17  Katie spent her whole career in different parts of
18  the fed, and the vast majority of it was at the Board
19  of Governors dealing with membership applications and
20  other applications in the M&A division.  So I knew
21  that was not something she had recent experience
22  with.

23    Q    And when you say, "that," you mean master
24  accounts?

25    A    Correct.

 1      Q     So you knew when you brought her on that she
 2   didn't have recent experience with master accounts?
 3      A     Correct.
 4      Q     Did she represent to you prior to her
 5   retention that she did have recent experience in
 6   master accounts?
 7      A     She worked -- yes.  I do recall her saying
 8   that she worked with de novo banks that were applying
 9   for membership because she told me about one de novo
10   bank that got three membership exams, and so I
11   remember talking to her from an early stage about
12   membership, which was always on our road map.  The
13   only question was when.
14      Q     Got it.  So given her experience with
15   membership, fair to say that your conversations with
16   her in those early months were more about membership
17   than master accounts?
18      A     I don't recall.
19      Q     This document, Exhibit 5 --
20            MR. ORTIZ:  Can we pick a good time to have
21   lunch if our lunch is here?
22            MR. MICHAELSON:  Yeah, yeah.  We can just
23   break now.
24            (Lunch break from 12:04 p.m. to 12:54 p.m.)
25   BY MR. MICHAELSON:

 1        Q     We're back on the record.  So before the

 2   break, we were talking about Exhibit 240, in which

 3   there's a reference in an upcoming meeting with

 4   Esther George.

 5        A     Yes.

 6        Q     Was that -- do you recall that meeting?

 7        A     Yes.

 8        Q     That was your first meeting with the Federal

 9   Reserve Bank of Kansas City after Custodia submitted

10   its request for master account, correct?

11        A     Correct.

12        Q     I think you testified about this earlier.

13   There was a call with a lot of people from Federal

14   Reserve Bank of Kansas City and your executive team?

15        A     Yes, and our attorneys.  And I can't recall

16   whether Katie Cox was a part of.

17        Q     And at the time of that call, had you ever,

18   personally, been involved in submitting a request for

19   master account for any institution?

20        A     No.

21        Q     And did you have an understanding at that

22   time there was no entity with a business plan like

23   Custodia's that had a master account?

24        A     No.

25        Q     I'm going to clarify.  Like, you didn't have

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

## ERRATA SHEET FOR THE TRANSCRIPT OF THE DEPOSITION OF CAITLIN LONG

I, Caitlin Long, have read the transcript of my deposition taken on November 29, 2023 in the above captioned matter and make the following corrections:

| Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|
| 7 | 3 | comments | complaints | Transcription error |
| 9 | 12 | feds | Fed | Transcription error |
| 16 | 13 | had in the been | had not been | Transcription error |
| 17 | 20 | their | our | Transcription error |
| 17 | 25 | offered | offering | Transcription error |
| 19 | 2 | press at custodiabank.com | press@custodiabank.com | Transcription error |
| 20 | 24 | longevity insurance company | Longevity Insurance Company | Transcription error |
| 23 | 18 | Morgan Life Insurance subsidiaries | Morgan Stanley life insurance subsidiary | Transcription error |
| 27 | 1 | helping | happening | Transcription error |
| 27 | 17 | propriety | proprietary | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|------|------|-------------------|--------|--------|
| 29 | 11 | speedy | SPDI | Transcription error |
| 29 | 15 | speedy | SPDI | Transcription error |
| 29 | 16 | speedy | SPDI | Transcription error |
| 29 | 24 | speedy | SPDI | Transcription error |
| 29 | 25 | speedy | SPDI | Transcription error |
| 30 | 9 | speedy | SPDI | Transcription error |
| 30 | 11 | speedy | SPDI | Transcription error |
| 30 | 13 | speedy | SPDI | Transcription error |
| 30 | 15 | speedy | SPDI | Transcription error |
| 30 | 20 | speedy | SPDI | Transcription error |
| 30 | 21 | speedy | SPDI | Transcription error |
| 31 | 6 | speedy | SPDI | Transcription error |
| 31 | 9 | speedy | SPDI | Transcription error |
| 31 | 10 | speedy | SPDI | Transcription error |
| 32 | 3 | speedy | SPDI | Transcription error |
| 32 | 19 | speedy | SPDI | Transcription error |
| 35 | 15 | documents | accounts | Transcription error |
| 37 | 7 | speedy | SPDI | Transcription error |
| 37 | 9 | speedy | SPDI | Transcription error |
| 37 | 16 | speedy | SPDI | Transcription error |
| 39 | 3 | speedy | SPDI | Transcription error |
| 39 | 8 | speedy | SPDI | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|------|------|--------------------|--------|--------|
| 39 | 17 | speedy | SPDI | Transcription error |
| 40 | 16 | speedy | SPDI | Transcription error |
| 41 | 3 | speedies | SPDIs | Transcription error |
| 50 | 3 | speedies | SPDIs | Transcription error |
| 50 | 6 | speedy | SPDI | Transcription error |
| 50 | 15 | speedies | SPDIs | Transcription error |
| 52 | 4 | criteria | criterion | Transcription error |
| 54 | 11 | additional | a few | Transcription error |
| 58 | 17 | Avid | Avit | Transcription error |
| 59 | 13 | Clarisa | Perissa | Transcription error |
| 59 | 16 | Clarisa | Perissa | Transcription error |
| 60 | 20 | Clarisa | Perissa | Transcription error |
| 73 | 17 | create a | reduce | Transcription error |
| 76 | 19 | hierarchial | hierarchical | Transcription error |
| 76 | 20 | hierarchial | hierarchical | Transcription error |
| 84 | 10 | principle | principal | Transcription error |
| 86 | 2 | providing | proposing | Transcription error |
| 86 | 7 | Padilla | Kudiya | Transcription error |
| 86 | 8 | New York Mellon | Bank of New York Mellon | Transcription error |
| 87 | 7 | Padilla | Kudiya | Transcription error |
| 89 | 22 | principle | principal | Transcription error |
| 98 | 23 | speedy | SPDI | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|
| 101 | 20 | eretheum | Ethereum | Transcription error |
| 102 | 19 | elicit | illicit | Transcription error |
| 121 | 22 | occasioning | occasions | Transcription error |
| 121 | 22 | meant | met | Transcription error |
| 123 | 23 | speedy | SPDI | Transcription error |
| 124 | 6 | speedy | SPDI | Transcription error |
| 124 | 17 | Kansas City | Kansas City Fed | Transcription error |
| 124 | 18 | speedy | SPDI | Transcription error |
| 125 | 2 | heat back | feedback | Transcription error |
| 128 | 14 | speedies | SPDIs | Transcription error |
| 129 | 3 | speedies | SPDIs | Transcription error |
| 130 | 2 | speedies | SPDIs | Transcription error |
| 136 | 21 | speedy | SPDI | Transcription error |
| 136 | 25 | speedy | SPDI | Transcription error |
| 137 | 1 | speedy | SPDI | Transcription error |
| 138 | 20 | speedy | SPDI | Transcription error |
| 148 | 19 | speedy | SPDI | Transcription error |
| 150 | 9 | accurate | inaccurate | Transcription error |
| 151 | 19 | Clearly called | Cleary call | Transcription error |
| 154 | 8 | the documents this we | the documents we | Transcription error |
| 159 | 14 | treasury at Ford | treasury IT at Ford | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|
| 161 | 9–13 | Q . . . She agreed there were no show -- I asked Tara Humston specifically. I explained, "We are going to be raising capital. Are there any show stoppers?" She said, "Yes, there are no show stoppers." She specifically said, "There are no show stoppers." | A . . . She agreed there were no show -- I asked Tara Humston specifically. I explained, "We are going to be raising capital. Are there any show stoppers?" She said, "Yes, there are no show stoppers." She specifically said, "There are no show stoppers." | Transcription error where the speaker was misidentified. Lines 9–13 are the response to the question at lines 5–8. |
| 168 | 13 | speedy | SPDI | Transcription error |
| 168 | 14 | speedy | SPDI | Transcription error |
| 168 | 20 | speedy | SPDI | Transcription error |
| 169 | 4 | speedy | SPDI | Transcription error |
| 169 | 5 | speedy | SPDI | Transcription error |
| 170 | 9 | about | to | Transcription error |
| 172 | 8 | speedies | SPDIs | Transcription error |
| 172 | 9 | speedy | SPDI | Transcription error |
| 176 | 22 | form | formed | Transcription error |
| 178 | 7 | feds | Fed | Transcription error |
| 179 | 13 | at OMO | open kimono | Transcription error |
| 181 | 13 | CDs | SPDIs | Transcription error |
| 185 | 10 | speedy | SPDI | Transcription error |
| 191 | 10 | speedy | SPDI | Transcription error |
| 191 | 21–22 | OC, one | OC1 | Transcription error |
| 192 | 16 | OC One | OC1 | Transcription error |
| 194 | 9 | knew | new | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|
| 195 | 7 | speedy | SPDI | Transcription error |
| 196 | 3 | not anyone | not chartered anyone | Transcription error |
| 196 | 6 | speedies | SPDIs | Transcription error |
| 199 | 2 | speedies | SPDIs | Transcription error |
| 200 | 14 | speedies's | SPDIs' | Transcription error |
| 200 | 18 | principals | principles | Transcription error |
| 202 | 11 | The | She | Transcription error |
| 207 | 4 | FCS | FTX | Transcription error |
| 209 | 25 | appointee | appointees | Transcription error |
| 220 | 2–3 | apply to the Monetary Control Act at all. The applies to applicants that apply after August | comply with the Monetary Control Act at all, and they apply to applicants that apply after August | Transcription error |
| 221 | 14 | principals | principles | Transcription error |
| 224 | 20 | speedy | SPDI | Transcription error |
| 225 | 10 | two | to | Transcription error |
| 231 | 15 | speedies | SPDIs | Transcription error |
| 232 | 13 | speedies | SPDIs | Transcription error |
| 232 | 14 | speedies | SPDIs | Transcription error |
| 240 | 23 | speedy | SPDI | Transcription error |
| 258 | 3 | speedies | SPDIs | Transcription error |
| 258 | 8 | speedy | SPDI | Transcription error |
| 263 | 4 | speedy | SPDI | Transcription error |
| 274 | 15 | Bloomberg | Gruenberg | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|
| 282 | 13 | single lay | single A | Transcription error |
| 282 | 14 | network | networks | Transcription error |
| 285 | 18 | only on products | only on launch products | Transcription error |
| 286 | 21 | billed out | built out | Transcription error |
| 287 | 19 | 2016 | SR 2016 | Transcription error |
| 304 | 21 | Tire | Tier | Transcription error |
| 311 | 6 | divisions | decisions | Transcription error |
| 313 | 19 | Tire | Tier | Transcription error |
| 315 | 8 | close | do so | Transcription error |
| 321 | 2–3 | all of their prior subsequent conversations | all of their subsequent conversations | Transcription error |
| 324 | 25 | feds | Fed | Transcription error |
| 326 | 6 | move to move | move to moot | Transcription error |
| 327 | 15 | No | Yes | Transcription error |
| 328 | 16 | Padilla | Kudiya | Transcription error |
| 331 | 14 | Clain | Klain | Transcription error |
| 332 | 9 | email. The Bloomberg email put it | emails. The Bloomberg emails put it | Transcription error |

Dated: January 5, 2024

/s/ Caitlin Long_____
Caitlin Long