# EXHIBIT 1

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**FRBKC's Objections to Custodia's Statement of Material Facts Not In Dispute**

| Paragraph of Custodia Statement of Facts | Response of the Federal Reserve Bank of Kansas City |
|---|---|
| 1 | Undisputed. |
| 2 | Disputed; *see* Mot. Statement of Facts ¶¶ 24-28, 53, 56. |
| 3 | Disputed; *see* Mot. Statement of Facts ¶¶ 24-28, 53, 56, and footnote 6. |
| 4 | Disputed; *see* Mot. Statement of Facts ¶¶ 24-28, 53, 56, and footnote 6. |
| 5 | Disputed; *see* Mot. Statement of Facts ¶¶ 24-28, 53, 56, and footnote 6. |
| 6 | Disputed, *see* Mot. Statement of Facts ¶¶ 63, 99, and footnotes 8, 10, and 11. |
| 7 | Disputed; *see* Mot. Statement of Facts ¶¶ 63, 79, 99, and footnotes 8, 10, and 11. |
| 8 | Undisputed. |
| 9 | Disputed; *see* Mot. Statement of Facts ¶ 5, and footnote 3. |
| 10 | Disputed; *see* Mot. Statement of Facts ¶¶ 18-22, 49, 51. |
| 11 | Disputed; *see* Mot. Statement of Facts ¶¶ 68-71, and footnote 12. |
| 12 | Disputed; *see* Mot. Statement of Facts ¶¶ 1-11, 56-63, 68-71, and footnote 12. |

| Paragraph of Custodia Statement of Facts | Response of the Federal Reserve Bank of Kansas City |
|---|---|
| 13 | Disputed; *see* Mot. Statement of Facts ¶¶ 56-63. |
| 14 | Disputed; *see* Mot. Statement of Facts ¶¶ 56-63, 69, 77-78, 81-85, 91, and footnote 12. |
| 15 | Disputed; *see* Mot. Statement of Facts ¶¶ 18-22, 47-51, 56-71. |
| 16 | Disputed; *see* Mot. Statement of Facts ¶¶ 59-62, 85, and footnote 22. |
| 17 | Disputed; *see* Mot. Statement of Facts ¶¶ 59-62, 85, and footnote 22. |
| 18 | Disputed; *see* Mot. Statement of Facts ¶¶ 12-15, 86-92, 94, 97, and footnotes 13, 24, and 26. |
| 19 | Disputed; *see* Mot. Statement of Facts ¶¶ 86-92, 94, 97, and footnotes 13, 24, and 26. |
| 20 | Disputed; *see* Mot. Statement of Facts ¶¶ 86-92, 94, 97, and footnotes 13, 24, and 26. |
| 21 | Disputed; *see* Mot. Statement of Facts ¶¶ 59-62, 86-92, 94, 97, and footnotes 13, 24, and 26. |
| 22 | Disputed; *see* Mot. Statement of Facts ¶¶ 86-92, 94, 97, and footnotes 13, 24, and 26. |
| 23 | Disputed; *see* Mot. Statement of Facts ¶¶ 86-92, 94, 97, and footnotes 13, 24, and 26. |
| 24 | Disputed; *see* Mot. Statement of Facts ¶¶ 98-101. |

| Paragraph of Custodia Statement of Facts | Response of the Federal Reserve Bank of Kansas City |
|---|---|
| 25 | Undisputed except for the last sentence, which is disputed as inadmissible hearsay.  (Note: FRBKC disputes other facts presented in Custodia's Statement of Facts on hearsay grounds as well, but calls this one out specifically because it is the sole basis for the dispute.) |
| 26 | Disputed; *see* Mot. ¶¶ 72-80, 90, 98-101. |
| 27 | Disputed; *see* Mot. Statement of Facts ¶¶ 47-51, 72-85, 90, 98-101, and footnote 25. |
| 28 | Disputed; *see* Mot. Statement of Facts, ¶¶ 72-80, 98-101, and footnotes 14 and 25. |
| 29 | Disputed; *see* Mot. Statement of Facts, ¶¶ 22, 64-67, 72-80, 90, 98-101, and footnotes 14 and 25. |
| 30 | Disputed; *see* Mot. Statement of Facts, ¶¶ 22, 64-67, 72-80, 90, 98-101, and footnotes 14 and 25. |
| 31 | Disputed; *see* Mot. Statement of Facts, ¶¶ 22, 64-67, 72-80, 90. |
| 32 | Disputed; *see* Mot. Statement of Facts, ¶¶ 22, 64-67, 72-80, 90. |
| 33 | Disputed; *see* Mot. Statement of Facts, ¶¶ 22, 64-67, 72-80, 90. |
| 34 | Disputed; *see* Mot. Statement of Facts, ¶¶ 93-97. |
| 35 | Disputed; *see* Mot. Statement of Facts, ¶¶ 93-97. |

| Paragraph of Custodia Statement of Facts | Response of the Federal Reserve Bank of Kansas City |
|---|---|
| 36 | Disputed; *see* Mot. Statement of Facts, ¶¶ 93-97. |
| 37 | Disputed; *see* Mot. Statement of Facts, ¶ 94 |
| 38 | Disputed; *see* Mot. Statement of Facts, ¶¶ 93-97, and footnote 24. |
| 39 | Disputed; *see* Mot. Statement of Facts, ¶¶ 50, 79-85, 93-97, and footnote 24. |
| 40 | Disputed; *see* Mot. Statement of Facts, ¶¶ 62, 93-97, and footnote 24. |
| 41 | Disputed; *see* Mot. Statement of Facts, ¶¶ 93-97, and footnote 24. |
| 42 | Disputed; *see* Mot. Statement of Facts, ¶¶ 93-97, and footnote 24. |
| 43 | Disputed; *see* Mot. Statement of Facts, ¶¶ 12-22, 93-97, and footnotes 21 and 24. |
| 44 | Disputed; *see* Mot. Statement of Facts, ¶¶ 54-55, 58-63, 79-85, 94-96. |
| 45 | Disputed; *see* Mot. Statement of Facts, ¶¶ 54-55, 58-63, 79-85, 94-96. |
| 46 | Disputed; *see* Mot. Statement of Facts, ¶¶ 83-84. |

| Paragraph of Custodia Statement of Facts | Response of the Federal Reserve Bank of Kansas City |
|---|---|
| 47 | Disputed; *see* Mot. Statement of Facts, ¶¶ 83-84. |
| 48 | Disputed; *see* Mot. Statement of Facts, ¶¶ 54-55, 58-66, 79, 81-85, 94-96. |
| 49 | Disputed; *see* Mot. Statement of Facts ¶¶ 36, 38, 63, and footnote 15. |
| 50 | Disputed; *see* Mot. Statement of Facts ¶¶ 12-15, 18, 50-51, 76-79. |
| 51 | Disputed; *see* Mot. Statement of Facts ¶¶ 58, 62-63, 76-85, 91-92, 94-96. |
| 52 | Disputed; *see* Mot. Statement of Facts ¶¶ 58, 62-63, 76-85, 91-92, 94-96. |
| 53 | Disputed; *see* Mot. Statement of Facts ¶¶ 58, 62-63, 76-85, 91-92, 94-96. |
| 54 | Disputed; *see* Mot. Statement of Facts ¶¶ 58, 62-63, 65-70, 76-85, 91-92, 94-96. |
| 55 | Disputed; *see* Mot. Statement of Facts ¶¶ 79, 95 |
| 56 | Disputed; *see* Mot. Statement of Facts ¶¶ 94-97 and Board Brief (addressing "final agency action"). |
| 57 | Disputed; *see* Mot. Statement of Facts ¶¶ 80, 99-101, and footnotes 14 and 15. |

| Paragraph of Custodia Statement of Facts | Response of the Federal Reserve Bank of Kansas City |
|---|---|
| 58 | Disputed; *see* Mot. Statement of Facts ¶¶ 80, 99-101, and footnotes 14 and 15. |
| 59 | Disputed; *see* Mot. Statement of Facts ¶¶ 36, 38, 63, 68, 78-85, 100, and footnotes 10 and 11. |
| 60 | Disputed; *see* Mot. Statement of Facts ¶¶ 4-5, 12-15, 18-23, 48, 89-91, and footnotes 3 and 4. |
| 61 | Disputed; *see* Mot. Statement of Facts ¶ 38, 77, 78, 101, and footnotes 14 and 25. |
| 62 | Disputed; *see* Mot. Statement of Facts ¶¶ 64-70, 72-79, 101. |
| 63 | Disputed; *see* Mot. Statement of Facts ¶¶ 64-70, 72-101, and footnotes 14, 23, 24 and 25. |