# EXHIBIT 17

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.



## FRBKC – 30(b)(6) Table of Contents

1. Custodia Master Account Timeline
2. SPDI Legislation Email
3. Reasons for Denial
4. Master Account Policies and Procedures
5. Operating Circular 1 – February 1, 2013 and August 16, 2021
6. Standard Operating Procedure 10 Eligibility Processing Guidelines – Ex. 54
7. Reserve Bank Condition Monitoring Standards and Practices – Ex. 171
8. FRBKC Individuals Involved in Drafting Recommendation Memo
9. FRBKC Individuals Solicited for Comments on Draft S-Letter
10. Board Individuals Who Had Contact with FRBKC Individuals Regarding Master Account
11. Guidelines for Evaluating Account and Services Requests
12. S-Letter 2677 – Ex. 34
13. FRBKC Master Account Data as of November 2023

30(b)(6) Deposition of FRBKC

## FRBKC Master Account Data as of November 2023*

| | | |
|---|---|---|
| Total depository institutions with master accounts: | | 540 |
| State chartered: | 394 | |
| Federally chartered: | 146 | |
| Depository institutions with master accounts and federal insurance: | | 539 |
| Depository institutions with master accounts and federal supervision: | | 539 |
| Depository institutions with a master account that lack *both* federal insurance and a federal supervisor: | | 1** |

\* This data excludes two federal government-sponsored enterprises ("GSE") with master accounts.

\*\* This is an Oklahoma-based, state-chartered savings and loan association that had insurance and a federal supervisor at the time it first obtained a master account years ago.

*Source: National Information Center (NIC)*

1