# EXHIBIT 26

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Custodia-00008686





CONFIDENTIAL

Custodia-00000867

CONFIDENTIAL

Custodia-00008688

CONFIDENTIAL

Custodia-00008689

CONFIDENTIAL

Custodia-00008690

CONFIDENTIAL

Custodia-00008691

CONFIDENTIAL

Custodia-00008692

CONFIDENTIAL

Custodia-00008693

CONFIDENTIAL

Custodia-00008694

CONFIDENTIAL

Custodia-00008695

CONFIDENTIAL

Custodia-00008696

CONFIDENTIAL

Custodia-00008697

CONFIDENTIAL

Custodia-00008698

CONFIDENTIAL

Custodia-00008699

CONFIDENTIAL

Custodia-00008700

CONFIDENTIAL

Custodia-00008701

CONFIDENTIAL

Custodia-00008702

CONFIDENTIAL

Custodia-00008703

CONFIDENTIAL

Custodia-00008704

CONFIDENTIAL

SW

Date 8 / 9 / 22

- Custodia is a
- cash cow (~~as~~ we spew cash — no
  working capital needs)
- ~~~~ our incremental margins are v.
  high
- we're really a tx processor
- Visa; MC run at a single-A
  capital model to protect against
  their network going down — so
  they voluntarily have a capital reqmt

Date:

# Redacted for Privilege

Policies to sunset?
- affiliate transaction
- complaint policy (make it a procedure)
- elder abuse policy
- e-sign policy
- ~~vendor policy~~ ~~facilities~~
- interbank policy
- internal control policy (will be merged w/ audit policy)
- brokered deposits
- treasury mgmt policy

# Redacted for CSI Privilege

# Redacted for Privilege

CONFIDENTIAL

Custodia-00008705

Custodia-00008706

CONFIDENTIAL

Custodia-00008707

CONFIDENTIAL

Custodia-00008708

CONFIDENTIAL

Custodia-00008709

CONFIDENTIAL

Custodia-00008710

CONFIDENTIAL

Custodia-00008711

CONFIDENTIAL

Custodia-00008712

CONFIDENTIAL

Custodia-00008713

CONFIDENTIAL

Custodia-00008714

CONFIDENTIAL

Custodia-00008715

CONFIDENTIAL

Custodia-00008716

CONFIDENTIAL

Custodia-00008717

CONFIDENTIAL

Custodia-00008718

CONFIDENTIAL

Custodia-00008719

CONFIDENTIAL

Custodia-00008720

CONFIDENTIAL

Custodia-00008721

CONFIDENTIAL

Custodia-00008722

CONFIDENTIAL

Custodia-00008723

CONFIDENTIAL

Custodia-00008724

CONFIDENTIAL

Custodia-00008725

CONFIDENTIAL

Custodia-00008726

CONFIDENTIAL

Custodia-00008727

CONFIDENTIAL

Custodia-00008728

CONFIDENTIAL

Custodia-00008729

CONFIDENTIAL

Custodia-00008730

CONFIDENTIAL

Custodia-00008731

CONFIDENTIAL

Custodia-00008732

CONFIDENTIAL

Custodia-00008733

CONFIDENTIAL

Custodia-00008734

CONFIDENTIAL

Custodia-00008735

CONFIDENTIAL

Custodia-00008736

CONFIDENTIAL

Custodia-00008737

CONFIDENTIAL

Custodia-00008738

CONFIDENTIAL

Custodia-Plaintiffs 39

CONFIDENTIAL