# EXHIBIT 28

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

*Meadors Court Reporting*

**\*\*\* CONFIDENTIAL \*\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 1:22-cv-00125-SWS
_____

DEPOSITION OF ZEV SHIMKO
November 30, 2023
_____

CUSTODIA BANK, INC.,

Plaintiff,

vs.

FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL
RESERVE BANK OF KANSAS CITY,

Defendants.

_____

APPEARANCES:

    WILLIAMS & CONNOLLY, LLP
        By Lauren A. Weinberger, Esq.
           Russell Mendelson, Esq. (via Zoom)
           680 Maine Avenue SW
           Washington, DC 20024
           202.434.5953
           lweinberger@wc.com
           rmendelson@wc.com
           Appearing on behalf of
           Custodia Bank, Inc.


    KING & SPALDING, LLP
        By Jared M. Lax, Esq.
           1401 Lawrence Street
           Suite 1900
           Denver, Colorado 80202
           720.535.2320
           jlax@kslaw.com
            Appearing on behalf of
            Federal Reserve Bank of Kansas City

```
 1      Q     Oh, no.  I'm sorry.  The actual email
 2   itself.
 3      A     Oh.  I believe that was in February
 4   of 2021.
 5      Q     And what was the context of the email?
 6      A     Katie was referencing talking points,
 7   presumably as part of a potential investor
 8   communication.
 9      Q     What did the talking points say?
10      A     Generally, that Katie felt that we had a
11   strong business model; that she felt we would be
12   getting a master accounts, I think are the two main
13   topics that come to mind.
14      Q     Okay.  Besides Ms. Long and besides
15   counsel, did you speak to anybody else in preparation
16   for your deposition today?
17      A     I did not.
18      Q     Okay.  I'm going to pivot to kind of your
19   background.
20            (Mr. Michaelson entered the conference
21             room.)
22            MR. LAX:  I'll state for the record that
23   Andrew Michaelson from King & Spalding has joined.
24      Q     (BY MR. LAX)  Do you live in Denver?
25      A     I do.
```

*Meadors Court Reporting*

| | | |
|---|---|---|
| 1 | Q | Are you from Denver? |
| 2 | A | No. |
| 3 | Q | Where are you from? |
| 4 | A | I am from New York. |
| 5 | Q | Okay.  Did you attend high school in New |
| 6 | York? | |
| 7 | A | I did. |
| 8 | Q | Get a degree? |
| 9 | A | A high school diploma? |
| 10 | Q | Uh-huh. |
| 11 | A | Yes. |
| 12 | Q | After high school, did you go to college? |
| 13 | A | I did. |
| 14 | Q | Where did you go to college? |
| 15 | A | I went to Northeastern University in |
| 16 | Boston. | |
| 17 | Q | What did you study? |
| 18 | A | I studied business and insurance and also |
| 19 | related courses like economics. | |
| 20 | Q | Did you get a degree from Northeastern? |
| 21 | A | I did get a bachelor's, yes. |
| 22 | Q | When was that? |
| 23 | A | That was in May of 2014. |
| 24 | Q | May of 2014.  Okay. |
| 25 | | After graduating from Northeastern, what |

*Zev Shimko - 11/30/2023*                                              13

```
 1   did you do next?
 2        A     I went to work at Morgan Stanley, where
 3   I'd interned the year prior.
 4        Q     And when you went to work at Morgan
 5   Stanley full-time, what was your position?
 6        A     My position was -- I believe the title was
 7   an analyst -- I don't recall a more specific title --
 8   within the fixed income division.
 9        Q     How long were you in that role?
10        A     I was in that specific role for about two
11   years.
12        Q     Okay.  So until sometime in 2016?
13        A     I think that's fair, yes.
14        Q     What did you do after that role?
15        A     I transitioned internally for a short
16   period of time to the equity capital market side of
17   the house.
18        Q     And what was your role in that side of the
19   house?
20        A     Similar role from the perspective of
21   helping companies raise capital.  In this role, it
22   was around equity.  In the previous role, it was
23   around debt.
24        Q     While you were at Morgan Stanley, did you
25   meet Caitlin Long?
```

1      A      I had first learned about digital
2    assets -- such as Bitcoin -- while I was at Morgan
3    Stanley.  I was spending a lot of personal time
4    researching the technology.  I was spending a lot of
5    nights and weekends and just felt that in order for
6    me to truly advance my knowledge, I had to actively,
7    you know, work at a company in the industry.
8      Q      Okay.  So what did you do after Prosper?
9      A      I went to a company here in Denver called
10   SALT Lending.
11     Q      What is SALT Lending?
12     A      SALT Lending was the first company to lend
13   dollars against digital assets like Bitcoin;
14   essentially, Bitcoin-collateralized loans.
15     Q      Is SALT Lending the same as SALT
16   blockchain?
17     A      I know there were a couple of entities,
18   and there may have been a name change.  So affiliated
19   at least.  I don't know if the SALT Lending name is
20   still active.
21     Q      Okay.  What was your role at SALT Lending?
22     A      I was the head of capital markets and
23   corporate development.  I spent a lot of time with
24   potential investors and generally represented the
25   business with external parties.

```
 1      Q      Okay.  How long were you there?
 2      A      I was at SALT roughly for about two years
 3   as well.
 4      Q      Okay.  What did you do next?
 5      A      I moved back to California for my
 6   now-wife.  I went to go work for a company called
 7   Figure Technologies.
 8      Q      And just so I'm clear on the chronology,
 9   when about is this move back to California?
10      A      This would have been roughly September
11   of 2019.
12      Q      Okay.  What is Figure Technologies?
13      A      Figure Technologies is a financial
14   technology company that uses blockchain technology to
15   improve the process for underwriting and issuing and
16   trading a variety of financial assets.
17      Q      Okay.  And what was your role there?
18      A      I was leading business development for the
19   Provenance Blockchain, which was the inhouse-built
20   blockchain, to support the, again, issuance and
21   trading of these financial assets.
22      Q      And how long were you at Figure?
23      A      I was at Figure for about six months.
24      Q      Okay.  What did you do next?
25      A      I decided to join Caitlin at Custodia in
```

1    early 2020.

2         Q    Before discussing your joining Custodia,
3    for these other entities that you have described
4    working for post college to Custodia, are any of
5    those entities depository institutions as you
6    understand the term?

7         A    They themselves are not depository
8    institutions, no.

9         Q    Are any of those entities federally
10   insured, as far as you know?

11        A    Not directly, no.

12        Q    So you joined Custodia, you said, in 2020?

13        A    It was April of 2020.

14        Q    Is that right?  Okay.

15             How did you come to join Custodia?

16        A    I got a -- I can't remember if it was an
17   email or a call from Caitlin.  She told me what she
18   was working on.  She explained the business model to
19   me.  And it resonated quite meaningfully with my
20   experience and my interests.  And decided it was the
21   right time to embark on a new opportunity and join
22   Custodia.

23        Q    Okay.  And just for the record, I know
24   Custodia used to be called Avanti.  It's now called
25   Custodia.  So when I'm asking questions about

```
 1   Custodia, it applies to both Avanti and Custodia.
 2              Is that fair?
 3        A     That's fair.
 4        Q     Okay.  You said Ms. Long told you about
 5   the business model in that initial call?
 6        A     Yes.  High level about the business model,
 7   about the SPDI framework and, again, generally what,
 8   you know, she was looking to achieve with this new
 9   endeavor.
10        Q     Okay.  So let's break those down.
11              What did she tell you about the business
12   model?
13        A     That, first and foremost, this entity --
14   Custodia, Avanti at the time -- was looking to become
15   a bank.  Becoming a bank was important for a variety
16   of reasons.  We talked about, I recall, the full
17   reserve nature of Custodia.
18              Generally, we also discussed how one can
19   operate a safe institution with respect to digital
20   assets.  And there was a lot of alignment in the way
21   that Caitlin -- Caitlin and I thought about digital
22   assets and how it would safely integrate with the
23   banking system.
24        Q     What do you mean by "full reserve nature
25   of Custodia"?
```

 1      A     I don't recall specifically.  I imagine,
 2  you know, I likely had follow-up questions we might
 3  have talked about, but it would have been similar in
 4  nature to the topics discussed.
 5      Q     Did you discuss Custodia with anyone else
 6  besides Ms. Long at this time?
 7      A     Not in detail, no.
 8      Q     Okay.  When you joined Custodia, what was
 9  your role?
10      A     My role was that of chief operating
11  officer.
12      Q     Okay.  And how long -- do you hold that
13  role today?
14      A     That is one of my titles today, yes.
15      Q     Do you hold another title?
16      A     I do.
17      Q     What is that title?
18      A     That is president.
19      Q     Can you tell me about your
20  responsibilities as chief operating officer.
21      A     Sure.  Primarily, it involves day-to-day
22  responsibilities.  I have oversight for operations of
23  the bank, for product, for business development and
24  related functions.
25      Q     And then what about your role as its

1  president?
2      A    The role of president, additionally, has
3  given me authority to ensure alignment amongst the
4  executive team and to take, you know, more of a
5  leadership role internally and externally as well.
6      Q    Did anyone predate you in the role of
7  president?
8      A    No.  That was not a taken role.  That was
9  vacant.
10     Q    When did you assume that role?
11     A    I think that was the middle of 2022.
12     Q    As COO and president, is it fair to say
13  that, colloquially, you're the Number 2 person in the
14  company?
15     A    I think that's generally fair, yes.
16     Q    Generally fair.
17          If not you, who else would be the Number 2
18  person at the company?
19     A    So we have a few executives at the
20  company.  So that would be my answer.
21     Q    Who are those executives?
22     A    Our general counsel, Tanya McCorquodale;
23  our chief compliance officer, Bill Neurohr; our chief
24  financial officer, Mike Borges.
25     Q    Do you own an equity stake in Custodia?

*Meadors Court Reporting*

```
 1        A     Yes.
 2        Q     About what percentage?
 3        A     The equity stake I own is less than
 4   1 percent.
 5        Q     And do you have any voting shares in
 6   Custodia?
 7        A     I do not.
 8        Q     Okay.  Do you do the majority of your
 9   Custodia work from here in Denver?
10        A     I do.
11        Q     Do you spend any time in Wyoming for
12   Custodia work?
13        A     I do.
14        Q     About how much of the year?
15        A     Roughly, maybe a couple days a month, on
16   average.
17        Q     Do you go there for meetings?
18        A     Could be a meeting.  Could be a regulatory
19   exam.  Could be something else related to operations.
20        Q     Does Custodia have a board of directors?
21        A     Yes.
22        Q     Who sits on that board?
23        A     Caitlin is the only employee director.
24   And then we have a handful of external directors.
25        Q     Do you know who they are?
```

```
 1      Q      Without disclosing any privileged
 2   information, what was the substance of those
 3   conversations with Ms. Long?
 4      A      Once -- and I don't recall a specific
 5   timeline.  But once we understood the tiering system,
 6   it was clear that membership would put Custodia in
 7   that Tier 2 bucket as opposed to that Tier 3 bucket.
 8      Q      Besides the fact of being a member or not
 9   being a member, do you understand there to be any
10   other differences between Tier 2 and Tier 3 under the
11   account access guidelines?
12      A      I don't recall or know all of the
13   differences.  I would say that the primary
14   distinction between the tier, from my understanding,
15   is Federal oversight.
16      Q      Is there a distinction in your -- was
17   there a distinction, in your understanding, between
18   how a reserve bank reviews a master account request
19   from a Tier 2 entity versus a Tier 3 entity?
20      A      My understanding is that there was a
21   difference and there were generally more hurdles for
22   a Tier 3, but I do not recall the specifics.
23      Q      What kind of hurdles?
24      A      Again, I don't recall the specifics.
25      Q      Is it your understanding that Tier 3
```

```
 1   institutions are subjected to some level of scrutiny
 2   in their master account request process?
 3        A     That is my general understanding, yes.
 4        Q     Is it your understanding that Tier 2
 5   entities are subject to some level of scrutiny in
 6   their master account process?
 7        A     That is my understanding, yes.
 8        Q     Would it be your testimony that Custodia
 9   was subject to scrutiny in its master account request
10   process?
11        A     What point of time are we referencing with
12   that question?
13        Q     Let's say from the beginning.
14        A     Do you mind just repeating the question.
15        Q     Sure.
16              Would it be your testimony that Custodia
17   was subjected to scrutiny in its master account
18   process?
19        A     Yes.
20        Q     Can you describe the scrutiny that the
21   Reserve Bank of Kansas City applied to its review of
22   Custodia's master account process?
23        A     Generally, I would say that Custodia was,
24   over a long period of time, asked many questions
25   about its business models, many questions about
```

 1    digital assets.  Custodia was asked many repetitive

 2    questions, and it felt that there was this indefinite

 3    delay in a decision.

 4        Q    When did those questions begin from

 5    Federal Reserve Bank of Kansas City?

 6        A    I don't recall specific timing, but I

 7    would say, you know, early on, I think we looked at a

 8    document from before the application itself.

 9        Q    And did those questions continue from

10    early on throughout the entire process?

11        A    There was a period of time where there

12    was, effectively, silence and we did not have

13    communication with the Kansas City Fed.  But before

14    and after that period, there were many questions.

15        Q    So can you describe to me how the

16    introduction of the account access guidelines changed

17    the level of scrutiny that the Reserve Bank of Kansas

18    City applied to Custodia's master account request?

19        A    I can't say specifically how the access

20    guidelines changed the view of our master account

21    application.  I don't know the Kansas City Fed

22    process with respect to when an applicant provided

23    the completed application for a master account.

24        Q    Okay.  Picking back up in Exhibit 249,

25    Ms. Long continues -- and we're moving to the one,

```
 1    two, three, four -- the fifth paragraph that starts
 2    with:  We do not think.
 3              Do you see that?
 4         A    Yes.
 5         Q    And I want to start with the sentence that
 6    says Meanwhile in that paragraph.
 7              Do you see that?
 8         A    Yes.
 9         Q    Ms. Long writes:  Meanwhile, both Katie
10    Cox and Cleary are now focusing their attention on
11    the board in DC to figure out who will really be
12    making the decision and advise us on next steps.
13              Did I read that right?
14         A    Yes.
15         Q    Did Custodia instruct Ms. Cox and Cleary
16    to focus their attention on the board?
17         A    I can't say that definitively.  I don't
18    know.
19         Q    Is that something that Ms. Cox did of her
20    own volition?
21              MS. WEINBERGER:  Object to form.
22         A    I'm aware that there were conversations
23    between Katie and members of the board.  I don't know
24    if that was at her own volition or not.
25         Q    And then what about Cleary?
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RESERVE BOARD OF )<br>GOVERNORS and FEDERAL RESERVE )<br>BANK OF KANSAS CITY, )<br>)<br>    Defendants. ) | Civil Number: 22-cv-00125-SWS |

### ERRATA SHEET FOR THE TRANSCRIPT OF THE DEPOSITION OF ZEV SHIMKO

I, Zev Shimko, have read the transcript of my deposition taken on November 30, 2023 in the above captioned matter and make the following corrections:

| Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|
| 12 | 12 | accounts | account | Transcription error |
| 16 | 19 | Prospect | Prosper | Transcription error |
| 19 | 20 | decided | I decided | Transcription error |
| 21 | 2 | accounts | account | Transcription error |
| 21 | 3 | accounts | account | Transcription error |
| 29 | 17 | enterprise risk committee | enterprise risk management committee | Transcription error |
| 34 | 22 | a full reserve | fully reserved | Transcription error |
| 39 | 16 | accounts | account | Transcription error |
| 40 | 10 | algorhythmic | algorithmic | Transcription error |
| 49 | 24 | jibe | jive | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|
| 55 | 22 | accounts | account | Transcription error |
| 56 | 15 | accounts | account | Transcription error |
| 60 | 6 | guaranty | guarantee | Transcription error |
| 60 | 10 | or a KC | or the KC | Transcription error |
| 61 | 1 | take | I take | Transcription error |
| 63 | 9 | with Wyoming | Wyoming | Transcription error |
| 65 | 8 | anyone art Visa | anyone at Visa | Transcription error |
| 71 | 21 | accounts | account | Transcription error |
| 72 | 2 | accounts | account | Transcription error |
| 72 | 15 | accounts | account | Transcription error |
| 73 | 8 | accounts | account | Transcription error |
| 74 | 11 | not on Caitlin's side | not in Caitlin's mind | Transcription error |
| 76 | 20 | accounts | account | Transcription error |
| 76 | 23 | accounts | account | Transcription error |
| 77 | 12 | Again, one | Again, as in one | Transcription error |
| 78 | 17 | corresponding | correspondent | Transcription error |
| 78 | 19 | maintain | obtain | Transcription error |
| 81 | 17 | accounts | account | Transcription error |
| 84 | 19 | accounts | account | Transcription error |
| 88 | 14 | overlapping | overlap | Transcription error |
| 102 | 11 | when | what | Transcription error |
| 107 | 22 | affected | effected | Transcription error |

| Page | Line | Current Transcript | Change | Reason |
|------|------|--------------------|--------|--------|
| 110 | 22 | corresponding | correspondent | Transcription error |
| 114 | 17 | the account access | the proposed payment system | Transcription error |
| 128 | 4 | I do not know | I did not. No | Transcription error |
| 140 | 25 | models | model | Transcription error |
| 156 | 3 | accounts | account | Transcription error |
| 165 | 19 | accounts | account | Transcription error |
| 167 | 4 | presence | present | Transcription error |
| 169 | 25 | accounts | account | Transcription error |
| 176 | 20 | accounts | account | Transcription error |
| 194 | 13 | done | done by | Transcription error |
| 199 | 22 | Federal | Federal Reserve | Transcription error |
| 211 | 17 | patents | patent | Transcription error |
| 220 | 18 | the program and | the program is with | Transcription error |
| 228 | 25 | operated | operating | Transcription error |
| 230 | 1 | Godshall | Gotschall | Transcription error |
| 230 | 2 | Godshall | Gotschall | Transcription error |
| 230 | 5 | Godshall | Gotschall | Transcription error |
| 233 | 21 | that's | that | Transcription error |

Dated: January 5, 2024

/s/ Zev Shimko_____
Zev Shimko