# EXHIBIT 29

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## Short Message Report

| Conversations: 2 | Participants: 3 |
| --- | --- |
| Total Messages: 7 | Date Range: 5/18/2022 |

## Outline of Conversations

💬    **mpdm-zev--michelle.stronz--caitlin-1** • 4 messages on 5/18/2022 • Caitlin Long<caitlin@custodiabank.com> • Michelle Stronz<michelle.stronz@custodiabank.com> • Zev Shimko<zev@custodiabank.com>

💬    **mpdm-zev--michelle.stronz--caitlin-1** • 3 messages on 5/18/2022 • Caitlin Long<caitlin@custodiabank.com> • Michelle Stronz<michelle.stronz@custodiabank.com> • Zev Shimko<zev@custodiabank.com>



CONFIDENTIAL

Custodia-00003346

**Messages in chronological order** (times are shown in GMT +00:00)

### mpdm-zev--michelle.stronz--caitlin-1

**Zev Shimko<zev@custodiabank.com>** — 5/18/2022, 2:47 AM
@Michelle Stronz are we able to add one for dinner? I'd like to invite Daniel. It would be good for him to spend some time with Steven/Sean.

**Zev Shimko<zev@custodiabank.com>** — 5/18/2022, 2:48 AM
So dinner would be 8:
Michelle, Caitlin, Zev, Mike, Steven, Sean, Daniel, Mary Beth

**Michelle Stronz<michelle.stronz@custodiabank.com>** — 5/18/2022, 4:30 AM
Sure -- that works.

**Michelle Stronz<michelle.stronz@custodiabank.com>** — 5/18/2022, 4:30 AM
It will be so great to be together.
❤ 2 · Caitlin Long<caitlin@custodiabank.com> · Zev Shimko<zev@custodiabank.com>

### mpdm-zev--michelle.stronz--caitlin-1

**Caitlin Long<caitlin@custodiabank.com>** — 5/18/2022, 12:13 PM
Good morning! I've been chewing on one thing Ross said in our Fed feedback meeting yesterday -- the number one thing that has caused problems for the Fed with de novo banks is that they don't have enough people experienced in bank regulations. Net-net, @Michelle Stronz please prioritize that in the CCO search. Chuck didn't even have that (even though he had BSA/AML experience, it was for a commodities firm not a bank), so I think in the regulators' eyes a bank-experienced CCO may be perceived as an upgrade. Related, I think the next director we add to the Board needs to have that background as well. Michelle -- I know we de-emphasized bank compliance experience in the prior assessment of Board candidates to fill Bryan's old seat, but if we add a 7th director after a potential Series B adds a 6th, then we should place a higher emphasis on that experience in our search.

PS -- Michelle, this is why I asked you for your bank experience yesterday. I think we have more bank-experienced people in the company than they realize, but I understand why they're asking about it. Compliance, ops &amp; finance are the #1 areas where they'll want bank-experienced people. Borges &amp; Coleman check the latter two boxes, as does Kayla, but we need to supplement her with BANK EXPERIENCED compliance folks. thx
👍 1 · Zev Shimko<zev@custodiabank.com>

**Caitlin Long<caitlin@custodiabank.com>** — 5/18/2022, 6:23 PM
How's the CCO resume screen going?

**Michelle Stronz<michelle.stronz@custodiabank.com>** — 5/18/2022, 9:45 PM
Two interviews this afternoon. Let's talk at dinner.

CONFIDENTIAL
Custodia-00003347