# EXHIBIT 37

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

CONFIDENTIAL

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF WYOMING
 3        --------------------------
          CUSTODIA BANK, INC.,          :
 4                                       :
              Plaintiff,                 :
 5                                       :  Case No.:
          vs.                            :
 6                                       :  1:22-cv-00125-SWS
          FEDERAL RESERVE BOARD OF       :
 7        GOVERNORS,                     :
                                         :
 8        AND                            :
                                         :
 9        FEDERAL RESERVE BANK OF        :
          KANSAS CITY,                   :
10                                       :
              Defendants.                :
11        --------------------------
12          "CONFIDENTIAL" DEPOSITION OF KATIE S. COX
13                    Volume 1 of 2
14        DATE:          December 19, 2023
15        TIME:          8:38 a.m. to 4:15 p.m.
16        LOCATION:      King & Spalding, LLP
                         1700 Pennsylvania Ave, NW
17                       Suite 900
                         Washington, DC 20006
18
19        REPORTED BY:  Felicia A. Newland, CSR
20
                         Veritext Legal Solutions
21                1250 Eye Street, N.W., Suite 350
                         Washington, D.C. 20005
22
```

Page 34

1       analyst is in the mergers and acquisitions section

2       at -- at the Board, that person is responsible for

3       putting together the briefing document and the

4       recommendation memo.

5             Q      And this is for a membership

6       application, let's say?

7             A      Either.  Whatever.  It's a

8       membership.  And it will include whatever proposals

9       are at hand --

10            Q      I see.

11            A      -- so they will be lumped together

12      and -- and reviewed together.

13            Q      Okay.

14            A      They're not going to be on their own

15      separate tracks, they're going to be on the same

16      track.  And -- but what my job is, or what the

17      analyst's job is, is to list each statutory factor.

18      The statutory factors, it could be seven, for like

19      a merger or a holding company formation, we divvy

20      out those statutory factors.

21            Q      So what are the statutory factors for

22      a master account?

CONFIDENTIAL

Page 35

1          A      The only one is that you have to be

2   legally eligible for a master account.

3          Q      Okay.  So were you aware of any sort

4   of risk assessments that the reserve banks were

5   conducting on master account requests?

6          A      They -- no, because those weren't

7   required.

8          Q      They weren't required, but could they

9   be done?  Were you aware?

10         A      They could be done, but what my job

11  was, as a gatekeeper, there's only one gate for a

12  master account; and that is, is it a legally

13  eligible depository institution.

14         Q      I'm sorry, when you say gate, what do

15  you mean?

16         A      So gates are the statutory factors --

17         Q      Okay.

18         A      -- things you -- that congress

19  stipulates that are the requirements or the legal

20  requirements for the Federal Reserve to look at.

21  That's what we're allowed to look at.  And so each

22  type of proposal -- like I said, there's like 40 of

Page 36

1      them come through.

2                    Each one has its own statutory -- or

3      set of one -- it might be one in the case of a

4      master account, or it could be multiple statutory

5      factors, like in the case of a bank merger and

6      acquisition.  But that's all we're -- I guess

7      congress has given the power to the Fed to look at.

8             Q     I see.  So let me tease this out a

9      little bit for a master account just because, you

10     know, there's a lot of moving parts here --

11            A     Uh-huh.

12            Q     -- and you talked about a lot of

13     different types of applications.

14                    So for a master account, your

15     testimony is the Board would look at -- would

16     determine legal eligibility?  That's the statutory

17     factor you're referring to?

18            A     Uh-huh.

19            Q     Great.  Okay.

20                    And what would the -- in your

21     experience, what would the reserve bank's role be

22     on master account requests?

CONFIDENTIAL

1           an officer and an official of a bank.  That's the

2           only one that I can think of that the reserve banks

3           have the authority to deny.

4                   Q     Do the reserve banks have authority

5           to deny master account requests?

6                           MS. WEINBERGER:  Object to form.

7                           THE WITNESS:  Well, they -- yes, they

8           have the -- they do have the authority to do that.

9           BY MS. CARLETTA:

10                  Q     And they have the authority to grant

11          them?

12                  A     And the authority to grant them, yes.

13                  Q     I think --

14                          MS. CARLETTA:  How long have we been

15          going?  Let's take a break.

16                      (Recess from 10:52 a.m. to 11:08 a.m.)

17          BY MS. CARLETTA:

18                  Q     So I want to talk a little bit about

19          Custodia's master account request.  Did you review

20          the request before it was submitted?

21                  A     No.  I think it's just -- no, I

22          didn't.

CONFIDENTIAL

Page 148

1          Q     Did you advise Custodia about how the

2     master account review process would work?

3          A     No, I didn't.

4          Q     So you didn't tell them either way

5     what would happen once they submitted their master

6     account request?

7          A     No, I didn't.

8          Q     Were you familiar with any policies

9     or procedures that the reserve banks had put out

10    concerning master account request procedures?

11         A     No, not in -- no, I can't say I knew

12    anything specifically.  Maybe some things in

13    general, but . . .

14         Q     Were you aware of, for example, the

15    Federal Reserve Bank of New York's handbook on

16    master account requests?

17         A     No.  I knew about Business Operating

18    Circular No. 1.

19         Q     Okay.  Had you reviewed that before?

20         A     No, I had not.

21         Q     So you were aware that it existed?

22         A     Yeah, I was aware that the operating

Page 149

1          circular existed.

2                    Q      Okay.  But you hadn't reviewed it?

3                    A      No.

4                    Q      And did Custodia seek your advice on

5          the master account process?

6                    A      Not really.  I mean, they knew I

7          wasn't -- they knew they were hiring me more for

8          understanding the whole Federal Reserve System, how

9          it -- how it -- how the Federal Reserve System

10         works in relationship to proposals in general.

11                   Q      Okay.  Were you aware that FRBKC had

12         policies and procedures concerning evaluation of

13         master account requests?

14                   A      No, I wasn't --

15                   Q      Okay.

16                   A      -- aware of that.

17                   Q      Is it your understanding that the

18         review process for a master account may be

19         different than the review process for a membership?

20                   A      I know what the review process is for

21         membership, and that's based on the statutory

22         factors, but -- and so that process for a master

CONFIDENTIAL

Page 150

1          account should be based on statutory factors, but

2          other than that --

3                    Q     You don't know?

4                          MS. WEINBERGER:  Object to form.

5                          THE WITNESS:  Well, I know there's a

6          difference in the statutory factors, but I don't

7          know how else to answer that.

8          BY MS. CARLETTA:

9                    Q     Okay.  Did you meet with the Federal

10         Reserve Bank in 2020 about Custodia's master

11         account request?

12                   A     So there may have been some

13         conference calls with the -- with the reserve bank.

14                   Q     But would you have been a part of

15         those in 2020?

16                         MS. WEINBERGER:  To clarify, you're

17         talking about in the year?

18         BY MS. CARLETTA:

19                   Q     In the year 2020, would you have been

20         a part of any calls with the Reserve Bank of Kansas

21         City and Custodia concerning Custodia's master

22         account request?

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Number: 22-cv-00125-SWS |
| | ) | |
| FEDERAL RESERVE BOARD OF | ) | |
| GOVERNORS and FEDERAL RESERVE | ) | |
| BANK OF KANSAS CITY, | ) | |
| | ) | |
| Defendants. | ) | |

**ERRATA SHEET FOR THE TRANSCRIPTS OF THE DEPOSITIONS OF
KATIE COX**

I, Katie Cox, have read the transcripts of my depositions taken on December 19, 2023 ("Vo1. 1") and December 20, 2023 ("Vol. 2") in the above captioned matter and make the following corrections:

| Vol. | Page | Line | Current Transcript | Change | Reason |
|---|---|---|---|---|---|
| 1 | 71 | 10 | Council | Counsel | Transcription error |
| 1 | 84 | 9–10 | Division of Consumer Community Affairs | Division of Consumer and Community Affairs | Transcription error |
| 1 | 87 | 18 | Allison Crowe | Alison Thro | Transcription error |
| 1 | 95 | 16 | general council | general counsel | Transcription error |
| 1 | 97 | 1 | Ben Mickey | Ben McGee | Transcription error |
| 1 | 110 | 2 | Ben Bader | Ben Bauder | Transcription error |
| 1 | 182 | 6 | secondment | seconded | Transcription error |
| 1 | 183 | 10 | secondment | seconded | Transcription error |
| 1 | 248 | 14 | sure | insured | Transcription error |

| Vol. | Page | Line | Current Transcript | Change | Reason |
|------|------|------|--------------------|--------|--------|
| 1 | 343 | 14 | Custodia on products and services that was | Custodia on products and services that it was | Transcription error |
| 2 | 21 | 11 | And A lot of things | And a lot of things | Transcription error |
| 2 | 38 | 9 | So I reference | So I referenced | Transcription error |
| 2 | 58 | 8 | narrowed it down farther | narrowed it down further | Transcription error |
| 2 | 87 | 8 | Territory bank of Americas | Territorial Bank of American Samoa | Clarification |
| 2 | 144 | 8 | American Bank of Samoa | Territorial Bank of American Samoa | Clarification |
| 2 | 145 | 13, 17 | American Samoa Bank | Territorial Bank of American Samoa | Clarification |
| 2 | 164 | 7 | might sent it out | might send it out | Transcription error |
| 2 | 176 | 17–18 | Office of the Comptroller, the currency | Office of the Comptroller of the Currency | Transcription error |
| 2 | 197 | 9 | there's two ways to get a master account was to buy | there's two ways to get a master account – to buy | Transcription error |
| 2 | 197 | 14 | And we had went in with the FDIC in | And we went in with the FDIC and | Transcription error |
| 2 | 201 | 15 | hand version | handbook version | Transcription error |
| 2 | 211 | 17 | Florida charter | Florida chartered | Transcription error |

Dated: January 8, 2024

/s/ Katie Cox
Katie Cox