# EXHIBIT 38

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF WYOMING

     ---------------------------
     CUSTODIA BANK, INC.,         :
                                  :
          Plaintiff,              :
                                  :  Case No.:
     vs.                          :
                                  :  1:22-cv-00125-SWS
     FEDERAL RESERVE BOARD OF     :
     GOVERNORS,                   :
                                  :
     AND                          :
                                  :
     FEDERAL RESERVE BANK OF      :
     KANSAS CITY,                 :
                                  :
          Defendants.             :
     ---------------------------
            "CONFIDENTIAL" DEPOSITION OF KATIE S. COX
                       Volume 2 of 2
     DATE:           December 20, 2023
     TIME:           8:42 a.m. to 3:33 p.m.
     LOCATION:       King & Spalding, LLP
                     1700 Pennsylvania Ave, NW
                     Suite 900
                     Washington, DC 20006

     REPORTED BY:  Felicia A. Newland, CSR


                 Veritext Legal Solutions
             1250 Eye Street, N.W., Suite 350
                     Washington, D.C. 20005
```

```
                                                      Page 59
 1      walk --
 2              A     Okay.
 3              Q     -- through each of them.
 4                    So did you ask -- did you ask counsel
 5      for documents showing that the Board determined
 6      whether Custodia Bank was eligible for a master
 7      account?
 8                    MS. WEINBERGER:  Object to form.
 9                    THE WITNESS:  So I asked for the
10      documents I just mentioned.  The ones that -- that
11      show the different avenues or angles that the Board
12      was using to control the master account application
13      process.
14      BY MS. CARLETTA:
15              Q     Okay.  Did you listen to or review
16      transcripts from Caitlin Long, Zev Shimko or Peter
17      Conti-Brown's depositions?
18              A     No, I did not.
19              Q     Okay.
20                    MS. CARLETTA:  You know, I think this
21      might be -- we're going to get into some documents,
22      but I think this might be a good time to take a
```

Page 60

```
 1       real quick break.  Does that sound good?
 2                   THE WITNESS:  Yes.
 3                   MS. CARLETTA:  Okay.  Great.
 4              (Recess from 9:35 a.m. to 10:19 a.m.)
 5                   MS. CARLETTA:  Back on the record.
 6       BY MS. CARLETTA:
 7           Q    Katie, are you ready?
 8           A    Yes.
 9           Q    Thank you.
10                So, Katie, have you ever seen
11       policies that the reserve banks had concerning
12       master account requests before the guidelines?
13           A    No, I did not see those policies.
14               (Cox Deposition Exhibit Number 319 marked
15                for identification.)
16       BY MS. CARLETTA:
17           Q    Okay.  And I'm going to have you turn
18       to what's been marked as Exhibit 319.
19           A    What tab?
20           Q    And it's Tab 4 --
21           A    Uh-huh.
22           Q    -- in the documents in front of you.
```

Page 61

1     A     Uh-huh.
2     Q     Okay.  And this is the Federal
3  Reserve Bank of New York Account and Financial
4  Services Handbook.  Is that right?
5     A     That's what it says.
6     Q     Okay.  And it's dated February 25th,
7  2020.  Is that right?
8     A     That's what it says.
9     Q     Okay.  And have you ever seen this
10 before?
11    A     I retired four days after this was
12 issued.
13    Q     Okay.  And was this provided to
14 you -- did you review this as part of your
15 expert --
16    A     No, I did not.
17    Q     -- materials?
18          Okay.  And I'll represent to you that
19 this is a publicly available handbook.  And why
20 don't we take a look at page -- the first page.  In
21 the introduction it says, "The Federal Reserve Bank
22 of New York assesses, manages, and mitigates the