# EXHIBIT 48

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Message

| | |
|---|---|
| **From:** | Webber, Suzee [/O=FRSMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=J1SNWK92DB] |
| **Sent:** | 2/1/2021 7:53:50 PM |
| **To:** | May-Oder, Christi [christi.may-oder@kc.frb.org]; Gaul-Pearson, Chris [chris.gaul-pearson@kc.frb.org] |
| **Subject:** | RE: Risk Assessment #2 |

**RESTRICTED FR // FRSONLY**

We did not [Redacted] settles services, with the exception of funds, through a correspondent and they have been composite 3-rated or above since opening the account. We initially assigned them to Group S for closer monitoring when the account was opened and then to Group A following the downgraded BSA/AML exam.

**From:** May-Oder, Christi <christi.may-oder@kc.frb.org>
**Sent:** Monday, February 01, 2021 1:35 PM
**To:** Webber, Suzee <suzee.n.webber@kc.frb.org>; Gaul-Pearson, Chris <chris.gaul-pearson@kc.frb.org>
**Subject:** RE: Risk Assessment #2

**RESTRICTED FR // FRSONLY**

Thanks, Suzee. We didn't have any unique or additional controls on CBW?

**From:** Webber, Suzee <suzee.n.webber@kc.frb.org>
**Sent:** Monday, February 1, 2021 1:29 PM
**To:** May-Oder, Christi <christi.may-oder@kc.frb.org>; Gaul-Pearson, Chris <chris.gaul-pearson@kc.frb.org>
**Subject:** RE: Risk Assessment #2

**RESTRICTED FR // FRSONLY**

Good questions.

I believe [Redacted] has/had some international operations. My understanding is that [Redacted] has discontinued, or is in the process of unwinding, that activity based on requirements of their Consent Order.

To your question about other controls for consideration; we could possibly look to FRBNY's supplemental guide for potential additional "control" options. I think we've pretty much covered all standard risk controls available to us.

**From:** May-Oder, Christi <christi.may-oder@kc.frb.org>
**Sent:** Sunday, January 31, 2021 3:44 PM
**To:** Webber, Suzee <suzee.n.webber@kc.frb.org>; Gaul-Pearson, Chris <chris.gaul-pearson@kc.frb.org>
**Subject:** RE: Risk Assessment #2

**RESTRICTED FR // FRSONLY**

CONFIDENTIAL                                                                                                      FRBKC-00003638

Thanks for drafting, Suzee. I made only one change to reflect the MA account request was received in Oct. 2020. I was also curious if our district has experience with any DIs involved in international operations. I realize that's not their focus initially, but are there any other controls that we might need to eventually consider?

**From:** Webber, Suzee <suzee.n.webber@kc.frb.org>
**Sent:** Thursday, January 28, 2021 2:17 PM
**To:** May-Oder, Christi <christi.may-oder@kc.frb.org>; Gaul-Pearson, Chris <chris.gaul-pearson@kc.frb.org>
**Subject:** Risk Assessment #2


**RESTRICTED FR // FRSONLY**

Hi Christi!

Attached is the risk assessment for Avanti. Please let me know if you have any questions/revisions.

Thanks,
Suzee



**Suzanne N. Webber**
*Senior Supervisory/Compliance Analyst II, Credit and Risk Management Department*
P: *816.881.2464*   Dept: *800.333.2987*   E: *suzee.n.webber@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive  ·  Kansas City, Missouri 64198  ·  www.kansascityfed.org  >>>

Federal Reserve Discount Window/Payment System Risk Site