# EXHIBIT 54

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.





Christi May-Oder

Oct 2020
thru
Aug 2021

**96**
**SHEETS**

**RULED**
PAGES

NOTEBOOK

CAMBRIDGE

FRBKC-00014246

CONFIDENTIAL

FRBKC-00014247



CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014249

CONFIDENTIAL

FRBKC-00014250

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014252

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014254

CONFIDENTIAL

FRBKC-00014255

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014258

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014260



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014263

CONFIDENTIAL

FRBKC-00014264

CONFIDENTIAL

FRBKC-00014265

CONFIDENTIAL

FRBKC-00014266

CONFIDENTIAL

FRBKC-00014267

CONFIDENTIAL

FRBKC-00014268

CONFIDENTIAL

FRBKC-00014269

CONFIDENTIAL

FRBKC-00014270

CONFIDENTIAL

FRBKC-00014271

CONFIDENTIAL

FRBKC-00014272

CONFIDENTIAL

FRBKC-00014273

CONFIDENTIAL

FRBKC-00014274

CONFIDENTIAL

FRBKC-00014275

CONFIDENTIAL

FRBKC-00014276

1   20   21

Britney, Allison, Chuck Thompson

Meeting w/ Avanti: Caitlyn, Bryan Bishop, Justin, Derek Bush, Graham Bannon

Caitlyn's Letter

1) Avanti is a DI + a bank; OCC trust charter applicants <u>not</u> DIs
b/c don't take deposits
engaging w/ core banking service provider

2) OCC trust charter applicant rely on 3rd party inst to conduct many activities
creating counterparty risk; Avanti would have minimal CP risk

3) Avanti capital $31 mil + OCC trust $12 mil
"   100% reserves

4) Membership for OCC charter is automatic; Is there capital
light path for OCC trust banks vs. state chartered?

5) Legal q's pertaining to membership

6) Other app's pose add'l b/c risks

7) Why developing supervisory program

Burning Q: Tara
- Work still continues; getting others across the system engaged
- What @ Esther charter - very front of mind for us
- Constituents are engaged that Esther is talking to + Tara talking
- Work quickly w/ Fed space                    to her colleagues
- Another complexity w/ Δ in key players - w/ some D's in position

Caitlyn  Are there show stoppers?
Important we understand difference in capital levels
Will they be slowed down by some of these

Tara → Not sure we feel its 'automatic' membership for Fed; looking
into it.
- Trying to get cross-agency discussions - difficult w/ the D's
- Working across the system w/ colleagues

Caitlyn  Subject to federal statute for capital; Request Avanti be
treated separately than others

CONFIDENTIAL

Q: How did you determine capital?

Britney — spent a lot of time in state; don't have
lending risk but do have risk operational risk
potential earnings volatility; resolution costs

3 yrs of op exp for capital but could prove to be
too much or too little.

$31 mil — Avanti

$12 mil — Bitpay — plan to apply for MA

— These are not dep entities so capital is lower
but everything is off BS so capital

— Looked at OCC charter & cap level ↓
but didn't want to give up dep taking feature b/c
key functionality

Asking us to separate them from others

<div style="border:1px solid #000; text-align:center; padding:20px;">

# Redacted

</div>

Q Ever consider state charter bank?
Does it make sense to mix w/ trad bank ~ could
create liq risk
If have existing banks adding on these services
— still determined to stay w/ SPDI
important to be dep inst so can clear quickly

Q How will fincen's proposed
Chuck Thompso    Avanti is going to comply w/ rules; addressing them
w unhosted wallet — not defined so substantive portion
of NPRM very straitforward so believe they will be able
to comply; if can't obtain info they needed,
they wouldn't transact w/ the customer

Avanti (cont)

Zev   Q: Comparisons

High level — custodial activities look similar to trad trust co's
   big difference — cant dealing w/ dig assets & can't claw back
Access to MA — reduces settlement risk
Custome dep dig assets ~ hold at Avanti or facilitate tx to buy
                              more or sell
      Buy  — ↑ Trust Acct
      Sell — ↓ Trust Acct & ↑ dep acct
- P/c transact directly

Assets given haircuts — Federal oversight resolves this risk
- Open Q ; gets to their intent to apply for FR membership
- If we want them to pursue membership, they are open
   to it.


How Define Stablecoin ?
   Avit uses same technology — as stablecoin, but funct, legally
      very different. Its designed to fit w/in legal
- Avit is bank issued neg instrument ; not security — UCC Article:
- Stablecoin — not sure what they are legally

| Redacted |
| --- |

Why is this diff different ?
- They're not banks whereas Avanti is a bank
- Stablecoin is different
- Avit — redeemable by a Bank, legal under UCC Article 3
- Likely see more of these in the future
- Authority for issuance by Bank was not clear
- These other cases are not Banks & Avant spent a long
   time
- H14 — Avit issued by Bank — count in M1
      others coins          "       " M2

CONFIDENTIAL

- Haven't talked to SEC @ their thoughts on AVIT
  run risk of them calling it a security
* - Defn of Bank in 34 Act doesn't include trust co's?

- - Cont to track rules of State

- Any movement from FDIC ? No
  but interesting OCC trust co's aren't requiring
  FDIC ins.

Next Check point:
Maybe Feb ? $

<u>Only</u> 1x Novo in this batch
  cash burn is significant

Katherine
* · Happy to give others presentation
  Feel strongly @ differentiating b/w OCC applicants
  · Happy to provide written response to Q's

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014282

CONFIDENTIAL

FRBKC-00014283

CONFIDENTIAL

FRBKC-00014284

CONFIDENTIAL

FRBKC-00014285

CONFIDENTIAL

FRBKC-00014286

CONFIDENTIAL

FRBKC-00014287

2 / 22 / 21

Esther Briefing (cont)

Analysis @ Provability ing col

Could be Fed or State regulator
What @ difference in cap reg's — BASEL Cap Reg's for
international co's vs state reg's that are not subject

Safety Net:
- Dp Ins.
- Access to DW

Esther's Concern:
  Is this bank a DI by any other name?
  Her concern is not whether we can protect the Fed
    b/c we have controls in place

Q: Is this a DI consistent w/ today's framework & having
    access to safety now?

Esther's View on These Entities:
• Not looking for an answer
• Not able to give you acct b/c we have to determine
    policy decisions
  Esther has heard enough g's @ this & support to think
                                    digital currency
    @ these issues collectively
    Is it @ activities or structure — Lael's speeches are broad
      + address all of these concerns
  Libra — not allowed   b/c said it was commerce
  Esther — don't have clear understanding of $$ what these
      entities are
    - She's happy to tell Avanti / REDACTED ed
        • no access b/c don't know what we're dealing
          with yet
    - Don't think we say 'NO', rather
      we are unable to give you an answer at this time

CONFIDENTIAL

FRBKC-00014289

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014291

CONFIDENTIAL

FRBKC-00014292

CONFIDENTIAL

FRBKC-00014293

CONFIDENTIAL

FRBKC-00014294

To Do: Set up time w/ Susan          3 16 21

NTMA Mtg

\* Steering Co:          **Privileged**

Operational risk: Caitlyn Letter - no feedback          **Privileged**

- IT risks, vendor risk

Susan - Put on SharePoint site → to make edits

set up
time to          Audience: Esther, Practical workstream
discuss
Q's              • Groups are more interested in seeing more than lens & see some
                   of detail

\* Judith's version is most recent version

Background - Include structural Q's in background section
Bring them      • Q's @ legal eligibility · Q's @ fin'l stability
up in           • Bring argument the principles aren't answering the Question
doc.          - Key Messages:
                • significant Q's we can't answer @ MP & fin'l stability; it's the
                  additive factor

            - Assume w/o deciding on all these other issues that need
                 to be determined to make a decision
            (Tara will look at notes from PSPAC mtg)

**Privileged**

            Future Discussions w/ Kaithyn & Aranti:
            Will do 1:1 w/ Tara/Craig at some point but no plans
            to do so in near term

CONFIDENTIAL

- Exec Level Memo
- Info laid out - template - Alinda will work on
  template & send out to CRM

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014298

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014300

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014302

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014304

CONFIDENTIAL

FRBKC-00014305

CONFIDENTIAL

FRBKC-00014306



CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014308

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014312

CONFIDENTIAL

FRBKC-00014313

CONFIDENTIAL

FRBKC-00014314

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00014316

CONFIDENTIAL

FRBKC-00014317

CONFIDENTIAL

FRBKC-00014318

CONFIDENTIAL

FRBKC-00014319