# EXHIBIT 58

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Message
---

| | |
|---|---|
| **From**: | Hazen, Judith [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7350443E31634D16B20426C96A89699C-J1JHH02] |
| **Sent**: | 6/8/2022 10:17:51 PM |
| **To**: | Humston, Tara L [tara.l.humston@kc.frb.org]; Bemboom, Kara [kara.bemboom@kc.frb.org]; Weaver, Myles [myles.weaver@kc.frb.org]; Crouch, Ross [ross.crouch@kc.frb.org]; May-Oder, Christi [christi.may-oder@kc.frb.org]; McGhee, Ben [ben.mcghee@kc.frb.org] |
| **CC**: | Zahnd, Craig C [craig.zahnd@kc.frb.org]; Billman, Nick [nick.billman@kc.frb.org]; Imgarten, Jeffrey [jeffrey.imgarten@kc.frb.org] |
| **Subject**: | FW: Meeting to Discuss Membership Application |

**RESTRICTED FR // SECURE EXTERNAL**

I sent the following message to Caitlin.  Thanks for the quick feedback.

**From:** Hazen, Judith
**Sent:** Wednesday, June 08, 2022 5:03 PM
**To:** 'caitlin@custodiabank.com' <caitlin@custodiabank.com>
**Cc:** Billman, Nick <Nick.Billman@kc.frb.org>; tanya.mcquordale@custodiabank.com; chuck@custodiabank.com; Zahnd, Craig C <Craig.Zahnd@kc.frb.org>; Imgarten, Jeffrey <jeffrey.imgarten@kc.frb.org>
**Subject:** RE: Meeting to Discuss Membership Application

**RESTRICTED FR // SECURE EXTERNAL**

Caitlin,

We are looking at options to reschedule our discussion and will circle back soon.  In response to your question, our Applications team has compiled the lists below, consistent with expectations for any de novo membership application, for: (1) the individuals required to submit Interagency Biographical and Financial Reports (IBFR) and (2) individuals who will be subject to background investigations.  These are based upon information included in the initial submission, updates provided to our supervisory team regarding changes in the management team/directorate, and publicly available information regarding the University of Wyoming Foundation.  Should a replacement for Chuck Thompson be named, or other senior executive officers be named during the pendency of the application, they too, will likely be required to submit an IBFR. Individuals who wish to submit IBFRs directly to the applications team, rather than through corporate counsel, may contact Jeff Imgarten (copied) to establish an encrypted email thread.

With respect to previously submitted IBFRS, we ask for updated financial information, or a formal representation that there has been no material change since the initial submission.

Finally, upon receipt of completed IBFRs, background investigation instructions will be provided to relevant parties.

IBFRS
- Richard McGinity, Director

CONFIDENTIAL
FRBKC-00011132

- John Pettway, Director
- Jeff Van Harte, Director
- Caitlin Long – Update financial information from prior submission/or represent no material change
- Zev Shimko, President
- Mike Borges, CFO
- Phillip Trieck, Director and capacity as Chief Investment Officer of the University of Wyoming Foundation
- John Stark, Incoming CEO of University of Wyoming Foundation
- Any other Senior Executive Officers engaged in policy making that have not been previously named

Background Investigations
- Caitlin Long
- Zev Shimko
- Top two decision makers of principal shareholder University of Wyoming Foundation
  - Phillip Trieck – Chief Investment Officer
  - John Stark – Incoming CEO

Please let me know if you have questions.

Judith

---

**From:** caitlin@custodiabank.com <caitlin@custodiabank.com>
**Sent:** Wednesday, June 08, 2022 9:12 AM
**To:** Hazen, Judith <judith.hazen@kc.frb.org>
**Cc:** Billman, Nick <Nick.Billman@kc.frb.org>; tanya.mcquordale@custodiabank.com; chuck@custodiabank.com; Zahnd, Craig C <Craig.Zahnd@kc.frb.org>
**Subject:** RE: Meeting to Discuss Membership Application

This message was sent securely using Zix®

Thanks Judith. I understand that you need time to re-group, so it's fine to postpone today's meeting. Just to be clear, the lawsuit pertains to our master account application, but today's meeting pertained to our membership application. In the meanwhile, would you please respond to our outstanding question about the membership application and let us know which other executives and directors, if any, need to submit our personal biographical and financial disclosure forms -- and whether the forms Cleary asked you about last August are still acceptable? Thank you!

--- Originally sent by judith.hazen@kc.frb.org on Jun 7, 2022 9:03 PM ---

This message was sent securely using Zix®

RESTRICTED FR // SECURE EXTERNAL

CONFIDENTIAL                                                                                                          FRBKC-00011133

**RESTRICTED FR // SECURE EXTERNAL**

Good evening, Caitlin.

I'm writing to postpone our meeting scheduled for tomorrow. While the Federal Reserve Bank of Kansas City is committed to continued progress on your request, we also want to ensure we handle all interactions properly in light of the active litigation and we need to determine how our future interactions should be handled, including the role for counsel. Thank you for understanding; I will be in touch soon.

Judith

**Judith Hazen**

*Vice President*

P: 816.881.2789   E: Judith.Hazen@kc.frb.org

FEDERAL RESERVE BANK OF KANSAS CITY

1 Memorial Drive   ·   Kansas City, Missouri 64198   ·   www.kansascityfed.org

This message was secured by Zix ® .

This message was secured by Zix®.
This message was secured in transit. REP-ZFRSSE

CONFIDENTIAL