# EXHIBIT 62

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Message

| | |
|---|---|
| **Sent**: | 1/6/2023 7:04:07 PM |
| **To**: | Hinkle, Jason (Board) [/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=user7dfd810a]; DeBoer, Margaret (Board) [/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=useree0e2533]; Malloy, Matthew (Board) [/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=user1db34163]; Demartini, Courtney (Board) [/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=user9be06e53] |
| **CC**: | May-Oder, Christi [christi.may-oder@kc.frb.org]; Billman, Nick [nick.billman@kc.frb.org]; Vandivort, Bill [bill.vandivort@kc.frb.org]; Chadwick, Joshua (Board) [/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=user6114f26e] |
| **Subject**: | Draft Recommendation Memo |
| **Attachments**: | President George Custodia Master Account Recommendation Memo-Draft 01.06.2023.docx |

All,

Pursuant to the proposed S letter, we are providing our pre-decisional draft memorandum regarding potential actions on Custodia's request for a master account. For ease of reference, public policy considerations are discussed on pages 2 and 7. Please let us know if you have any questions or comments as soon as possible.

Judith



**Judith Hazen**
*Vice President*
P: 816.881.2789   E: *Judith.Hazen@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive · Kansas City, Missouri 64198 · www.kansascityfed.org

CONFIDENTIAL                                                                                                    FRBKC-00016409