# EXHIBIT 63

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

| | |
|---|---|
| **From:** | "Matthew Malloy" <Matthew.S.Malloy@frb.gov> |
| **Sent:** | Tue 1/10/2023 6:03:32 PM (UTC-05:00) |
| **To:** | "Judith Hazen \(FRS\)" <judith.hazen@kc.frb.org>, "Jason Hinkle" <jason.a.hinkle@frb.gov>, "Margaret DeBoer" <margaret.deboer@frb.gov>, "Courtney Demartini" <courtney.e.demartini@frb.gov> |
| **Cc:** | "Christi May-Oder \(FRS\)" <christi.may-oder@kc.frb.org>, "Nick Billman \(FRS\)" <nick.billman@kc.frb.org>, "Bill Vandivort \(FRS\)" <bill.vandivort@kc.frb.org>, "Joshua Chadwick" <joshua.p.chadwick@frb.gov>, "Gavin Smith" <gavin.l.smith@frb.gov> |
| **Subject:** | RE: Draft Recommendation Memo |
| **Attachment:** | President George Custodia Master Account Recommendation Memo-Draft 01.06.2023 ma3.docx |

RESTRICTED FR // FRSONLY

Hi Judith: please see some suggestions in the attached draft from Board MA for your consideration.
Best, Matt

**From:** Hazen, Judith <judith.hazen@kc.frb.org>
**Sent:** Friday, January 6, 2023 2:53 PM
**To:** Jason Hinkle <jason.a.hinkle@frb.gov>; Margaret DeBoer <margaret.deboer@frb.gov>; Matthew Malloy <Matthew.S.Malloy@frb.gov>; Courtney Demartini <courtney.e.demartini@frb.gov>
**Cc:** Christi May-Oder (FRS) <christi.may-oder@kc.frb.org>; Nick Billman (FRS) <nick.billman@kc.frb.org>; Bill Vandivort (FRS) <bill.vandivort@kc.frb.org>; Joshua Chadwick <joshua.p.chadwick@frb.gov>
**Subject:** Draft Recommendation Memo

RESTRICTED FR // FRSONLY


**RESTRICTED FR // FRSONLY**

All,

Pursuant to the proposed S letter, we are providing our pre-decisional draft memorandum regarding potential actions on Custodia's request for a master account. For ease of reference, public policy considerations are discussed on pages 2 and 8. Please let us know if you have any questions or comments as soon as possible.

Judith



**Judith Hazen**
*Vice President*
P: *816.881.2789*   E: *Judith.Hazen@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive   Kansas City, Missouri 64198   www.kansascityfed.org

FRB-AR-000313