# EXHIBIT 68

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

1        IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF WYOMING
2
3
4      CUSTODIA BANK, INC.,       )
                                  )
5                Plaintiff,       )
                                  )
6      v.                         )
                                  ) 1:22-cv-00125-SWS
7      FEDERAL RESERVE BOARD      )
       OF GOVERNORS AND           )
8      FEDERAL RESERVE BANK OF    )
       KANSAS CITY,               )
9                                 )
                 Defendants.      )
10                                )
11
12
13             * DESIGNATED CONFIDENTIAL *
14          * SUBJECT TO A PROTECTIVE ORDER *
15
16
17           DEPOSITION OF ANDREA MULLINS, a Witness,
18     taken on behalf of the Plaintiff before Peggy E.
19     Corbett, CSR, CCR, RDR, pursuant to Notice on the
20     7th day of December, 2023, at the offices of the
21     Federal Reserve Bank of Kansas City, 1 Memorial
22     Drive, Kansas City, Missouri 64198.
23
24
25









1          Q.    And what does that line below say, Line
2     21?
3          A.    "CRRM can't fully supervise?"
4          Q.    And what does that mean?
5          A.    The question was raised, if membership
6     was denied, would that prevent CRRM from fully
7     being able to have a line of sight into
8     Custodia's operation.
9                And that became a concern for me, that
10    if membership was denied, I wouldn't have insight
11    into the risks and how they were being managed or
12    mitigated by Custodia.
13         Q.    So why would you still be concerned
14    about Custodia at all, if they were denied
15    membership?
16         A.    Because the master account request was
17    still pending, and if it was granted, or if
18    membership was denied, I wouldn't have insight
19    into how the operation was being run, the way I
20    would if they had a Federal regulator.
21         Q.    So did you believe that Custodia could
22    be granted master account access without being
23    granted membership?
24         A.    That was a possibility.
25         Q.    Did you believe that you could grant

Page 210

1    master account access without being able to fully
2    supervise Custodia from CRRM?
3              MR. MICHAELSON:  Objection to form.
4         A.   The guidelines indicate that a Tier 3
5    entity, without deposit insurance, without a
6    Federal regulator, could be granted a master
7    account.
8              So yes, it was my understanding that
9    they could be granted a master account and denied
10   membership, and yes, it would just be concerning
11   at that point as to how we would monitor, our
12   condition monitoring practices, how we would
13   carry those out in order to have sufficient
14   understanding and insight into how Custodia was
15   being managed and the risks that they may present
16   to the Federal Reserve and the payment system by
17   the products and offerings they were rolling out.
18        Q.   Are you aware of any Tier 3 institutions
19   being granted account access?
20             MR. MICHAELSON:  Objection,
21   foundation.
22        A.   Not during my time at Credit Risk.
23        Q.   (BY MR. MENDELSON)  How about outside of
24   your time at Credit Risk?
25        A.   I'm not well aware of anything related

Page 211

1    to a master account granting a denial after I
2    left the Kansas City Fed.
3         Q.   So when you were being trained in Credit
4    Risk, did you ever encounter an example of a Tier
5    3 institution that was a granted a master
6    account?
7         A.   Not that I recall.
8         Q.   So is there anything that you could
9    reference while you were a member of Credit Risk
10   regarding granting account access to a Tier 3
11   institution?
12        A.   Can you repeat the question?
13        Q.   Sure.  So when you were at Credit Risk
14   and you could reference prior examples as part of
15   your training, for example, right, so when you
16   were being trained in Credit Risk you mentioned
17   that initially you were given some cleaned up
18   examples of master account requests, right?
19        A.   Yes.
20        Q.   So out of any of those examples, were
21   any of those example institutions Tier 3
22   institutions?
23        A.   They were not.
24        Q.   Go the top of your notes on this page it
25   says "Topic:  Transition."  What's that referring

1      A.   I'm not.
2      Q.   You're not?  I think that's all we have.
3           MR. MICHAELSON:  Okay.  I have a
4  few questions.  First I'd like to designate the
5  entirety of the transcript confidential pursuant
6  to the protective order, and I have just a few
7  questions for you.
8                    EXAMINATION
9  BY MR. MICHAELSON:
10     Q.   First, do you recall testifying about
11 meetings you had involving the Board concerning
12 the pre-membership exam of Custodia?
13     A.   I sat in on meetings between Kansas City
14 and the Board regarding membership.
15     Q.   So is that one or more than one?
16     A.   There was more than one.
17     Q.   More than one, okay.  Referring to all
18 of those meetings together, was there ever any
19 discussion in those meetings of whether to grant
20 or deny Custodia's master account request?
21     A.   No.  The subject of the meetings was
22 membership-related.  There was no discussion
23 regarding the master account request.
24     Q.   During any of those meetings, did anyone
25 from the Board of Governors express a view on

Case 1:22-cv-00125-SWS Document 283-51 Filed 02/02/24 Page 11 of 14
CONFIDENTIAL

Page 233

1  whether Custodia's master account request should
2  be granted or denied?
3      A.   No.
4      Q.   Aside from those, did you participate in
5  any other meetings involving Board personnel in
6  which the subject of Custodia's master account
7  was discussed?
8      A.   No.
9      Q.   At the time that you left the Credit
10 Risk function, that was in October of 2022; is
11 that correct?
12     A.   Correct.
13     Q.   At the time that you left, to your
14 knowledge had the master account decision been
15 reached?
16     A.   No.  I was not aware of a decision when
17 I left.
18     Q.   At the time that you left, did you have
19 an understanding as to whether the Board of
20 Governors had expressed a view on whether
21 Custodia's master account request should be
22 granted or denied?
23     A.   No.  I was not aware of any opinion
24 expressed by the Board.  When I left it was still
25 my understanding that the decision would be made

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

1    by the Kansas City Fed.
2        Q.   But were you aware of the Board of
3    Governors at the time that you left Credit Risk
4    in October of 2022, did you have any awareness of
5    whether the Board of Governors had expressed a
6    view to the Kansas City Fed as to whether to
7    grant or deny Custodia's master account request?
8        A.   I hadn't heard of any views coming from
9    the Board regarding the decision on Custodia's
10   master account.
11       Q.   And how about from individual governors?
12   To your knowledge did any individual governors
13   from the Board of Governors express a view to the
14   Kansas City Fed on the resolution of Custodia's
15   master account request?
16       A.   No, I didn't hear anything about
17   individual governors' opinions.
18       Q.   Okay.  So when you left Credit Risk, was
19   it your understanding that a decision on that was
20   still pending?
21       A.   Correct.
22       Q.   And whose decision was that to make?
23       A.   In my experience, after staff makes a
24   recommendation, Christi May-Oder is the one who
25   reviews the decision.

Page 235

```
1        Q.   And did you, was it your understanding
2   that that would -- was it your expectation that
3   that would be the same for Custodia's request?
4        A.   With Custodia's request, since there had
5   been a lot of management discussion and Custodia
6   had spoken to my knowledge with Esther directly,
7   I thought a higher level might make that decision
8   and Esther might be the one making the call at
9   the end of the day.
10       Q.   So when you refer to higher level, who
11  are you referring to?
12       A.   Esther.
13       Q.   You're referring -- are you referring to
14  the Board of Governors when you use the term
15  higher level?
16       A.   No.  Higher than Christi, which would be
17  as high as Esther.
```

