# EXHIBIT 74

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 3/14/2022 |

## Outline of Conversations

💬    **May-Oder, Christi, Crouch, Ross - 3/14/2022** · 14 messages on 3/14/2022

May-Oder

EXHIBIT NO. 72
108123          KPS
MCR METROPOLITAN
COURT REPORTING • LEGAL VIDEO

FRBKC-00004943

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **May-Oder, Christi, Crouch, Ross - 3/14/2022**

| | | |
|---|---|---|
| CO | **May-Oder, Christi** | 3/14/2022, 11:01 AM |
| | Hey Ross, do you have a minute for a call? | |
| RC | **Crouch, Ross** | 3/14/2022, 11:02 AM |
| | sure | |
| CO | **May-Oder, Christi** | 3/14/2022, 11:04 AM |
| | Calling now | |
| RC | **Crouch, Ross** | 3/14/2022, 11:28 AM |
| | Here is the playbook document I spoke about: {https://fedsharesites.frb.org/10J/SRM/Fintech/_layouts/15/WopiFrame.aspx?sourcedoc=/10J/SRM/Fintech/Avanti/FRB%20Analysis/Avanti%20Review%20Playbook.docx&action=default} Avanti Review Playbook.docx (frb.org) | |
| CO | **May-Oder, Christi** | 3/14/2022, 11:29 AM |
| | Thank you! | |
| RC | **Crouch, Ross** | 3/14/2022, 11:35 AM |
| | First sentence of the document, Master Account: At this time, we do not anticipate Custodia obtaining a master account unless Custodia is granted FDIC insurance or becomes a Federal Reserve member. | |
| RC | **Crouch, Ross** | 3/14/2022, 11:36 AM |
| | Is that true? Does the FRN tier 3 review come into play at all here? | |
| CO | **May-Oder, Christi** | 3/14/2022, 11:59 AM |
| | YEs, that's correct. Entities falling into Tier 3 will have a high bar to cross to get an account | |
| RC | **Crouch, Ross** | 3/14/2022, 12:00 PM |
| | Understand the high bar, just the wording through me off, that approval isn't anticipated if Tier 3 route is taken. | |
| CO | **May-Oder, Christi** | 3/14/2022, 12:01 PM |
| | Not sure if it will end up staying in or being stated that strongly | |
| RC | **Crouch, Ross** | 3/14/2022, 12:33 PM |
| | That makes sense. I spoke with Nick, so we should be squared away there. | |
| RC | **Crouch, Ross** | 3/14/2022, 12:33 PM |
| | I gave him the feedback on the question he had | |
| CO | **May-Oder, Christi** | 3/14/2022, 12:33 PM |
| | Thanks so much Ross! Appreciate it! | |
| RC | **Crouch, Ross** | 3/14/2022, 12:33 PM |
| | you bet | |