# EXHIBIT 75

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Tara's Book
1/12/22 - 3/20/22



CONFIDENTIAL

CBOMG agenda planning

- IT metrics dashboard

/Senator Lummis / Chris Land

Esther / Diane / Craig

Did not go great — tone not great
Senator — frustrated
↑ this is just hard for her to understand

- referenced testimony Powell + Brainard
- Brainard said "legal issues are resolved
  around this." No further matters
  around these decisions for the Board to
  We couldn't give response.        weigh in on.
EG — gave normal comment
      engaged
      seeing movement
      guidelines — may not say this      is legal
                                           eligib
                                           decided?

Lummis —
↑ feel twisted is a knot w/ these decisions
  "in a black hole"

Fed — "slow walking this to death"

thinks

Policy group — saw 1st draft of Guidelines +
                                  more muscular

CONFIDENTIAL
FRBKC-00013943

## SPDI/NTMA

- Tighten up talking pts went to far that we made the decision that they are legally eligible.

Discretion only-
1) BOG decided not to redefine elig. (at least now)
2) It's a losing argument for us anyway 1) no they take deposits
2) Sect 19 defin - meet this?

Accuity letter:
- Make this as narrow as possible

Saving other language for Avanti:

- issue of corresp. accts.
corresp. - do we have any role



**Redacted**

CONFIDENTIAL

**Redacted**

Lael — no legal impediments ∦ timing of Ps being issued

- proceed carefully
- no urgency to this.

(pretty sure not doing anything till Iphase-

- more clarity, we would pass it along.

   — FDIC insurance

Btg. regula not looking at this warmly

Btg regul — have said no more about permissib

"We aren't saying no to [Redacted] either, but

- Not in a position to give you an acct until we know more.

Esther Lean — msg to Accuity    narrow

Timing of communic to others RBs.
    Policy — Tues
    Steering — Wed
    ※ Info. Sharing — Thurs

Until Ps finalized — requests are in suspense
    (connecticut entity)

Q - How will they interpret @ hearing @ Avanti?

NY — Crypto bent to it
Redacted — jt acct request — still continuing work.
Puerto Rican entities w/ no crypto — moving forward — are

Avanti result —
"You are legally eligible" to get routing #
What stops them from getting a corresp. acct?
↳ RB approval needed
    ↑ ( Redacted caught up in this.)

Is discretion be challenged

**Privileged**

Is this our talking point?

**Privileged**

**Privileged**

EG: Will result in another issue — Where is the decision KC?
waiting to see final guidelines
FRB - determ of permissib of these activities
※ not a clear path it is a permissib bkg activity
remin → still analyzing"

CONFIDENTIAL                                    FRBKC-00013946

CONFIDENTIAL

FRBKC-00013948

CONFIDENTIAL

FRBKC-00013949

CONFIDENTIAL

FRBKC-00013950

CONFIDENTIAL

FRBKC-00013951

CONFIDENTIAL

FRBKC-00013953

CONFIDENTIAL

FRBKC-00013954

CONFIDENTIAL

FRBKC-00013955

CONFIDENTIAL

FRBKC-00013956

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00013958

CONFIDENTIAL

CONFIDENTIAL

FRBKC-00013960



CONFIDENTIAL

NTMA
Custodia —

stronger position of → unlikely or no
in Tier 3.
but better positioning in Tier 1 or 2

Redacted —
met w/ on acct relationships

**Redacted**

Redacted  What can we do w/ an ABA
What to do thru a corresp
Call but settling a Fed wire.

Can't set up a corresp w/o MA appr
or fin svcs
Focused on getting cert of authority
from State

Bill ⇒  **Privileged**

WY DOB

Redacted  end of March

Talk to State

CONFIDENTIAL

FRBKC-00013965

CONFIDENTIAL

FRBKC-00013966

CONFIDENTIAL