# EXHIBIT 77

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.



| | |
|---|---|
| **From:** | "Hazen, Judith" <judith.hazen@kc.frb.org> |
| **Sent:** | Fri 1/6/2023 2:53:11 PM (UTC-05:00) |
| **To:** | "Hinkle, Jason \(Board\)" <jason.a.hinkle@frb.gov>, "DeBoer, Margaret \(Board\)" <margaret.deboer@frb.gov>, "Malloy, Matthew \(Board\)" <matthew.s.malloy@frb.gov>, "Demartini, Courtney \(Board\)" <courtney.e.demartini@frb.gov> |
| **Cc:** | "May-Oder, Christi" <christi.may-oder@kc.frb.org>, "Billman, Nick" <Nick.Billman@kc.frb.org>, "Vandivort, Bill" <Bill.Vandivort@kc.frb.org>, "Chadwick, Joshua \(Board\)" <joshua.p.chadwick@frb.gov> |
| **Subject:** | Draft Recommendation Memo |
| **Attachment:** | President George Custodia Master Account Recommendation Memo-Draft 01.06.2023.docx |

RESTRICTED FR // FRSONLY

**RESTRICTED FR // FRSONLY**

All,

Pursuant to the proposed S letter, we are providing our pre-decisional draft memorandum regarding potential actions on Custodia's request for a master account. For ease of reference, public policy considerations are discussed on pages 2 and 8. Please let us know if you have any questions or comments as soon as possible.

Judith



**Judith Hazen**
*Vice President*
P: *816.881.2789*  E: *Judith.Hazen@kc.frb.org*
FEDERAL RESERVE BANK OF KANSAS CITY
1 Memorial Drive · Kansas City, Missouri 64198 · www.kansascityfed.org