# EXHIBIT 81

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
MARK W. NELSON
O. BRUCE HOFFMAN
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
JEREMY CALSYN
LEAH BRANNON
MATTHEW C. SOLOMON
ELAINE EWING
NOWELL D. BAMBERGER
DANIEL F. CULLEY
KENNETH S. REINKER
MACEY LEVINGTON
RESIDENT PARTNERS
KENNETH L. BACHMAN, JR
DANIEL B. SILVER
RICHARD DEC. MINDS
SARA D. SCHOTLAND
WILLIAM B. MCGURN III
JOHN D. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
JANET L. WELLER
LINDA J. SOLDO
MICHAEL H. KRIMMINGER
MATTHEW D. SLATER
RESIDENT COUNSEL
W. RICHARD BIDSTRUP
STEVEN J. KAISER
KATHLEEN WARD BRADISH
CUNZHEN HUANG**
CHIAO D. KANIECKI
CARL LAWRENCE MALM
CHARLES STERLING
CARL F. EMIGHOLZ
JOHN P. MCGILL, JR.
RESIDENT COUNSEL
MATTHEW I. BACHRACK
LARRY C. DEMBOWSKI
PATRICK FULLER
SAIF I. SHAH MOHAMMED
CHRISTIAN J. MAHONEY
SENIOR ATTORNEYS

EMILY M. ARNOLD
NICO BANKS
GRAHAM BANNON
HANI BASHOUR
TAYLOR M. BATES
LINDEN BERNHARDT
JORGE A. BONILLA LOPEZ
JACKIE M. BRUNE*
JOSEPH R. BURSON
MADISON C. BUSH
ALEXIS D. CAMPBELL
NICOLE LABELL CARY
SAMUEL H. CHANG
CHINNEY T. CHUKWUOGO
EVERETT K. CORAOR
MARA ANTHONY CURTIS
LISA M. DANZIG
WILLIAM S. DAWLEY
BRANDON J. FIGG
CHRISTOPHER M. FITZPATRICK
ALAN B. FREEDMAN
LAUREN E. GILBERT
MELISSA GOEHLE
MICHAEL GOLDENBERG
BENJAMIN HAYES
SAVANNAH HAYNES
CHRISTOPHER J. HILDEBRAND
JESSICA HOLLIS
STEPHEN J. HOUCK
SAMEER JAYWANT
VERONICA JOUBERT
JOHN F. KOZAK
TOBIAS A. KRAFT
BLAIR WEST KUYKENDALL
ELISE G. LANE
GABRIEL J. LAZARUS
JOHN A. LIGHTBOURNE
MEGAN LINDGREN
MAIA LIVENGOOD
MOLLY MA
SHANNON MANLEY
JACK MASSEY*
NORA MCCLOSKEY
BETHLEHEM MEBRATU
KELSEY NUSSENFELD
AMBER V. PHILLIPS
CALEB J. ROBERTSON
BEN ROSENBLUM
MICHAEL G. SANDERS
MICHAEL SCHULMAN

WILLIAM SEGAL
DAVID SEIGMAN
GARRETT D. SHINN
TOM STANDIFER*
NICOLE TATZ
ISABEL M. TUZ
ZACH TSCHIDA
TRACEY H. ZHANG
ASSOCIATES

* Admitted only to a bar other
than that of the District of
Columbia. Working under the
supervision of principals of the
Washington office.

** Special Legal Consultant,
qualified in the People's
Republic of China.

Derek M. Bush: +1 (202) 974-1526
dbush@cgsh.com

**CONFIDENTIAL TREATMENT REQUESTED**

August 5, 2021

Federal Reserve Bank of Kansas City
1 Memorial Drive
Kansas City, Mo. 64198

Attn:  Ms. Esther George
        President and Chief Executive Officer, Federal Reserve Bank of Kansas City

Re:    Application by Avanti Financial Group, Inc. (d/b/a Avanti Bank & Trust) for
        Federal Reserve Membership.

Ladies and Gentlemen:

On behalf of our client Avanti Financial Group, Inc. (d/b/a Avanti Bank & Trust) ("Avanti"), a Special Purpose Depository Institution chartered in Wyoming, please find attached Avanti's application (the "Application") to the Federal Reserve Bank of Kansas City (the "FRBKC") to become a member of the Federal Reserve System. Avanti already has received Wyoming approval of its charter, and Avanti is not planning on applying for insurance with the Federal Deposit Insurance Corporation. The information contained in the Interagency Charter and Federal Deposit Insurance Application is provided in support of the Federal Reserve Membership Application.

Avanti requests confidential treatment for the Confidential Version of this Application, the Confidential Exhibits thereto and the enclosed Interagency Biographical and Financial Reports (together, the "Confidential Information"), including pursuant to the Freedom

CONFIDENTIAL

Federal Reserve Bank of Kansas City                    Confidential Treatment Requested
August 5, 2021
Page 2

of Information Act, 5 U.S.C. §§ 552(b)(4), (b)(6) and (b)(8), and the implementing regulations of the Board of Governors of the Federal Reserve System (the "<u>Federal Reserve Board</u>") thereunder. The Confidential Information includes privileged and confidential commercial and financial information, proprietary in nature, that is not available to the public from any other source. Disclosure of this information to the public, including competitors of Avanti, would provide such competitors and others with information about the confidential financial and business plans, prospects, profitability, and operations of Avanti. From this information, competitors could make inferences about operations and competitive strategies that could potentially result in altering the competitors' own competitive strategies and relationships to the detriment of Avanti. Certain information in the Application also includes confidential supervisory information and personal financial information with respect to private individuals, the public disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Avanti further requests that if, notwithstanding the foregoing, the FRBKC or the Federal Reserve Board should determine preliminarily to make available to the public any of the information contained in the Application or its exhibits, it will inform Avanti prior to doing so in order that we may discuss the matter further.

*          *          *

CONFIDENTIAL                                                                    FRBKC-00017548

Federal Reserve Bank of Kansas City                     Confidential Treatment Requested
August 5, 2021
Page 3

      If you have any questions or we can provide any further information regarding the
Application, please do not hesitate to contact me (tel. no. (202) 974-1526; dbush@cgsh.com) or
Chuck Thompson, General Counsel of Avanti (chuck@avantibank.com).

                                Very truly yours,

                                _____
                                   Derek M. Bush

cc:   Ms. Tara Humston
      Ms. Christi May-Oder
      Ms. Jackie Nugent
          Federal Reserve Bank of Kansas City

      Caitlin Long, Esq.
       Charles Thompson, Esq.
         Avanti Bank & Trust

      Derek M. Bush, Esq.
      Gabriella Okafor, Esq.
        Cleary Gottlieb Steen & Hamilton LLP

CONFIDENTIAL                                                           FRBKC-00017549