# EXHIBIT 82

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

----------------------------------:
CUSTODIA BANK, INC.,              :
                                  :
           Plaintiff,             :
                                  : Case No.
      vs.                         : 1:22-cv-00125-SWS
                                  :
FEDERAL RESERVE BOARD OF          :
GOVERNORS and FEDERAL RESERVE     :
BANK OF KANSAS CITY,              :
                                  :
           Defendants.            :
----------------------------------:

CONFIDENTIAL DEPOSITION OF
PETER CONTI-BROWN, PH.D.

DATE:         Thursday, December 14, 2023
TIME:         8:09 a.m.
LOCATION:     King & Spalding, LLP
              1700 Pennsylvania Avenue, N.W.
              Washington, D.C. 20006

REPORTED BY:  Erick M. Thacker
              Reporter, Notary


Veritext Legal Solutions
1250 Eye Street, NW, Suite 901
Washington, D.C. 20005

1    has issued countless banking -- pieces of banking
2    legislation, each with -- especially after 1935
3    and the permanent institution of the FDIC, with a
4    specific lane of movement for the FDIC, OCC,
5    Federal Reserve, and state banking authorities,
6    and so the MCA comes from that legal context.
7              That legal context means that the very
8    kinds of assessments that we're talking about
9    here are a supervisory context for the
10   specifically designated supervisor to respond to.
11   In some cases, that would be the Fed, in some
12   cases, the OCC, in others, the FDIC, and in
13   others, the state banking authorities.
14             But for the Federal Reserve to then say
15   that it has the authority or the -- or it would
16   adopt the practice of usurping these other
17   entities within a financial system is something
18   that I am not aware of anyone around the passage
19   of the MCA even contemplating, including at the
20   Federal Reserve, because it had never been done
21   in that way before.
22        Q    If every bank is unique then isn't it

Page 188

1   necessary for Reserve Banks to undertake an
2   individualized risk assessment of each
3   institution to assess the risk presented by that
4   institution to the Reserve Bank?
5       A   Most emphatically, no.  What it should
6   do is defer to those exact determinations by the
7   appropriately situated authority to -- that has
8   been put in place to assess precisely that risk
9   profile.  And, again, that might be the Fed if
10  we're talking about member banks, bank holding
11  companies, financial holding companies, et
12  cetera, but it might be the OCC, and it might be
13  the FDIC, and it might be a state banking
14  authority.
15      Q   So for Custodia that would be the
16  Wyoming Division of Banking?
17      A   That's right.
18      Q   And so it's your opinion that the
19  Federal Reserve Bank of Kansas City has to defer
20  to Wyoming Division of Banking's assessment of
21  the risk that Custodia presents to the Federal
22  Reserve Bank of Kansas City?

1    A    That's right.  That deference is the
2    beating heart of the dual banking system.
3    Q    Okay.  And it's your opinion that
4    Congress intended through the Monetary Control
5    Act to empower states to be state-chartered --
6    states to be the gatekeepers of access to Federal
7    Reserve services?
8    A    Well, the Constitution does -- does
9    that even preceding the creation of the Federal
10   Reserve System by creating state banks.
11        The Federal Reserve System was created
12   institutionally on top of a system of
13   state-chartered banks and national-chartered
14   banks, and so the order of operations is
15   reversed.  The states come first and then the
16   Federal Reserve.
17   Q    So referring back to the guidelines,
18   principle 2, here the Board is saying that
19   Reserve Banks should -- connection with an
20   account access request should consider whether
21   the institution presents or creates risk to the
22   Reserve Bank.

Page 190

1  Do you see that?
2  A  Which -- which subpoint?  Sorry.
3  Q  Principle -- Principle No. 2 on page
4  36.
5  A  I see that.  And is there a subpart
6  that you're reading or just --
7  Q  No, just --
8  A  -- the top?  Yeah.
9  Q  -- the -- just Principle No. 2.
10  A  Yeah.
11  Q  And it's your opinion that what
12  Congress intended with the Monetary Control Act
13  is that this consideration be handled by the
14  state banking authority?
15  A  No.  To be handled by the Federal
16  Reserve for member banks and for bank holding
17  companies and financial holding companies, for
18  the FDIC for state, nonmember banks that were
19  members of the deposit insurance corporation or
20  the system, for the Comptroller of the Currency
21  for national banks and for state banking
22  authorities for those few banks that were not

Page 312

1   on --
2        Q    Yeah.
3        A    -- my own?  For the first half of the
4   day, I called it the -- the American Samoa Bank,
5   and then, afterward, I remembered that that's a
6   misnomer.  So you've said it correctly.  I said
7   it incorrectly earlier.  The Territorial Bank of
8   American Samoa.
9        Q    I was confused by that.
10       A    Good.
11       Q    I thought that there was a rival bank
12  in Samoa --
13       A    No.
14       Q    -- the whole time that was --
15       A    No, it --
16       Q    -- flying under the radar.
17       A    Very importantly, there is only one
18  bank in American Samoa.
19       Q    All right.  So Territorial Bank of
20  American Samoa.  What shall we call it?
21       A    Let's call it TBAS or --
22       Q    TBAS.

Page 313

```
 1        A     -- T-B-A-S.
 2        Q     All right.  We'll call it -- let's call
 3   it TBAS.
 4              So TBAS is an institution chartered by
 5   American Samoa, correct?
 6        A     That's correct.
 7        Q     Okay.  And you understand that American
 8   Samoa's banking supervision regime includes just
 9   one person?
10        A     I knew -- I know that the supervisory
11   system within the federal -- sorry -- within the
12   territory of American Samoa is small.  The
13   territory itself is small.  I don't know how many
14   people work there.
15        Q     Well, let's go to Julie Hill's article,
16   491.  This is Exhibit 305.
17              MR. SCARBOROUGH:  What page did you
18   say?
19              MR. MICHAELSON:  491.
20              MR. SCARBOROUGH:  Thank you.
21   BY MR. MICHAELSON
22        Q     The last paragraph begins with a
```

1   sentence, "TBAS's banking supervisor is a
2   one-person shop."
3           Do you see that?
4       A   I do see that.
5       Q   Do you have any reason to dispute that?
6       A   I have not independently verified how
7   many people work at the banking supervisor in
8   American Samoa.
9       Q   Okay.  And she continues that "No
10  Federal Reserve personnel nor any other federal
11  bank supervisor has ever visited TBAS in American
12  Samoa."
13          Do you see that?
14      A   I do see that.
15      Q   Do you have any reason to dispute that?
16      A   I don't.
17      Q   Okay.  But it's your opinion that TBAS
18  has an automatic right to a master account and
19  services, right?
20      A   It's my opinion that the framers of the
21  Monetary Control Act intended for the Federal
22  Reserve to grant access to master accounts to

1  legally eligible depository institutions, and
2  it's further my opinion that TBAS is a legally
3  eligible depository institution, and so in that
4  sense, the answer is yes.
5       Q    Okay.  What if -- what if American
6  Samoa's one banking supervisor was corrupt?
7  Would TBAS still get a master account with
8  services?
9       A    It's hard to assess hypotheticals in
10 that sense because -- does corrupt refer to an
11 allegation of corruption?  Does it refer to an
12 indictment and the like?
13           But the -- as soon as I said that I'm
14 of the opinion that TBAS is a legally eligible
15 depository institution, I want to catch myself,
16 because I haven't undertaken an independent
17 evaluation of its legal eligibility.
18           Here I'm speculating, but if the one
19 bank supervisor -- if there is one bank
20 supervisor in American Samoa -- were corrupt and
21 illegally gave out a charter under the authority
22 of the territory of American Samoa, then that

Case 1:22-cv-00125-SWS   Document 283-64   Filed 02/02/24   Page 11 of 14

CONFIDENTIAL

Page 316

1	would speak to the legal eligibility of TBAS to
2	participate.  And there I -- I would not say -- I
3	would say that -- in my opinion that the framers
4	of the MCA did view the question of the Federal
5	Reserve's participation of -- in assessing legal
6	eligibility.
7	       Q    Okay.  But if the banking supervisor
8	was corrupt in the sense that the bank was paying
9	a supervisor to forego any examination, then TBAS
10	would still get access to master account
11	services, right?
12	       A    My answer to your question would be,
13	that speaks to me to be a question of legal
14	eligibility.  I think a bank charter that is
15	gained under false or corrupt pretenses is not a
16	bona fide charter, and that would speak to the
17	question of legal eligibility.
18	            That question is something that the
19	Federal Reserve does have, I believe, consistent
20	with the framing of the MCA, the authority to
21	independently assess.
22	       Q    And where -- and where is that

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 317

1    statutory authority?
2         A    Again, I don't speak to specific
3    statutory authority, but in the framing of the
4    MCA, the question of legal eligibility was
5    discussed and included in the final statute.
6         Q    Okay.  And I think we went over this
7    this morning, but what is -- what is legal
8    eligibility?
9         A    It's not a term that the statute
10   defines.  I've never seen courts define the --
11   that provision of the statute.
12             I know that other statutes define
13   eligibility for deposit insurance and that there
14   have been official opinions on that second
15   category, but that's distinct from the first, and
16   so it's open-ended.  And that's why I said that I
17   would be speculating, but I would think that the
18   corruption of a single supervisor in granting a
19   charter would speak to the legal eligibility
20   of -- of a depository institution because it
21   would speak to whether the charter was bona fide.
22        Q    In paragraph 80, if you go to your

Page 318

1    report, paragraph 80 on page 32, you write that
2    in order to -- for TBAS to get a master account,
3    it had to agree to certain conditions imposed by
4    the Fed.  Do you see that?
5         A    I do.
6         Q    And that included agreeing to a higher
7    capital buffer than other banks.  Do you see
8    that?
9         A    I do.
10        Q    And holding more reserves than
11   regulations required.  Do you see that?
12        A    I do.
13        Q    And it had to send the Fed monthly
14   financial statements and agree not to borrow from
15   the discount window, right?
16        A    Yes, I see that I wrote that.
17        Q    And it's your opinion that there's no
18   legal basis for the Fed to impose those
19   conditions on TBAS?
20        A    I don't offer an opinion about a legal
21   basis for the Fed's actions or inactions.
22        Q    But at the end of paragraph 80, you

1    write, "despite there being no legal or
2    historical basis for such supervision."
3         A    All right.  Let me --
4         Q    Aren't you opining there's no legal
5    basis for the Fed to do that?
6         A    Thank you for that reading.  I can see
7    why that reading's available.  That's not the
8    intention of my -- of that sentence.
9              What I mean by that is to refer back to
10   the legal context in which I framed my opinion at
11   the outset on the first -- in the first
12   paragraphs, and so here, despite there being no
13   legal context or historical basis for such
14   supervision, the context that I'm talking about
15   here again is the long legal context of the dual
16   banking system, where the Federal Reserve has not
17   inserted itself as a supervisor except in those
18   instances where it has been designated a primary
19   or secondary supervisor, including for Fed member
20   banks, bank holding companies, financial holding
21   companies, Edge Act corporations, and other
22   similar entities.