

FILED
10:32 am, 2/9/24
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-00125-SWS |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM & FEDERAL RESERVE BANK OF KANSAS CITY, | ) |
| Defendants. | ) |

## ORDER GRANTING LEAVE TO FILE *AMICUS* BRIEF

***THIS MATTER*** having come before the Court pursuant to Rules 7.1(b)(2)(G) and 83.6(d) of the United States District Court Local Rules, and good cause having been shown,

**IT IS ORDERED THAT**:

(1) David Zaring, the Elizabeth F. Putzel Professor of the Wharton School of the University of Pennsylvania may file an amicus brief on or before February 9, 2024; and

(2) The Clerk is ordered to accept for filing the proposed amicus brief submitted by David Zaring, the Elizabeth F. Putzel Professor of the Wharton School of the University of Pennsylvania.

Dated: 9th February 2024.

_____
KELLY H. RANKIN
United States Magistrate Judge