Scott E. Ortiz, W.S.B. # 5-2550
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:        (307) 265-0700
Facsimile:        (307) 266-2306
Email:            sortiz@wpdn.net

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Number: 22-cv-00125-SWS |
| | ) | |
| FEDERAL RESERVE BOARD OF | ) | |
| GOVERNORS and FEDERAL RESERVE | ) | |
| BANK OF KANSAS CITY, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN ITS OMNIBUS OPPOSITION /
REPLY BRIEF AND OPPOSITIONS TO THE FEDERAL RESERVE BANK OF KANSAS CITY'S
MOTIONS TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion for Leave to File Excess Pages in its Omnibus Opposition / Reply Brief and Oppositions to the Federal Reserve Bank of Kansas City's Motions to Exclude Plaintiff's Expert Witnesses ("Motion for Leave to File in Excess Pages").* Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion for Leave to File in Excess Pages* an omnibus reply brief no longer than 45 pages and two opposition briefs no longer than 16 and 15 pages, respectively, is GRANTED.

DATED this ___ day of February 2024.


_____
HONORABLE SCOTT W. SKAVDAHL
UNITED STATES DISTRICT COURT JUDGE