Scott E. Ortiz, W.S.B. # 5-2550
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:       (307) 265-0700
Facsimile:        (307) 266-2306
Email:             sortiz@wpdn.net

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CUSTODIA BANK, INC.'S**
**UNOPPOSED MOTION TO REDACT OR SEAL PORTIONS OF ITS OMNIBUS OPPOSITION / REPLY BRIEF AND OPPOSITIONS TO THE FEDERAL RESERVE BANK OF KANSAS CITY'S MOTIONS TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES**

Plaintiff Custodia Bank, Inc. ("Custodia") respectfully submits this unopposed motion to redact or seal portions of its forthcoming Omnibus Opposition / Reply Brief and opposition briefs to the motions to exclude Custodia's expert witnesses submitted by the Federal Reserve Bank of Kansas City ("Omnibus Opposition / Reply and *Daubert* Oppositions") that reference documents or testimony designated confidential by one or more of the Defendants.

On July 21, 2023, the parties filed a Joint Motion to Enter a Stipulated Protective Order Regarding Confidential Information and Documents (the "Protective Order"). (*See* ECF No. 173-1.) Pursuant to that Order (ECF No. 174), Defendants Federal Reserve Board of Governors

("Board") and Federal Reserve Bank of Kansas City ("Kansas City Fed") have designated documents produced in discovery and deposition testimony as "Confidential."

The parties have met and conferred in advance of filing on several occasions, and Defendants have agreed to withdraw confidentiality designations from some, but not all, of the documents Custodia intends to cite.

Because Custodia's Omnibus Opposition / Reply and *Daubert* Oppositions cite to and attach some materials designated "Confidential" by the Board or the Kansas City Fed, Plaintiff Custodia respectfully requests leave to temporarily file its Omnibus Opposition / Reply and *Daubert* Oppositions under seal through February 21, 2024, (the "Review Period") in order to comply with the terms of the Protective Order.  During the Review Period, Defendants will redact the Omnibus Opposition / Reply and *Daubert* Oppositions and their respective attached exhibits and advise Custodia as to which exhibits must remain under seal in accordance with the Protective Order.  On February 21, 2024, Custodia will then file its Omnibus Opposition / Reply and *Daubert* Oppositions and their respective attached exhibits on the public docket with Defendants' proposed redactions and sealing, while reserving the right to challenge Defendants' confidentiality designations.  Defendants consent to Custodia's requested relief.

DATED this 15th day of February, 2024.

                                        CUSTODIA BANK, INC., Plaintiff

By:   /s/ Scott E. Ortiz
       Scott E. Ortiz, W.S.B. # 5-2550
       WILLIAMS, PORTER, DAY & NEVILLE, P.C.
       159 No. Wolcott, Suite 400
       P.O. Box 10700
       Casper, Wyoming 82602
       Telephone:   (307) 265-0700
       Facsimile:    (307) 266-2306
       Email:        sortiz@wpdn.net

-and-

John K. Villa, *pro hac vice*
Ryan Scarborough, *pro hac vice*
Lauren Weinberger, *pro hac vice*
Ian Swenson, *pro hac vice*
Russell Mendelson, *pro hac vice*
WILLIAMS & CONNOLLY, LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone:    (202) 434-500
Emails:    jvilla@wc.com
           rscarborough@wc.com
           lweinberger@wc.com
           iswenson@wc.com
           rmendelson@wc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served this day of February 15, 2024, addressed to:

| | |
|---|---|
| Mark Van Der Weide<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>Erin E. Berry<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>Emily Caroline Snell Freeman<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Angela Tarasi<br>Jared M. Lax<br>KING & SPALDING, LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, Colorado 80202 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

                                        /s/ Scott E. Ortiz
                                        Scott E. Ortiz