Scott E. Ortiz, W.S.B. # 5-2550
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:	(307) 265-0700
Facsimile:	(307) 266-2306
Email:		sortiz@wpdn.net

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S UNOPPOSED MOTION TO REDACT OR SEAL PORTIONS OF ITS OMNIBUS OPPOSITION / REPLY BRIEF AND OPPOSITIONS TO THE FEDERAL RESERVE BANK OF KANSAS CITY'S MOTIONS TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion to Redact or Seal Portions of its Omnibus Opposition / Reply Brief and Oppositions to the Federal Reserve Bank of Kansas City's Motions to Exclude Plaintiff's Expert Witnesses ("Motion to Seal")*. Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion to Seal* is GRANTED.

DATED this ___ day of February 2024.

                                                _____
                                                HONORABLE SCOTT W. SKAVDAHL
                                                UNITED STATES DISTRICT COURT JUDGE