```
                                            U.S. DISTRICT COURT
                                            DISTRICT OF WYOMING

                                            2024 FEB 15  PM 4:20

                                            MARGARET BOTKINS, CLERK
                                                   CASPER
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S
### UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN ITS OMNIBUS OPPOSITION /
### REPLY BRIEF AND OPPOSITIONS TO THE FEDERAL RESERVE BANK OF KANSAS CITY'S
### MOTIONS TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion for Leave to File Excess Pages in its Omnibus Opposition / Reply Brief and Oppositions to the Federal Reserve Bank of Kansas City's Motions to Exclude Plaintiff's Expert Witnesses ("Motion for Leave to File in Excess Pages")*. Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion for Leave to File in Excess Pages* an omnibus reply brief no longer than 45 pages and two opposition briefs no longer than 16 and 15 pages, respectively, is GRANTED.

DATED this 15th day of February 2024.

                                                    HONORABLE SCOTT W. SKAVDAHL
                                                    UNITED STATES DISTRICT COURT JUDGE