FILED
3:51 pm, 2/16/24
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING PLAINTIFF CUSTODIA BANK, INC.'S UNOPPOSED MOTION TO REDACT OR SEAL PORTIONS OF ITS OMNIBUS OPPOSITION / REPLY BRIEF AND OPPOSITIONS TO THE FEDERAL RESERVE BANK OF KANSAS CITY'S MOTIONS TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES**

THIS MATTER came before the Court on *Plaintiff Custodia Bank, Inc.'s Unopposed Motion to Redact or Seal Portions of its Omnibus Opposition / Reply Brief and Oppositions to the Federal Reserve Bank of Kansas City's Motions to Exclude Plaintiff's Expert Witnesses* ("Motion to Seal"). Finding good cause,

IT IS HEREBY ORDERED that *Plaintiff Custodia Bank, Inc.'s Motion to Seal* is GRANTED. Plaintiff Custodia may temporarily file its Omnibus Opposition / Reply and Daubert Oppositions under seal through February 21, 2024, (the "Review Period") in order to comply with the terms of the Protective Order. During the Review Period, Defendants will redact the Omnibus Opposition / Reply and Daubert Oppositions and their respective attached exhibits and advise Custodia as to which exhibits must remain under seal in accordance with the Protective Order. On February 21, 2024, Custodia will then file its Omnibus Opposition / Reply and Daubert Oppositions and their respective attached exhibits on the public docket with Defendants' proposed redactions and sealing, while reserving the right to challenge Defendants' confidentiality designations. Defendants consent to Custodia's requested relief.

DATED this 16th day of February 2024.

_____
Honorable Kelly H. Rankin
United States Magistrate Judge