Scott E. Ortiz, W.S.B. # 6-4254
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:     (307) 265-0700
Facsimile:      (307) 266-2306
Email:           sortiz@wpdn.net

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF RYAN SCARBOROUGH IN SUPPORT OF**
**PLAINTIFF CUSTODIA BANK, INC.'S OMNIBUS OPPOSITION TO THE FEDERAL RESERVE BANK OF**
**KANSAS CITY'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY BRIEF IN SUPPORT OF**
**CUSTODIA'S PETITION FOR REVIEW ON ITS APA CLAIM AND ITS MOTION FOR JUDGMENT AS A**
**MATTER OF LAW ON ITS STATUTORY MANDAMUS CLAIM**

I, Ryan Scarborough, declare as follows:

1.   I am an attorney at Williams & Connolly LLP, counsel for the Plaintiff in the above-captioned action.

2.   I respectfully submit this declaration in support of Plaintiff Custodia Bank, Inc's Omnibus Opposition to the Federal Reserve Bank of Kansas City's Cross-Motion for Summary Judgment and Reply Brief in Support of Custodia's Petition for Review on its APA Claim and its Motion for Judgment as a Matter of Law on its Statutory Mandamus Claim.

3. Attached hereto as Exhibit CR are Custodia Bank Inc.'s Objections to the Federal Reserve Bank of Kansas City's Counterstatement of Undisputed Facts.

4. Attached hereto as Exhibit CS is a true and accurate copy of redacted handwritten notes, dated 2021–2022, bearing a bates number that begins at FRBKC-00013891.

5. Attached hereto as Exhibit CT is a true and accurate copy of a document entitled "DRAFT Principles Covering Access to Accounts and/or Services at Federal Reserve Banks," undated, bearing a bates number that begins at FRBKC-00003607.

6. Attached hereto as Exhibit CU is a true and accurate copy of redacted handwritten notes, undated, bearing a bates number that begins at FRBKC-00013847.

7. Attached hereto as Exhibit CV is a true and accurate copy of a letter from Judith Hazen and Christi May-Oder to Esther George, dated January 19, 2023, bearing a bates number that begins at FRB-AR-000004.

8. Attached hereto as Exhibit CW is a true and accurate copy of excerpts from the deposition of Judith Hazen Vol. 2, dated November 15, 2023.

9. Attached hereto as Exhibit CX is a true and accurate copy of excerpts from the deposition of Peter Conti-Brown, dated December 14, 2023.

10. Attached hereto as Exhibit CY is a true and accurate copy of excerpts from the deposition of Zev Shimko, dated November 30, 2023.

11. Attached hereto as Exhibit CZ is a true and accurate copy of excerpts from the deposition of Christi May-Oder, dated October 19, 2023.

12. Attached hereto as Exhibit DA is a true and accurate copy of excerpts from the deposition of Esther George, dated November 9, 2023.

13. Attached hereto as Exhibit DB is a true and accurate copy of excerpts from the deposition of Judith Hazen, dated November 15, 2023.

14. Attached hereto as Exhibit DC is a true and accurate copy of excerpts from the deposition of Jackie Nugent, dated November 15, 2023.

15. Attached hereto as Exhibit DD is a true and accurate copy of excerpts from the deposition of Caitlin Long, dated November 29, 2023.

16. Attached hereto as Exhibit DE is a true and accurate copy of a document entitled "Custodia BSA/AML and OFAC Program Assessment," dated October 4, 2022, bearing a bates number that begins at Custodia-00007043.

17. Attached hereto as Exhibit DF is a true and accurate copy of excerpts from the deposition of Katie Cox, dated December 19, 2023.

18. Attached hereto as Exhibit DG is a true and accurate copy of an email from Caitlin Long with the subject line "Re: Letter of Support for Wyoming's SPDIs Applications for the Fed's Master Accounts," dated January 25, 2021, bearing a bates number that begins at Custodia-00002097.

19. Attached hereto as Exhibit DH is a true and accurate copy of the Bank Board Hearing transcript, dated October 6, 2020, bearing a bates number that begins at Custodia-00005946.

20. Attached hereto as Exhibit DI is a true and accurate copy of a letter from Caitlin Long to Esther George, dated March 3, 2022, bearing a bates number that begins at Custodia-00007978.

DATED this 16th day of February, 2024.

/s/ Ryan Scarborough_____

        Ryan Scarborough, *pro hac vice*
        WILLIAMS & CONNOLLY, LLP
        680 Maine Avenue SW
        Washington, DC 20024
        Telephone: (202) 434-5000
        rscarborough@wc.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served this day of February 16, 2024, addressed to:

| | |
|---|---|
| Mark Van Der Weide<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>Erin E. Berry<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>Emily Caroline Snell Freeman<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Angela Tarasi<br>Jared M. Lax<br>KING & SPALDING, LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, Colorado 80202 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

    /s/ Ryan Scarborough
Ryan Scarborough, *pro hac vice*