# EXHIBIT CS

# [PUBLIC VERSION]

CONFIDENTIAL

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

# FRBKC-00013891-907
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER

1-5-22   Rob Discussion

Avanti - FRB Analysis
- Exec Summary
  - Hyperlink to critical topics

Plan to start operating 4/1

Principles 2, 3, 5

[Redacted]

Shifted Avit all the way to the back. Can't do it thru correspondent just vanilla banking at first & start offering custody

Avit aside
Not sure @ liquidity, capital concerns that Avit could cause

Rob doesn't see anymore risk from these activities vs. others etc. He believes they have diversity in activities — it's just that they're all tied to crypto.

Redacted

# FRBKC-00013909-15
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER