# EXHIBIT CU

# [PUBLIC VERSION]

**CONFIDENTIAL**

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

# FRBKC-00013847-53
# KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER

FRBKC-00013854
CONFIDENTIAL

12-6-22    Chris 1:1

- Letter to Custodia
  • Robust + airtight
  • Ben, Jeff + Ashle - might need help in crafting message
  • Nancy - capital
  • IT - ? help
  Go step by step by priority for us: as most concerning   [Body of risk]

- No supervisory insight

- Pt to things supporting denial - not fixable

- BSA/AML - fundmental to how networks work

- Custodia Ethereum - why is using permissionless network - how to ensure

(meeting w/ Esther tomorrow at 3)

- where are they leaning w/ [Redacted] example   [To Do / Follow-up w/ David]

**FRBKC-00013855-90**
**KEPT UNDER SEAL PURSUANT TO PROTECTIVE ORDER**