# EXHIBIT CY

# [PUBLIC VERSION]

**CONFIDENTIAL**

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

*Meadors Court Reporting*

\*\*\* CONFIDENTIAL \*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 1:22-cv-00125-SWS
_____

DEPOSITION OF ZEV SHIMKO
November 30, 2023
_____

CUSTODIA BANK, INC.,

Plaintiff,

vs.

FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL
RESERVE BANK OF KANSAS CITY,

Defendants.

_____

APPEARANCES:

    WILLIAMS & CONNOLLY, LLP
        By Lauren A. Weinberger, Esq.
           Russell Mendelson, Esq. (via Zoom)
           680 Maine Avenue SW
           Washington, DC 20024
           202.434.5953
           lweinberger@wc.com
           rmendelson@wc.com
           Appearing on behalf of
           Custodia Bank, Inc.


    KING & SPALDING, LLP
        By Jared M. Lax, Esq.
           1401 Lawrence Street
           Suite 1900
           Denver, Colorado 80202
           720.535.2320
           jlax@kslaw.com
            Appearing on behalf of
            Federal Reserve Bank of Kansas City

1    Custodia multiple times to open with a correspondent
2    bank?
3         A    I recall hearing something similar from
4    Caitlin, yes.
5         Q    What do you recall hearing?
6         A    I recall Caitlin providing a summary of an
7    interaction or meeting with President George where
8    President George stated something along the lines of,
9    Why doesn't Custodia just open up with a
10   correspondent bank?
11        Q    Okay.  Do you recall how Custodia's
12   responded?
13        A    I don't specifically recall how we
14   responded in that point in time.  I know that we had
15   communicated that we felt it was a disadvantage to
16   open up with a correspondent or partner bank,
17   because, for example, it does result in a higher cost
18   to us as control over the program and reliance on a
19   third party.
20        Q    Did Custodia ever open with a
21   correspondent bank?
22        A    We did.
23        Q    When was that?
24        A    We started to facilitate payments in late
25   2022 with a partner bank.  And then later in 2023 is

1  when we started to onboard external customers.

███████████████████████████████████████

███████████████████████████████████████

██████████

███████████████████████████████████████

████████████████████████████

████████████████████████████████████ at

8  one point in time, it was communicated to us that
9  they were receiving regulatory pressure and would not
10 be able to continue with the relationship.
11     Q    And when did the relationship end?
12     A    I don't recall the specific date.  I
13 believe it would have been around early 2023.

███████████████████████████████████████

████████████████████

███████████████████

██████████████████████

████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████

███████████████████████████████████████

███████████████████

25     Q    You could put that document aside.