# EXHIBIT CZ

# [PUBLIC VERSION]

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF WYOMING

3

4      CUSTODIA BANK, INC.,

5                     Plaintiff,

6      vs.                                No.

7      FEDERAL RESERVE BOARD OF           22-cv-00125-SWS

8      GOVERNORS and FEDERAL RESERVE

9      BANK OF KANSAS CITY,

10                    Defendants.

11

12

13

14                      CONFIDENTIAL

15

16

17

18          CONFIDENTIAL DEPOSITION OF CHRISTI

19     MAY-ODER, a Witness, taken on behalf of the Plaintiff

20     before Kelsey Robbins Schmalz, CSR No. 1571,

21     CCR No. 1148, RPR, pursuant to Notice on the 19th of

22     October, 2023, at the Federal Reserve Bank of Kansas

23     City, 1 Memorial Drive, Kansas City, Missouri.

24

25

Page 77

1          Q.       So is it your belief that the Board of

2     Governors and other Federal Reserve Banks in the

3     System helped make the decision on Custodia?

4          A.       What I'm saying is that it was always

5     a Kansas City Reserve Bank decision on the master

6     account, but what Custodia brought to the table were

7     novel issues that needed to be discussed at the

8     broader System level.

9          Q.       So when you finally finish your credit

10    and risk management review, whenever that occurred,

11    was a risk rating given to Custodia?

12                  MR. MICHAELSON:  Objection.  Form.

13         A.       I don't recall if we gave them a risk

14    rating, but if we were to give them a risk rating it

15    would have been at the highest level, but I don't

16    recall that we actually assigned a risk rating.

17    BY MR. ORTIZ:

18         Q.       Well, if you were following policies

19    and procedures, after you did your assessment, one

20    thing you had to do was at least give them a risk

21    rating so you would know how to apply the policies

22    and procedures going forward; agree?

23                  MR. MICHAELSON:  Objection.  Form.

24         A.       I don't recall.  But as I said, if we

25    did assign a risk rating it would have been the