# EXHIBIT DA

# [PUBLIC VERSION]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1      IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF WYOMING
2
3
       CUSTODIA BANK, INC.,        )
4                                  )
                   Plaintiff,      )
5                                  )
       v.                          )
6                                  ) 1:22-cv-00125-SWS
       FEDERAL RESERVE BOARD       )
7      OF GOVERNORS AND            )
       FEDERAL RESERVE BANK OF     )
8      KANSAS CITY,                )
                                   )
9                  Defendants.     )
10
11
12             * DESIGNATED CONFIDENTIAL *
13          * SUBJECT TO A PROTECTIVE ORDER *
14
15
16            ZOOM/IN-PERSON DEPOSITION OF ESTHER
17     GEORGE, a Witness, taken remotely on behalf of
18     the Plaintiff before Peggy E. Corbett, CSR, CCR,
19     RDR, pursuant to Notice on the 9th day of
20     November, 2023, at the offices of the Federal
21     Reserve Bank of Kansas City, 1 Memorial Drive,
22     Kansas City, Missouri 64198.
23
24
25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 27

1                    MR. MICHAELSON:  Objection, form.
2          A.    I was aware of that.
3          Q.    (BY MR. ORTIZ)  So as you get through
4    this process a little bit, and I want to have you
5    walk through this, there came a point in time
6    that the SPDI legislation passed; is that right?
7          A.    Yes.
8          Q.    And then at least one or two
9    organizations at some point in time may have
10   applied for a master account?
11         A.    That is correct.
12         Q.    And I know we've somewhat talked about
13   it.  There may be some time that an institution
14   called Kraken applied for a master account.  Is
15   that something you were aware of?
16         A.    I was aware of that.
17         Q.    But primarily Avanti that became
18   Custodia, they were the ones that were really
19   pushing to get the master account, correct?
20         A.    We were working directly with Custodia
21   on their request.
22         Q.    How many times did you personally meet
23   with any representatives from the State of
24   Wyoming about the SPDI charter legislation and
25   these type of banks?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 28

1           MR. MICHAELSON:  Objection, form.
2       A.   I don't recall any meetings that were
3   specifically intended for this.  Our interactions
4   with the State Banking Department covered a
5   broader set of responsibilities that we had.
6           So I would meet a couple of times a year
7   with the State Banking Department about
8   supervisory issues that we shared over
9   State-chartered banks.
10      Q.   (BY MR. ORTIZ)  Do you have a good
11  relationship with the Wyoming State Banking
12  Commission?
13      A.   I believe we do.
14      Q.   Do you have a good relationship with
15  Albert Forkner?
16      A.   I believe we did.
17      Q.   You did at that time, as well?
18      A.   I did, yes.
19      Q.   Did you have respect for him?
20      A.   I did have respect for Albert Forkner.
21      Q.   Respect for the way Wyoming Banking
22  Commission went about supervising their charter
23  banks?
24      A.   Yes.  We worked closely together in the
25  supervision of our State-chartered banks.