# EXHIBIT DF

# [PUBLIC VERSION]

**CONFIDENTIAL**

IN ACCORDANCE WITH A PROTECTIVE ORDER, THE ENCLOSURE(S) SHALL BE TREATED AS CONFIDENTIAL AND SHALL NOT BE SHOWN TO ANY PERSON OTHER THAN THOSE PERSONS DESIGNATED IN PARAGRAPH 8.2 OF THE PROTECTIVE ORDER.

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF WYOMING
 3       ----------------------------
         CUSTODIA BANK, INC.,          :
 4                                     :
             Plaintiff,                :
 5                                     :  Case No.:
         vs.                           :
 6                                     :  1:22-cv-00125-SWS
         FEDERAL RESERVE BOARD OF      :
 7       GOVERNORS,                    :
                                       :
 8       AND                           :
                                       :
 9       FEDERAL RESERVE BANK OF       :
         KANSAS CITY,                  :
10                                     :
             Defendants.               :
11       ----------------------------
12          "CONFIDENTIAL" DEPOSITION OF KATIE S. COX
13                    Volume 1 of 2
14       DATE:         December 19, 2023
15       TIME:         8:38 a.m. to 4:15 p.m.
16       LOCATION:     King & Spalding, LLP
                       1700 Pennsylvania Ave, NW
17                     Suite 900
                       Washington, DC 20006
18
19       REPORTED BY:  Felicia A. Newland, CSR
20
                     Veritext Legal Solutions
21             1250 Eye Street, N.W., Suite 350
                       Washington, D.C. 20005
22
```

Page 38

1  Q   Okay. Okay. Great.
2      So -- okay. So this is very helpful.
3  We were actually talking about your background, but
4  that was -- that was useful information to help me
5  orient what you've been working on.
6      How many de novo institutions did you
7  see while you were at the Board of Governors?
8  A   I -- I don't know the number. I was
9  there --
10 Q   Yeah.
11 A   -- 20 years. I don't -- I don't
12 really know.
13 Q   Was it many?
14 A   I don't know the number, to tell you
15 the truth.
16 Q   Okay. So I -- I believe Caitlin
17 testified that there were none between, for
18 example, 2008 and -- 2008 and 2018. So would you
19 say it was an uncommon occurrence to see a de novo
20 bank?
21 A   I don't -- I don't think I'd say it
22 was uncommon. I mean, we did see them, and

CONFIDENTIAL

Page 39

1      that's -- what dates did she provide?
2              Q    She said 2008 to 2018, there weren't
3      any.
4              A    No, that's not true.
5              Q    Okay.  There would be?  You think so?
6              A    Yeah, I can give you an example --
7              Q    Sure.
8              A    -- of a de novo.  There's a couple
9      that I worked on that had a master account.
10     They're very similar to -- it had some similar
11     characteristics, like ██████████

██                     ████████████████████████
██     ████████████████████████████████████████
██     ████████████████████████████████████████
██     ████████████████████████████████████████
██     ████████████     ████████████████████████
██     ████████████  ███████████████████████████
██     ██████████████████████████████     ██████
██     ██████
██           ██   ████████████████████████████
██           ██   ██████████████   ████████████
██     ██████

```
                                                          Page 66
 1      at the reserve banks.  Is that right?
 2              A     So typically, yes.
 3              Q     Okay.  And would you know what the
 4      typical process was for handling a master account
 5      request?
 6                    MS. WEINBERGER:  Object to form.
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
13      BY MS. CARLETTA:
14              Q     So I'm sorry, let me back --
15              A     Uh-huh.
16              Q     -- let me back up for a second.
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
```