Scott E. Ortiz, W.S.B. # 6-4254
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
Telephone:       (307) 265-0700
Facsimile:        (307) 266-2306
Email:              sortiz@wpdn.net

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Number: 22-cv-00125-SWS |
| ) | |
| FEDERAL RESERVE BOARD OF ) | |
| GOVERNORS and FEDERAL RESERVE ) | |
| BANK OF KANSAS CITY, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF RYAN SCARBOROUGH IN SUPPORT OF PLAINTIFF CUSTODIA BANK, INC.'S OPPOSITION TO THE FEDERAL RESERVE BANK OF KANSAS CITY'S MOTION TO STRIKE REPORTS AND EXCLUDE THE TESTIMONY OF KATIE S. COX**

I, Ryan Scarborough, declare as follows:

1. I am an attorney at Williams & Connolly LLP, counsel for the Plaintiff in the above-captioned action.

2. I respectfully submit this declaration in support of Plaintiff Custodia Bank, Inc's Opposition to the Federal Reserve Bank of Kansas City's Motion to Strike Reports and Exclude the Testimony of Katie S. Cox.

3. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the depositions of Katie Cox, dated December 19 and 20, 2023.

      4.      Attached hereto as Exhibit B is a true and accurate copy of Katie Cox's Expert Report, submitted October 20, 2023.

      5.      Attached hereto as Exhibit C is a true and accurate copy of Katie Cox's Supplemental Expert Report, dated December 4, 2023.

      6.      Attached hereto as Exhibit D is a true and accurate copy of excerpts from the Federal Reserve Bank of Kansas City's 30(b)(6) deposition, dated November 16, 2023.

DATED this 16th day of February, 2024.

/s/ Ryan Scarborough  
Ryan Scarborough, *pro hac vice*  
WILLIAMS & CONNOLLY, LLP  
680 Maine Avenue SW  
Washington, DC 20024  
Telephone: (202) 434-5000  
rscarborough@wc.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served this day of February 16, 2024, addressed to:

| | |
|---|---|
| Mark Van Der Weide<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>Erin E. Berry<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>Emily Caroline Snell Freeman<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Angela Tarasi<br>Jared M. Lax<br>KING & SPALDING, LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, Colorado 80202 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

                                                       /s/ Ryan Scarborough
                                              Ryan Scarborough, *pro hac vice*