# EXHIBIT D

# [PUBLIC VERSION]

CONFIDENTIAL * * * CONFIDENTIAL * * * CONFIDENTIAL

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF WYOMING
 3
 4     CUSTODIA BANK, INC.,
 5                  Plaintiff
 6     vs.                                    No.
 7     FEDERAL RESERVE BOARD OF               22-cv-00125-SWS
 8     GOVERNORS and FEDERAL RESERVE
 9     BANK OF KANSAS CITY,
10                  Defendant.
11
12
13
14
15          CONFIDENTIAL DEPOSITION OF JUDITH HAZEN,
16     FRBKC Representative, a Defendant, taken on behalf of
17     the Plaintiff before Kelsey Robbins Schmalz, CSR No.
18     1571, CCR No. 1148, RPR, pursuant to Notice on the
19     16th of November, 2023, at the offices of the Federal
20     Reserve Bank of Kansas City, 1 Memorial Drive, Kansas
21     City, Missouri.
22
23
24
25
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CONFIDENTIAL * * * CONFIDENTIAL * * * CONFIDENTIAL

Page 278

1  A. I assume -- so the Conference of
2  Presidents did not approve the handbook until after
3  Custodia's master account request had been
4  determined.  If you have a version dated August 2023,
5  I assume that's the final version that was approved
6  by COP.
7  BY MR. SCARBOROUGH:
8  Q. Did the Kansas City Fed rely on drafts
9  of the handbook when assessing Custodia's master
10 account request?
11            MS. CARLETTA:  Objection.  Form.
12 A. So the Federal Reserve Bank of Kansas
13 City began the analysis of Custodia's master account
14 prior to the drafting of the handbook, but as the
15 handbook was drafted and the guidelines were
16 contemplated, we were mindful of how those were
17 evolving and used those as a reference point to
18 ensure that we were conducting a fulsome analysis of
19 the request.
20 BY MR. SCARBOROUGH:
21 Q. Now, did the handbook supplant the
22 Kansas City Fed's policies, procedure, et cetera,
23 when it came to considering and determining master
24 account requests?
25            MS. CARLETTA:  Objection.  Form and