Billie LM Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC.,<br><br>    *Plaintiff,*<br><br>        v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY,<br><br>    *Defendants.* | No. 1:22-cv-00125-SWS |

**DEFENDANT FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendant Federal Reserve Bank of Kansas City ("FRBKC") moves this Court for leave to file the forthcoming motions with excess pages, and in support of such motion, state as follows:

1.    On November 27, 2023, the parties filed a Joint Motion and Stipulation to Align and Consolidate APA and Summary Judgment Briefing ("Joint Stipulation"). (ECF No. 219.) Under the Joint Stipulation, the parties asked the court to amend the Second Amended Scheduling Order (ECF No. 211) "so that the appellate briefing dates align with the dispositive motion briefing

dates." (ECF No. 219 ¶ 5.) The parties further stipulated that "[i]f the current scheduling order is so amended, the parties intend to move the court for a page extension on the combined briefing at a later date." (Id. ¶ 5.).

2. Pursuant to Local Rule 7.1(b)(2)(C), FRBKC is entitled to 10 pages for its Reply in Support of Its Cross-Motion for Summary Judgment. In order to fully brief the Court on the relevant issues, FRBKC requests permission to file a reply that is no longer than 20 pages.

3. Pursuant to Local Rule 7.1(b)(1)(D), FRBKC is entitled to 5 pages for each of its replies in support of its motions to exclude Plaintiff's expert witnesses. In order to fully brief the Court on the relevant issues, FRBKC requests permission to file replies not to exceed 10 pages in length.

4. Counsel for FRBKC has met and conferred with Plaintiff's counsel regarding the requested page limits, and Plaintiff's counsel has consented to the requested relief.

WHEREFORE, FRBKC respectfully moves the Court for leave to file the above-referenced papers within the requested page limitations.

Dated: 22 February 2024.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY: /s/ *Billie L.M. Addleman*
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

Andrew Michaelson (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
E. Caroline Freeman (*pro hac vice)*
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500
jbucholtz@kslaw.com
ccarletta@kslaw.com
cfreeman@kslaw.com

Jared Lax (pro hac vice)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Phone: (720) 535-2300
jlax@kslaw.com

*Counsel for Defendant the Federal Reserve Bank of Kansas City*

## CERTIFICATE OF SERVICE

I certify the foregoing ***Defendant Federal Reserve Bank of Kansas City's Unopposed Motion for Leave to File Excess Pages*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure via CM/ECF on February 22, 2024.

*Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC