UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CUSTODIA BANK, INC. | } | |
| Plaintiff, | } | |
| vs. | } | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } | |
| Defendants. | } | |

# ORDER GRANTING DEFENDANT FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

**THIS MATTER**, having come before the Court upon *Defendant Federal Reserve Bank of Kansas City's Unopposed Motion for Leave to File Excess Pages*, and good cause having been shown, WHEREFORE:

**IT IS HEREBY ORDERED** that Defendant Federal Reserve Bank of Kansas City may file its Reply in Support of its Cross-Motion for Summary Judgment not to exceed 20 pages and replies in support of motions to exclude Plaintiff's expert witnesses not to exceed 10 pages for each reply in support of the motions to exclude.

Dated _____, 2024.

_____
KELLY H. RANKIN
United States Magistrate Judge