Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, <br><br> *Defendants.* | No. 1:22-cv-00125-SWS |

**DEFENDANT FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION TO FILE ITS REPLIES UNDER SEAL**

Defendant Federal Reserve Bank of Kansas City ("FRBKC") respectfully requests that this Court enter an Order permitting it to file *FRBKC's Reply in Support of its Cross-Motion for Summary Judgment*, *FRBKC's Reply in Support of its Motion to Strike Reports and Exclude Testimony of Professor Peter Conti-Brown*, and *FRBKC's Reply in Support of its Motion to Strike Reports and Exclude Testimony of Katie Cox* (collectively, the "Replies"), under seal, as contemplated by the Court's Stipulated Protective Order.

1. On July 24, 2023, pursuant to a joint stipulated motion, the Court entered a *Stipulated Protective Order Regarding Confidential Information and Documents*. ECF No. 174.

2. Pursuant to that stipulated protective order, FRBKC and Custodia have designated portions of documents produced in discovery and deposition testimony as "Confidential."

3. Because FRBKC's Replies cite to and attach some materials designated "Confidential", FRBKC respectfully requests leave to temporarily file its Replies under seal through February 27, 2024 (the "Review Period") in order to comply with the terms of the Protective Order. During the Review Period, the parties will review and agree on redactions for the Replies and attached exhibits and Custodia will advise FRBKC as to which exhibits or portions thereof must remain under seal in accordance with the Protective Order. On February 28, 2024, FRBKC will file its Replies and attached exhibits on the public docket with the parties' agreed upon redactions and sealing, with both parties reserving the right to challenge one another's confidentiality designations. Custodia consents to FRBKC's requested relief.

4. FRBKC respectfully requests that the Court grant this motion and enter an order authorizing FRBKC to file its Replies under seal.

Dated: 22 February 2024.

FEDERAL RESERVE BANK OF KANSAS CITY, Defendant

BY: /s/ *Billie L.M. Addleman*
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

– 3 –

Andrew Michaelson (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
E. Caroline Freeman (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500
jbucholtz@kslaw.com
jmitchell@kslaw.com
ccarletta@kslaw.com

Jared Lax (*pro hac vice*)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Phone: (720) 535-2300
jlax@kslaw.com

*Counsel for Defendant the Federal Reserve Bank of Kansas City*

## CERTIFICATE OF SERVICE

I certify the foregoing ***Defendant Federal Reserve Bank of Kansas City's Unopposed Motion to File Its Replies Under Seal*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure via CM/ECF on February 22, 2024.

<u>*Shannon M. Ward*</u>
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC