UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. }<br><br>Plaintiff, }<br><br>vs. }<br><br>FEDERAL RESERVE BOARD OF }<br>GOVERNORS and FEDERAL RESERVE }<br>BANK OF KANSAS CITY, }<br><br>Defendants. } | Civil No. 1:22-cv-00125-SWS |

### ORDER GRANTING FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION TO FILE ITS REPLIES UNDER SEAL

**THIS MATTER** having come before the Court, and the Court having considered *Defendant Federal Reserve Bank of Kansas City's Unopposed Motion to File Its Replies Under Seal* [the "Motion"], and being fully informed on the matter, finds that FRBKC's *Motion* should be **granted**.

**IT IS HEREBY ORDERED** that Defendant is permitted to file *FRBKC's Reply in Support of its Cross-Motion for Summary Judgment*, *FRBKC's Reply in Support of its Motion to Strike Reports and Exclude Testimony of Professor Peter Conti-Brown*, and *FRBKC's Reply in Support of its Motion to Strike Reports and Exclude Testimony of Katie Cox* (collectively, the "Replies") **under seal** through February 27, 2024.

**IT IS FURTHER ORDERED** that FRBKC will file its Replies and attached exhibits on the public docket with the parties' agreed upon redactions and sealing on or before February 28, 2024.

Dated: ____ February 2024.

_____
KELLY H. RANKIN
United States Magistrate Judge