

FILED
11:30 am, 2/23/24
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC. | |
| Plaintiff, | |
| vs. | Civil No. 1:22-cv-00125-SWS |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | |
| Defendants. | |

## ORDER GRANTING FEDERAL RESERVE BANK OF KANSAS CITY'S UNOPPOSED MOTION TO FILE ITS REPLIES UNDER SEAL

**THIS MATTER** having come before the Court, and the Court having considered *Defendant Federal Reserve Bank of Kansas City's Unopposed Motion to File Its Replies Under Seal* [the "Motion"], and being fully informed on the matter, finds that FRBKC's *Motion* should be **granted**.

**IT IS HEREBY ORDERED** that Defendant is permitted to file *FRBKC's Reply in Support of its Cross-Motion for Summary Judgment*, *FRBKC's Reply in Support of its Motion to Strike Reports and Exclude Testimony of Professor Peter Conti-Brown*, and *FRBKC's Reply in Support of its Motion to Strike Reports and Exclude Testimony of Katie Cox* (collectively, the "Replies") **under seal** through February 27, 2024.

**IT IS FURTHER ORDERED** that FRBKC will file its Replies and attached exhibits on the public docket with the parties' agreed upon redactions and sealing on or before February 28, 2024.

Dated: February 23, 2024.

_____
KELLY H. RANKIN
United States Magistrate Judge