Andrew Michaelson (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500
jbucholtz@kslaw.com
ccarletta@kslaw.com

Jared Lax (*pro hac vice*)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Phone: (720) 535-2300
jlax@kslaw.com

Billie L.M. Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

*Counsel for Defendant the Federal Reserve Bank of Kansas City*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CUSTODIA BANK, INC.,<br><br>     *Plaintiff,*<br><br>          v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY,<br><br>     *Defendants.* | No. 1:22-cv-00125-SWS |

**DECLARATION OF ANDREW MICHAELSON IN SUPPORT OF DEFENDANT FEDERAL RESERVE BANK OF KANSAS CITY'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE REPORTS AND EXCLUDE THE TESTIMONY OF PROFESSOR PETER CONTI-BROWN**

I, Andrew Michaelson, declare as follows:

1. Attached hereto as Exhibit 23 is a true and accurate copy of excerpts from the transcript of the deposition of Peter Conti-Brown, dated December 14, 2023.

DATED this 23rd day of February 2024.

/s/ *Andrew Michaelson*
Andrew Michaelson (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com
*Counsel for Defendant the*
*Federal Reserve Bank of Kansas City*

## CERTIFICATE OF SERVICE

I certify the foregoing ***Declaration in Support of Defendant Federal Reserve Bank of Kansas City's Reply in Support of its Motion to Strike Reports and Exclude Testimony of Professor Peter Conti-Brown*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure via CM/ECF on February 23, 2024.

*Shannon M. Ward*
OF HIRST APPLEGATE, LLP
Attorneys for Defendant FRBKC