# EXHIBIT 90

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Restricted FR

Restricted FR

## Nontraditional Master Accounts and Wyoming SPDI
## Weekly Update
## 9/4/2020

### *Top of Page Highlights*

- At the request of Albert Forkner, Wyoming Division of Banking (DOB) met with Todd Vermilyea. Other invited participants included representatives from various sections in Board S&R and RBOPS.
    - A member of the Innovation Policy Team who attended the meeting shared via phone conversation the following:
        - The meeting appeared to have been motivated by an interest in engaging any potential influencers in the master account decision.
        - Board participants communicated that a decision on the master account belongs to the Reserve Bank.
        - Board participants offered to review the supervisory program.
    - The DOB contacted Jackie Nugent to recap the call with Board S&R and to provide a general update. Participants from the Wyoming DOB were Albert Forkner, Chris Land, and Jeremiah Bishop.
        - Board S&R communicated that a master account decision is "a commercial decision of the Reserve Bank" and a message they heard was that they would have nothing to do with the decision.
        - Board S&R offered to connect the DOB with the FFIEC regarding the in-development supervisory program.
- In general updates from the DOB
    - After the Wyoming Banking Board vote (in the next 2-3 weeks) on the [REDACTED] application, [REDACTED] plans to submit a request for a master account.

### *Work Stream A: Nontraditional Master Accounts (NTMA) and SPDI Policy Implications*

- 

### *Work Stream B: SPDI Application Review*

[REDACTED]

- The Wyoming Banking Board will vote on the charter application in the next 2-3 weeks, at which point the applicant plans to submit a request for a master account.

**Avanti Financial**

- The public hearing is scheduled for October 6.

Page 1 of 2

CONFIDENTIAL  FRBKC-00015572

Restricted FR

## Application Pipeline

- Pipeline prospective applicants include Wyoming Deposit & Transfer Corp, Railsbank, Wyo Financial, and Transferwise.
- The DOB anticipates accepting the Wyoming D&TC application in October, with a January or February hearing.

### Work Stream C: Wyoming Supervisory Program and Final Rule Making

- The DOB shared with us a draft of the BSA/AML work program, along with a list of questions they have submitted to FinCEN for interpretation. The DOB plans to seek input on the supervisory program from FinCEN, OFAC and the FBI.

### Work Stream D: Stakeholder Engagement

- **Upcoming Engagements:**
    - System contacts that worked on the fnality joint account case
    - Payments economist Fumiko Hayashi
    - Board stakeholders regarding the policy implications document

CONFIDENTIAL                                                                                                                   FRBKC-00015573