# EXHIBIT 91

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

Exhibit 233 is a list written by opposing counsel for Custodia that includes names of Board of Governors personnel who did not have substantive discussions with the Federal Reserve Bank of Kansas City on whether to deny Custodia's master account request.


FRBKC
EXHIBIT NO. 237
11.16.23  KRS