Billie L.M. Addleman, #6-3690
HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 532-4999
baddleman@hirstapplegate.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., *Plaintiff,* v. FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, *Defendants.* | No. 1:22-cv-00125-SWS |

## NOTICE OF REQUEST TO LIFT RESTRICTIONS OF ECF NOS. 307, 308 AND 311

Defendant Federal Reserve Bank of Kansas City ("FRBKC") hereby provides notice that the following filings dated February 23, 2024, may be placed on the public docket with no restrictions:

1) **ECF No. 307** – Defendant Federal Reserve Bank of Kansas City's Reply in Support of Motion to Strike Reports and Exclude the Testimony of Professor Peter Conti-Brown;

2) **ECF No. 308** – Declaration of Andrew Michaelson in Support of Defendant Federal Reserve Bank of Kansas City's Reply in Support of Its Motion to Strike

– 2 –

Reports and Exclude the Testimony of Professor Peter Conti-Brown, and attendant exhibit; and

3) **ECF No. 311** – Declaration of Andrew Michaelson in Support of Defendant Federal Reserve Bank of Kansas City's Reply in Support of Its Cross-Motion for Summary Judgment, and attendant exhibits.

The Clerk is hereby requested to remove all prior restrictions.

Dated: 27 February 2024.

/s Billie LM Addleman
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
OF HIRST APPLEGATE, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com
Andrew Michaelson (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Phone: (212) 556-2100
amichaelson@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Christine M. Carletta (*pro hac vice*)
E. Caroline Freeman (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 737-0500
jbucholtz@kslaw.com
ccarletta@kslaw.com
cfreeman@kslaw.com

Jared Lax (*pro hac vice*)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Phone: (720) 535-2300
jlax@kslaw.com
*Counsel for Defendant*
*Federal Reserve Bank of Kansas City*

**CERTIFICATE OF SERVICE**

I certify the foregoing *Notice* was served upon all parties to this action via CM/ECF pursuant to the Federal Rules of Civil Procedure on 27 February 2024.

  /s Shannon M. Ward
OF HIRST APPLEGATE, LLP
Attorneys for Defendant