Tyler J. Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
Cheyenne, WY 82001
(307) 634-7723
tgarrett@hkwyolaw.com

Michelle S. Kallen*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
mkallen@jenner.com

Matthew I. Summers*
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105
(628) 267-6800
msummers@jenner.com
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | Civil Case No.: 1:22-CV-00125-SWS |
| *Plaintiff*, | |
| v. | |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, and | |
| FEDERAL RESERVE BANK OF KANSAS CITY, | |
| *Defendants*. | |

### NOTICE OF WITHDRAWAL OF MATTHEW I. SUMMERS AS COUNSEL FOR AMICI CURIAE

Please take notice that Matthew I. Summers of Jenner & Block LLP, pursuant to L.R. 84.3(c), hereby withdraws as *pro hac vice* counsel for Amici Curiae Blockchain

Association and Payment Systems Scholars Gerald P. Dwyer, Frank Emmert, Tonya M. Evans, Julie Andersen Hill, and George Selgin.

Tyler J. Garrett of Hathaway & Kunz, LLP and Michelle S. Kallen of Jenner & Block LLP, both of whom have filed appearances in this Court, will continue to represent Amici in this matter.

Dated: February 27, 2024                              Respectfully submitted,

                                                      By: /s/ Matthew I. Summers
                                                          Matthew I. Summers*
Tyler J. Garrett, #6-4400                                 JENNER & BLOCK LLP
HATHAWAY & KUNZ, LLP                                      455 Market Street, Suite 2100
2515 Warren Avenue, Suite 500                             San Francisco, CA 94105
Cheyenne, WY 82001                                        (628) 267-6800
(307) 634-7723                                            msummers@jenner.com
tgarrett@hkwyolaw.com

                                                          Michelle S. Kallen*
                                                          JENNER & BLOCK LLP
                                                          1099 New York Avenue, NW
                                                          Suite 900
                                                          Washington, DC 20001
                                                          (202) 639-6000
                                                          mkallen@jenner.com

                                                          *Admitted *pro hac vice*

                       *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2024, I caused the foregoing document to be electronically transmitted to the Clerk of Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Matthew I. Summers*
JENNER & BLOCK LLP
