UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

*FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 MAR 29 PM 12:00
MARGARET BOTKINS, CLERK
CASPER*

CUSTODIA BANK, INC.,

    Plaintiff,

v.

FEDERAL RESERVE BOARD OF GOVERNORS, and FEDERAL RESERVE BANK OF KANSAS CITY,

    Defendants.

Case No. 22-CV-125-SWS

## JUDGMENT

In conformity with the Court's Order on Dispositive Motions (ECF 317), which is fully incorporated herein by this reference,

**Judgment as a matter of law** is hereby entered in favor of Defendant Federal Reserve Bank of Kansas City and against Plaintiff Custodia Bank, Inc. on Plaintiff Custodia's cause of action seeking a writ of mandamus (Claim II).

**It is ordered and adjudged** that Plaintiff Custodia's petition for review under the Administrative Procedure Act (Claim I) asserted against Defendant Federal Reserve Board of Governors is **dismissed without prejudice for lack of jurisdiction**, and Plaintiff Custodia's cause of action for declaratory judgment under the Declaratory Judgment Act (Claim III) is **dismissed**.

**DATED:** March 29th, 2024.

        Entered:    Margaret Botkins
                        Clerk of Court

        By: _____
                  Elayna Thorsell
                  Deputy Clerk of Court