# Exhibit A

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS AND APPEARANCE FEES NECESSARILY OBTAINED FOR USE IN THE CASE**

| DEPONENT | TRANSCRIPT COST[*] |
|---|---|
| **Judith Hazen, Vol. 1** – deposition dated October 16, 2023<br>Transcript fee (464 pages x $4.00) | $ 1,856.00 |
| **Christi May-Oder, Vol. 1** – deposition dated October 19, 2023<br>Transcript fee (413 pages x $4.00) | $ 1,652.00 |
| **Jeff Imgarten** – deposition dated October 24, 2023<br>Transcript fee (381 pages x $4.00) | $ 1,524.00 |
| **Ross Crouch** – deposition dated October 25, 2023<br>Transcript fee (399 pages x $4.00) | $1,596.00 |
| **Jenifer Haake** – deposition dated October 26, 2023<br>Transcript fee (294 pages x $4.00) | $ 1,176.00 |
| **Tara Humston** – deposition dated November 3, 2023<br>Transcript fee (586 pages x $4.00) | $ 2,344.00 |
| **Christi May-Oder, Vol. 2** – deposition dated November 8, 2023<br>Transcript fee (80 pages x $4.00) | $ 320.00 |
| **Esther George** – deposition dated November 9, 2023<br>Transcript fee (394 pages x $4.00) | $ 1,576.00 |
| **Jackie Nugent** – deposition dated November 15, 2023<br>Transcript fee (326 pages x $4.00) | $ 1,304.00 |
| **Judith Hazen, Vol. 2** – deposition dated November 15, 2023<br>Transcript fee (77 pages x $4.00) | $ 308.00 |
| **Judith Hazen 30(b)(6)** – deposition dated November 16, 2023<br>Transcript fee (465 pages x $4.00) | $ 1,860.00 |
| **Caitlin Long** – deposition dated November 29, 2023<br>Transcript fee (338 pages x $4.00) | $ 1,352.00 |

---

[*] Rate of $4.00 per deposition transcript page calculated pursuant to USDC District of Wyoming Local Rule 54.2(f)(2)(C) and USDC District of Wyoming Administrative General Order 2023-05, entered September 27, 2023.

| DEPONENT | TRANSCRIPT COST[*] |
|---|---|
| **Caitlin Long** – deposition dated November 29, 2023<br>Court Reporter appearance fee (Full day x $300.00, Early AM / Late PM – 1.25 x $75.00) | $ 393.75 |
| **Zev Shimko** – deposition dated November 30, 2023<br>Transcript fee (253 pages x $4.00) | $ 1,012.00 |
| **Zev Shimko** – deposition dated November 30, 2023<br>Court Reporter appearance fee (Full day x $300.00, Early AM / Late PM – .50 x $75.00) | $ 337.50 |
| **Andrea Mullins** – deposition dated December 7, 2023<br>Transcript fee (317 pages x $4.00) | $ 1,268.00 |
| **Peter Conti-Brown** – deposition dated December 14, 2023<br>Transcript fee (531 pages x $4.00) | $ 2,124.00 |
| **Peter Conti-Brown** – deposition dated December 14, 2023<br>Court Reporter appearance fee (Full day 1.0 x $175.00) | $ 175.00 |
| **Katie Cox, Vol. 1** – deposition dated December 19, 2023<br>Transcript fee (445 pages x $4.00) | $ 1,780.00 |
| **Katie Cox, Vol. 1** – deposition dated December 19, 2023<br>Court Reporter appearance fee (Full day 1.0 x $175.00) | $ 175.00 |
| **Katie Cox, Vol. 2** – deposition dated December 20, 2023<br>Transcript fee (355 pages x $4.00) | $ 1,420.00 |
| **Katie Cox, Vol. 2** – deposition dated December 20, 2023<br>Court Reporter appearance fee (Full day 1.0 x $175.00) | $ 175.00 |
| **TOTAL:** | **$ 25,728.25** |