# Exhibit B

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Andrew Michaelson | **Invoice #:** 6927226 |
| King & Spalding LLP | **Invoice Date:** 10/24/2023 |
| 1185 Avenue of the Americas | **Balance Due:** $0.00 |
| 34th floor | |
| New York, NY, 10036 | |

| | |
|---|---|
| **Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22-CV-00125-SWS)** | **Proceeding Type: Depositions** |

Job #: 6153175   |   Job Date: 10/17/2023   |   Delivery: Expedited

Location:          Kansas City, MO

Billing Atty:      Andrew Michaelson

Scheduling Atty:   Jamie Wolfe | Williams & Connolly LLP

| Witness: Judith Hazen | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 464.00 | $4.05 | $1,879.20 |
| Transcript Services - Certified Transcript - Priority Request | 464.00 | $4.05 | $1,879.20 |
| Rough Draft | 464.00 | $2.50 | $1,160.00 |
| Exhibits | 121.00 | $0.70 | $84.70 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$5,129.10** |
| | **Payment:** | **($5,129.10)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:**  6927226 |
| Veritext | **A/C Name:**Veritext | **Invoice Date:**  10/24/2023 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due:**  $0.00 |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Andrew Michaelson | | |
|---|---|---|---|
| | King & Spalding LLP | **Invoice #:** | **6938732** |
| | 1185 Avenue of the Americas | **Invoice Date:** | **10/27/2023** |
| | 34th floor | **Balance Due:** | **$0.00** |
| | New York, NY, 10036 | | |

| **Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22-CV-00125-SWS)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6153195   |   Job Date: 10/19/2023   |   Delivery: Expedited

| | |
|---|---|
| Location: | Kansas City, MO |
| Billing Atty: | Andrew Michaelson |
| Scheduling Atty: | Jamie Wolfe | Williams & Connolly LLP |

| Witness: Christi May-Oder | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 413.00 | $4.05 | $1,672.65 |
| Transcript Services - Certified Transcript - Priority Request | 413.00 | $2.43 | $1,003.59 |
| Rough Draft | 413.00 | $2.50 | $1,032.50 |
| Exhibits | 635.00 | $0.45 | $285.75 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$4,120.49** |
| | **Payment:** | **($4,120.49)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  6938732**
**Invoice Date:  10/27/2023**
**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43107

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Christine Carletta | | Invoice #: | **6939278** |
| --- | --- | --- | --- | --- |
| | King & Spalding LLP | | **Invoice Date:** | **10/27/2023** |
| | 1700 Pennsylvania Ave NW | | **Balance Due:** | **$0.00** |
| | Suite 900 | | | |
| | Washington, DC, 20006 | | | |

| Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS) | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 6153211  |  Job Date: 10/24/2023  |  Delivery: Expedited

Location:        Kansas City, MO

Billing Atty:    Christine Carletta

Scheduling Atty:    Jamie Wolfe | Williams & Connolly LLP

| Witness: Jeffrey Imgarten | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Transcript Services - Certified Transcript | 381.00 | $4.05 | $1,543.05 |
| Transcript Services - Certified Transcript - Priority Request | 381.00 | $3.64 | $1,386.84 |
| Rough Draft | 381.00 | $2.50 | $952.50 |
| Exhibits | 104.00 | $0.70 | $72.80 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | | |
| --- | --- | --- | --- |
| | **Invoice Total:** | **$4,081.19** | |
| | **Payment:** | **($4,081.19)** | |
| | **Credit:** | **$0.00** | |
| | **Interest:** | **$0.00** | |
| | **Balance Due:** | **$0.00** | |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  6939278**
**Invoice Date:  10/27/2023**
**Balance Due:  $0.00**

43107

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Christine Carletta | | |
|---|---|---|---|
| | King & Spalding LLP | **Invoice #:** | **6944466** |
| | 1700 Pennsylvania Ave NW | **Invoice Date:** | **10/30/2023** |
| | Suite 900 | **Balance Due:** | **$0.00** |
| | Washington, DC, 20006 | | |

| Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS) | Proceeding Type: Depositions |
|---|---|

Job #: 6153214   |   Job Date: 10/25/2023   |   Delivery: Expedited

| Location: | Kansas City, MO |
|---|---|
| Billing Atty: | Christine Carletta |
| Scheduling Atty: | Jamie Wolfe | Williams & Connolly LLP |

| Witness: Ross Crouch | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 399.00 | $4.05 | $1,615.95 |
| Transcript Services - Certified Transcript - Priority Request | 399.00 | $3.65 | $1,454.36 |
| Rough Draft | 399.00 | $2.50 | $997.50 |
| Exhibits | 182.00 | $0.70 | $127.40 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$4,321.21** |
| | **Payment:** | **($4,321.21)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  6944466** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice Date:  10/30/2023** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due:  $0.00** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

43107

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jared Lax |
|---|---|
| | King & Spalding LLP |
| | 1401 Lawrence Street |
| | Suite 1900 |
| | Denver, CO, 80202 |

| | |
|---|---|
| **Invoice #:** | **6942516** |
| **Invoice Date:** | **10/30/2023** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22-CV-00125-SWS)** | **Proceeding Type: Depositions** |

Job #: 6153219   |   Job Date: 10/26/2023   |   Delivery: Expedited

| | |
|---|---|
| Location: | Kansas City, MO |
| Billing Atty: | Jared Lax |
| Scheduling Atty: | Jamie Wolfe | Williams & Connolly LLP |

| Witness: Jenifer Haake | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 294.00 | $4.05 | $1,190.70 |
| Transcript Services - Certified Transcript - Priority Request | 294.00 | $4.05 | $1,190.70 |
| Transcript - Supplemental Surcharges* | 294.00 | $0.65 | $191.10 |
| Rough Draft | 294.00 | $2.50 | $735.00 |
| Exhibits | 125.00 | $0.70 | $87.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes:   *Supplemental Surcharges Include: Virtual Proceeding | | |
|---|---|---|

| | |
|---|---|
| **Invoice Total:** | **$3,576.00** |
| **Payment:** | **($3,576.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **6942516** |
| **Invoice Date:** | **10/30/2023** |
| **Balance Due:** | **$0.00** |

43107

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Andrew Michaelson
King & Spalding LLP
1185 Avenue of the Americas
34th floor
New York, NY, 10036

| | |
|---|---:|
| **Invoice #:** | **6990317** |
| **Invoice Date:** | **11/17/2023** |
| **Balance Due:** | **$0.00** |

| Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS) | Proceeding Type: Depositions |
|---|---|

Job #: 6153223    |    Job Date: 11/3/2023    |    Delivery: Normal

Location:              Washington, DC

Billing Atty:          Andrew Michaelson

Scheduling Atty:    Jamie Wolfe | Williams & Connolly LLP

| Witness: Tara Humston | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Certified Transcript | 586.00 | $4.05 | $2,373.30 |
| Rough Draft | 586.00 | $2.50 | $1,465.00 |
| Exhibits | 211.00 | $0.70 | $147.70 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---:|
| | **Invoice Total:** | **$4,129.00** |
| | **Payment:** | **($4,129.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  6990317**

**Invoice Date:  11/17/2023**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43107

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Andrew Michaelson |
| | King & Spalding LLP |
| | 1185 Avenue of the Americas |
| | 34th floor |
| | New York, NY, 10036 |

| **Invoice #:** | **6990392** |
| **Invoice Date:** | **11/21/2023** |
| **Balance Due:** | **$0.00** |

| **Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS)** | **Proceeding Type: Depositions** |

Job #: 6296233   |   Job Date: 11/8/2023   |   Delivery: Normal

| Location: | Kansas City, MO |
| Billing Atty: | Andrew Michaelson |
| Scheduling Atty: | Jamie Wolfe | Williams & Connolly LLP |

| Witness: Christi May-Oder , Vol 2 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 80.00 | $4.25 | $340.00 |
| Rough Draft | 80.00 | $2.50 | $200.00 |
| Exhibits | 610.00 | $0.50 | $305.00 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | **Invoice Total:** | **$988.00** |
|---|---|---|---|
| | | **Payment:** | **($988.00)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  6990392**

**Invoice Date:  11/21/2023**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43107

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Andrew Michaelson | **Invoice #:** **7005531** |
| King & Spalding LLP | **Invoice Date:** **11/29/2023** |
| 1185 Avenue of the Americas | **Balance Due:** **$0.00** |
| 34th floor | |
| New York, NY, 10036 | |

| Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS) | Proceeding Type: Depositions |
|---|---|

Job #: 6153237   |   Job Date: 11/9/2023   |   Delivery: Normal

Location:              Kansas City, MO

Billing Atty:          Andrew Michaelson

Scheduling Atty:    Jamie Wolfe | Williams & Connolly LLP

| Witness: Esther George | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 394.00 | $4.05 | $1,595.70 |
| Rough Draft | 394.00 | $2.50 | $985.00 |
| Exhibits | 300.00 | $0.70 | $210.00 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,933.70** |
| | **Payment:** | **($2,933.70)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7005531**

**Invoice Date:  11/29/2023**

**Balance Due:   $0.00**

43107

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Andrew Michaelson | |
| King & Spalding LLP | |
| 1185 Avenue of the Americas | |
| 34th floor | |
| New York, NY, 10036 | |

| | |
|---|---|
| **Invoice #:** | **7018294** |
| **Invoice Date:** | **12/4/2023** |
| **Balance Due:** | **$0.00** |

**Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS)**   **Proceeding Type: Depositions**

Job #: 6307076   |   Job Date: 11/15/2023   |   Delivery: Normal

Location:          Kansas City, MO

Billing Atty:      Andrew Michaelson

Scheduling Atty:   Ryan Scarborough | Williams & Connolly LLP

| Witness: Jackie Nugent | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 326.00 | $4.05 | $1,320.30 |
| Rough Draft | 326.00 | $2.50 | $815.00 |
| Exhibits | 225.00 | $0.70 | $157.50 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| **Witness: Judith Hazen , Vol 2** | **Quantity** | **Price** | **Amount** |
| Transcript Services - Certified Transcript | 77.00 | $4.05 | $311.85 |
| Exhibits | 85.00 | $0.70 | $59.50 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| | **Quantity** | **Price** | **Amount** |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **7018294** |
| **Invoice Date:** | **12/4/2023** |
| **Balance Due:** | **$0.00** |

43107

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Andrew Michaelson<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>34th floor<br>New York, NY, 10036 | **Invoice #:** | **7024052** |
|---|---|---|---|
| | | **Invoice Date:** | **12/11/2023** |
| | | **Balance Due:** | **$0.00** |

| Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22-CV-00125-SWS) | Proceeding Type: Depositions |
|---|---|

Job #: 6307094   |   Job Date: 11/16/2023   |   Delivery: Normal                   Attorney present at deposition: Christine M. Carletta

Location:          Kansas City, MO

Billing Atty:      Andrew Michaelson

Scheduling Atty:   Ryan Scarborough | Williams & Connolly LLP

| Witness: Judith Hazen 30(b)(6) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 465.00 | $4.05 | $1,883.25 |
| Rough Draft | 465.00 | $2.50 | $1,162.50 |
| Exhibits | 462.00 | $0.70 | $323.40 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$3,567.15** |
| | **Payment:** | **($3,567.15)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7024052**

**Invoice Date:  12/11/2023**

**Balance Due:  $0.00**

43107

**Meadors Court Reporting**

4025 Automation Way Unit D-2
Fort Collins, CO 80525
Phone: (970) 482-1506



Andrew Michaelson, Esq.
King & Spalding LLP - New York
1185 Avenue of the Americas
New York, NY 10036-4003

## *Invoice #329223*

| Date | Terms |
|---|---|
| 12/13/2023 | Due Upon Receipt |

| Assignment #221430 on 11/29/2023 |
|---|

**Case:** Custodia Bank v. Federal Reserve Board of Governors
**Court Docket#:** 1:22-CV-00125

**Shipped On:** 12/12/2023
**Shipped Via:** Federal Express
**Tracking #:** 774455427576
**Delivery Type:** MCR

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript of Caitlin Long** | | | |
| Administration and Processing Fee | $ 40.00 | 1.00 | $ 40.00 |
| Appearance Fee Full Day | $ 300.00 | 1.00 | $ 300.00 |
| Appearance Fee - Early AM / Late PM (1.25 Units) | $ 75.00 | 1.00 | $ 93.75 |
| Scanned Exhibits (342 Pages) | $ 0.45 | 1.00 | $ 153.90 |
| Original Transcript & Certified Electronic Copy (338 Pages) | $ 4.15 | 1.00 | $ 1,402.70 |
| Rough Draft (331 Pages) | $ 1.35 | 1.00 | $ 446.85 |
| Delivery / FedEx | $ 28.79 | 1.00 | $ 28.79 |
| | | | $ 2,465.99 |
| Finance Charge | | | $ 33.15 |
| Write-Off | | | $ -33.15 |
| | | | $ 0.00 |

Amount Due:        $ 2,465.99
Paid:        $ 2,465.99

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | 01/12/2024 |

**\*\*Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.**

**If paying by check, please detach this portion and return with your payment**
--------------------------------------------------------------------------------------------------------------------------------------------------

**Tax ID 84-1334569**
**Invoice No. : 329223**
**Job No. : 221430**
**Amount Due: $ 0.00**

**Remit To: Meadors Court Reporting**
        **216 16th Street, Suite 600**
        **Denver, CO 80202**

*Invoice #329223*

**Payment by electronic check or credit card may be made here:  http://bit.ly/MCRQuickPay or by calling 303-296-0017.**

**Meadors Court Reporting**

4025 Automation Way Unit D-2
Fort Collins, CO 80525
Phone: (970) 482-1506



Jared M. Lax, Esq.
King & Spalding LLP - Denver
1401 Lawrence St
Suite 1900
Denver, CO 80202

### *Invoice #329269*

| Date | Terms |
|---|---|
| 12/14/2023 | Due Upon Receipt |

### PAST DUE

| Assignment #221431 on 11/30/2023 |
|---|

**Case:** Custodia Bank v. Federal Reserve Board of Governors
**Court Docket#:** 1:22-CV-00125

**Shipped On:** 12/14/2023
**Shipped Via:** Courier
**Delivery Type:** MCR

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript of Zev Shimko** | | | |
| Administration and Processing Fee | $ 40.00 | 1.00 | $ 40.00 |
| Appearance Fee Full Day | $ 300.00 | 1.00 | $ 300.00 |
| Appearance Fee - Early AM / Late PM | $ 75.00 | 1.00 | $ 37.50 |
| Scanned Exhibits (139 Pages) | $ 0.45 | 1.00 | $ 62.55 |
| Original Transcript & Certified Electronic Copy (253 Pages) | $ 4.15 | 1.00 | $ 1,049.95 |
| Rough Draft (237 Pages) | $ 1.35 | 1.00 | $ 319.95 |
| Delivery or Pickup  / Courier | $ 20.00 | 1.00 | $ 20.00 |
| | | | $ 1,829.95 |
| Finance Charge | | | $ 37.03 |
| | | | $ 37.03 |

Amount Due: $ 1,866.98
Paid: $ 0.00

| Balance Due: | $ 1,866.98 |
|---|---|
| Payment Due: | 01/13/2024 |

**\*\*Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.**

**If paying by check, please detach this portion and return with your payment**
--------------------------------------------------------------------------------------------------------------------------------------

**Tax ID 84-1334569**
**Invoice No. : 329269**
**Job No. : 221431**
**Amount Due: $ 1,866.98**

**Remit To: Meadors Court Reporting**
       **216 16th Street, Suite 600**
       **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/MCRQuickPay or by calling 303-296-0017.**

*Invoice #329269*

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Andrew Michaelson
          King & Spalding LLP
          1185 Avenue of the Americas
          34th floor
          New York, NY, 10036

| | |
|---|---|
| **Invoice #:** | **7043940** |
| **Invoice Date:** | **12/13/2023** |
| **Balance Due:** | **$0.00** |

**Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS)**          **Proceeding Type: Depositions**

Job #: 6322132   |   Job Date: 12/7/2023   |   Delivery: Expedited

Location:         Kansas City, MO

Billing Atty:     Andrew Michaelson

Scheduling Atty:  Jamie Wolfe | Williams & Connolly LLP

| Witness: Andrea Mullins | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 317.00 | $4.05 | $1,283.85 |
| Transcript Services - Certified Transcript - Priority Request | 317.00 | $2.84 | $900.28 |
| Rough Draft | 317.00 | $2.50 | $792.50 |
| Exhibits | 257.00 | $0.70 | $179.90 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$3,354.53** |
| | **Payment:** | **($3,354.53)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  7043940**

**Invoice Date:  12/13/2023**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43107

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Andrew Michaelson |
|---|---|
| | King & Spalding LLP |
| | 1185 Avenue of the Americas |
| | 34th floor |
| | New York, NY, 10036 |

| | |
|---|---|
| **Invoice #:** | **7080826** |
| **Invoice Date:** | **12/30/2023** |
| **Balance Due:** | **$0.00** |

| **Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6328431   |   Job Date: 12/14/2023   |   Delivery: Normal

| Location: | Washington, DC |
|---|---|
| Billing Atty: | Andrew Michaelson |
| Scheduling Atty: | Andrew Michaelson | King & Spalding LLP |

| Witness: Peter Conti-Brown, Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 531.00 | $4.45 | $2,362.95 |
| Transcript - Supplemental Surcharges* | 531.00 | $1.30 | $690.30 |
| Rough Draft | 531.00 | $2.50 | $1,327.50 |
| Attendance | 1.00 | $175.00 | $175.00 |
| Exhibits | 418.00 | $0.70 | $292.60 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $305.00 | $305.00 |
| Expenses (Out of Pocket) | 1.00 | $43.64 | $43.64 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **7080826** |
| **Invoice Date:** | **12/30/2023** |
| **Balance Due:** | **$0.00** |

43107

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Christine Carletta | |
| King & Spalding LLP | |
| 1700 Pennsylvania Ave NW | |
| Suite 900 | |
| Washington, DC, 20006 | |

| | |
|---|---|
| **Invoice #:** | **7082939** |
| **Invoice Date:** | **12/30/2023** |
| **Balance Due:** | **$0.00** |

| Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22 -CV-00125-SWS) | Proceeding Type: Depositions |
|---|---|

Job #: 6328424   |   Job Date: 12/19/2023   |   Delivery: Normal

| | |
|---|---|
| Location: | Washington, DC |
| Billing Atty: | Christine Carletta |
| Scheduling Atty: | Christine Carletta | King & Spalding LLP |

| Witness: Katie S Cox , Vol 1 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 445.00 | $4.45 | $1,980.25 |
| Transcript - Supplemental Surcharges* | 445.00 | $1.30 | $578.50 |
| Rough Draft | 445.00 | $2.50 | $1,112.50 |
| Attendance | 1.00 | $175.00 | $175.00 |
| Exhibits | 104.00 | $0.70 | $72.80 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $305.00 | $305.00 |
| Expenses (Out of Pocket) | 1.00 | $22.50 | $22.50 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7082939**
**Invoice Date:  12/30/2023**
**Balance Due:  $0.00**

43107

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Christine Carletta
King & Spalding LLP
1700 Pennsylvania Ave NW
Suite 900
Washington, DC, 20006

| | |
|---|---|
| **Invoice #:** | **7083092** |
| **Invoice Date:** | **12/30/2023** |
| **Balance Due:** | **$0.00** |

| Case: Custodia Bank Inc v. Federal Reserve Board Of Governors Et Al (22-CV-00125-SWS) | Proceeding Type: Depositions |
|---|---|

Job #: 6350998   |   Job Date: 12/20/2023   |   Delivery: Expedited

Location:            Washington, DC

Billing Atty:        Christine Carletta

Scheduling Atty:   Christine Carletta | King & Spalding LLP

| Witness: Katie S Cox , Vol 2 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 355.00 | $4.45 | $1,579.75 |
| Transcript Services - Priority Request | 355.00 | $3.06 | $1,086.30 |
| Transcript - Supplemental Surcharges* | 355.00 | $0.65 | $230.75 |
| Rough Draft | 355.00 | $2.50 | $887.50 |
| Attendance | 1.00 | $175.00 | $175.00 |
| Exhibits | 241.00 | $0.70 | $168.70 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $305.00 | $305.00 |
| Expenses (Out of Pocket) | 1.00 | $17.00 | $17.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **7083092** |
| **Invoice Date:** | **12/30/2023** |
| **Balance Due:** | **$0.00** |

43107