# Exhibit C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., | } |
| Plaintiff, | } |
| vs. | } Civil No. 22-CV-0125 |
| FEDERAL RESERVE BOARD OF GOVERNORS and FEDERAL RESERVE BANK OF KANSAS CITY, | } |
| Defendants. | } |

## *AFFIDAVIT OF BILLIE ADDLEMAN*

STATE OF WYOMING   }
                   } SS
COUNTY OF LARAMIE  }

Billie Addleman, being duly sworn, upon oath, deposes and states as follows:

1. I am over the age of eighteen and currently reside in Cheyenne, Laramie County, Wyoming.

2. I am one of the attorneys for Defendant Federal Reserve Bank of Kansas City ("FRBKC") in the above-captioned matter.

3. I have knowledge of the facts of the defense of the above-captioned matter.

4. The itemized schedule of costs set forth in Defendant FRBKC's Bill of Costs is correct.

5. The costs were actually and necessarily incurred in the defense of this matter.

6.      In particular, the appearance fees and deposition transcript costs included in the Bill of Costs relate to deposition transcripts cited in FRBKC's briefs in support of its own *Cross-Motion for Summary Judgment* and in opposition to Custodia Bank, Inc.'s *Petition for Review on Its APA Claim and Its Motion for Judgment as a Matter of Law On Its Statutory Mandamus CLaim.*

7.      Defendant FRBKC seeks reimbursement only for the costs of those 17 depositions cited in its summary judgment opening, opposition, and reply briefs, including the costs of those depositions of FRBKC employees noticed and taken by Custodia.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: _April 11_, 2024.

_____
BILLIE ADDLEMAN

The foregoing Affidavit was subscribed and sworn to before me by Billie Addleman this 11 day of April 2024. Witness my hand and official seal.

SHANNON WARD
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 98206
MY COMMISSION EXPIRES DEC 15, 2029

_Shannon Ward_
SEAL                              NOTARY PUBLIC

My commission expires: 12/15/2029.

-2-