UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

U.S. FILED DISTRICT COURT
DISTRICT OF WYOMING

2024 MAR 29 PM 12: 00

MARGARET BOTKINS, CLERK
CASPER

CUSTODIA BANK, INC.,

      Plaintiff,

v.

FEDERAL RESERVE BOARD OF
GOVERNORS, and FEDERAL RESERVE
BANK OF KANSAS CITY,

      Defendants.

Case No. 22-CV-125-SWS

## JUDGMENT

In conformity with the Court's Order on Dispositive Motions (ECF 317), which is fully incorporated herein by this reference,

**Judgment as a matter of law** is hereby entered in favor of Defendant Federal Reserve Bank of Kansas City and against Plaintiff Custodia Bank, Inc. on Plaintiff Custodia's cause of action seeking a writ of mandamus (Claim II).

**It is ordered and adjudged** that Plaintiff Custodia's petition for review under the Administrative Procedure Act (Claim I) asserted against Defendant Federal Reserve Board of Governors is **dismissed without prejudice for lack of jurisdiction**, and Plaintiff Custodia's cause of action for declaratory judgment under the Declaratory Judgment Act (Claim III) is **dismissed**.

**DATED:** March _29th_, 2024.

                      Entered:    Margaret Botkins
                                 Clerk of Court

                By: _____
                         Elayna Thorsell
                         Deputy Clerk of Court