
# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



**Margaret Botkins**
Clerk of Court

**Jon Bastian**
Chief Deputy Clerk

**FILED**



**2:58 pm, 4/26/24**

**Margaret Botkins**
**Clerk of Court**

April 26, 2024

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:    Custodia Bank Inc v. Federal Reserve Board of Governors et al
           District Court Case Number: 1:22-cv-00125-SWS
           Notice of Appeal Filed:    4/26/2024
           $600 fee was not paid; $5 fee was not paid.

Dear Mr. Wolpert:

    Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of District Court docket entries
- Copy of Notice of Appeal
- Copy of the District Court's final judgment or order(s) from which the appeal is taken, as follows:

        [317] Order on Dispositive Motions
        [318] Judgment

If anything further is required, please let me know.

        Sincerely,

        Margaret Botkins
        Clerk of Court

        By: *Elayna Thorsell*
        Elayna Thorsell

Attachment(s)

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ♦ Casper, WY 82601
(307) 433-2120 ♦ Fax (307) 433-2152    (307) 232-2620 ♦ Fax (307) 237-0014
www.wyd.uscourts.gov