UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 26, 2024



**FILED**

**4:49 pm, 4/26/24**

**Margaret Botkins**
**Clerk of Court**

Sarah M. Harris
Ryan Thomas Scarborough
Ian Swenson
John K. Villa
Lauren Weinberger
Jamie Elizabeth Wolfe
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024

Scott E. Ortiz
Williams, Porter, Day & Neville
159 North Wolcott Street, Suite 400
Casper, WY 82601

**RE:   24-8024, Custodia Bank v. Federal Reserve Board of Governors, et al**
Dist/Ag docket: 1:22-CV-00125-SWS

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- **Also within 14 days**, Appellant must **pay the $605.00 filing and docketing fees** ($5.00 filing fee and $600.00 docket fee) in the district court. Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule

26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

          Sincerely,

          Christopher M. Wolpert
          Clerk of Court

cc:    Billie L.M. Addleman
       Erin Elizabeth Berry
       Jeffrey S. Bucholtz
       Christine Carletta
       Joshua Paul Chadwick
       Emily Caroline Snell Freeman
       Yonatan Gelblum
       Laura Harris
       Jared Michael Lax
       Andrew Z. Michaelson
       Joshua Nathaniel Mitchell
       Yvonne Facchina Mizusawa
       Katherine Pomeroy
       Angela Tarasi

CMW/sds