Tyler J. Garrett, #6-4400
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
Cheyenne, WY 82001
(307) 634-7723
tgarrett@hkwyolaw.com

Michelle S. Kallen*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
mkallen@jenner.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, and <br><br> FEDERAL RESERVE BANK OF KANSAS CITY, <br><br> *Defendants*. | Civil Case No.: 1:22-CV-00125-SWS |

NOTICE OF WITHDRAWAL OF MICHELLE S. KALLEN
AS COUNSEL FOR AMICI CURIAE

Please take notice that Michelle S. Kallen of Jenner & Block LLP, pursuant to L.R. 84.3(c), hereby withdraws as *pro hac vice* counsel for Amici Curiae Blockchain Association and Payment System Scholars Gerald P. Dwyer, Frank Emmert, Tonya M. Evans, Julie Andersen Hill, and George Selgin.

26

Tyler J. Garrett of Hathaway & Kunz, LLP, who has filed an appearance in this Court, will continue to represent Amici in this matter.

Respectfully submitted,

Dated: May 6, 2024

/s/ *Michelle S. Kallen*
Michelle S. Kallen

| | |
|---|---|
| Tyler J. Garrett, #6-4400<br>HATHAWAY & KUNZ, LLP<br>2515 Warren Avenue<br>Suite 500<br>Cheyenne, WY 82001<br>(307) 634-7723<br>tgarrett@hkwyolaw.com | Michelle S. Kallen*<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>mkallen@jenner.com<br><br>*Admitted *pro hac vice* |

*Counsel for Amici Curiae*

```
```
Case 1:22-cv-00125-SWS   Document 327   Filed 05/06/24   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2024, I caused the foregoing document to be electronically transmitted to the Clerk of Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

Dated: May 6, 2024                     By:   /s/ *Michelle S. Kallen*
                                             JENNER & BLOCK LLP