# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2026 JUN Harris PM 12: 33
Scott S. Harris
Clerk of the Court
(202) 479-3011

May 29, 2026

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Custodia Bank, Inc.
v. Federal Reserve Board of Governors, et al.
Application No. 25A1320
(Your No. 24-8024)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Gorsuch, who on May 29, 2026, extended the time to and including July 11, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Kannon K. Shanmugam
Davis Polk & Wardwell LLP
1050 17th Street, N.W.
Washington, DC  20036

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257